

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*                                    *(302) 573-6277*
*Wilmington, Delaware 19899-2046*          *FAX (302) 573-6220*

June 20, 2023

**By Email**

Mr. Keith Kincaid
U.S. District Court Clerk's Office
U.S. District Court
844 King Street
Wilmington, Delaware 19801

*CR 23-61-UNA*

   **Re: Robert Hunter Biden**

Dear Mr. Kincaid:

   Enclosed, please find two Informations to be docketed in criminal matters involving the above-referenced defendant. The first Information charges the defendant with tax offenses—namely, two counts of willful failure to pay federal income tax, in violation of 26 U.S.C. § 7203. The defendant has agreed to plead guilty to both counts of the tax Information. The second Information charges the defendant with a firearm offense—namely, one count of possession of a firearm by a person who is an unlawful user of or addicted to a controlled substance, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2) (2018). The defendant has agreed to enter a Pretrial Diversion Agreement with respect to the firearm Information.

   The defendant is represented by Christopher J. Clark. The parties jointly request that the Court schedule a consolidated Initial Appearance on the firearm Information and an Initial Appearance and Change of Plea Hearing on the tax Information charges. Original, executed copies of the Memorandum of Plea Agreement related to the tax Information, and the Pretrial Diversion Agreement related to the firearm Information, will be submitted at or in advance of the Hearing.

                                    Respectfully submitted,

FILED                               DAVID C. WEISS
                                    United States Attorney

JUN 2 0 2023                        By: _____
                                       Leo J. Wise
U.S. DISTRICT COURT DISTRICT OF DELAWARE        Derek E. Hines
                                       Special Assistant United States Attorneys

                                       Benjamin L. Wallace
                                       Assistant United States Attorney

Enclosures
CC: Christopher J. Clark