# DEFENDANT INFORMATION SHEET

CR 23-61-UNA

**TO:** Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

**DEFENDANT:** Robert Hunter Biden    [ ] Indictment    [X] Information

**DOB (Year Only):** 1970    **COUNTY OF OFFENSE:** New Castle

## OFFENSE(S) & CITATION(S):

| Offense | Maximum Penalty |
|---|---|
| Possession of a firearm by a person who is an unlawful user of or addicted to a controlled substance, 18 U.S.C. §§ 922(g)(3) and 924(a)(2) (2018) | 10 years of imprisonment; a fine of $250,000; 3 years of supervised release; a special assessment of $100 |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on:                                              at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[X] Issue Summons for Initial Appearance on:                      at

[ ] Interpreter Needed            Language

## DEFENDANT INFORMATION

Defendant's Address:

City: Malibu    County: Los Angeles    State: California    Zip: 90265

Date of Arrest:            Date of 1st Appearance in this District:

Bail Set:        Date Made:            Remains in Federal Custody [ ]

FILED

JUN 20 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE

By: _Leo J. Wise_ (Digitally signed by LEO WISE, Date: 2023.06.19 18:26:19 -04'00')

Leo J. Wise
Derek E. Hines
Special Assistant United States Attorneys

Benjamin L. Wallace
Assistant United States Attorney