**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 23-CR-61-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 21st day of June 2023,

IT IS ORDERED that the defendant shall appear for an **initial appearance on Wednesday, July 26, 2023** at **10:00 AM in Courtroom 4A**, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

*Maryellen Noreika*
UNITED STATES DISTRICT JUDGE