**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-CR-61-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please take notice that Brian C. McManus of the firm Latham & Watkins LLP hereby enters his appearance as counsel for Defendant Robert Hunter Biden in this action.

Dated: July 20, 2023

**LATHAM & WATKINS LLP**

_(signature)_

Brian C. McManus
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
brian.mcmanus@lw.com

*Attorney for Defendant Robert Hunter Biden*