

## Law Offices of
# MURRAY, PHILLIPS & GAY

*Julianne E. Murray, Esq.*
*Ronald D. Phillips, Jr., Esq.*
*Thomas E. Gay, Esq.*

P.O. Box 561
215 E Market Street
Georgetown, DE 19947
Phone: 302.855.9300
Fax: 302.856-0956
www.murrayphillipslaw.com

**Kent**
302.422.9300
Milford, Delaware

**Western Sussex**
302.628.9300
Seaford, Delaware

July 25, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

RE: USA v. Biden, Case 23-cr-00061-MN

Your Honor:

I represent proposed *Amici* The Heritage Foundation and Mike Howell. Attached for the Court's consideration is a Motion For Leave to File an *Amicus Curiae* Brief as well as the Brief of *Amici Curiae* The Heritage Foundation and Mike Howell.

I am at the Court's disposal should there by any questions or concerns.

Sincerely,

**LAW OFFICES OF MURRAY, PHILLIPS & GAY**

*/s/ Julianne E. Murray*

Julianne E. Murray
Bar ID 5649
215 E. Market Street
Georgetown, DE 19947
(302) 855-9300
julie@murrayphillipslaw.com
Counsel for Heritage Foundation and Mike Howell