IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. A. No. 23-061 (MN) |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. A. No. 23-mj-274 (MN) |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington, this 28th day of July 2023:

I have already discussed my concerns about apparent misrepresentations made to a member of this Court's Clerk's Office. (D.I. 12).[1] In addition to that, in a submission addressing those apparent misrepresentations (D.I. 8), counsel for the House Ways and Means Committee needlessly included on the public docket an email from a Clerk's Office staff member that contained her personal contact information.

The Clerk's Office for this Court is staffed by many hardworking and dedicated employees. They are often the public face of this Court and must address many different, and often difficult,

---

[1] Counsel responded the Court's order on July 25, 2023 explaining its position that no misrepresentation was made but that there had been "an unfortunate and unintentional miscommunication." (Cr. A. No. 23-mj-274, D.I. 14 at 1).

2

issues on any given day.  Their jobs are not always easy, but they do these jobs well.  They have earned my trust and my respect.  I will not tolerate or countenance them being ill-used, disrespected or lied to.

THEREFORE, IT IS HEREBY ORDERED that, going forward, any issues or inquiries in the above-captioned cases shall be brought to my attention and ***not*** to the Clerk's Office.  Any such issues and inquiries shall be submitted in writing and placed on the docket.  To the extent that the rare instance arises in which a writing is not practicable, a phone call may be made to my Chambers by an attorney who represents one of the parties in these cases or an interested third party.

*[Signature: Maryellen Noreika]*

The Honorable Maryellen Noreika
United States District Judge