

**PACER**
Public Access to Court Electronic Records



Motion for Authorization Exhibit

**A**

Invoice

Invoice Date: 07/05/2023
Usage From: 04/01/2023   to: 06/30/2023

**Account Summary**

| | |
|---|---|
| **Pages:** | 1,008 |
| Rate: | $0.10 |
| Subtotal: | $100.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $100.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$100.80** |

| | |
|---|---|
| Account #: | 5825077 |
| Invoice #: | 5825077-Q22023 |
| Due Date: | 08/10/2023 |
| Amount Due: | $100.80 |

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:* ➡ $100.80

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### Reminder: Update Your User Type Selection

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

Questions about the statement?
Visit pacer.uscourts.gov/billing.

*Please detach the coupon below and return with your payment.* **Thank you!**

---

**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5825077 | 08/10/2023 | $100.80 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

Visit pacer.uscourts.gov for address changes.

Chris Tigani
1005 McDowell Street
Wilmington, DE 19805

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208