Motion for Authorization
Exhibit

B

**From:** Chris Tigani ctigani@gmail.com
**Subject:** Amicus in USA v. Biden
**Date:** July 29, 2023 at 12:28 PM
**To:** Benjamin Wallace BWallace1@usa.doj.gov, Derek Hines DHines@usa.doj.gov, Leo Wise lwise@usa.doj.gov, clark@csvllp.com, rjones@bergerharris.com, brian.mcmanus@lw.com, matthew.salerno@lw.com, timothy.mccarten@lw.com

Gentlemen —

Good morning. I intend to seek leave to file an *Amicus* brief, on behalf of myself, to aid the Court in determining whether or not to accept the current plea agreement pending in USA v. Biden, Cr. A. No. 23-061(MN) and Cr. A. No. 23-mj-274 (MN). I am required seek the parties consent prior to filing and include all responses.

Therefore, I respectfully ask for the parties consent to file. Please let me know either way by the close of business, Monday, July 31, 2023.

Kind Regards,

Christopher J. Tigani
(302) 544-2843