CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**CHRISTOPHER J. CLARK**
T  212 582 4400
clark@clarksmithvillazor.com

August 1, 2023

The Honorable Maryellen Noreika
United States District Judge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

      Re:    United States v. Biden, No. 23-cr-00061-MN
                United States v. Biden, No. 23-mj-00274-MN

Your Honor:

    We write pursuant to the Court's July 28, 2023 Oral Order (23-cr-00061-MN, Dkt. No. 18; 23-mj-00274-MN, Dkt. No. 21) seeking Defendant's position on the request to docket the Memorandum of Plea Agreement and Diversion Agreement.

    Defendant does not object to the Memorandum of Plea Agreement being docketed, and pursuant to Paragraph 16 of the Diversion Agreement, consents to the public disclosure of that document.

                                              Respectfully submitted,

                                              Christopher J. Clark

Enclosure

cc:    Benjamin L. Wallace, Esq. (U.S. Department of Justice)
       Leo J. Wise, Esq. (U.S. Department of Justice)
       Derek E. Hines, Esq. (U.S. Department of Justice)
       Richard I.G. Jones, Jr. (Berger Harris, LLP)
       Brian C. McManus, Esq. (Latham & Watkins LLP)
       Matthew S. Salerno, Esq. (Latham & Watkins LLP)
       Timothy H. McCarten, Esq. (Latham & Watkins LLP)