

## Law Offices of
## MURRAY, PHILLIPS & GAY

*Julianne E. Murray, Esq.*
*Ronald D. Phillips, Jr., Esq.*
*Thomas E. Gay, Esq.*

P.O. Box 561
215 E Market Street
Georgetown, DE 19947
Phone: 302.855.9300
Fax: 302.856-0956
www.murrayphillipslaw.com

**Kent**
302.422.9300
Milford, Delaware

**Western Sussex**
302.628.9300
Seaford, Delaware

August 1, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

        RE:    USA v. Biden, Case 23-cr-00061-MN and
                    Case 23-mj-00274-MN

Dear Judge Noreika:

      I represent proposed intervenors Heritage Foundation and Mike Howell. Attached for the Court's consideration is a Motion For Leave to Intervene as well as a memorandum in Opposition to Defendant's Motion for Leave to File Under Seal.

      I am at the Court's disposal should there by any questions or concerns.

                    Sincerely,

                    **LAW OFFICES OF MURRAY, PHILLIPS & GAY**

                    */s/ Julianne E. Murray*

                    Julianne E. Murray
                    Bar ID 5649
                    215 E. Market Street
                    Georgetown, DE 19947
                    (302) 855-9300
                    julie@murrayphillipslaw.com
                    Counsel for Heritage Foundation and Mike Howell