# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**ROBERT HUNTER BIDEN** )<br>)<br>*Defendant*. ) | Case Nos. 1:23-cr-61 (MN)<br>1:23-mj-274 (MN) |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court upon the motion of The Heritage Foundation and Mike Howell for an Order granting leave to intervene for the limited purposes of opposing Defendant's Motion for Leave to File Under Seal (No. 1:23-mj-274 (MN), ECF No. 17) and any subsequent related filings, and the Court having considered the motion, and for good cause shown, the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED** this _____ day of August, 2023.

_____
Hon. Maryellen Noreika
United States District Judge