# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**CHRISTOPHER J. CLARK**
T  212 582 4400
clark@clarksmithvillazor.com

August 2, 2023

The Honorable Maryellen Noreika
United States District Judge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

      Re:    <u>United States v. Biden</u>, No. 23-cr-00061-MN
               <u>United States v. Biden</u>, No. 23-mj-00274-MN

Your Honor:

      Pursuant to the Court's August 2, 2023 Oral Orders (23-cr-00061-MN, Dkt. No. 22; 23-mj-00274-MN, Dkt. No. 27), we are filing the executed copy of the Diversion Agreement.

                                      Respectfully submitted,

                                      Christopher J. Clark

Enclosure

cc:     Counsel of Record