# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 23-mj-00274-MN |
| ) | Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

IT IS HEREBY ORDERED the United States' motion to vacate as moot the Court's briefing order of July 26, 2023, is GRANTED.

_____    _____
Date                                                                  Hon. Maryellen Noreika
                                                                              United States District Judge