# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ROBERT HUNTER BIDEN, *Defendant.* | Case No. 1:23-cr-00061 (MN) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT HUNTER BIDEN

Having considered the Motion for Leave to Withdraw as Counsel for Defendant Robert Hunter Biden (the "Motion"), **IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS SO ORDERED** this ___ day of August, 2023

_____
Hon. Maryellen Noreika
United States District Judge