# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 23-mj-00274-MN |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW

Defendant Robert Hunter Biden, by and through his undersigned counsel, submits this response to the Motion for Leave to Withdraw as Counsel filed by Christopher J. Clark (D.I. 31, Case No. 1:23-cr-00061-MN; D.I. 38, Case No. 1:23-mj-00274-MN).

Mr. Biden consents to Mr. Clark's withdrawal and agrees that withdrawal will not cause a substantial hardship to him.

Dated: August 16, 2023              Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Abbe David Lowell*
Abbe David Lowell
1901 L Street NW
Washington, D.C. 20036
Ph: (202) 282-5000
adlowell@winston.com

**BERGER HARRIS LLP**

Richard I. G. Jones, Jr. (#3301)
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
Ph: (302) 655-1140
rjones@bergerharris.com

*Attorneys for Defendant Robert Hunter Biden*