IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action. No. 23-0061 (MN) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 17th day of August 2023;

WHEREAS, the United States has moved "to vacate the Court's briefing order of July 26, 2023, as moot" (D.I. 25 at 1); and

WHEREAS, Defendant agrees that the issues on which the Court requested briefing are moot and does not oppose the United States' motion (D.I. 27).

THEREFORE, IT IS HEREBY ORDERED that the United States' motion to vacate the Court's briefing order of July 26, 2023 (D.I. 25) is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge