IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## DEFENDANT'S STATUS REPORT

Defendant Robert Hunter Biden, pursuant to the Court's August 31, 2023 Order (D.I. 36, Case No. 1:23-cr-00061-MN), provides the following status report on the above-captioned case. On June 20, 2023, the Information commencing this case was filed (D.I. 2), and the Court was subsequently provided an executed copy of the parties' Diversion Agreement by counsel (D.I. 24-1). Mr. Biden has been following and will continue to follow the conditions of that Agreement, which the U.S. Attorney's Office agreed and signed and informed the Court on July 20, 2023 that the Probation Office had agreed to and had recommended be put into effect.

Dated: September 6, 2023

Respectfully submitted,

**WINSTON & STRAWN LLP**

/s/ *Abbe David Lowell*
Abbe David Lowell
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
AbbeLowellPublicOutreach@winston.com

**BERGER HARRIS LLP**
Richard I. G. Jones, Jr. (#3301)
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
Tel.: (302) 655-1140
rjones@bergerharris.com

*Attorney for Defendant Robert Hunter Biden*