# DEFENDANT INFORMATION SHEET

CR 23-61-MN

| TO: Clerk, U.S. District Court | X | Felony | | Class A Misdemeanor |
|---|---|---|---|---|
| **DEFENDANT:** Robert Hunter Biden | | | X | Indictment | | Information |
| **DOB (Year Only)** 1970 | **COUNTY OF OFFENSE:** New Castle | | | |

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Count 1: False Statement in Purchase of a Firearm, Title 18, United States Code, Sections 922(a)(6) and 924(a)(2). | 10 years of imprisonment; a fine of $250,000; 3 years of supervised release; a special assessment of $100 |
| Count 2: False Statement Related to Information Required to be Kept By Federal Firearms Licensed Dealer, Title 18, United States Code, Section 924(a)(1)(A). | 5 years of imprisonment; a fine of $250,000; 3 years of supervised release; a special assessment of $100 |
| Count 3: Possession of a Firearm by a Person who is an Unlawful User of or Addicted to a Controlled Substance, Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (2018). | 10 years of imprisonment; a fine of $250,000; 3 years of supervised release; a special assessment of $100 |

## INSTRUCTIONS

| | Order to Produce for Arraignment on: | at 1:00 p.m. |
|---|---|---|
| | Issue Arrest Warrant upon signing of Order | FILED |
| X | Issue Summons for Initial Appearance on: at | SEP 1 4 2023 |
| | Interpreter Needed   Language | |

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## DEFENDANT INFORMATION

Defendant's Address:

City: Malibu    County: Los Angeles    State: California    Zip: 90265

Date of Arrest:        Date of 1st Appearance in this District    July 26, 2023

Bail Set: *See Order Setting Conditions of Release, Doc. 15 (23-61-MN)*    Date Made: July 26, 2023    Remains in Federal Custody

/s/ Derek E. Hines
Derek E. Hines
Leo J. Wise
Assistant Special Counsels