# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S MOTION FOR LEAVE TO ATTEND INITIAL APPEARANCE BY VIDEO CONFERENCE

For the reasons set forth in the letter brief filed contemporaneously herewith, Defendant Robert Hunter Biden, by and through his undersigned counsel, respectfully moves this Court pursuant to its September 18, 2023 Order (D.E. 41) for leave to hold his initial appearance by video conference at a date and time suitable for the Court and both parties (the "Motion"). Mr. Biden respectfully requests that the Motion be granted and that the Court enter the proposed order filed herewith.

Dated: September 19, 2023

Respectfully submitted,

**WINSTON & STRAWN LLP**

/s/ *Abbe David Lowell*
Abbe David Lowell
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
AbbeLowellPublicOutreach@winston.com

**BERGER HARRIS LLP**
Richard I. G. Jones, Jr. (#3301)
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
Tel.: (302) 655-1140
rjones@bergerharris.com

*Attorneys for Defendant Robert Hunter Biden*