# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO ATTEND INITIAL APPEARANCE BY VIDEO CONFERENCE**

The Court having considered Defendant's Motion for Leave to Attend Initial Appearance by Video Conference, and the accompanying letter brief, filed on September 19, 2023,

IT IS HEREBY ORDERED that the Court will conduct Defendant's initial appearance in this matter by video conference at a date and time convenient for the Court and the parties.

ENTERED this _____ day of September, 2023.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge