IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cr. A. No. 23-61 (MN) |
| ROBERT HUNTER BIDEN, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington, this 29th day of September 2023;

WHEREAS, on August 1, 2023, third-party Christopher J. Tigani filed a Motion for Authorization to File Electronically Using the CM/ECF System (D.I. 19) citing Paragraph 5 of the Court's Registration/Training webpage as authority for his request (*Id.* ¶¶ 1, 2);

WHEREAS, paragraph 5 provides, *inter alia*, "[a] Pro Se party may file a Motion for Authorization to File Electronically on a case-by-case basis." (*See* https://www.ded.uscourts.gov/registrationtraining, paragraph 5; last visited 9/27/2023);

WHEREAS, paragraph 5 is generally interpreted to mean a Pro Se party, not a third-party; and

WHEREAS, an unrepresented party can place filings on the docket by hand delivering or mailing the documents to the Clerk's Office, just as Mr. Tigani did with the instant motion.

THEREFORE, IT IS HEREBY ORDERED that, as there is no hardship to mailing or hand delivering the papers to the Clerk's Office and no prejudice to the third-party, the motion is DENIED without prejudice.

The Honorable Maryellen Noreika
United States District Judge