## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>ROBERT HUNTER BIDEN,<br><br>            Defendant. | Criminal Action No. 23-CR-61-MN |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Bartholomew J. Dalton, of the firm Dalton & Associates, P.A., hereby enters his appearance as additional counsel for Defendant Robert Hunter Biden in this action.

Signed: */s/ Bartholomew J. Dalton*
Bartholomew J. Dalton, Esq. (#808)
DALTON & ASSOCIATES, P.A.
Cool Spring Meeting House
1106 West Tenth Street
Wilmington, DE 19806
T: (302) 652-2050
bdalton@dalton.law

*Attorney for Robert Hunter Biden*

Date: October 4, 2023