## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that for the reasons stated in its Motion, the United States' Motion to Voluntarily Dismiss Firearm Information Without Prejudice Because an Indictment Was Returned, is GRANTED.

_____  _____
Date                                                               Hon. Maryellen Noreika
                                                                         United States District Judge