IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) |
| ROBERT HUNTER BIDEN, | ) Criminal Action No. 23-cr-00061-MN |
|  | ) |
| Defendant. | ) |
|  | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Richard I. G. Jones, Jr., counsel for the Defendant, Robert Hunter Biden, and respectfully requests this Honorable Court to withdraw all appearances for the law firm of Berger Harris LLP as counsel for the Defendant in the above-captioned matter, and in support states:

1. Counsel's withdrawal is governed by ABA Rule of Professional Conduct 1.16, pursuant to which "a lawyer may withdraw from representing a client if … good cause for withdrawal exists." *See* Mem. Op., *United States v. Morales Colon*, No. 17-cr-47-LPS-1, at 5–6 (D. Del. filed May 3, 2021). "The lawyer has the option to withdraw if it can be accomplished without material adverse effect on the client's interests." Rule 1.16, cmt. 7.

2. Abbe David Lowell of Winston & Strawn LLP has appeared in the above-captioned case as counsel for Mr. Biden and will continue representing him in this matter through its conclusion. Mr. Lowell is an accomplished defense lawyer and consents to this Motion.

3. Bartholomew J. Dalton of Winston & Dalton & Associates, P.A. has appeared in the above-captioned case as local counsel for Mr. Biden and will continue representing him in this

matter through its conclusion.  Mr. Dalton is an accomplished defense lawyer and consents to this Motion.

4. Mr. Biden has been advised of, and consents to, our withdrawal.  He also agrees this withdrawal will cause no material adverse effect or prejudice to him and remains completely satisfied with Messrs. Lowell's and Dalton's continued representation of him.

5. Accordingly, our withdrawal as counsel will have no material adverse effect on Mr. Biden's interests.

WHEREFORE, undersigned counsel for Defendant respectfully requests this Court enter an order withdrawing his firm's appearance in this case.

Dated: October 6, 2023             **BERGER HARRIS LLP**

*/s/ Richard I. G. Jones, Jr.*
Richard I. G. Jones, Jr. (No. 3301)
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
(302) 655-1140
rjones@bergerharris.com

*Attorneys for Defendant Robert Hunter Biden*