# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT HUNTER BIDEN, | ) Criminal Action No. 23-cr-00061-MN |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Richard I. G. Jones, counsel for Defendant Robert Hunter Biden, having filed his Motion to Withdraw as Counsel,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted. Accordingly, it is

ORDERED, that Richard I. G. Jones, Jr. of Berger Harris LLP is hereby granted leave of this Court to withdraw their appearances as retained counsel for and on behalf of the Defendant, Robert Hunter Biden.

**IT IS SO ORDERED** this ___ day of October, 2023.

_____
Hon. Maryellen Noreika
United States District Judge