IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

IT IS HEREBY ORDERED that Defendant's Consent Motion for an Amended Scheduling Order is GRANTED.

Under the Amended Scheduling Order, the deadline are as follows: Defendant pretrial motions are to be filed by December 11, 2023; Plaintiff's oppositions/responses are to be filed by January 16, 2024; and Defendant's replies are to be filed by January 30, 2024.

IT IS FURTHER ORDERED that the time between this Order and December 11, 2023, is excluded under the Speedy Trial Act because the ends of justice served by the delay outweigh best interest of the public and the defendant in a speedy trial. See 18 U.S.C. Sec 3161 (h)(7)(A).

October 19, 2023
Date

Honorable Maryellen Noreika
United States District Judge