# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 23-00061-MN |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| *Defendant*. ) | |

## **ORDER**

IT IS HEREBY ORDERED that for the reasons stated in in the United States' Opposition (ECF 59), the Defendant's Motion for Issuance of Subpoenas Duces Tecum Pursuant to Rule 17(c) (ECF 58) is DENIED.

_____           _____
Date                                                                    Hon. Maryellen Noreika
                                                                              United States District Judge

33