# Exhibit A

| | |
|---|---|
| **From:** | Weinsheimer, Bradley (ODAG) |
| **Sent:** | Thursday, May 11, 2023 8:04 PM |
| **To:** | Salerno, Matthew (NY) |
| **Cc:** | clark@clarksmithvillazor.com; McCarten, Timothy (DC); McManus, Brian (BN); Weiss, David (USADE) |
| **Subject:** | RE: In re: Grand Jury Subpoena Nos. 19-3-LFWS-V-176 - 179 - CONFIDENTIAL |

Thank you for the presentation you provided to me and U.S. Attorney David Weiss on April 26, 2023.  U.S. Attorney Weiss and I discussed the issues you raised, and I now am referring you back to him for next steps in this matter.  As the Attorney General has stated, U.S. Attorney Weiss has full authority to bring charges in any jurisdiction as he deems appropriate.

Brad Weinsheimer
Associate Deputy Attorney General
Department of Justice
950 Pennsylvania Ave., NW, Rm. 4113
Washington, DC 20530

---

**From:** matthew.salerno@lw.com <matthew.salerno@lw.com>
**Sent:** Friday, April 21, 2023 7:07 PM
**To:** Weinsheimer, Bradley (ODAG)
**Cc:** clark@clarksmithvillazor.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com
**Subject:** [EXTERNAL] In re: Grand Jury Subpoena Nos. 19-3-LFWS-V-176 - 179 - CONFIDENTIAL

Dear Brad,

Please find the attached materials.

Best,

**Matthew S. Salerno**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4738
Email: matthew.salerno@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal

information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.