# Exhibit B

| | |
|---|---|
| **From:** | Wolf, Lesley (USADE) |
| **Sent:** | Monday, May 15, 2023 11:17 AM |
| **To:** | clark@clarksmithvillazor.com; Salerno, Matthew (NY) |
| **Cc:** | McCarten, Timothy (DC); McManus, Brian (BN); Weede, Shawn (USADE); Daly, Mark F. (TAX); Hudson, Carly (USADE) |
| **Subject:** | Call this week? |

Chris and Matt,

We were hoping to schedule a relatively brief phone call this week with you and your team.  Is there a time that works either later this afternoon, tomorrow afternoon or on Wednesday?

Thanks,
Lesley

*Lesley F. Wolf*
**Assistant United States Attorney**
**Section Chief, Economic Crimes**
**District of Delaware**
**1313 N. Market Street, Suite 400**
**Wilmington, DE 19801**