# Exhibit I

| | |
|---|---|
| **From:** | Christopher Clark <clark@csvllp.com> |
| **Sent:** | Friday, June 2, 2023 9:43 PM |
| **To:** | Wolf, Lesley (USADE) |
| **Cc:** | Salerno, Matthew (NY); McCarten, Timothy (DC); McManus, Brian (BN) |

Hi Leslie,

Thanks again for taking the time to work with us today, we really appreciate it.  Two issues left to raise.

We would request that Diversion Agreement, in Paragraph 15, be revised to --

"The United States agrees not to criminally prosecute Biden, outside of the terms of this Agreement, for any federal crimes arising from the conduct generally described in the attached Statement of Facts (attachment A) and the Statement of Facts attached as Exhibit 1 to the Memorandum of Plea Agreement filed this same day.  This Agreement does not provide any protection against prosecution for any future conduct by Biden or by any of his affiliated businesses."

This language or its functional equivalent is very critical for us and I am happy to discuss when convenient for you if necessary.

We would also request, as we discussed, that the Plea Agreement, in Paragraph 5a conclude with the sentence --

"[T]he parties reserve the right to enter into a revised stipulation on this issue after consultation and before the preparation of a final Pre Sentence Report."

Thank you so much for your consideration, I am available all weekend and on Monday at any time.

Chris

Christopher J. Clark
Clark Smith Villazor LLP
250 West 55th Street
New York, NY 10019
(212) 582-4400(o)