# Exhibit K

| | |
|---|---|
| **From:** | Christopher Clark |
| **To:** | Wolf, Lesley (USADE) |
| **Subject:** | Re: [EXTERNAL EMAIL] Revised statement of facts |
| **Date:** | Tuesday, June 6, 2023 5:56:09 PM |

Thank you.

Yes. The language you sent works. I spoke to my client and he is good as well. I really appreciate it.

Chris

Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853

**From:** Wolf, Lesley (USADE)
**Sent:** Tuesday, June 6, 2023 5:47:26 PM
**To:** Christopher Clark <clark@csvllp.com>
**Subject:** RE: [EXTERNAL EMAIL] Revised statement of facts

Thanks- tomorrow fine for that.

How about this-

The United States agrees not to criminally prosecute Biden, outside of the terms of this Agreement, for any federal crimes **encompassed by** the attached Statement of Facts (Attachment A) and the Statement of Facts attached as Exhibit 1 to the Memorandum of Plea Agreement filed this same day.

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Tuesday, June 6, 2023 5:37 PM
**To:** Wolf, Lesley (USADE)
**Subject:** [EXTERNAL] Re: Revised statement of facts

Brian is driving but will send me the facts as soon as he's able re 2019.

Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853

**From:** Wolf, Lesley (USADE)

**Sent:** Tuesday, June 6, 2023 1:30:01 PM
**To:** Christopher Clark <clark@csvllp.com>
**Subject:** [EXTERNAL EMAIL] Revised statement of facts


*Lesley F. Wolf*
**Assistant United States Attorney**
**Section Chief, Economic Crimes**
**District of Delaware**
**1313 N. Market Street, Suite 400**
**Wilmington, DE 19801**