# Exhibit M

| | |
|---|---|
| **From:** | Wolf, Lesley (USADE) |
| **To:** | Christopher Clark |
| **Cc:** | Hudson, Carly (USADE) |
| **Subject:** | [EXTERNAL EMAIL] Clean Documents |
| **Date:** | Thursday, June 8, 2023 9:32:58 AM |
| **Attachments:** | June8TaxInformation.pdf |
| | June8CombinedTaxPleaEx1AttA.pdf |
| | June8GunDiversion.pdf |
| | June8GunInformation.pdf |

Chris,

Attaching clean copies in PDF form of the documents we plan to send over to the Court today. Please let me know if you spot an issues- I did find a couple of missing commas that I added in and deleted a redundancy of date in the second to last paragraph of the plea facts (we had the 10/18/21 date at both the beginning and end of the sentence).  I am actually traveling for work for much of the day, so please copy Carly on anything as she may be in a better position to respond/make necessary corrections (hoping there are none).

-LW

*Lesley F. Wolf*
**Assistant United States Attorney**
**Section Chief, Economic Crimes**
**District of Delaware**
**1313 N. Market Street, Suite 400**
**Wilmington, DE 19801**