# Exhibit P

| | |
|---|---|
| **From:** | Christopher Clark <clark@csvllp.com> |
| **Sent:** | Tuesday, August 8, 2023 2:13 PM |
| **To:** | McCarten, Timothy (DC); McManus, Brian (BN); McCarten, Timothy (DC) |
| **Subject:** | FW: Revised cover letter and fyi |

Christopher J. Clark
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O** (212) 582-4400 | **D** (212) 377-0853

**CLARK SMITH VILLAZOR**

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Monday, June 19, 2023 2:53 PM
**To:** Hanson, Shannon (USADE)
**Subject:** Re: Revised cover letter and fyi


 "I can confirm that the five-year long, extensive federal investigation into my client, Hunter Biden, has been concluded through agreements with the Unites States Attorney's Office for the District of Delaware.  Hunter will take responsibility for two instances of misdemeanor failure to file tax payments when due pursuant to a plea agreement.  A firearm charge, which will be subject to a pretrial diversion agreement and will not be the subject of the plea agreement, will also be filed by the Government.  I know Hunter believes it is important to take responsibility for these mistakes he made during a period of turmoil and addiction in his life.  With the conclusion of this investigation, he looks forward to continuing his recovery and moving forward."
##


Christopher J. Clark
Clark Smith Villazor LLP
250 West 55th Street
New York, NY 10019
(212) 582-4400(o)

---

**From:** Hanson, Shannon (USADE)
**Sent:** Monday, June 19, 2023 1:21 PM
**To:** Christopher Clark <clark@csvllp.com>
**Subject:** [EXTERNAL EMAIL] Revised cover letter and fyi

Chris:

Just a couple of revisions to make clear that we want IAs and want 1 proceeding.

Also – we just got a press call.

Best,

Shannon

2