# Exhibit R

| | |
|---|---|
| **From:** | Hanson, Shannon (USADE) |
| **To:** | Christopher Clark |
| **Cc:** | Wallace, Benjamin (USADE); Wise, Leo (USAMD); Hines, Derek (USAPAE); Weiss, David (USADE) |
| **Subject:** | [EXTERNAL EMAIL] Documents |
| **Date:** | Monday, June 19, 2023 12:45:24 PM |
| **Attachments:** | RHBiden Tax Information sent to c clark 06192023.pdf
RHBiden combined tax plea ex1 attA to c clark 06192023.pdf
RHBiden GunDiversion and exh a to c clark and margi bray 061923.pdf
RHBiden Cover Letter to court to c clark 06192023.pdf
RHB Gun Info Sheet sent to c clark 06192023.pdf
RHB Tax Info Sheet sent to c clark on 06192023.pdf
RHBiden Gun Information sent to c clark 06192023.pdf |

Chris:

Thank you for your call.  Attached please find the documentation requested.

Best,

Shannon