# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN )  ) |
| ROBERT HUNTER BIDEN, | ) )  ) |
| Defendant. | ) )  ) |

## ORDER

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment Based on Immunity Conferred by His Diversion Agreement* is GRANTED.

_____   _____
Date                                                                       Hon. Maryellen Noreika
                                                                                      United States District Judge