# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment for Failure to Charge a Constitutionally Permissible Offense* is GRANTED.

_____  
Date

_____  
Hon. Maryellen Noreika  
United States District Judge