IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendant. | ) ) ) |

### **ORDER**

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment Because Special Counsel Weiss was Unlawfully Appointed and this Prosecution Violates the Appropriations Clause* is GRANTED.

_____          _____
Date                                                                          Hon. Maryellen Noreika
                                                                                     United States District Judge