# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendant. | ) ) ) |

## **ORDER**

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss for Selective and Vindictive Prosecution* is GRANTED.

_____                    _____
Date                                                                              Hon. Maryellen Noreika
                                                                                        United States District Judge