# Exhibit 1

**Christopher J. Clark**
Partner
Direct Dial: +1.212.906.1350
chris.clark@lw.com

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 31, 2022

**VIA ELECTRONIC MAIL**

Hon. David C. Weiss, Esq.
United States Attorney
District of Delaware
Hercules Building
1313 N Market Street
Wilmington, DE 19801

**SUBJECT TO FEDERAL RULES OF EVIDENCE 408 AND 410 AND FEDERAL RULE OF CRIMINAL PROCEDURE 11(f)**

Re:   Robert Hunter Biden

Dear United States Attorney Weiss:

We write regarding the Government's recent disclosure that it is considering criminal charges against our client, Robert Hunter Biden, in connection with his alleged purchase and possession of a firearm over eleven days in October 2018. ███████████████████████

## I. INTRODUCTION



Since December 2020, nearly all of our meetings, phone calls, and correspondence with your Office have related to the Government's investigation of Mr. Biden for possible *tax offenses*. It was not until a phone call in March 2022—over a year into our cooperative dialogue—that your Office disclosed a potential investigation of Mr. Biden for possible firearms offenses (the "Firearm

**LATHAM&WATKINS**LLP



Investigation").[1]

---

[1] Your Office informed us that the implicated Title 18 provisions are Sections 922(g)(3), 922(a)(6), and 924(a)(1)(A).

**LATHAM&WATKINS**LLP

\* \* \*

[redacted]

[redacted]

Sincerely,

*Christopher J. Clark*

Christopher J. Clark
of LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020
Email: Chris.Clark@lw.com

Matthew S. Salerno
1271 Avenue of the Americas
New York, New York 10020
Email: Matthew.Salerno@lw.com

Brian C. McManus
200 Clarendon Street
Boston, Massachusetts 02116
Email: Brian.McManus@lw.com

Timothy H. McCarten
555 Eleventh Street, NW
Washington, D.C. 20004
Email: Timothy.McCarten@lw.com

*Attorneys for Robert Hunter Biden*