# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion to Dismiss for Selective and Vindictive Prosecution and Breach of Separation of Powers, the Defendant's motion (ECF 63) is DENIED.

_____          _____
Date                                                                          Hon. Maryellen Noreika
                                                                                       United States District Judge