# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion to Dismiss the Indictment Based on Immunity Conferred by His Diversion Agreement is DENIED.

_____              _____
Date                                                                                 Hon. Maryellen Noreika
                                                                                           United States District Judge

1