**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion for Discovery and An Evidentiary Hearing Regarding His Motions to Dismiss the Indictment, the Defendant's Motion for Discovery and An Evidentiary Hearing Regarding His Motions to Dismiss the Indictment (ECF 64) is DENIED.

_____
Date

_____
Hon. Maryellen Noreika
United States District Judge