**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion to Dismiss the Indictment for Failure to Charge a Constitutionally Permissible Offense, the defendant's motion (ECF 61) is DENIED.

_____          _____
Date                                                              Hon. Maryellen Noreika
                                                                    United States District Judge