IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion to Dismiss Concerning the Special Counsel's Appointment is DENIED.

_____               _____
Date                                                                            Hon. Maryellen Noreika
                                                                                      United States District Judge

1