

**U.S. Department of Justice**
*Office of Special Counsel David C. Weiss*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*  (302) 573-6277
*Wilmington, Delaware 19899-2046*  FAX (302) 573-6220

January 26, 2024

**By ECF**
The Honorable Maryellen Noreika
United States District Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:  *United States v. Robert Hunter Biden*, Criminal Action No. 23-cr-61-MN

Dear Judge Noreika:

Pursuant to the Court's oral order, ECF 74, the government writes to advise that it does not oppose a request for an order "unsealing only the dockets themselves, the warrants, and Attachments A and B to those warrants . . . ." ECF 73.  The requested dockets and warrants are:

| Case Number | Date of Warrant |
|---|---|
| 19-234M | August 29, 2019 |
| 19-309M | December 13, 2019 |
| 20-165M | July 10, 2020 |
| 23-507M | December 4, 2023 |

The government requests that the affidavits supporting those warrants remain under seal.

Respectfully submitted,

DAVID C. WEISS
Special Counsel
United States Department of Justice

By: /s/ Derek Hines
Derek E. Hines
Senior Assistant Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel