# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER GRANTING MR. BIDEN'S MOTION TO COMPEL DISCOVERY AND SET DISCOVERY DEADLINES

IT IS HEREBY ORDERED that for the reasons stated in Mr. Biden's Motion to Compel Discovery and Set Discovery Deadlines, filed on January 30, 2024, the Motion is GRANTED.

Any deadlines for producing discovery and Jencks material will be set by the Court.

_____           _____
Date                                                                    Hon. Maryellen Noreika
                                                                                United States District Judge

1