# EXHIBIT 1

*Messages on the left were sent by others, messages on the right were sent from the defendant*

-       Prior to October 12, 2018 (the date of the gun purchase), the defendant took photos of crack cocaine and drug paraphernalia on his phone. ECF 68 at p. 8.  Below is an example.



Apple iCloud Backup 01 - Production 1



- Also prior to his gun purchase, the defendant routinely sent messages about purchasing drugs.  ECF 68 at 8.  Below are just a few examples.



Apple iCloud Backup 01 - Production 1



Apple iCloud Backup 01 - Production 1



Apple iCloud Backup 01 - Production 1



Apple iCloud Backup 01 - Production 1



Apple iCloud Backup 01 - Production 1

- On October 13, 2018, and October 14, 2018 (the day after and two days after he purchased the firearm), the defendant messaged his girlfriend about meeting a drug dealer and smoking crack. For example, on October 13, 2018, the defendant messaged her and stated, ". . . I'm now off MD Av behind blue rocks stadium waiting for a dealer named Mookie." The next day, the defendant messaged her and stated, "I was sleeping on a car smoking crack on 4th street and Rodney." ECF 68 at p. 8.



Apple iTunes Backup - Production 1

- On October 23, 2018 (the day his then-girlfriend discarded his firearm), the defendant messaged his girlfriend and asked, "Did you take that from me [girlfriend]?" Later that evening, after his interactions with law enforcement, he messaged her about the "[t]he fucking FBI" and asked her, "so what's my fault here [girlfriend] that you speak of. Owning a gun that's in a locked car hidden on another property? You say I invade your privacy. What more can I do than come back to you to try again. And you do this???? Who in their right mind would trust you would help me get sober." In response, the girlfriend stated "I'm sorry, I just want you safe. That was not safe. And it was open unlocked and windows down and the kids search your car. You have lost your mind hunter. I'm sorry I handled it poorly today but you are in huge denial about yourself and about that reality that I just want you safe. You run away like a child and blame me for your shit . . ." ECF 68 at p. 8.



Apple iTunes Backup - Production 1

> I need you to stop doing everything you possibly can do to make a life here an unbearable proposition. People make mistakes out of love. People have things in the immediate past of a relationship that are inexplicable but harmless . But who do you know that has so many inexplicable acts that in their face are deceitful and hurtful. You have dozens and no attempt to even try to explain. And you have now for the last time begged me to come back only to humiliate me once again. The fucking FBI ███. It's hard to believe anyone is that stupid // so what's my fault here ███ that you speak of. Owning a gun that's in a locked car hidden on another property? You say I invade your privacy. What more can I do than come back to you to try again. And you do this???? Who in their right mind would trust you would help me get sober?
>
> Status: Sent
>
> 10/23/2018 6:47:51 PM(UTC-4)

Apple iTunes Backup - Production 1

> I'm sorry, I just want you safe. That was not safe
>
> Status: Read
>
> 10/23/2018 6:48:54 PM(UTC-4)

> And it was open unlocked and windows down and the kids search your car
>
> Status: Read
>
> 10/23/2018 6:49:30 PM(UTC-4)

Apple iTunes Backup - Production 1

> You have lost your mind hunter. I'm sorry I handled it poorly today but you are in huge denial about yourself and about that reality that I just want you safe. You run away like a child and blame me for your shit. It's to be expected that you go, you prove repeatedly that you can't stay and really do work on yourself. It's easier for you to avoid looking within and cowardly to constantly point the blame on me.
>
> Status: Read
>
> Read: 10/23/2018 8:57:42 PM(UTC-4)
>
> 10/23/2018 8:53:33 PM(UTC-4)

Apple iTunes Backup - Production 1

-       After the firearm was taken from him and recovered by police, the defendant continued to send messages to various people about his use of drugs, including telling his girlfriend that he is an "addict" on November 8, 2018, and on November 21, 2018, telling Person 1, ". . . I'm a fucking better man than any man you know whether I'm smoking crack or not." He also continued to send messages about purchasing drugs. He sent a message to his girlfriend on November 29, 2018, stating, in relevant part, "I DONT BLAME MY ADDICTION ON YOU . . ." and another message to Person 2 on December 18, 2018, acknowledging that he is "an addict." On December 28, 2018, he messaged Person 2 stating, "I'll fuxking [sic] get sober when I want to get fucking sober."  ECF 68 at p. 8-9.



**Im a drunk**
Status: Sent

11/8/2018 8:58:28 PM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x121BBD (Table: message, chat, Size: 12165120 bytes)

**An addict**
Status: Sent

11/8/2018 8:58:32 PM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x1219D3 (Table: message, chat, Size: 12165120 bytes)

Apple iCloud Backup 04 - Production 01



You tell all these girls you introduce to me
that I'm a crack head looser. WTF    I'm a fucking better man than any man you know
whether I'm smoking crack or not.
Status: Sent
Delivered: 11/21/2018 7:44:34 AM(UTC+0)
Read: 11/21/2018 9:39:05 AM(UTC+0)

11/21/2018 7:44:33 AM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x15DFD1 (Table: message, chat, Size: 13426688 bytes)

Apple iCloud Backup 04 - Production 01



**Ounce**
Status: Sent

11/27/2018 11:39:29 PM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x21DFEC (Table: message, chat, Size: 12165120 bytes)

Apple iCloud Backup 04 - Production 01

Its only gonna be 1450

**Status:** Read

11/28/2018 2:00:16 AM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x21F1F4 (Table: message, handle, chat,
Size: 12165120 bytes)

Apple iCloud Backup 04 - Production 01

I know what you need from me and you deny me the chance from the start. AND KNOW
THIS I DONT BLAME MY ADDICTION ON YOU BUT I DO KNOW THAT THIS SADDNESS
this inertia this feeling of defeat is because of the way you refuse to see me.

**Status:** Sent

11/29/2018 8:26:07 PM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x2513O6 (Table: message, chat, Size: 12165120 bytes)

Apple iCloud Backup 04 - Production 01

Because I'm insane and a an addict and I'll obsess over it.

**Status:** Sent

12/18/2018 11:29:07 AM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x57FA8C (Table: message, chat, Size: 13426688 bytes)

Apple iCloud Backup 04 - Production 01

I'll fuxking get sober when I want to get fucking sober

**Status:** Sent

12/28/2018 3:59:16 AM(UTC+0)

Source Info:
Robert's iPad (iPad Pro)/Library/SMS/sms.db : 0x710B8F (Table: message, chat, Size: 13426688 bytes)

Apple iCloud Backup 04 - Production 01

- During November and December 2018, the defendant took multiple photographs of videos apparent cocaine, crack cocaine, and drug paraphernalia.  ECF 68 at p. 9.



iTunes Backup (iPhone 11) - Production 1



iTunes Backup (iPhone 11) - Production 1



Apple iCloud Backup 04 - Production 1