IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Motion to Compel Discovery and to Set Discovery Deadlines, the Defendant's Motion to Compel Discovery and to Set Discovery Deadlines (ECF 83) is DENIED.

IT IS FURTHER ORDERED that any party seeking to introduce testimony from an expert witness as part of the party's case in chief shall make their expert witness disclosure, in accordance with Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before _____.

IT IS FURTHER ORDERED that any party seeking to introduce testimony from a rebuttal expert shall make their expert witness disclosure, in accordance with Fed. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before _____.

IT IS FURTHER ORDERED that the defendant shall provide reciprocal discovery pursuant to Rule 16(b)(1) on or before _____.

IT IS FURTHER ORDERED that the government shall provide reasonable notice under Fed. R. of Evid. 404(b) on or before _____.

_____        _____
Date                                                                                  Hon. Maryellen Noreika
                                                                                              United States District Judge