# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION TO COMPEL DISCOVERY AND SET DISCOVERY DEADLINES

Defendant Robert Hunter Biden having moved on January 30, 2024 (DE 83) to compel discovery and set discovery deadlines in this case, and the prosecution having filed an opposition to Mr. Biden's motion on February 13, 2024 (DE 86), Mr. Biden hereby seeks leave of the Court to file a reply in support of his motion to compel discovery within seven (7) days, and no later than February 20, 2024.  Mr. Biden's counsel conferred with the prosecution on February 13, 2024, and Mr. Hines indicated that they do not object to this request.

Dated: February 14, 2024

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Counsel for Robert Hunter Biden*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2024, I filed the foregoing Motion for Leave to File a Reply in support of Mr. Biden's Motion to Compel Discovery with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Abbe David Lowell
Abbe David Lowell

*Counsel for Robert Hunter Biden*