IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 23-61 (MN) |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 7th day of March 2024:

IT IS HEREBY ORDERED that a status telephone conference is set for **Wednesday, March 13, 2024 at 4:30 PM.** Counsel should be prepared to discuss a trial schedule should the Court deny the pending motions to dismiss the indictment. Dial-in credentials will be docketed prior to the call.

_____
UNITED STATES DISTRICT JUDGE