IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 23-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Benjamin L. Wallace, Assistant United States Attorney for the District of Delaware, as one of the attorneys of record on behalf of the United States of America.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: _____
BENJAMIN L. WALLACE
Assistant United States Attorney

Dated:   March 7, 2024