**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) Hon. Maryellen Noreika |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION TO SET PRETRIAL SCHEDULE

On March 13, 2024, the Court asked that the parties confer and submit a proposed pretrial schedule. (*See* Min. Ent. on 3/13/2024.) The parties did confer on a proposed pretrial schedule and agreed to the dates in the Proposed Order accompanying this Motion. In addition, the United States has voluntarily agreed to provide witnesses statements, pursuant to 18 U.S.C. § 3500, i.e. the "Jencks Act," to the defendant ten (10) days prior to trial. The parties also request that the Court hold a pretrial conference in this matter on May 31, 2024. Finally, the parties also wish to inform the Court that a pretrial conference in the case against Mr. Biden pending in the United States District Court for the Central District of California has been moved to May 29, 2024.

Respectfully submitted,

DAVID C. WEISS
SPECIAL COUNSEL

By: _____

Leo J. Wise
Principal Senior Assistant Special Counsel

Derek E. Hines
Senior Assistant Special Counsel
U.S. Department of Justice

**WINSTON & STRAWN LLP**

/s/ *Abbe David Lowell*
Abbe David Lowell
1901 L Street, NW
Washington, D.C. 20036
Tel.: (202) 282-5000
AbbeLowellPublicOutreach@winston.com

**DALTON & ASSOCIATES, P.A.**

Bartholomew J. Dalton (#808)
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

*Attorneys for Defendant Robert Hunter Biden*