## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon joint motion of the United States and Mr. Biden, **IT IS HEREBY ORDERED** that:

1. On or before **April 17, 2024**, the parties shall make any expert disclosures, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(c);

2. On or before **April 19, 2024**, the defendant shall provide reciprocal discovery to the government, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A) and (B);

3. On before **May 10, 2024**, the parties shall make any expert disclosures in rebuttal to previously made expert disclosures, in conformance with the requirements of Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(c);

4. On or before **May 17, 2024**, the parties shall file with the Court any motions in limine and any motions related to previously made expert disclosures;

5. On or before **May 20, 2024**, the parties shall exchange exhibits, exhibits lists and witness lists and provide the Court with these lists;

6. On or before **May 24, 2024**, the parties shall file any responses to motions in limine and motions related to previously made expert disclosures;

7. On or before **May 29, 2024**, the parties shall file any replies to motions in limine and motions related to previously made expert disclosures;

1

8. On or before **May 29, 2024**, the parties shall submit to the Court joint proposed jury instructions, verdict sheet and voir dire, noting any differences between the parties where agreement could not be reached; and

9. On or before **May 31, 2024**, the parties shall submit a joint letter proposing strikes for cause, and proposing any supplemental voir dire.

_____           _____
Date                                                                                  Hon. Maryellen Noreika
                                                                                              United States District Judge