IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ROBERT HUNTER BIDEN, | ) ) ) ) ) | Criminal Action No. 23-61-MN
| Defendant. | |

**SCHEDULING ORDER**

AND NOW, this   day of   2024, having considered the Joint Proposed Scheduling Order filed by the parties (D.I. );

**IT IS HEREBY ORDERED** that:

1. A jury trial (estimated to be ___ in length) is scheduled to begin on **XXXX.** in Courtroom 4A. Counsel shall be present in the Courtroom at 8:30 a.m. on that day and each succeeding day of the trial.

2. A pretrial conference is scheduled for **Friday, May 24, 2024, at 2:00 p.m.** in Courtroom 4A. The defendant shall be present for the pretrial conference.

3. Expert disclosures are due on or before **XXX.**

4. Motions *in limine* shall be filed by **XXX,** with responses due by **XXX**, and replies due by **NOON on May 22, 2024.** Any motion *in limine* should not exceed four pages in length, including argument. Any motion *in limine* should include a representation that the moving party has specifically discussed the subject matter of the motion *in limine* with the non-moving party, and that the non-moving party opposes the motion. All parties should be prepared to discuss the motions *in limine* at the pretrial conference.

Case 1:23-cr-00061-MN   Document 96   Filed 04/11/24   Page 2 of 2 PageID #: 2060

5. On or before **XXX**, the parties shall file a joint request for proposed jury instructions, proposed voir dire (a sample can be found under "Forms" at www.ded.uscourts.gov/judge/judge-maryellen-noreika), and any joint or individual requests for special voir dire. If the parties are unable to agree on particular jury instructions, the parties' request and authority for differing proposals shall be set out adjacently within the joint request (so that the points of dispute can quickly be discerned).

_____
UNITED STATES DISTRICT JUDGE