IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 23-61 (MN) |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

At Wilmington, this 12th day of April 2024, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that Defendant's motion (D.I. 60) to dismiss the indictment based on immunity conferred by his diversion agreement is DENIED.

The Honorable Maryellen Noreika
United States District Judge