IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Criminal Action No. 23-61 (MN) |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

At Wilmington, this 12th day of April 2024, for the reasons set forth in the Memorandum Opinion issued on this date, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss the indictment for selective and vindictive prosecution (D.I. 63) is DENIED;

2. Defendant's motion for discovery and an evidentiary hearing relating to his selective and vindictive prosecution motion (D.I. 64) is DENIED; and

3. Defendant's motion for issuance of subpoenas duces tecum pursuant to Federal Rule of Criminal Procedure 17(c) (D.I. 58) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge