## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) Hon. Maryellen Noreika ) |
| Defendant. | ) ) ) |

### REVISED MOTION TO SET PRETRIAL SCHEDULE

On March 13, 2024, the Court held a status conference with the parties to discuss the trial schedule. (Min. Ent. March 13, 2024.) During the conference, both parties advised the Court that they were available for trial on June 3, 2024. (*See* March 13, 2024, Trans. at p. 7-8). Accordingly, the Court set aside the weeks of June 3, 2024, and June 10, 2024, for a jury trial and ordered the parties to confer and submit a proposed scheduling order. (Min. Ent. March 13, 2024).

On April 11, 2024, the parties submitted a Joint Motion to Set Pretrial Schedule (Doc. No. 95) with an accompanying Proposed Order (Doc. No. 95-1). On April 11, 2024, the Court issued an Oral Order setting the pretrial conference for May 24, 2024, at 2:00 PM. (Doc. No. 96). The Court further ordered that the parties submit a revised proposed schedule by April 18, 2024, that used the Court's form of order and included a deadline of noon on May 22, 2024, for replies to responses to motions *in limine*, and certain page limits. (Doc. No. 96).

On April 11, 2024, the United States sent to defense counsel a proposed joint filing with a proposed order that utilized the Court's form of order and included the deadlines stated in the Court's Order, including the deadlines for replies to responses to motions *in limine* and the pretrial conference date set by the Court. On April 17, 2024, defense counsel advised the United States that the defendant declined to join this motion and instead proposed submitting a status report.

The United States has not agreed to a status report because that does not comply with the Court's order and instead could jeopardize the schedule and trial date in this matter.

Pursuant to the Court's Oral Order of April 11, 2024 (Doc. No. 96) the United States submits the attached revised proposed schedule. The first five paragraphs of the proposed order utilize the language in the Court's form of order and include dates based on the pretrial conference scheduled by the Court for May 24, 2024 at 2:00 PM. Paragraphs 6-9 in the proposed order include deadlines for items not specifically included in the Court's form of proposed order, but that the parties had requested in their prior proposed order submitted with their Joint Motion to Set Pretrial Schedule (Doc. Nos. 95, 95-1).

        Respectfully submitted,

        DAVID C. WEISS
        SPECIAL COUNSEL

By: _____
        Derek E. Hines
        Senior Assistant Special Counsel

        Leo J. Wise
        Principal Senior Assistant Special Counsel

        U.S. Department of Justice