IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MR. BIDEN'S NOTICE OF APPEAL

Notice is hereby given that Robert Hunter Biden, Defendant in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from this Court's April 12, 2024 Orders denying Mr. Biden's motion to dismiss the indictment for violating the immunity conferred by the Diversion Agreement (D.E. 98) and its related Memorandum Opinion (D.E. 97), his motion to dismiss the indictment for the improper appointment of the Special Counsel and violation of the Appropriations Clause (D.E. 101), and his motion to dismiss the indictment for violation of separation of powers (D.E. 99).

Dated:  April 17, 2024    Respectfully submitted,

/s/ *Abbe David Lowell*

Bartholomew J. Dalton (#808)    Abbe David Lowell
DALTON & ASSOCIATES, P.A.    Christopher D. Man
1106 West 10th Street    WINSTON & STRAWN
Wilmington, DE 19806    1901 L Street NW
Tel.: (302) 652-2050    Washington, DC 20036
BDalton@dalton.law    Tel.: (202) 282-5000
    Fax: (202) 282-5100
    AbbeLowellPublicOutreach@winston.com
    CMan@winston.com

*Counsel for Robert Hunter Biden*