# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN,   ) | |
| ) | |
| Defendant.   ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion in Limine to Exclude the Defense from Arguing or Suggesting That Government Must Show Defendant's Use of Controlled Substance on the Day of His Firearm Purchase, it is HEREBY ORDERED that the Motion is GRANTED.

.

_____
The Honorable Maryellen Noreika
United States District Judge