# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>ROBERT HUNTER BIDEN,        )<br>)<br>Defendant.    ) | Criminal Action No. 1:23-cr-61-MN |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion to Admit Portions of Defendant's Book and Audiobook and Motion in Limine to Exclude Use of Self-Serving Statements, it is HEREBY ORDERED that the Motion is GRANTED as follows:

1. On motion of the government and with the defendant's consent, the Court makes a preliminary determination, pursuant to Fed. R. Evid. 104(b), that the defendant's book and audiobook, *Beautiful Things*, are authentic under Fed. R. Evid. 901 and there is sufficient foundation for the government's use at trial of Exhibit 1 and the accompanying audiobook portions of Exhibit 1.

2. On motion of the government, and [with/without] objection by the defendant, the Court finds that the defendant's statements in Exhibit 1 of the government's motion, as well as the accompanying audiobook of those excerpts, are admissible under Fed. R. Evid. 801(d)(2) and are not excluded under Fed. R. Evid. 403.

3. On motion of the government, and [with/without] objection by the defendant, the Court finds that portions of the book that the government does not seek to admit are hearsay under Fed. R. Evid. 802 and are inadmissible.

_____
The Honorable Maryellen Noreika
United States District Judge