# Exhibit 2

## CERTIFICATE OF AUTHENTICITY OF CERTIFIED DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)

I, Michael R. Waski, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am qualified to authenticate records attached hereto because I have training and experience as a Senior Digital Forensic Examiner with the Federal Bureau of Investigation. The details of my qualifications are included in my attached curriculum vitae. I am familiar with the electronic device, storage medium, and files referenced in my Disclosure attached hereto, including the Digital Forensics Report and Extraction Report, and certify that those files were derived and authenticated through a process of digital identification, as explained in my Disclosure.

I further state that this certification is intended to satisfy Rules 902(14) of the Federal Rules of Evidence.

Executed on April 15, 2024

_____
Signature