**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ROBERT HUNTER BIDEN,     )<br>)<br>Defendant.     ) | Criminal Action No. 1:23-cr-61-MN |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion to Admit Rule 1006 Summary Chart and Find Electronic Evidence Self-Authenticating Pursuant to Rule 902(14), it is HEREBY ORDERED that the Motion is GRANTED as follows:

1. On motion of the government and without objection by the defendant, the Court makes a preliminary determination, pursuant to Fed. R. Evid. 104(b), that the six backup files included in a summary chart, which are referenced in the two certifications attached to the government's motion, are self-authenticating pursuant to Federal Rule of Evidence 902(14).

2. On motion of the government, and without objection by the defendant, the Court finds that the government is permitted to use a summary chart, pursuant to Federal Rule of Evidence 1006, and a summary chart is admissible at trial subject to an appropriate foundation as described in the government's motion.

 

_____
The Honorable Maryellen Noreika
United States District Judge