# Exhibit 1

| Page | Report Date | Agency | | Complaint Number |
|---|---|---|---|---|
| 001 | 10/23/2018 | TROOP 1 STATE POLICE | | 01-18-107770 |

| Reported Date and Time | | Occurred |
|---|---|---|
| Tue 10/23/2018 1256 | **Domestic Incident** | Tue 10/23/2018 1120 thru Tue 10/23/2018 1127 |

**Location:**
3801 Kennett Pi, Jansens Food Market, Wilmington, Wilmington, DE 19807
0.02 Miles of Kennett Pike

**M.O. and Incident Overview:**
HUNTER BIDEN REPORTED THAT HIS HANDGUN WAS LOST/STOLEN.

| Grid | Sector | County | Domestic Related | Gen Broadcast Sent? | Gang Related? | Gun Related? |
|---|---|---|---|---|---|---|
| 120 - 120 | 13 | New Castle | ■ Yes ☐ No | ☐ Yes ■ No | ☐ Yes ■ No | ☐ Yes ■ No |

| Officer Weapon Involved: | Officer Weapon Type: | Officer Weapon Use: | Emergency Order Related: | Hero Help Referral: |
|---|---|---|---|---|
| ☐ Yes ■ No | | | ☐ Yes ■ No | ☐ Yes ■ No |

| Risk Assessment Done? | Any Children Present? | Juvenile Residents | Intimate Relationship | Extended Reason for Call |
|---|---|---|---|---|
| ☐ Yes ■ No ☐ N/A | ☐ Yes ■ No | ☐ Yes ■ No | ■ Yes ☐ No | |

| Active with Family Services? | Caseworker Name | Complainant in Other case? | Agency |
|---|---|---|---|
| ☐ Yes ■ No | | ☐ Yes ■ No | |

| Victim Reported Prior Incident? | Violent Activity? | Was DFS Notified? | DFS Caseworker Notified | Was a Dual Arrest Made? |
|---|---|---|---|---|
| ☐ Yes ■ No | ☐ Yes ■ No | ☐ Yes ■ No | | ☐ Yes ■ No |

| Court Orders Active? | Active Orders | Order Description |
|---|---|---|
| ☐ Yes ■ No | | |

| ☐ Arrest Made | ■ No Arrest Made | ☐ Suspect GOA | ☐ No Crime | ☐ Warrant Pending | ☐ Other |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | BIDEN, HUNTER |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B |
|---|---|---|---|---|---|
| Individual | Male | White | Not Hispanic/Latino | 48 | [redacted] |

| Address | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|
| [redacted] | Non-Resident | | [redacted] |

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ■ Yes ☐ No | ☐ Yes ■ No | ☐ Yes ■ No |

## Suspect/Defendant Information

| Sequence | Type | SBI Number |
|---|---|---|
| 001 | Suspect | |

| Name | Nick Name |
|---|---|
| [redacted] | |

| Sex | Race | Ethnic Origin | Age | D.O.B | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Female | White | Not Hispanic/Latino | 45 | [redacted] | [redacted] | [redacted] | | [redacted] |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full-Time Resident | | Unarmed |

| [redacted] | | Home Telephone | Cell Phone | |
|---|---|---|---|---|

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE 11/1451 (0000) FF | Theft of a Firearm |

| Location of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Grocery/Supermarket | Pending-Inactive | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ■ No - N/A | 23086G - Larceny/From Building |

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL/1 MARLEY - 01343 0 | Ralph D Flowers PSPT130 11/29/2018 |

| Page | Report Date | Agency | | Complaint Number |
|---|---|---|---|---|
| 002 | 10/23/2018 | TROOP 1 STATE POLICE | | 01-18-107770 |

| M.O Information | MO Class | MO Description |
|---|---|---|
| | Suspect's General Actions | Unknown |

| Stolen Property | Property Category | | Quantity | Unit Price | Stolen Value | Recovered Value | Recovery Date |
|---|---|---|---|---|---|---|---|
| | Firearms | 001/000 | 01 | $749.95 | $749.95 | | |
| | Item Type | Brand | Serial Number | | Caliber/Gauge | Firearm Inlay | Color |
| | Pistol, Revolver | Colt | ra551363 | | .338 caliber | ☐ Yes ☒ No | Silver |

## Associated Property Summary

| Total Stolen Property: | Total Recovered Property: | Total Seized Property: | Total Damaged Property: | Total Counterfeit Property: |
|---|---|---|---|---|
| $749.95 | $0.00 | $0.00 | $0.00 | $0.00 |

## Victim - Suspect/Defendant Relationships

| Victim - 001 : | Suspect/Defendant - 001 : | Victim Offender Relationship |
|---|---|---|
| BIDEN, HUNTER | [redacted] | Boyfriend/Girlfriend |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B |
|---|---|---|---|---|---|---|
| 001 | Person Contacted | [redacted] | Male | White | 47 | [redacted] |
| | | | Home Telephone | Cell Phone | Work Phone | |
| [redacted] | | | | [redacted] | | |
| 002 | Not Interviewed | UNKNOWN, UNKNOWN | Male | White | 70 | |
| | | | Home Telephone | Cell Phone | Work Phone | |

## Investigative Narrative

INTERVIEW VICTIM:
The Victim was interviewed by Sgt. Clemons in my presence outside of the rear of the Janssens Market in the area of the delivery ramp. The V advised that he checked his center console and discovered his handgun was missing, at which time he called the S. He advised that the S had stated that she had disposed of the handgun in a trash can at Janssens Market, at which point the V stated that he told her that she can't just throw a gun away in the trash, and that she needed to return and retrieve it. He advised that he then responded to the store. He stated that the RP went through his vehicle because she suspected him of cheating on her due to their relationship and that she took it because she was concerned for his mental health. The V also stated that he had purchased the handgun from the Starquest Shooters store on Concord Pike on either 10/12, or 10/13. He stated that he had purchased it for shooting practice, however he stated that the weapon was never fired. The V stated that he did not know the serial number for the weapon and that he wasn't sure where the case for the weapon was, at which point I responded to the store where the weapon was purchased and obtained the information on the weapon for NCIC purposes. (Date of Purchase: 10/12/2018 by V for $749.95 USC Colt Cobra .38 Special silver and black revolver Model SC2BB Serial RA551363)

INTERVIEW SUSPECT/DEFENDANT:
See Supplement from Sgt. Clemons 952 for the interview.

INTERVIEW WITNESSES/PERSONS CONTACTED:
After DSP left the area, PC2 contacted Sgt. Clemons to advise that while reviewing the CCTV cameras more extensively it appears that a WM with short dark hair can be seen carrying a bouquet of flowers and a small purple gift bag from the area of the front of the store out into the parking lot. It appears that the WM is attempting to camouflage the purple bag under the flowers NFD.

INVESTIGATIVE ACTION:
I spoke with PC2 [redacted] who operated the CCTV system while I watched alongside. See below for the time

| Reporting Officer | Supervisor Approval |
|---|---|
| CPL/1 MARLEY - 01343 0 | Ralph D Flowers PSPT130 11/29/2018 |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 003 | 10/23/2018 | TROOP 1 STATE POLICE | 01-18-107770 |

stamps of the crime.

1120 HOURS - PC1 [REDACTED] ARRIVES IN PARKING LOT IN HER REGISTERED VEHICLE.
1121 HOURS - PC1 TOSSES A SMALL PURPLE GIFT BAG STYLE BAG INTO AN EXTERIOR TRASH CAN
1125 HOURS - PC1 RETURNS TO VEHICLE FOR A SHORT TIME.
1126 HOURS - PC1 RETURNS BACK TO THE TRASH CAN A SECOND TIME
1127 HOURS - PC1 LEAVES THE AREA OUT OF VIEW OF THE CAMERA
1151 HOURS - PC1 RETURNS TO STORE PARKING LOT A SECOND TIME, AND CHECKS 2 CANS WITHOUT RETRIEVING ANY ITEMS.

Writer along with the help of the FBI JTTF physically emptied all of the exterior trash cans that were on the EB side of the building with no handgun or purple gift bag recovered. Writer was advised by Janssen employees that an unknown elderly WM(NI) in his late 60's or early 70's often goes through the trashcans and retrieves glass and aluminum refuse for the assumed purpose of recycling. They advised that they did not know if he had responded to remove the waste on today's date. Writer did not see any elderly men going through the cans in the above timeline, and Writer did notice several aluminum cans in the trash bags that were searched.

EXAMINATION OF CRIME SCENE:
The crime scene is the EB side of Janssens Food Market, which has a parking lot attached and faces Buck Rd in Greenville De, 19807.

EVIDENCE:
1 flash drive obtained by Sgt. Clemons from PC2 H. Dupont in reference to the exterior video of the PC1.
1 blue plastic locked "Colt" brand handguncase logged into Troop 1 evidence locker.

STOLEN PROPERTY:
(1) Colt Cobra 38 Special silver and black revolver Model SC2BB (serial RA551363) purchased from Starquest Shooters 3701 Concord Pike, Wilmington De 19803.

PROSECUTIVE ACTION:
Pending Active.

| Reporting Officer | Supervisor Approval | |
|---|---|---|
| CPL/1 MARLEY - 01343 0 | Ralph D Flowers PSPT130 11/29/2018 | |
| Detective Notified | Referred To | |
| Solvability: ☐ Witness ☐ M.O. ☐ Trace Stolen Property ☐ Suspect Named | | Status |
| ☐ Suspect Located ☐ Suspect Described ☐ Suspect Identified ☐ Suspect Vehicle Identified | | Office |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 001 | 10/26/2018 | TROOP 1 STATE POLICE | 01-18-107770 |

## Supplemental Report

| Modified Occurrence Dates and Times | Grid | Sector | |
|---|---|---|---|
| Tue 10/23/2018 1120 thru Tue 10/23/2018 1127 | 120 - 120 | 13 | |

**Original Location**
3801 Kennett Pi, Jansens Food Market, Wilmington, Wilmington, DE 19807
0.02 Miles of Kennett Pike

| Officer Weapon Involved: | Officer Weapon Type: | Officer Weapon Use: | Emergency Order Related: | Hero Help Referral: |
|---|---|---|---|---|
| ☐ Yes ■ No | | | ☐ Yes ■ No | ☐ Yes ■ No |

## Original Victim Information

| Victim Number | Name |
|---|---|
| 001 | BIDEN, HUNTER |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B |
|---|---|---|---|---|---|
| Individual | Male | White | Not Hispanic/Latino | 48 | [redacted] |

| Address | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|
| [redacted] | Non-Resident | | [redacted] |

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ■ Yes ☐ No | ☐ Yes ■ No | ☐ Yes ■ No |

## Original Suspect/Defendant Information

| Sequence | Type | SBI Number |
|---|---|---|
| 001 | Suspect | |

| Name | Nick Name |
|---|---|
| [redacted] | |

| Sex | Race | Ethnic Origin | Age | D.O.B | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Female | White | Not Hispanic/Latino | 45 | [redacted] | [redacted] | [redacted] | | [redacted] |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full-Time Resident | | Unarmed |

| | | Home Telephone | Cell Phone | |
|---|---|---|---|---|
| [redacted] | | | | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|

## Original Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE 11/1451 (0000) FF | Theft of a Firearm |

| Location of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Grocery/Supermarket | Pending-Inactive | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ■ No - N/A | 23086G - Larceny/From Building |

## Investigative Narrative

[redacted] W/F DOB: [redacted]
Robert Hunter Biden W/M DOB: [redacted]

On October 23, 2018, I was contacted by Delaware State Police Dispatch (Recom) who advised that Det. Penrod (DSP JTTF FBI Task Force) requested that a Troop 1 Patrol Supervisor contact him in regards to a suspicious gun complaint. Also, Recom advised that they did receive a separate call from a [redacted] who was reporting a handgun being discarded into a trash can. I contacted Det. Penrod, via telephone, and he provided me with the following statement:

| Reporting Officer | Supervisor Approval |
|---|---|
| SGT CLEMONS - 00952 1 | Ralph D Flowers PSPT130 11/12/2018 |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 002 | 10/26/2018 | TROOP 1 STATE POLICE | 01-18-107770 |

He received a telephone call from ▮▮▮▮ who is an acquaintance, reporting suspicious activity of ▮▮▮▮ According to ▮▮▮▮ discarded a handgun into an outside trash can and she was in the owner's office at Janssen's Market. Det. Penrod further advised that the white female in question is ▮▮▮▮

Cpl/1 Marley and myself responded to the scene and made contact with the employment staff. Upon arrival, I spoke with ▮▮▮▮ and she informed me that ▮▮▮▮ admitted to her that she discarded a handgun in the trash can on the Buck Road side of the business, but after attempting to retrieve the gun it was discovered that it was missing. ▮▮▮▮ further states that upon be notified of this incident she contacted security - ▮▮▮▮

I interviewed ▮▮▮▮, in owner's office, and she provided me with a statement:
Upon waking up this morning, she took her 2 children to school ▮▮▮▮ and dropped them off approx. 0800 hours. She arrived back at her residence at approx. 0830 hours. At this point, she searched ▮▮▮▮ vehicle (Black pick up) and located a handgun concealed in the center console. She removed the handgun and hid it behind her trash can at the residence. At approx. 1100 hours, she placed the handgun in a black shopping bag with the name "Kith" on the side and drove to Janssen's Market. Upon arriving, she parked her BMW on the side off the business (Buck Road side). She exited and discarded the bag/handgun in the center trash can and entered the market. She used the ATM to withdraw cash and returned to her vehicle and drove back home, discovering "Hunter" left the residence. While at home she became very nervous and decided to call ▮▮▮▮ "Hunter" and confront him about finding the gun in his truck. She told ▮▮▮▮ Hunter Biden that she searched his truck and found a gun, later driving it to Janssen's Market. She admitted that she placed the gun into a bag and threw it in the trash. Hunter became upset and told her to drive back to the market and retrieve the gun. ▮▮▮▮ left the residence and drove back to Janssen's Market. Upon arrival, she went directly to the trash can and discovered that the bag was missing. ▮▮▮▮ became nervous and decided to approach the store owner and confess that she discarded the gun in one of the business trash cans and it was now missing.
I questioned her about her reasons for searching ▮▮▮▮ vehicle, and asked her if she was romantically involved with Hunter. ▮▮▮▮ admitted that she was in a relationship with him and really didn't want to involve the "Biden Family". She searched his car because of suspicions she had, but when I asked why she felt suspicious, she wasn't very forthcoming. Hallie replied "50% of women in a relationship are suspicious of their significant other".
I asked her directly if she was looking for drugs or any information that would indicate if he was having a relationship with another woman. Again, she wasn't forthcoming and just kept saying how stupid she was and didn't answer my question. I explained to her that her not answering my question on her suspicions was making it seem as if she was trying to hide something. Again, ▮▮▮▮ danced around the question and stated that "it's normal for person in a relationship to be suspicious of their significant other".
At this point, I felt that I needed explain to her on what I was thinking and I turned the questioning to a hypothetical question: I was concerned that this handgun could have been used in a crime and based upon the fact that she wasn't being very forthcoming, was making me believe that this could be a possibility. I shared with her that I was a criminal investigator most of my career and we have seen people discard guns in order to conceal them from the police, due to them being used in a crime. I specifically asked "Did she think that Hunter used it in a crime and/or shoot someone with it?" "Did she find drugs in the truck at the same time she found the gun?" Her response was to start crying and uttering Oh my God several times. A few seconds later she stated "No, he wouldn't do anything like that and I think he is screwing around on me". She continued to say that she just didn't want him to have a gun and she threw it out. I told her that my main concern now was to locate the handgun, b/c A.I DuPont high school is across the street and we didn't need a student to find the weapon.
▮▮▮▮ collected her thoughts and stated "Wait I think I saw an older white male walking around going through the trash cans". She then made it seem like this person was a homeless person and stated "maybe he saw me throw the bag away and grabbed it after I left.
It should be noted that I found her to not be very reliable and she was kind of all over the place. She wasn't very forthcoming and in order to obtain additional details I had to ask her several questions and share my thoughts.
I asked ▮▮▮▮ on her thoughts why after she informed Hunter about her throwing his gun away, he didn't come to retrieve the handgun himself. She replied "He told me to get it, but I can call him and ask him to come to Janssen's Market". At this time, she called Hunter and told him that I wanted to speak with him. He advised that he would be at our location in 30 minutes.
It should be noted, that while on routine patrol in the past, I have seen an older white male in his 70's in the shopping center collecting cans. I have also approached him in the past and discovered that he drives up to the shopping center a few days a week in order to collect cans, as a hobby. Also, while on scene ▮▮▮▮ advised that she has seen this older gentleman in the S/C collecting cans and that he drives a ▮▮▮▮ ▮▮▮▮

I met with ▮▮▮▮ and he advised that he reviewed the surveillance tape and did capture ▮▮▮▮ parking

| Reporting Officer | Supervisor Approval |
|---|---|
| SGT CLEMONS - 00952 1 | Ralph D Flowers PSPT130 11/12/2018 |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 003 | 10/26/2018 | TROOP 1 STATE POLICE | 01-18-107770 |

her black SUV and discard a purple in color bag into the identified trash can. He contacted Det. Penrod and advised him of this incident. ▮▮▮▮ escorted Cpl/1 Marley back to the computer and showed him what he captured on the video camera. The footage doesn't show anyone removing the bag from the trash can, but there are parts of the footage that cannot be seen from this particular camera. Cpl/1 Marley advised me that the surveillance does show ▮▮▮▮ discarding the bag and then returning later to discover the bag was missing. Based upon the footage, Cpl/1 Marley believed the bag was purple and wasn't able to see if anything was written on the side. ▮▮▮▮ advised that he could export the footage onto a USB Drive, but he would have to go purchase one. I advised Cpl/1 Marley to ask him to purchase a USB drive and export the footage for us.
Approx. 20-30 mins later, Hunter Biden arrived and was interviewed outside in the loading dock area. Mr. Biden advised that he was in a romantic relationship with ▮▮▮▮. He stated that he still lives in Washington, DC, but does spend nights with ▮▮▮▮ at her residence. According to him, he spent the night last night and when he woke up this morning ▮▮▮▮ was gone from the residence. He packed up some stuff and started to drive home to his residence in DC. Shortly afterwards, he looked in his center console and noticed that his handgun was missing from the center console of his truck, which is where he stored the gun. He then utilized his cellular telephone and called ▮▮▮▮ cellular telephone. She advised him that she searched his truck in the morning and found the gun. He asked her where the gun was and she informed him she threw it out in a trash can at Janseen's Market. He called her stupid and told her to go back to the market and get the gun. Shortly afterwards, ▮▮▮▮ called him and said that the bag/gun were taken from the trash and she couldn't find it. I asked him if the gun was registered to him and he advised that he bought the gun at Starquest on Concord Pike. For details on this record please refer to Cpl/1 Marley's Theft of Firearm Report.
Mr. Biden advised that he purchased the gun in early October and bought it to use for target practice. He kept the gun in his truck overnight because he didn't want to bring it inside ▮▮▮▮ house because of her children. I informed him that ▮▮▮▮ wasn't very forthcoming on why she would search his truck and it made me feel as if she was hiding the reason on why she would throw the gun out. I specifically asked him, was the gun used in a crime or anything suspicious. He became very agitated with me and asked me if I was intentionally trying to make him mad. I informed him that this situation was very odd to me, especially with ▮▮▮▮ actions. He immediately asked me if I thought he needed a lawyer and I replied "If something happen that makes you feel like you need a lawyer, then maybe he should call one". I followed up by saying, "At this point, I am just trying to obtain an account of what transpired so I can possibly gain some leads in order to recover the gun, so some young kids didn't find it". Mr. Biden then explained that he only knows what ▮▮▮▮ is telling him and he didn't have any additional information. He further explained that ▮▮▮▮ told him that she thought she saw a white homeless man collecting cans and maybe he observed her throw the bag into the trash. Also, he mentioned that maybe an employee took it out of the trash. At time he was saying this, 2 Mexican males, wearing Janssen's Market shirts, walked past us and he stated that they have some shady people working at the Market. I asked him if he was referring to the Mexican males that just walked by and he replied "Yea, prolly illegal". I quickly informed him that I was told that on the video footage it only revealed ▮▮▮▮ discarding the bag and it didn't reveal anyone removing the items. Mr. Biden indicated that maybe she was confused on what trash can she put it in. He then asked if ▮▮▮▮ was being detained, because he didn't see that we had cause to hold her. At this time, he told me that ▮▮▮▮ sister came with him and asked if she could go into the office and console her, which I granted. For the sister's name please refer to Cpl/1 Marley's initial report.
While waiting for ▮▮▮▮ to join us, I asked Mr. Biden if he called anyone and told them about this, at which time he asked me if I was talking about his Father "Joe Biden". I replied "Did you call him, because if you did he should probably tell me". He stated, "I have never called my Dad for anything". I have always handled my own affairs. I asked him if he was using drugs and/or drinking heavy, because maybe that is what ▮▮▮▮ searched his truck. He stated "Listen it isn't like that, I think she believes I was gonna kill myself". I asked him if he has ever said that to her and he stated no, but he has been living in a nightmare. I asked him to explain? He told me to put myself in his shoes, and try to feel what it would be like to fall in love with ▮▮▮▮ and then have everyone look at him. This feeling has caused him to be very depressed, but he loves her so much he wouldn't do anything to hurt himself. I shared with him that I haven't been in any situation like that, but I can see how it could he hard. I told him that if he needed help and/or if he was having suicidal thoughts I could take him to the hospital in order to get him help. Mr. Biden said he was fine and didn't need any help right now.
▮▮▮▮ then joined us outside and I asked them to show me exactly where she threw the gun out. I initially asked this in order to give ▮▮▮▮ more time to download the surveillance footage. While walking to the front of the market, Mr. Biden was advising me that the surveillance cameras probably didn't cover everywhere. Once we arrived at the specific trash can, ▮▮▮▮ pointed it out and asked if I was sure we looked in it, which I informed her that we searched every can in the area. Mr. Biden then pointed at the surveillance camera near the specific trash can and stated "Look that camera doesn't cover the entire sidewalk and there is no way it could show someone removing the bag from the side closet to the business wall". I told him that I was waiting for the footage to be download and I would have to review it later. He then directly asked me "Is ▮▮▮▮ the one who called this in and is he the guy downloading the footage". At this time, I felt that it was best to not reveal a name of the person

| Reporting Officer | Supervisor Approval |
|---|---|
| SGT CLEMONS - 00952 1 | Ralph D Flowers PSPT130 11/12/2018 |

| Page 004 | Report Date 10/26/2018 | Agency TROOP 1 STATE POLICE | Complaint Number 01-18-107770 |
|---|---|---|---|

helping us with the surveillance, and told Mr. Biden I didn't know that the person's name, but it seemed as if he had knowledge who it might be. Unfortunately, ▮▮▮▮ walked out and handed me the USB Drive, so Mr. Biden figured it out anyway.

At this time, my concern was that I have already held them for close to 2 hours, so I decided to let them leave and informed them that we would be in contact at a later time. Prior to them leaving, I asked Mr. Biden if he had the receipt of the gun purchase and he didn't think he did, but he volunteered to drive to ▮▮▮▮ house and see if he still had the gun case.

Prior to them leaving, I asked for their individual cell phone numbers, which they gave to me:

▮▮▮▮ ▮▮▮▮

Hunter Biden: ▮▮▮▮

My initial thoughts on follow up investigations techniques, I would contact Attorney General's Office and ask for a subpoena to be issued for both ▮▮▮▮ and Hunter's cell phone toll records. I based my opinion on ▮▮▮▮ not being very forthcoming and not finding her to be very truthful/reliable. Along with the fact that both ▮▮▮▮ and Hunter having a different account on who made the initial telephone call. They contradicted themselves, with ▮▮▮▮ saying she called Hunter after she felt nervous about throwing the gun in the trash at Janssen's Market and Hunter saying he discovered the gun was missing from his center console and he called her, while he was driving to DC. I found this to be suspicious and feel as if these toll records would divulge the truth.

Approx. 20 minutes later, Mr. Biden arrived back at Janssen's Market and turned over the original blue in color gun case, which had the serial number listed on same. I told him that I would need to take possession of the case because it had the serial number, which we needed to input into our stolen computer system. He agreed and let me take possession of the case.

▮▮▮▮ provided me with the footage onto a thumb drive. I asked him to search other cameras and see if anyone was seen carrying this purple bag through the S/C. He will conduct the search later and contact me.

Mr. Biden responded to the residence and retrieved the gun case, which he turned over to me. The serial number and description of the handgun was entered into NCIC by Cpl/1 Marley and face page was completed for Theft of Firearm-complaint # 01-18-107770.

A further follow-up will be conducted.

| Reporting Officer SGT CLEMONS - 00952 1 | Supervisor Approval Ralph D Flowers PSPT130 11/12/2018 | | |
|---|---|---|---|
| Detective Notified | | Referred To | |
| Solvability | ☐ Witness  ☐ M.O.  ☐ Trace Stolen Property  ☐ Suspect Named | | Status Closed |
| | ☐ Suspect Located  ☐ Suspect Described  ☐ Suspect Identified  ☐ Suspect Vehicle Identified | | |

| Page | Report Date | Agency | | Complaint Number |
|---|---|---|---|---|
| 001 | 10/29/2018 | TROOP 2 STATE POLICE | | 01-18-107770 |

## Supplemental Report

| Modified Occurence Dates and Times | Grid | Sector | |
|---|---|---|---|
| Tue 10/23/2018 1120 thru Tue 10/23/2018 1127 | 120 - 120 | 13 | |

**Original Location**
3801 Kennett Pi, Jansens Food Market, Wilmington, Wilmington, DE 19807
0.02 Miles of Kennett Pike

| Officer Weapon Involved: | Officer Weapon Type: | Officer Weapon Use: | Emergency Order Related: | Hero Help Referral: |
|---|---|---|---|---|
| ☐ Yes ■ No | | | ☐ Yes ■ No | ☐ Yes ■ No |

## Original Victim Information

| Victim Number | Name | | | | | |
|---|---|---|---|---|---|---|
| 001 | BIDEN, HUNTER | | | | | |
| Type | Sex | Race | Ethnic Origin | Age | D.O.B | |
| Individual | Male | White | Not Hispanic/Latino | 48 | [redacted] | |
| Address | | | Resident Status | Home Telephone | Cell Phone | |
| [redacted] | | | Non-Resident | | [redacted] | |

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ■ Yes ☐ No | ☐ Yes ■ No | ☐ Yes ■ No |

## Modified Victim Information

| Victim Number | Name | | | | | |
|---|---|---|---|---|---|---|
| 001 | BIDEN, ROBERT HUNTER | | | | | |
| Type | Sex | Race | Ethnic Origin | Age | D.O.B | |
| Individual | Male | White | Not Hispanic/Latino | 48 | [redacted] | |
| Address | | | Resident Status | Home Telephone | Cell Phone | |
| [redacted] | | | Non-Resident | | [redacted] | |

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ■ Yes ☐ No | ☐ Yes ■ No | ☐ Yes ■ No |

## Original Suspect/Defendant Information

| Sequence | Type | SBI Number |
|---|---|---|
| 001 | Suspect | |

| Name | | | | | | | | Nick Name |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Sex | Race | | Ethnic Origin | Age | D.O.B | Height | Weight | Skin Tone | Eye Color |
| Female | White | | Not Hispanic/Latino | 45 | [redacted] | [redacted] | [redacted] | | [redacted] |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full-Time Resident | | Unarmed |

| | | | Home Telephone | Cell Phone | |
|---|---|---|---|---|---|
| [redacted] | | | | | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|

## Modified Suspect/Defendant Information

| Reporting Officer | Supervisor Approval |
|---|---|
| LT GREER - 00162 2 | Peter B Sawyer PSPT102 11/05/2018 |

| Page | Report Date | Agency | | Complaint Number |
|---|---|---|---|---|
| 002 | 10/29/2018 | TROOP 2 STATE POLICE | | 01-18-107770 |

| Sequence | Type | SBI Number | |
|---|---|---|---|
| 001 | Suspect | | |

| Name | | Nick Name |
|---|---|---|
| ▉ | | |

| Sex | Race | Ethnic Origin | Age | D.O.B | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Female | White | Not Hispanic/Latino | 45 | | | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full-Time Resident | | Unarmed |

| | | | Home Telephone | Cell Phone | |
|---|---|---|---|---|---|

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|

## Original Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE 11/1451 (0000) FF | Theft of a Firearm |

| Location of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Grocery/Supermarket | Pending-Inactive | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ■ No - N/A | 23086G - Larceny/From Building |

## Modified Crime and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE 11/1451 (0000) FF | Theft of a Firearm |

| Location of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Grocery/Supermarket | No Victim Cooperation 10/31/2018 | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐ Yes ■ No - N/A | 23086G - Larceny/From Building |

| Stolen Property | Property Category | Quantity | Unit Price | Stolen Value | Recovered Value | Recovery Date |
|---|---|---|---|---|---|---|
| | Firearms | 001/002  01 | $749.95 | $749.95 | | |

| Item Type | Brand | Serial Number | Caliber/Gauge | Firearm Inlay | Color |
|---|---|---|---|---|---|
| Pistol, Revolver | Colt | ra551363 | .338 caliber | ☐ Yes ■ No | Silver |

## Associated Property Summary

| Total Stolen Property: | Total Recovered Property: | Total Seized Property: | Total Damaged Property: | Total Counterfeit Property: |
|---|---|---|---|---|
| $749.95 | $0.00 | $0.00 | $0.00 | $0.00 |

## Victim - Suspect/Defendant Relationships

| Victim - 001 : | Suspect/Defendant - 001 : | Victim Offender Relationship |
|---|---|---|
| BIDEN, ROBERT HUNTER | ▉ | Boyfriend/Girlfriend |

## Witness Information

| Sequence | Type | Name | Sex | Race | Age | D.O.B |
|---|---|---|---|---|---|---|
| 003 | Person Contacted | ▉ | Male | White | 75 | |

| | | Home Telephone | Cell Phone | Work Phone |
|---|---|---|---|---|

| Reporting Officer | Supervisor Approval |
|---|---|
| LT GREER - 00162 2 | Peter B Sawyer PSPT102 11/05/2018 |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 003 | 10/29/2018 | TROOP 2 STATE POLICE | 01-18-107770 |

## Investigative Narrative

**Wednesday, 10-24-18**

1600 hours
Capt. P. Sawyer #102 assigned this complaint to me for follow-up investigation. Capt. Sawyer also forwarded me an email containing several still photographs of ▓▓▓▓ carrying the bag that had contained the missing firearm. The bag appeared to be purple in the still photographs. The last photograph in the series of still photographs displayed a white male carrying a floral arrangement that appeared to have something purple protruding from the bottom of the arrangement. ▓▓▓▓ had composed the array of still photographs.

1617 hours
I contacted ▓▓▓▓ via phone. Upon conversing with ▓▓▓▓ via phone I learned that it was his opinion that the purple object under the floral arrangement was consistent with the color of the bag placed into the trash receptacle by ▓▓▓▓. ▓▓▓▓ further advised that he had extensively reviewed all of the exterior video footage from the time ▓▓▓▓ placed the bag into the trash (1120 hours) through the time she returned to Janssen's Market (1152 hours). During that review, he had not observed anyone else retrieve anything from the limited view of the trash can. He reminded me that the sidewalk area under the Janssen's awning is not viewable from any exterior angle. ▓▓▓▓ advised it was possible that someone retrieved the firearm from the trash receptacle without being captured on video.

1630 hours
Capt. Sawyer advised that Troop 1 Cpl/3 Deskis #122 had potentially identified the person carrying the floral arrangement. Therefore, I contacted Cpl/3 Deskis via phone and learned that he identified ▓▓▓▓ as the subject carrying the floral arrangement. Cpl/3 Deskis further advised that ▓▓▓▓ was a Janssen's employee and that he did not have any criminal history. I agreed to meet Cpl/3 Deskis at Janssen's Market on 10-25-18 to conduct further investigation.
*****

**Thursday, 10-25-18**
1043 hours
Myself, Sgt. J.A. Lloyd #495, and Cpl/3 Deskis met with ▓▓▓▓ to review interior video from Janssen's Market. ▓▓▓▓ navigated the store's video surveillance system to allow tracking of ▓▓▓▓ from the time she entered the business on 10/23/18 until she exited. The video revealed ▓▓▓▓ used an ATM inside the store and then purchased beef, bread rolls, and a bottled beverage prior to exiting. There was nothing suspicious regarding ▓▓▓▓'s actions inside of Janssen's Market. The interior video also revealed the purple object protruding from beneath the floral arrangement carried out by ▓▓▓▓ was actually purple tissue paper. The video shows a female Janssen's employee placing purple tissue under the floral arrangement. ▓▓▓▓ advised that Janssen's employees place the purple tissue under all floral arrangements that are going out for delivery. ▓▓▓▓ did provide a copy of all of the video footage on a usb drive. Lastly, ▓▓▓▓ also confirmed she was aware an unknown older white gentleman who routinely rummages the area trash containers for recyclables.

1135 hours
Myself, Sgt. Lloyd, and Cpl/3 Deskis then met with ▓▓▓▓ at the Greenville Shopping Center to review the exterior video at the shopping center. ▓▓▓▓ also placed all of his video related to this incident onto a usb drive. While meeting with ▓▓▓▓, ▓▓▓▓ attempted to contact my cell phone to advise the unknown elderly gentlemen was currently collecting recyclables in the parking lot. Although delayed by the meeting with ▓▓▓▓, I did conduct a check of the parking lot with Cpl/3 Deskis. We were unable to locate anyone rummaging through trash containers for recyclables.

I then returned to Delaware State Police Troop 2 and spent the afternoon analyzing the video surveillance retrieved from the interior and exterior of Janssen's Market. Analysis of the video did not reveal anyone removing anything from the trash receptacle that ▓▓▓▓ had placed the firearm into at Janssen's Market prior to her return to the business. However, there is only a small portion of the trash container viewable on the video provided by ▓▓▓▓.
*****

**Friday, 10-26-18**

| Reporting Officer | Supervisor Approval |
|---|---|
| LT GREER - 00162 2 | Peter B Sawyer PSPT102 11/05/2018 |

| Page | Report Date | Agency | Complaint Number |
|---|---|---|---|
| 004 | 10/29/2018 | TROOP 2 STATE POLICE | 01-18-107770 |

**0900 hours -1230 hours**
I returned to the Greenville Shopping Center and conducted surveillance in hopes of observing the elderly male subject retrieving recyclables from trash containers. I was unsuccessful, but did speak with a maintenance worker at Greenville Crossing Shopping Center. The worker advised he was familiar with gentleman I was looking to contact. The maintenance worker believed the gentleman's name was ▮ and that he routinely entered the office of Fidelity Investments located with the Greenville Crossing complex. I then contacted a male subject who was working the kiosk at the entrance to Fidelity Investments. The Fidelity employee was also familiar with the subject, but unable to provide his full name or contact information. I left my business card with the maintenance worker and Fidelity employee and requested they call my cell phone if they observed the subject in the area.
*****

**Monday, 10-29-18**

**0900 hours**
I returned to the Greenville area to again conduct surveillance for the male gentleman who rummages for recyclables.

**1010 hours**
I received a phone call from Fidelity Investments advising that the person I was looking to speak with was currently in their office. Thus, I was able to observe the subject exit the office of Fidelity Investments in the Greenville Crossing Shopping Center. I then observed him for the next fifty minutes as he rummaged multiple trash receptacles at both the Greenville Crossing and Greenville Shopping Center complexes. I observed the subject was using plastic shopping bags to collect plastic and aluminum items.

**1100 hours**
I contacted the subject as he placed the plastic bags into the hatchback area of a silver ▮ that displayed Delaware Registration # ▮ The vehicle was parked facing Buck Rd adjacent to the Buck Rd entrance to the Greenville Shopping Center. I advised the subject I was contacting him because I observed that he appeared to be collecting recyclables from trash receptacles in the area. He confirmed that he routinely collects recyclables that he takes to New York to trade for cash when he visits ▮ who resides in New York. I then advised him that I was aware that someone had placed something in a trash receptacle recently that they should not have placed there. The subject quickly responded, "Yes, they did". I then asked the subject what that item may be and he replied, "a 38 Special". The subject then advised that the firearm was at his residence, ▮, Wilmington, DE. I advised him that I needed to recover the firearm immediately. The subject advised he would be glad to turn over the gun to me at his residence. The subject provided Delaware Driver's License # ▮ that identified him as ▮ with a date of birth of ▮. ▮ advised he had retired from ▮ following a (43) year career with the company. He also advised that he had served in the United States Navy. I then contacted Delaware State Police Sgt. J.A. Lloyd via phone and had Mr. ▮'s wanted status and criminal history checked. Sgt. Llloyd advised ▮ was not wanted locally or NCIC and that he no recorded criminal history in the local or Interstate Information Index (III) databases. Mr. ▮ was unable to provide any reason why he had not contacted the police upon locating the firearm in a trash container. He advised that in his may years of collecting recyclables he had never before found a gun. I advised ▮ that it is not normal for law abiding citizens to place guns in trash containers, and that such items are often critical pieces of evidence related to serious criminal investigations. ▮ was apologetic and stated he would contact law enforcement in the future if he were to discover another firearm in a trash container. I then retained ▮'s license as I followed him to his residence.

**1120 hours**
Upon arrival at ▮, Wilmington, DE, ▮ retrieved a black box from an upstairs room of his residence. There were multiple socks in the box. ▮ removed the Colt .38 Special (Serial # RA551363) revolver from one of the socks. A leather pouch was also in the box. Inside the leather pouch was a cardboard box that contained a tube of lip balm (chap stick) and a box of Hornady .38 caliber bullets. There were (23) bullets in the box. There were two empty holes in the plastic container in the box that originally held (25) rounds of ammunition. A speed loading device was also in the box. ▮ advised the leather pouch had contained the Colt 38 revolver, ammunition box, and box containing the lip balm and speed loader.

In another sock, there was Sundance Industries 25 caliber semiautomatic pistol (Serial # 024198) that contained an empty ammunition magazine. ▮ advised that a ▮ co-worker approached him many years ago and gave him the 25 caliber handgun. The co-worker had advised the gun belonged to his brother who was in some kind of trouble and needed to get rid of the gun. I then took custody of both firearms, the leather pouch, cardboard box, ammunition, and speed loader. I transported the items to Delaware State Police Troop 2.

| Reporting Officer: | Supervisor Approval |
|---|---|
| LT GREER - 00162 2 | Peter B Sawyer PSPT102 11/05/2018 |

| Page 005 | Report Date 10/29/2018 | Agency TROOP 2 STATE POLICE | Complaint Number 01-18-107770 |
|---|---|---|---|

**1245 hours**
I contacted the Delaware State Police Headquarters Communications Section via phone and advised Dispatcher A. Bowen #C070 that I had recovered the stolen firearm entered to NCIC under NIC # G464558580. Dispatcher Bowen advised that she would complete the process of removing the firearm from NCIC stolen data. I also checked the status of the recovered Sundance 25 caliber pistol and observed it is not flagged as a stolen item in the NCIC system.

**1300 hours**
I packaged all of the evidentiary items and noted on the evidence packaging that the firearms needed to be processed for latent fingerprints and DNA. I turned the evidence over to Delaware State Police Evidence Detection Unit Sgt. J. Smith #153 in my office. Sgt Smith advised the firearms would also be submitted to the Delaware State Police Forensic Firearms Services Unit for ballistic testing.

**1457 hours**
I attempted to call Victim-Hunter Biden at cellular number ███████. Mr. Biden did not answer, and I received an automated message that his voice mailbox was full.

**1502 hours**
I used my cellular phone to send Victim-Hunter Biden the following text message: "This message is for Mr. Hunter Biden. Please call me at your earliest convenience. Delaware State Police Lt. Millard Greer, Cell (302)***-****, Office (302)365-8385."

**1750 hours**
I received a return call from Hunter Biden on my cellular phone. I advised him that his Colt 38 Special revolver had been recovered. I also advised him that there were a number of procedural details that must be completed prior to its return to him. Mr. Biden was firm in his desire that there not be any prosecution for this case. He stated, "The whole thing is just stupid".
*****

Tuesday, 10/30/18

**0920 hours**
I met with Deputy Attorney General ███████ (New Castle County Felony Trial Unit Dept. Head) at the New Castle Co. Attorney General's Office in the Carvel State Building, Wilmington, DE to review the facts of this investigation.

**2102 hours**
I received an email from DAG ███████ advising that he had reviewed the case with Deputy Attorney General ███████ (New Castle County Chief Prosecutor). Both DAGs agreed that the case should be closed without prosecution due to a lack of victim cooperation.

| Reporting Officer LT GREER - 00162 2 | Supervisor Approval Peter B Sawyer PSPT102 11/05/2018 | | |
|---|---|---|---|
| Detective Notified | | Referred To | |
| Solvability | ☐ Witness ☐ Suspect Located | ☐ M.O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status **Closed** |