# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-61-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion in Limine to Preclude Evidence of Absence of Criminal Charges by Delaware State Authorities, it is HEREBY ORDERED that the Motion is GRANTED and that questioning or evidence regarding the fact that defendant was not charged with state law crimes is precluded from introduction or admission at trial.

_____
The Honorable Maryellen Noreika
United States District Judge