**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion to Exclude Alleged Defects in the Institution of the Prosecution in this Matter, and because the Defendant has no opposition, it is HEREBY ORDERED that the Motion is GRANTED. Argument to the jury and the questioning of any witness related to claims alleging defects in the indictment or in the institution of the prosecution of this matter are excluded from trial, including:

(1) claims made in the Defendant's motion for vindictive and selective prosecution (ECF 63);

(2) the frequency of the firearms charges being brought in the indictment or that Defendant was singled out for prosecution; and,

(3) the prosecution of the Defendant is due to or part of a Russian malign election influence campaign.

_____
The Honorable Maryellen Noreika
United States District Judge