# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion in Limine to Exclude Reference to his Sobriety Beginning in Spring of 2019, which is not opposed by the defendant, it is HEREBY ORDERED that the Motion is GRANTED and questioning or evidence regarding the Defendant's sobriety beginning in the spring of 2019 or claims of law-abidingness are excluded at trial.

_____
The Honorable Maryellen Noreika
United States District Judge

1