**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, this _________ day of __________________, 2024, upon consideration of the Government's Motion in Limine to Exclude Argument or Suggestion that Charges are Unconstitutional, and with the defendant not opposing such motion, it is HEREBY ORDERED that the Motion is GRANTED and that questioning, evidence, testimony or argument suggesting the charges in the indictment are unconstitutional is excluded from trial because they are outside the province of the jury.

________________________________
The Honorable Maryellen Noreika
United States District Judge