IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion in Limine to Exclude Reference to Potential Punishment, Plea Negotiations, the Diversion Agreement, or the July 26, 2023 Hearing, which is not opposed by the defendant, it is HEREBY ORDERED that the Motion is GRANTED and that questioning or evidence regarding potential punishment, plea negotiations, the diversion agreement, or the July 26, 2023 hearing are excluded.

_____
The Honorable Maryellen Noreika
United States District Judge

1