# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | Criminal Action No. 23-CR-61-MN |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Connor C. Dalton, of the firm Dalton & Associates, P.A., hereby enters his appearance as additional counsel for Defendant Robert Hunter Biden in this action.

           Signed: */s/ Connor C. Dalton*
           Connor C. Dalton, Esq. (#7037)
           DALTON & ASSOCIATES, P.A.
           Cool Spring Meeting House
           1106 West Tenth Street
           Wilmington, DE 19806
           T: (302) 652-2050
           cdalton@dalton.law

           *Attorney for Robert Hunter Biden*

Date: May 14, 2024