IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
             )
UNITED STATES OF AMERICA   )
             )
         v.         ) Criminal Action No. 1:23-cr-00061-MN
             )
ROBERT HUNTER BIDEN,    )
             )
         Defendant.     )
             )
_____)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Mr. Biden's Motion to Enjoin the Special Counsel's Investigation and Prosecution for Continuing Violations of the Appropriations Clause is GRANTED.

_____                                       _____
Date                                                                                       Hon. Maryellen Noreika
                                                                                             United States District Judge