IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ROBERT HUNTER BIDEN,      )<br>)<br>Defendant.  ) | Criminal Action No. 1:23-cr-61-MN |

## MOTION AND ORDER TO SEAL FILING

The United States of America, by and through its attorneys, David. C. Weiss, Special Counsel, and Derek E. Hines and Leo J. Wise, Assistant United States Attorneys for the District of Delaware, move that the enclosed filing be filed under seal as well as the accompanying proposed order and requested order from the court. The filing relates to a witness issue in the upcoming trial. The government will move to unseal this filing after the conclusion of the witness's testimony at trial. In the interim, the government requests that the filings remain under seal to protect her identity from public disclosure so that her security is not compromised and so that there will be no witness intimidation issues that could undermine these proceedings. *See United States v. Smith*, 776 F.2d 1104, 1115 (3d Cir. 1985).

                                                                   Respectfully submitted,

                                                                   DAVID C. WEISS
                                                                   Special Counsel

                                         BY:   */s/ Derek E. Hines*
                                                        Derek E. Hines
                                                        Senior Assistant Special Counsel
                                                        Leo J. Wise
                                                        Principal Senior Assistant Spec. Counsel

                                                        United States Department of Justice

Dated:   May 17, 2024

      **AND NOW**, to wit, this _____ day of _____, 2024, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the filings accompanying the motion are to be sealed in their entirety.

_____
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE