**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Mr. Biden's Motion *in Limine* to Exclude Reference to the Pending Tax Charges and Proceedings in California (MIL #1) is GRANTED.

_____                                   _____
Date                                                                                  Hon. Maryellen Noreika
                                                                                        United States District Judge