# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN <br> ) |
| ROBERT HUNTER BIDEN, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Mr. Biden's Motion *in Limine* to Exclude Reference to the Child Support Proceedings in Arkansas and to Exclude Reference to Mr. Biden's Discharge from the Navy (MIL #2) is GRANTED.

_____           _____
Date                                                                                Hon. Maryellen Noreika
                                                                                       United States District Judge