# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Mr. Biden's Motion *in Limine* to Exclude Any Statements Made at the July 26, 2023 Hearing in This Matter (MIL #3) is GRANTED.

_____        _____
Date                                                    Hon. Maryellen Noreika
                                                              United States District Judge