**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Special Counsel's Motion *in Limine* to Exclude the Defense from Arguing or Suggesting that the Government Must Show Defendant's Use of Controlled Substance on the Day of his Firearm Purchase (MIL #1) is DENIED.

_____          _____
Date                                                      Hon. Maryellen Noreika
                                                               United States District Judge