**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN )  |
| ROBERT HUNTER BIDEN, | ) )  |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Special Counsel's Motion *in Limine* to Admit Portions of Defendant's Book and Audiobook and Motion *in Limine* to Exclude Use of Additional Self-Serving Statements (MIL #2) is DENIED.

_____    _____
Date                                                Hon. Maryellen Noreika
                                                         United States District Judge