# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Special Counsel's Motion *in Limine* to Admit Rule 1006 Summary Chart and Find Electronic Evidence Self-Authenticating Pursuant to Rule 902(14) (MIL #3) is DENIED IN PART.

_____                     _____
Date                                                                         Hon. Maryellen Noreika
                                                                                   United States District Judge