**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:23-cr-00061-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S MOTION *IN LIMINE* TO
EXCLUDE REFERENCE TO MR. BIDEN'S SOBRIETY AFTER SPRING OF 2019
AND LAW-ABIDING CLAIMS (MIL #6)**

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

*Counsel for Robert Hunter Biden*

The Special Counsel moves to exclude argument and questioning of any witness related to the fact that Mr. Biden has been law-abiding and sober since summer 2019 because it is improper character evidence under Fed. R. Evid 404, is irrelevant, and due to the specter of jury nullification. (D.E.123 ("Mot.") at 2.)  As Mr. Biden's counsel indicated to the Special Counsel on May 10, 2024, it does not intend to argue or question on such matters, except for a question that would naturally come up should Mr. Biden testify in this case.

For the foregoing reasons, Mr. Biden does not oppose the Special Counsel's motion *in limine*, but respectfully reserves the right to probe such matters should Mr. Biden testify in this case.

Dated: May 20, 2024

Respectfully submitted,

/s/ *Abbe David Lowell*

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Counsel for Robert Hunter Biden*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2024, I filed the foregoing Response with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Abbe David Lowell*
Abbe David Lowell

*Counsel for Robert Hunter Biden*