# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO POTENTIAL PUNISHMENT, PLEA NEGOTIATIONS, THE DIVERSION AGREEMENT, OR THE JULY 26, 2023 HEARING (MIL #8)**

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

*Counsel for Robert Hunter Biden*

The Special Counsel moves to exclude argument and questioning of any witness related to Mr. Biden's potential punishment, resolution negotiations, the diversion agreement, and the July 26, 2023 hearing in this Court. (D.E.125 ("Mot.") at 1.) As Mr. Biden's counsel informed the Special Counsel on May 10, 2024, it agreed with this, except in the case where the government opens the door to such a line of questioning, or should Mr. Biden testify in this case.[1] Mr. Biden reserves the ability to revisit this issue should Mr. Biden testify in this case and the Special Counsel asks him questions about statements he made on July 26, 2023.

For the foregoing reasons, Mr. Biden does not oppose the Special Counsel's motion *in limine*, but respectfully reserves the right to probe such matters only if the government opens the door to such questioning, or should Mr. Biden testify in this case.

Dated: May 20, 2024                                                  Respectfully submitted,

                                                                     /s/ *Abbe David Lowell*
Bartholomew J. Dalton (#808)                                         Abbe David Lowell
DALTON & ASSOCIATES, P.A.                                            Christopher D. Man
1106 West 10th Street                                                WINSTON & STRAWN
Wilmington, DE 19806                                                 1901 L Street NW
Tel.: (302) 652-2050                                                 Washington, D.C. 20036
BDalton@dalton.law                                                   Tel.: (202) 282-5000
                                                                     Fax: (202) 282-5100
                                                                     AbbeLowellPublicOutreach@winston.com
                                                                     CMan@winston.com

                        *Counsel for Robert Hunter Biden*

---

[1] Defense counsel asked, for example, if the Special Counsel intended to seek the admission of any of Mr. Biden's statements from the July 26, 2023 hearing. While indicating that it would not seek the admission of such statements, and that such statements would be impermissible under Fed. R. Crim. P. 11(f) and Fed. R. Evid. 410, the prosecutors said that such statements might be raised if Mr. Biden testified in this case.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2024, I filed the foregoing Response with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Abbe David Lowell*
Abbe David Lowell

*Counsel for Robert Hunter Biden*