# Exhibit 2

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry    05/17/2024

    On May 16, 2024, Special Agent (SA) Erika Jensen conducted a telephonic interview of Gordon Cleveland, former employee at StarQuest Shooters & Survival Supply who sold Hunter Biden (hereinafter Biden) a Cold Cobra revolver on October 12, 2018. Cleveland was contacted on his cellular telephone at ▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing agent and the purpose of the call, Cleveland provided the following information:

    Cleveland was standing in the window when Biden pulled up to the store. Cleveland is 100% sure that Biden pulled up in a black Cadillac CTS. Cleveland did not recognize Biden initially.

    When Biden presented his passport as identification, Cleveland went into the back and asked Ronald Palimere and Jason Turner if it could be used. Cleveland recalls going back out to Biden and saying something to the effect that if Biden was going to use a passport, they would need another form of identification.

    Cleveland thinks Biden went outside and got something, but he can not say with certainty. Cleveland would not have paid attention to the paperwork side of the sale because he had already done his part by working with the customer and making the sale. Cleveland does not think they would have completed the sale without the second identification, though.

    Biden tried to leave Cleveland a tip but Cleveland did not accept it since it was not customary.

    At the time, there was a trading post next door. It was close to the feel of a pawn shop. On any given day, you could find a wide and changing variety of items for sale. Cleveland heard from the employees that Biden went in and bought items. One employee said, in particular, that Biden bought a rubber chicken, but Cleveland is not sure whether the employee was making a joke or if Biden actually bought a rubber chicken.

    Cleveland heard from the other StarQuest employees who worked day shifts that law enforcement visited the store and they threw their weight around

Investigation on  05/16/2024  at  Baltimore, Maryland, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮-GUN_TRIAL                                                     Date drafted  05/16/2024

by  JENSEN ERIKA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

▇▇▇▇▇▇▇▇▇▇▇-GUN_TRIAL

Continuation of FD-302 of (U) Interview of Gordon Cleveland on 5/16/2024 , On 05/16/2024 , Page 2 of 2

and were not very nice to Palimere. Cleveland worked weekends and evenings due to his full time job, so he never witnessed anything first hand.

The original notes were placed in a 1A envelope and are maintained in the case file.