# Exhibit 2

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry    05/17/2024

On May 16, 2024, Ronald Palimere (hereinafter Palimere), owner of StarQuest Shooters & Survival Supply (hereinafter StarQuest), was interviewed pursuant to a proffer agreement he previously entered into with the United States Attorney's Office (USAO). The interview took place over a video teleconference system and all parties were in separate physical locations. Present for the interview were Federal Bureau of Investigation (FBI) Special Agent (SA) Erika Jensen, Senior Assistant Special Counsel Derek Hines, and Palimere's attorney Sean Shecter.

SASC Hines reminded Palimere of the provisions of the proffer agreement and the importance of being truthful and Palimere acknowledged. Palimere then provided the following information:

SASC Hines displayed two versions of the ATF Form 4473 completed by Hunter Biden (hereinafter Biden) on October 12, 2018, when Biden purchased the Colt Cobra revolver from StarQuest for Palimere to review. The first, referred to as the certified 4473, is the Form 4473 from October 2018 that was emailed by Palimere to Alcohol, Tobacco, and Firearms (ATF) SA Jason Reisch. The second form 4473, referred to as the annotated 4473, is the version that Palimere turned over to ATF on September 23, 2021.

SASC Hines noted that SA Jensen identified two differences in the forms. Both are additions made to the annotated 4473 and are the addition of the numerals "5,653" written in a box in the top right corner of the first page and the second is the text "D.E VEHICLE REGISTRATION" handwritten on the second page in the box numbered 18.b.

Based on Palimere's review of the documents related to the sale of the revolver, Biden made the purchase of several items including the Colt Cobra revolver at approximately 6:36 p.m. on October 12, 2018. The FBI National Instant Criminal Background Check System (NICS) check came back in about a minute and was a very fast response.

At the time, Palimere owned a consignment store next door. Palimere thinks he started his work day at the consignment store and may have been

| | | |
|---|---|---|
| Investigation on  05/16/2024  at | Baltimore, Maryland, United States (Other (via videoconferencing)) | |
| File #         ▮▮▮▮▮▮▮▮         GUN_TRIAL | | Date drafted   05/16/2024 |
| by   JENSEN ERIKA | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

█████████████ GUN_TRIAL
█████████████ ffer Interview of Ronald Palimere

Continuation of FD-302 of (StarQuest Shooters) on 5/16/2024 , On 05/16/2024 , Page 2 of 5

called over to the gun store when the employees recognized Biden as a celebrity-type customer. Palimere was in the back of the building and not on the sales floor.

Generally, the gun sales are completed by two people. One functions as the salesman and the second works in the back doing the paperwork. Palimere structures his sales like this to ensure that there are always at least two sets of eyes involved in the sale to help prevent errors.

In the case of Biden's sale, Gordon Cleveland, was the salesman. Palimere was sitting at his desk in the back and Cleveland said something to the effect of, "Hey, Hunter Biden's here. He wants to use his passport." Palimere was familiar with Biden's father's not being a gun supporter so Palimere thought it would be bad for Palimere's business to have Hunter Biden seen in his store. Palimere wanted to get the sale completed and get Biden out of the store, so Palimere said yes to using the passport as identification. Palimere never interacted with Biden.

No one thought to get supplemental information because everyone in the area knows who lives at ███████████████████. The address is a celebrity address. At the time and to Palimere and the employees, the address was obvious. If a second form of identification with an address was presented by Biden, Palimere was not present when it happened.

It was unusual to have a customer present a passport. Most sales are completed with a driver's license. Palimere did not specifically think about the address because he did not have and was not familiar with the information on a passport. At the time, he would have thought a person's address was on their passport.

As best as Palimere can recollect, it was a combination of wanting to get Biden out of the store, how fast the NICS check came back with a "Proceed," the fact that the Biden family home was so well known, and his lack of knowledge about the details of a passport, that caused them to have incomplete information on the form.

The addition of the numerals "5,653" in the top left corner on the first page of the annotated 4473 in the box labeled "Transferor's/Seller's Transaction Serial Number (If any)" is done as a part of their ordinary business practice. The number is added after everything is double/triple checked.

After the completion of the sale, the documents are placed in a pile.

Case 1:23-cr-00061-MN   Document 159   Filed 05/20/24   Page 4 of 6 PageID #: 2675

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮▮-GUN_TRIAL ffer Interview of Ronald Palimere (StarQuest Shooters) on 5/16/2024 , On 05/16/2024 , Page 3 of 5

Palimere employs a file clerk who spends a couple hours a day checking and then filing the forms. The ATF requires a filing system. The system can be numerical, by date, or alphabetical and Palimere used a numerical system because it is easiest by far. The number placed in the box is for this filing system.

For the sale to Biden, all the fields completed on the certified 4473 were done before Biden left the store. Palimere does not know when the number was added to the form, but it could have been sitting in the pile on October 26, 2018, when Palimere scanned and sent it to the ATF SA James Reisch (the certified 4473). Since only one person does the filing, it is possible that the form was still waiting in the pile and had yet to be checked, assigned a number, and filed.

Based on a text message Palimere sent to Reisch on October 24, 2018, Palimere believes it was October 24, 2018, when separately, the Delaware State Police (DSP) and the United States Secret Service (USSS) came to StarQuest. They said the firearm was involved in a case of some kind and they wanted to expedite the trace process and get access to the Form 4473. Both agencies asked the same questions and it appeared they were not aware of each other's investigations. Something about the USSS request did not seem right so Palimere contacted Reisch. Reisch advised Palimere not to turn the original Form 4473 over to anyone and to turn over a copy only if Palimere felt Palimere had to.

Palimere scanned and emailed the certified 4473 to Reisch using his StarQuest email address, starquestshooterssupply@gmail.com. Palimere uses this email address exclusively and it is not shared by other StarQuest employees. The form was then filed away. Palimere did not handle the form again for three years and until he was requested to turn it over to ATF SA Veronica Hnat on September 23, 2021.

In 2021, Palimere had significant media attention and he had news crews, Tucker Carlson, the ATF and the FBI contacting him. He received numerous contacts from media including to his email address and on his phone.

Palimere was contacted by Hnat who said she wanted to come by to take custody of the Form 4473. Palimere ultimately went to the ATF building in Wilmington, Delaware, and turned over the annotated 4473. Palimere received a receipt for property from the ATF. Hnat allowed Palimere to make a copy of the annotated 4473 for his records.

After he was contacted by Hnat, Palimere reviewed the form and he can not

Case 1:23-cr-00061-MN   Document 159   Filed 05/20/24   Page 5 of 6 PageID #: 2676

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  GUN_TRIAL ffer Interview of Ronald Palimere (StarQuest Shooters) on 5/16/2024 , On 05/16/2024 , Page 4 of 5

recall exactly how it happened, but believes that one of his employees brought it to Palimere's attention that the form needed to be annotated. Palimere saw that the box labeled "18.b Supplemental Government Issued Documentation" was not complete. Palimere can not recall who brought it up, but does not believe it was Cleveland because Cleveland's schedule was nights and weekends. Once it was brought to his attention, Palimere had conversations with Jason Turner (hereinafter Turner) about it.

Palimere decided to write Delaware registration in the box labeled 18.b. Palimere does not know why that was chosen but he knew it had to be an official document and it was all they could think of. Turner was the one who wrote Delaware vehicle registration in the box.

Palimere thinks that if Biden presented a vehicle registration on the day of the sale, it would have been documented on the certified 4473.

Normally, they would call a customer if they found an error/omission and needed to annotate the Form 4473. The ability to annotate the Fom 4473 is allowed by the ATF. For this case, a typical customer would have been called and told they needed to come back in and bring registration to show the residency.

Palimere was not about to call Biden. Palimere felt they could not have him come into the store. Plus, Palimere did not want to contact Biden and tell him he needed to come in and he was being investigated.

At the time it was a big scandal and there was intense attention on the incident. It was on prime time on every news channel and USSS was saying they never went into StarQuest. Palimere and the other employees heard that Mac Isaac of the computer store was in protective custody. They were all scared to death. Palimere felt it was necessary to annotate the Form 4473 because he felt they were going to get in trouble just for going up against Biden.

It was weird to Palimere that Biden bought both a real and operable gun and then also buy a BB gun that looks like a real gun. The BB gun Biden bought did not have the orange tip at the end of the barrel.

Palimere's employees did tell Palimere that Biden went into the consignment store. Palimere does not know what Biden bought and no longer has records for the business.

The original notes and copies of the documents shown to Palimere were

FD-302a (Rev. 5-8-10)

Case 1:23-cr-00061-MN   Document 159   Filed 05/20/24   Page 6 of 6 PageID #: 2677

Continuation of FD-302 of  ▮▮▮▮▮ GUN_TRIAL ffer Interview of Ronald Palimere (StarQuest Shooters) on 5/16/2024 , On  05/16/2024 , Page  5 of 5

placed in a 1A envelope and are maintained in the case file.