IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN,  ) | |
| ) | |
| Defendant.  ) | |

**REPLY TO RESPONSE TO GOVERNMENT'S MOTION IN LIMINE
TO EXCLUDE REFERENCE TO HIS SOBRIETY
AFTER SPRING OF 2019 AND LAW-ABIDING CLAIMS**

The United States, by and through undersigned counsel, respectfully submits this Reply in support of the government's motion (Doc. No. 123). In his Response, the defendant states that he does not oppose the government's motion and "does not intend to argue or question on such matters . . . " Doc. No. 154. The Court should therefore grant the motion. The Government replies only to state its position that it does not agree that an unspecified "question that would naturally come up should Mr. Biden testify in this case" is relevant and permissible, and therefore reserves the right to object to any such question.

Respectfully submitted,

DAVID C. WEISS
Special Counsel
United States Department of Justice

By: /s/ Derek Hines

Derek E. Hines
Senior Assistant Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
771-217-6091

Dated: May 22, 2024