# Exhibit 1



NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

ABBE DAVID LOWELL
Partner
202-282-5000

May 17, 2024

**VIA E-MAIL**

Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

Re:   *United States v. Robert Hunter Biden*, No. 23-cr-00061-MN (D. Del.)

Dear Counsel:

On April 24, 2024, the government provided materials disclosing its expert witnesses and their opinions, and the bases and reasons for those opinions. Since that disclosure, Defense counsel has been engaged in the process of identifying the scope of expert testimony that it deems may be necessary to counter the government's proffered expert testimony. We also recognize that certain of the government's expert testimony may be obviated by a potential stipulation, if agreed to, between the parties.

To assist in your preparation, we are providing the following expert disclosure notice pursuant to Fed. R. Crim. P. 16(b)(1)(c). Defense counsel is still reviewing the government's disclosures, and reserves the right to designate additional expert witnesses, as well as to substitute expert witnesses, in order to address the government's proffered testimony and evidence, and will timely advise the government of any changes or additional disclosures. Nothing in this Notice is intended to constitute a waiver of Mr. Biden's ability to challenge or limit the scope of any of the government's expert witnesses or proffered testimony prior to trial. Moreover, this disclosure is not intended to, and expressly does not, concede the relevance or admissibility of the government's proffered expert testimony.

1.   Dr. Joshua D. Lee

Dr. Lee is expected to testify concerning the following: (a) the scope of addiction, including drug, alcohol, and other addiction; (b) a person with addiction's understanding of and state of denial about their own addiction; (c) how in his training and experience he has come to know how an alcohol or substance user who has not yet come to terms with their addiction would describe or think of themselves; (d) how materials provided in discovery indicate that Mr. Biden was acting consistent with that behavior; (e) the



May 17, 2024
Page 2

different types of drug and alcohol use disorders and variable clinical traits, including high-functioning professionals with active use disorders; (f) the effects and impacts of rehabilitation, therapy, and other types of treatment programs on affected individuals and their efforts in recovery; and (g) the effects and impacts of significant personal and family traumas on persons with drug and alcohol use disorders.

More specifically, Defense counsel anticipates that Dr. Lee will provide, among other things, opinions and related testimony in response to testimony presented at trial by the government's witnesses, including DEA Special Agent Joshua Romig, along the following lines:

1. A description for the jury about the scope of addiction and that it cannot be objectively defined.

2. A description for the jury that persons with drug and alcohol use disorders can be high-functioning individuals, even during times of heavy drug and alcohol use, and how that contributes to their view of themself as being addicted.

3. An analysis of certain statements made by Mr. Biden in text message conversations with loved ones, family members, and close friends, including messages with Hallie Biden about sobriety or addiction as to his following Dr. Lee's view of how persons with addiction view themselves.

4. An analysis of certain retrospective statements made by Mr. Biden in his memoir, *Beautiful Things*, as to him acting in accordance with Dr. Lee's view of how persons with addiction view themselves.

5. An analysis of rehabilitation, drug therapy, and other alcohol and substance use treatment programs that Mr. Biden enrolled in or attended between 2010 and 2019 as to his following Dr. Lee's view of how persons with addiction view themselves.

6. A description for the jury of the difference between drug, alcohol, and other substance use disorders.

Since 2005, Dr. Lee, MD, MSc, has served as a Professor of Population Health and Medicine/General Internal Medicine and Clinical Innovation at NYU's Grossman School of Medicine and Director of the ACGME-accredited Addiction Medicine Fellowship. He is a clinician–researcher focused on addiction pharmacotherapies in primary care and criminal justice populations. He has conducted multiple NIH clinical trials examining the use of naltrexone and buprenorphine opioid and alcohol treatments in community criminal justice involved adults, at release from jail, and within community primary care settings. In addition, Dr. Lee leads the NYU Langone 'Hub' of the National Institute on Drug Abuse Justice and Community Outcomes and Innovation Network. Dr. Lee's research focuses on, among other topics, medical treatments for opioid and alcohol use disorders in criminal justice populations, and addiction treatments in primary care and criminal justice settings. Dr. Lee has a BA from Princeton University, earned his MD from the University of Tennessee, did his residency training at NYU/Bellevue Hospital, Internal Medicine, and did his postdoctoral training at Weill Cornell Medicine, where he earned a fellowship in Health Service Research and Clinical Epidemiology.



May 17, 2024
Page 3

Dr. Lee's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit A.  Dr. Lee's testimony is expected to be based on his career of academic and clinical research in the field of addiction medicine, and treatment of patients for addiction and other drug, opioid, and alcohol use disorders.  This includes through standard academic research methods such as: (a) study of the relevant peer-reviewed academic literature; (b) clinical research trials; (c) secondary data research; and (d) medical education curriculum development.

2. <u>Dr. Michael J. Coyer</u>

Dr. Coyer, Ph.D., F-ABFT, is expected to testify concerning the following: (a) generally accepted laboratory methods for forensically testing cocaine; (b) the ability to date or age cocaine samples; (c) reliability, durability, and chemical composition of cocaine evidence; and (d) chain of custody considerations in general chemistry testing.

More specifically, Defense counsel anticipates that Dr. Coyer will provide, among other things, opinions and related testimony in response to testimony presented at trial by the government's witnesses, including FBI Forensic Examiner Jason D. Brewer, along the following lines:

1. An analysis of Mr. Brewer's general chemistry examination of a brown colored pouch and the secondary evidence generated from that brown colored pouch.

2. An analysis of the accuracy and reliability of Mr. Brewer's general chemistry test on the white/off-white residue sample collected from the brown leather pouch.

3. A description for the jury of the possible samples collected from the pouch and combined for testing.

4. A description for the jury of the typical techniques and laboratory methods used to conduct such forensic drug lab testing.

5. A description for the jury of how materials (including drug residue) would be affected by age.

6. An analysis of the chain-of-custody of the brown colored pouch submitted for laboratory testing by the FBI and analyzed by Mr. Brewer.

Dr. Coyer has served as a laboratory research director at various forensic toxicology laboratories, including Northern Tier Research (since 2005); Princeton Analytical (since 2011); Labcorp (since 2012); and DRUGSCAN, Inc. (since 2012)—where he was retained as an expert in forensic toxicology and Pharmacology for the City of Philadelphia.  He is also the New York State CLEP Laboratory Director since 2012.  His responsibilities in those roles have included reviewing toxicology reports and forensic analysis, reviewing all standard laboratory procedures, method validations and proficiency testing, and supervising general clinical and laboratory analysis and reporting.  Since 1996, Dr. Coyer has also served as Laboratory Director of PPL Susquehanna Nuclear Power Plant, where his responsibilities include overseeing a forensic drug testing laboratory.  From 1999 to 2003, Dr. Coyer served as Toxicology Supervisor at Clinical Laboratories, Inc., where he oversaw forensic, toxicological, and other laboratory procedures, training, and



May 17, 2024
Page 4

quality assurance.  Dr. Coyer has a B.S. in Chemistry from the University of Scranton (1986) and a Ph.D. in Inorganic/Physical Chemistry from Rutgers – The State University of New Jersey, New Brunswick, NJ.

Dr. Coyer's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit B.  Dr. Coyer's testimony is expected to be based on his 32-year career of clinical and forensic toxicology experience, and research and laboratory experience.  Dr. Coyer has several certifications in forensic toxicology and laboratory experience as reflected in his CV.  Dr. Coyer is a member of the Society of Forensic Toxicology (SOFT) and the American Association of Clinical Chemistry (AACC), and was certified in 2002 by the American Board of Forensic Toxicology as a Fellow.

3.  Khody R. Detwiler

Mr. Detwiler is expected to testify concerning the following: (a) generally accepted forensic examination methods for document, handwriting, and signature analysis; (b) analysis of handwriting and original writings on Firearm Transaction Form 4473; and (c) analysis of handwriting between documents.

More specifically, Defense counsel anticipates that Mr. Detwiler will provide, among other things, opinions and related testimony in response to testimony presented at trial by the government's witnesses, including ATF Special Agent Brian Blank, along the following lines:

1.  A description for the jury of the differing copies of Form 4473 obtained by the government and produced in discovery.

2.  An analysis of the accuracy and reliability of Mr. Blank's description of Form 4473 obtained and retained by StarQuest Shooters & Survival Supply.

3.  A description for the jury of the possible ways in which Form 4473 was modified or otherwise altered.

4.  A description for the jury of the typical techniques and methods used to forensically analyze documents and handwriting.

Mr. Detwiler is a professional forensic document examiner and has worked at his own firm, Lesnevich & Detwiler, since 2008, becoming a Partner in 2011.  Mr. Detwiler has formal training in the field of Forensic Document Examination, and completed a full-time 24-month training program under the supervision and instruction of Gus R. Lesnevich.  Mr. Detwiler's forensic document training was done in accordance with the standard guidelines set forth by the Scientific Working Group for Forensic Document Examination (SWGDOC) Standard for Minimum Training Requirements for Forensic Document Examiners.  A list of the specific areas related to forensic document examination covered by the training are reflected in Mr. Detwiler's CV (page 4).  Mr. Detwiler has a B.S., Criminal Justice from Pennsylvania State University (2009), and has participated in numerous continuing education programs related to forensic science and document examination since 2011, as reflected in his CV.

Mr. Detwiler is a contributing author to the published textbook, *Forensic Document Examination in the 21st Century*, edited by Jan Seaman Kelly and Miriam Angel, and published by CRC Press Taylor



May 17, 2024
Page 5

and Francis Group [2021] (ISBN: 978-0-367-25155-0).  His specific contribution was chapter 14, entitled "Forensic Analysis of Handwritten Electronic Signatures."

  Mr. Detwiler's qualifications as an expert as to the matters addressed herein are set forth further in his CV attached to this Notice as Exhibit C.  Mr. Detwiler's testimony is expected to be based on his training, research, and experience in forensic document examination.  Mr. Detwiler has previously been recognized as an expert in the area of forensic document examination and has presented expert evidence in both state and federal courts throughout the United States as well as in international jurisdictions as outlined in his testimony list, included in Exhibit C.  Several major cases in which he has participated are reflected in his CV (page 1).  Mr. Detwiler is also a member of various professional associations and forensic science societies as reflected in his CV (page 20).

  Sincerely,

Abbe David Lowell

cc: Christopher D. Man, Esq.
  Bartholomew Dalton, Esq.
  David Kolansky, Esq.

# Exhibit A

**Joshua D. Lee, MD, MSc**
Professor
New York University Grossman School of Medicine

**Contact Information**
Home address: 121 Ridgewood Rd, Kerhonkson, NY, 12446
Office address: 180 Madison Ave 17-14, New York, NY 10016
Work phone: 646.501.3552
Cell phone: 646.221.3171
Work email: joshua.lee@nyulangone.org
Personal email: jdlee72@gmail.com

**Additional Information**
Place of birth: Knoxville, TN, USA

---

## Current Appointments and Leadership Positions

**Faculty Appointment**
09/2014 Professor, Tenured (2017), Dept. Population Health and Division of General Internal Medicine and Clinical Innovation, NYU Grossman SOM, NY, New York

**Hospital Appointment**
10/2005 Attending Physician, Department of Medicine, Bellevue Hospital Center, New York, NY

**Administrative Leadership Positions**
07/2012 Departmental, Addiction Medicine Fellowship, Program Director, Dept. Medicine/DGIMCI, NYUGSOM, NY, NY
03/2020 Departmental, Section on Tobacco, Alcohol, and Drug Use, Co-Director, Dept. Population Health, NYUGSOM, NY, NY

## Education and Training

**Education**

| Year | Degree | Field | Institution | Location |
|------|--------|-------|-------------|----------|
| 1990 | Certificate | | Webb School | Knoxville, TN |
| 1994 | BA | Art History | Princeton University | Princeton, NJ |
| 1999 | MD | Medicine | University of Tennessee College of Medicine | Memphis, TN |
| 2005 | MSc | Clinical Epidemiology | Cornell University | New York, NY |

**Postdoctoral Training**
07/1999-06/2002    Resident, Primary Care Internal Medicine, NYU SOM/Bellevue Hospital, New York, NY
07/2002-06/2003    Chief Resident, Primary Care Internal Medicine, NYU SOM/Bellevue Hospital, New York, NY
07/2003-06/2005    Fellow, T32 in Clinical Epidemiology and Health Service Research, Weill Cornell Graduate School in Medical Science, New York, NY
07/2004-06/2005    Research Fellow, Center for Urban Epidemiologic Studies, New York Academy of Medicine, New York, NY

**Specialty Certification**
2002, 2012, 2022    American Board of Internal Medicine Certificate #213327
2006    Buprenorphine DATA 2000 Waiver, DEA XL-7999759
2007    American Society of Addiction Medicine, Certification #001168
2009, 2022    American Board of Addiction Medicine, Certificate #001168
2023    American Board of Preventive Medicine:Addiction Medicine, 01/01/2023

**Medical Licensure**
2001    New York    #220463

## Previous Appointments and Leadership Positions

**Faculty Academic Appointments**
07/2002-06/2004    Teaching Assistant, Department of Medicine, NYU SOM, New York, NY

1

| | |
|---|---|
| 07/2003-06/2005 | Instructor in Medicine, Weill Cornell Medical College, New York, NY |
| 07/2005-09/2007 | Instructor, Department of Medicine, NYU SOM, New York, NY |
| 09/2007-09/2014 | Assistant Professor, Department of Medicine, DGIM, NYU SOM, New York, NY |
| 09/2012-09/2014 | Assistant Professor, Department of Population Health, NYU SOM, New York, NY |
| 09/2014-02/2021 | Associate Professor, Department of Population Health, NYU Grossman SOM, New York, NY |
| 02/2021- | Professor, Department of Population Health, NYU Grossman SOM, New York, NY |

**Hospital Appointments**

| | |
|---|---|
| 07/2003-06/2005 | Assistant Attending Physician, Medicine, New York-Presbyterian Hospital, New York, NY |
| 10/2005-06/2012 | Attending Physician, Dept. Medicine, NYU Medical Center, New York, NY |

## <u>Awards, Honors, and Memberships in Honorary Societies</u>
**Internal**

| | |
|---|---|
| 06/2007 | NYU Department of Medicine, Award for Excellence in Research |
| 07/2008 | NYU Department of Medicine, Top Research Paper, July 2008 |
| 02/2009 | NYU Department of Medicine, Top Research Paper, Feb 2009 |
| 06/2010 | NYU Department of Medicine, Michael Saperstein Medical Scholar |
| 12/2015 | NYU School of Medicine, Dean's List (Research Incentive Program) |
| 12/2016 | NYU School of Medicine, Dean's List (Research Incentive Program) |
| 09/2017 | NYU School of Medicine, Award of Tenure |
| 11/2019 | NYU School of Medicine, Large Award Bonus Program |
| 07/2022 | NYU Grossman SOM, Large Award Bonus Program |

**External**

| | |
|---|---|
| 06/1994 | Princeton University, Dept. Art and Archeology, The Irma S. Seitz Prize in the Field of Modern Art |
| 07/1996 | Univ. Tennessee College of Medicine, NIH Summer Research Award |
| 11/2006 | Association of Medical Education and Research on Substance Abuse (AMERSA), Abstract Semi-Finalist, 2006 National Meeting, Washington DC |
| 04/2007 | Society of General Internal Medicine (SGIM), Finalist, Milton W. Hamolsky Junior Faculty Award, 2007 National Meeting, Toronto, ON |
| 04/2007 | Society of General Internal Medicine (SGIM), Outstanding Abstract, Interactive Resources in Medical Education, 2007 National Meeting, Toronto, ON |
| 11/2007 | Association of Medical Education and Research on Substance Abuse (AMERSA), Best Abstract, 2007 National Meeting, Washington DC |
| 11/2011 | NIDA-ISAM 2011 Travel Fellowships for Young Investigators |
| 11/2013 | Association of Medical Education and Research on Substance Abuse (AMERSA), Abstract Semi-Finalist, 2013 National Meeting, Washington DC |
| 06/2013 | National Judicial College \| Distinguished Faculty |
| 07/2017 | Clinical Research Forum, Top Ten Clinical Research, Achievement Awards (LeeJD et al, NEJM 2016;PMID:27028913) |
| 07/2018 | Clinical Research Forum, Nominated, 2018 Top Ten Clinical Research Achievement Award (LeeJD et al, The Lancet 2017, PMID:29150198) |

# Research Activities

Major Research Interests include:
1. Opioid and alcohol use disorder pharmacotherapies
2. Addiction treatments in primary care and criminal justice settings

Work in both of these areas as led to wider adoption of simplified approaches to buprenorphine and naltrexone therpies.

## Grant History

Grants and Clinical Trials

*Current*

| Agency | Role | FTE % | Project Title | NCE | Type | Grant # | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYS OASAS | PI/PD | 20% | Multidisciplinary Addiction Training Program | N | Contract | | 7/01/23 | 6/30/25 | 1,100,000 | 90,000 | 1,200,000 | 2,200,000 | 180,000 | 2,400,000 |
| HRSA | PI/PD | 10% | Addiction Medicine Fellowship | N | T25 | 1T25 HP37 605-0100 | 7/01/20 | 6/30/25 | | $600,000 | | | | $3,000,000 |
| NIDA | PI | 40% | Long-acting buprenorphine vs. naltrexone opioid treatments in CJS-involved adults | N | U01 | U01D A047 982-01 | 8/1/19 | 4/30/24 | | | | 13,867,400 | 3,894,274 | 17,761,674 |
| NIDA | PI | 20% | Impact of Jail-Based Methadone on Overdose, Recidivism, HIV and Health Outcomes, and Costs in New York City, 2011-2017 | Y | R01 | R01D A045 042-01A1 | 7/1/18 | 6/30/23 | $585,483 | $134,869 | $720,353 | 2,929,021 | 674,716 | 3,603,737 |
| NIDDK | MPI3 | 10% | Pain, Opioids, and ESRD Risk Reduction with Mindfulness and Buprenorphine (POEM-B): A 3-Arm Mulit-site Randomized Trial in HElodialysis Patients | N | U01 | 1U01 DK12 3814-01 | 9/24/19 | 5/31/24 | | | | 1,702,682 | 1,180,569 | 2,883,251 |
| NIDA | Co-I | 10% | CHASE: An Innovative County-Level Public Health Response to the Opioid Epidemic in New York State | Y | UM1 | UM1 DA04 9415-01 | 4/17/19 | 3/31/23 | | | | 17,896,523 | 4,614,321 | 22,510,844 |
| NIDA | Co-I | IK | Effectiveness of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment: Pragmatic trial in a large municipal hospital system | N | R01 | R01D A045 669 | 3/15/18 | 12/31/21 | $515,633 | $165,665 | $681,298 | 2,009,142 | 742,091 | 2,751,233 |
| NIDA | Co-I | 5% | Clinical Trials Network: Greater New York Node | N | U10 | U10D A013 035 | 9/1/15 | 8/31/20 | | | | 59,467 | 172,101 | 587,366 |

*Pending*

None

*Past*

| Funding Agency | Role | Effort % | Project Title | Award Type | Grant # | Project ID | Project Start Date | Project End Date | Annual Project Direct Costs | Annual Project Indirect Costs | Annual Project Total Costs | Total Project Direct Costs | Total Project Indirect Costs | Total Project Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIAAA | Co-I | 2% | TOPIRAMATE AS A TREATMENT FOR CO-OCCURRING AUD AND PTSD | N | P01 | 5P01AA027057-02 | 9/1/19 | 8/31/20 | $295,821 | $205,596 | $501,417 | $ 295,821.00 | $ 205,596.00 | $ 501,417.00 |
| NIDA | Co-I | IK | Effectiveness of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment: Pragmatic trial in a large municipal hospital system | N | R01 | R01DA045669 | | 3/15/18 | 12/31/21 | $515,633 | $165,665 | $681,298 | $ 2,009,142.00 | $ 742,091.00 |
| NIDA | PI | IK | Buprenorphine Extended-release in Jail and at Re-entry: Open-label Randomized Controlled Trial vs. Daily Sublingual Buprenorphine-naloxone | 1R01-AS | U01DA033336-05S1 | | 6/1/17 | 5/31/18 | | | | $ 126,100.00 | $ 305,100.00 |
| NIDA | PI | IK | Extended-Release Naltrexone Opioid Treatment at Jail-to-Community Reentry | U01 | U01DA033336-01 | | 6/1/13 | 5/31/16 | | | | $ 1,088,427.00 | $ 1,313,290.00 | $ 1,291,917.00 |
| Laura and John Arnold Foundation | PI | 15% | Extended-Release Naltrexone Opioid Treatment at Jail-to-Community Reentry: Cost Analysis Substudy | Foundation | NA | | 4/1/17 | 3/31/21 | | | | $ 608,866.00 | $ 68,087.00 | $ 668,953.00 |
| NIDA | Co-I | 10% | DEVELOPMENT OF A NOVEL DRUG FOR TREATING OPIOID USE DISORDER | R24 | 2R42DA041959-02 | 1R-AS (00,100387) | 9/30/19 | 8/31/21 | | | | $ 608,469.00 | $ 102,040.00 | $ 760,245.00 |
| NIDA | Consultant (GGJ); Co-I (UIO) | N/A | NOVEL THERAPEUTICS FOR OPIOID USE DISORDER IN THE CRIMINAL JUSTICE SYSTEM | UG3/UH3 | 1UG3DA048234-01 | | 3/15/19 | 2/28/21 | | | | $ 2,789,359.00 | $ 271,181.00 | $ 3,060,540.00 |
| NIDA | Consultant (GGJ); Co-I (UIO) | N/A | NOVEL THERAPEUTICS FOR OPIOID USE DISORDER IN THE ADDICTION TREATMENT AND MAINTENANCE SETTINGS | UG3/UH3 | 1UG3DA049598-01 | | 9/30/19 | 8/31/21 | | | | $ 5,956,355.00 | $ 504,847.00 | $ 6,461,202.00 |
| NIDA | Consultant (GGJ); Co-I (UIO) | N/A | A LONG-ACTING BIOABSORBABLE NALTREXONE SUBCUTANEOUS IMPLANT FOR OPIOID USE DISORDER | UG3/UH3 | 1UG3DA048338-01A1 | | 4/1/19 | 3/31/21 | | | | $ 2,994,297.00 | $ 89,672.00 | $ 3,083,969.00 |
| CDC | Consultant | N/A | Reducing Overdose After Release from Incarceration (ROAR) | R01 | | | | | | | | $1,498,936 | | |
| Research Foundation City University of New York | Director | IK | Fellowship in Addiction Medicine | City of New York, Sub-Contract | NA | 15-AS-00 1503100 | 7/1/19 | 6/30/20 | | | | $ 75,829.68 | | $ 104,626.00 |
| NIAAA | PI | 10% | Extended-Release vs. Oral Naltrexone Alcohol Treatment in Primary Care | R01 | 1R01AA020836-01A1 | (3-00662 | 8/1/13 | 4/30/18 | | | | $ 3,166,715.00 | $ 2,200,844.00 | $ 5,367,579.00 |
| Laura and John Arnold Foundation | PI | 5% | Opioid Use Disorder Treatments: An Evidence Map | Y | Foundation | NA | | 1/1/18 | 4/30/20 | | | | | $ 105,626.00 | $ 15,777.00 |
| NIDA | PI | 25% | Treatment Study Using Depot Naltrexone/JANV Bellevue Protocol Treatment Site | R01 | 1R01DA024555-01A1 | 00-0721 | 7/15/08 | 2/28/16 | | | | $ 1,080,000.00 | $ 747,289.00 | $ 1,827,289.00 |
| NIDA | PI | 25% | Treatment Study Using Depot Naltrexone/JANV Bellevue Protocol Treatment Site | R01-Supplement | 3R01DA024555-07S1 | CI-AS-S1 (00221) | 11/15/13 | 10/31/15 | | | | $ 113,817.00 | $ 78,534.00 | $ 192,351.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NIDA | CoI | 20% | Hurricane Sandy Administrative Supplement Clinical Trials Network: Greater New York Node, CTN-0051 XR-Naltrexone vs. Buprenorphine Opioid Treatment (X:BOT) | U10/UG1 | UG1DA013035 | 15-A3-00-003671 | 9/1/15 | 5/31/20 | $8,920,226.00 | $2,137,000.00 | $11,057,226.00 |
| NIDA | CoI | 20% | Clinical Trials Network, Greater New York Node, CTN-0051 Extended-Release Opioid Addiction Treatment Study (POATS) | U10 | U10DA013035 | 15-A3-00-003671 | 9/1/15 | 5/31/16 | $15,460,778.00 | $3,825,349.00 | $19,386,127.00 |
| NIDA | CoI | 2% | Buprenorphine Maintenance for Opioid Addicted Persons in Jail and Post-Release | R21 | R21DA020583 | | 4/1/06 | 3/31/08 | $375,650.00 | | |
| NIDA | CoI | 15% | Substance Abuse Research Education and Training (SARET) | R25 | R25DA022461-01A1 | | 9/1/07 | 5/13/12 | $1,840,117.00 | | |
| Univ. Pennsylvania Subaward, Dana Foundation | PI | 5% | Depot Naltrexone Treatment of Opioid-Dependent Parolees an open label feasibility | Foundation | N/A | 06-0768 | 8/1/06 | 8/1/08 | $20,000.00 | | $20,000.00 |
| Alkermes, Inc | PI | 10% | Extended-Release Naltrexone for Opioid Relapse Prevention in Release from Jail | Industry | ALK016-LEF17 | | 9/1/11 | 06/31/2015 | $60,000.00 | | $60,000.00 |
| NYU Center of Excellence Seed Grant | PI | 5K | Extended-Release Naltrexone for Opioid Relapse Prevention at Release from Jail | NYU | N/A | | 4/7/09 | 4/6/10 | $25,000.00 | | $25,000.00 |
| NYU Dept. Medicine Michael Saperstein Scholar | PI | 5K | Extended-Release Naltrexone for Opioid Relapse Prevention at Release from Jail | NYU | N/A | | 6/8/10 | 6/7/11 | $25,000.00 | | $25,000.00 |
| HRSA | CoI | 10% | Academic Administrative Units in Primary Care | AHRQ | D54HP05446 | | 9/1/07 | 8/31/08 | $1,034,867.00 | | $1,034,867.00 |
| Addiction Medicine Foundation | Mentor | 5K | Next Generation Fellowship in Addiction Medicine | Foundation | N/A | 16-A3-00-003514 | 7/1/16 | 6/31/2017 | $25,000.00 | | $25,000.00 |
| Research Foundation City University of New York | Director | 5K | Fellowship in Addiction Medicine | City of New York, SubContract | N/A | 16-A3-00-003514 | 7/1/16 | 06/31/2019 | $6,126.00 | | $6,126.00 |
| NYU CTSI Seed Funding | PI | 5K | XR-Buprenorphine Pilot Proof of Concept RCT | NYU | N/A | | 7/1/18 | 06/31/2019 | $25,000.00 | | $25,000.00 |
| Friends Research Institute Subaward, Indivior | Site PI | 10% | Buprenorphine Diversion in the Criminal Justice System Survey of Recently-Released Inmates | N | Industry | | 12/01/2018 | 10/31/2019 | $71,474.00 | $21,442.00 | $92,916.00 |

## Clinical Activity

I am a primary care internist and addiction medicine specialist who has treated underserved and correctional populations in NYC since internship at Bellevue/NYU in 1999. I served as a NYC jail per diem medical provider in NYC H+H's Correctional Health Service from 2002-2019. I co-founded the Addiction Medicine specialty clinic in Adult Primary Care at Bellevue Hospital Center, which has been a clinical model and leading center of office-based opioid and alcohol treatment in NYC H+H since 2006. I founded the Addiction Medicine Fellowship at NYUGSOM in 2011, now training three Fellows annually.

## Education Activity
### Teaching Activities

| | |
|---|---|
| 7/2002-6/2005 | Medical resident clinic, clinician educator, medical residents, Dept. of Medicine, Gouverneur DTC, 4 hours per week, 2002-2003; 2 hours per month, 2003-2005 |
| 7/2002-6/2007 | CDC-funded CME 1-day workshop on primary care responses to bioterrorism and disaster, Faculty Facilitator, Psychosocial Aspects of Bioterrorism, NYU School of Medicine (2005, 2003), SGIM National Meeting, Vancouver, BC (2003), Albany (2004), Rochester (2004), Troy, NY (2005), and West Palm Beach, FL (2007) |
| 7/2002-6/2005 | Seminar Leader, Patient and Society, medical students (MS1), NYU SOM, 40 hours |
| 7/2002-6/2003 | Section Instructor, Physical Diagnosis, medical students (MS1), NYU SOM, 10 hours |
| 7/2004-6/2008 | Annual Lecturer, Primary Care Residency Health Policy Seminar, medical residents (PGY3), 2 hours |
| 7/2006-6/2008 | Lecturer, Patient and Society, Alcohol Screening and Brief Intervention, MS1, NYU SOM, 2 hours |
| 7/2011- | Program Director, Fellowship in Addiction Medicine, DGIM and Dept. of Population Health, NYU SOM |
| 02/2015 | Lecturer, Addiction Fellowship Seminar, Addiction Medicine and Psychiatry Fellows, NYU SOM |
| 02/2015 | Lecturer, Bioethics Seminar, MS1-2, NYU SOM |
| 10/2016- | Certified Trainer and Lecturer, PCSS Buprenorphine 'Half-and-Half' X-waiver training of all PGY1-2 Internal Medicine and Primary Care residents, NYU, Annual, 20 hours (multiple sessions) |
| 10/2016- | Lecturer, Update on Addiction Medicine, Internal Medicine PGY3s, NYU SOM, 1 hour |

## Curriculum development and other innovative educational activities

| | |
|---|---|
| 05/2014 | Invited Webinar, "Extended-Release Naltrexone: Practical Consideration," ASAM-AAAP Physician Clinical Support System – Medication Assisted Treatment, Mentor Training. |
| 11/2015 | Invited National Faculty (Video Production), National Association of Drug Court Professionals, Medication Assisted Treatment |
| 03/2016 | SAMHSA/CSAT Provider Clinical Support System For Medication Assisted Therapy (PCSS-MAT) National Webinar, "Medication Assisted Treatment and the Criminal Justice System" |

## Invited Talks and Teaching of Peers
### Internal- Sponsored by NYU Langone Health

| | |
|---|---|
| 03/2008 | Invited Lecture, Grand Rounds, "Drug and Alcohol Problems in Criminal Justice Settings," NYU SOM/Bellevue Hospital Center Division of Alcohol and Drug Abuse, New York, NY. |
| 07/2008 | Invited Lecture, Grand Rounds, "Addiction Treatment Research at Bellevue: Buprenorphine and Naloxone," Bellevue Hospital Center Division of Virology, New York, NY. |
| 04/2009 | Invited Lecturer, NYU SOM Alumni Day, "Addiction Interventions in Primary Care and Criminal Justice Settings," NYU SOM, New York, NY. |
| 11/2009 | Invited Lecturer, Advances in Addiction Research and Practice Symposium (ARDIS), "Addiction Treatment in Primary Care and Criminal Justice Settings," NYU SOM, New York, NY. |
| 01/2010 | Invited Lecture, Grand Rounds, NYU Division of General Internal Medicine, "Primary Care Addiction Treatment and Research," NYU/Bellevue Hospital Center, New York, NY. |

| | |
|---|---|
| 08/2010 | Invited Lecturer, "Addiction Pharmacotherapies in Criminal Justice Settings," Translational Research in Progress, NYU SOM, New York, NY. |
| 03/2016 | Invited Lecturer, Grand Rounds, "Opioid Disorders and Criminal Justice: Policy, Research and Treatment Trends," NYU SOM, New York, NY. |
| 10/2016 | Seminar, "Update on Addiction Treatment," Disorders of the Nervous System, Neuroscience Doctoral Students, NYU Neuroscience Institute, New York, NY |
| 02/2019 | Invited Lecturer, Grand Rounds, "The X:BOT Trial and Updates in Medication for Opioid Use Disorders," Department of Psychiatry, NYU SOM, New York, NY. |
| 07/2020 | Research Spotlight, Faculty Meeting, Department of Population Health, NYU SOM, New York, NY |

### Internal-Sponsored by all other NYU Schools

| | |
|---|---|
| 04/2017 | Invited Lecturer, "Low Threshold Treatment of OUD for Primary Care and CJS Populations," NYU Center for Drug Use and HIV Research, NYU School of Nursing, New York, NY. |
| 03/2018 | Invited Lecturer, "Opioid Pharmacotherapies," NYU Center for Drug Use and HIV Research 20th Anniversary Symposium, NYU School of Nursing, New York, NY |

### External to NYU Langone Health and all other NYU Schools

| | |
|---|---|
| 3/2007, 8/2007 | Invited Lecturer, "Buprenorphine in the Safety Net Environment." NYC H+H, Cicatelli Associates, NY, NY; Kings County Hospital Department of Medicine, Brooklyn, NY. |
| 11/2007 | Invited Lecture, Grand Rounds, "Alcohol Screening and Treatment," Gouverneur DTC Department of Medicine, New York, NY |
| 01/2010 | Invited Lecture, Grand Rounds, "Opioid Pharmacotherapy: Review and Update," Mental Health Grand Rounds, Prison Health Service, DOHMH Correctional Health Services, NYC Dept. Corrections, Queens, NY |
| 03/2010 | Panelist, Fortune Society and John Jay College of Criminal Justice, Harlem Community Justice Center, 2010 Harlem Reentry & Public Safety Forum. The Fortune Society, New York, NY |
| 04/2010 | Invited Symposium Paper, American Society of Addiction Medicine 41st Annual medical-Scientific Conference, "The Multiple Seen and Unseen: Criminal Justice System to Addiction Services," National Institute of Drug Abuse, American Society of Addiction Medicine, San Francisco, CA. |
| 11/2010 | Invited Lecturer, "Emerging Opioid Pharmacotherapies," NY Drug Courts Annual Conference, Kingsboro CC, Brooklyn, NY |
| 12/2010 | Invited Plenary, American Association Addiction Psychiatry National Meeting, "Medical Update: Alcoholic Pancreatitis: Treatment and Prevention," Boca Raton, FL. |
| 02/2011 | Invited Plenary, New York Society of Addiction Medicine, 7th Annual Conference, "Extended-Release Naltrexone Clinical Trials," New York, NY. |
| 03/2011 | Invited Lecture, Grand Rounds, "Addiction Pharmacotherapies in General Care Settings: Current Evidence," Dept. Psychiatry, Maine Medical Center, Portland, ME. |
| 06/2011 | Invited Testimony, "Model Programs for Treating Opioid Dependent Offenders," Boston State Assembly, Boston, MA. |
| 08/2011 | Invited Plenary, "Opioid Dependence and Treatment," American Correctional Association, Orlando, FL. |
| 10/2011 | Invited Plenary, "Addiction Pharmacotherapies," National Judicial Training - Georgia Judicial Leaders Symposium, Atlanta, GA. |
| 03/2012 | Invited Plenary, "Addiction Pharmacotherapies and Criminal Justice Populations," International Community Corrections Association, Reno, NV. |
| 10/2012 | Invited Lecture, "Opioid Addiction in the Criminal Justice System," 2012 California Summit on Opioid Dependence: New Approaches, Treatment Options and Recovery," National Council on Alcoholism and Drug Dependence, Los Angeles, CA. |
| 09/2013 | Invited Lecture and Faculty, "Addiction Treatment Systems," "Brief Interventions and Motivational Interviewing for Alcohol," Physicians Addiction Training Program, R. Brinkley Smithers Foundation, Lenox Hill Hospital, New York, NY. |
| 09/2013 | Invited Plenary and Panelist, "Opioid Pharmacotherapies and Criminal Justice Populations," Northeast Drug Court Professionals Annual Meeting, Boston, MA. |
| 10/2013 | Invited Lecture and Panelist, "Making the Invisible Visible," St. Lukes-Roosevelt Conference on Incarceration and Health, New York, NY. |
| 10/2013 | Invited Lecturer, "Opioid Pharmacotherapies," Nebraska Judicial Leaders Symposium, Omaha, NE. |
| 11/2013 | Chair and Invited Lecturer, National Conference Pre-course, "Opioid Medication Assisted Therapies," American Association for the Treatment of Opioid Dependence, Philadelphia, PA. |
| 02/2014 | Invited Lecturer, "Jail and Prison Healthcare," Conference Public Health, Brooklyn College, New York, NY. |
| 3-5/2014 | Invited Lecturer, "Opioid Pharmacotherapies in CJS," National Judicial Training – National Justice College, Reno, NV; Boise, ID. |
| 11/2014 | Invited Lecture, "Enhancing Court Efficacy Through Emerging Addiction Science: A Systems Change Approach," National Association of Drug Court Professionals, Concord, NH. |

| | |
|---|---|
| 06/2015 | Invited Speaker and Panelist, "Medication Assisted Treatments and CJS Settings," Opioid Roundtable, US Bureau of Prisons, Washington DC. |
| 07/2015 | Invited Lecturer, US Congressional Briefing (Rep. Chakka (D-PA), sponsor), American Association for the Advancement of Science (AAAS, sponsor), Capital Hill, Washington DC. |
| 09/2015 | Invited Lecturer, "Enhancing Court Efficacy Through Emerging Addiction Science: A Systems Change Approach," Louisiana Justice Leaders Symposium, Lafayette, LA. |
| 09/2015 | Invited Workshop, "XR-Naltrexone in CJS," New England Association of Drug Court Professionals, Marlborough, MA. |
| 10/2015 | Invited Plenary, "Re-entry Addiction Treatments," American College of Correctional Physicians, Inaugural Annual Meeting, Dallas, TX. |
| 10/2015 | Invited Workshop, "Medication Treatments of OUD in CJS," New Jersey Association of Mental Health and Addiction Agencies (NJAMHAA) Fall Behavioral Healthcare Meeting, Mercerville, NJ. |
| 10/2015 | Invited Plenary, "Opioid Pharmacotherapies," Utah State Drug Court Conference, Midway, UT. |
| 11/2015 | Invited Lecture and Panelist, "Clinical Trials in CJS Settings,' NIDA Workshop on Stimulant Clinical Trials, Bethesda, MD. |
| 03/2016 | Invited Lecture, "Addiction Neurobiology and Treatments," Manhattan Veterans Treatment Court, New York, NY. |
| 03/2016 | Invited Lecture, "Addiction Pharmacotherapies," National Coordinator Training, National Drug Court Institute, Reno, NV. |
| 03/2016 | Invited Lecture, Research Seminar, "Opioid Disorders and Criminal Justice," Research Seminar in Public Health, Columbia School of Public Health, New York, NY. |
| 04/2016 | Invited Lecture, "Addiction Clinical Treatments and Re-entry," SAMHSA Re-Entry Institute Annual Conference, Chicago, IL. |
| 06/2016 | Invited Plenary, "Medication Assisted Treatment and Criminal Justice," National Association of Drug Court Professionals, National Veterans Treatment Court Professionals, Annual Conference, Anaheim, CA. |
| 03/2016 | Invited Lecture, "Opioid Disorders and Criminal Justice: Policy, Research and Treatment Trends," Kirby State/Manhattan State Psychiatric Center Grand Rounds, New York, NY. |
| 08/2016 | Invited Workshop, "Opioid Treatment Approaches," New York Southern Tier Drug Court Professionals, Binghamton, NY. |
| 08/2016 | Invited Plenary, "Science of Opioid Addiction in the Criminal Justice Population," Regional Judicial Opioid Initiative, Supreme Court of Ohio, Cincinnati, OH. |
| 12/2016 | Invited Faculty, "Addiction Treatment Neuroscience," Justice Leaders Symposium, Orlando, FL. |
| 12/2016 | Invited Faculty, "Opioid Pharmacotherapies Science and Effectiveness," National Judicial College Symposium, Reno, NV. |
| 01/2017 | Invited Lecturer, "Low Barrier Opioid Treatments in Primary Care," Greater New York Hospital Association, New York, NY. |
| 02/2017 | Invited Lecturer, "Office Based Buprenorphine Treatment," NYC H+H Ambulatory Care all hands retreat, New York, NY. |
| 09/2017 | Grand Rounds, "Opioid Pharmacotherapies and Treatments,"  Department of Orthopedics, Emory University School of Medicine, Atlanta, GA. |
| 05/2018 | Invited Plenary, "Opioid Clinical Trials in CJS," Community Courts and Public Safety National Conference, Birmingham, AL. |
| 10/2018 | Invited Lecturer, "Low Threshold Opioid Treatments," Frontiers in Medicine Series, Mt. Sinai School of Medicine, New York, NY. |
| 10/2018 | Invited Plenary, "Opioid Pharmacotherapies in CJS and Primary Care," Opioid Epidemic Research Summit, Medical University of South Carolina, Charleston, SC. |
| 03/2019 | Invited Plenary, "Opioid Pharmacotherapies in CJS and Primary Care," Opioid Court National Roundtable, Center for Court Innovation, New York, NY. |
| 04/2019 | Invited Plenary, "Extended-Release Naltrexone in CJS," Tuerek Annual Conference of the Maryland National Council on Alcoholism and Drug Dependence, Baltimore, MD. |
| 04/2019 | Invited Lecturer, "Buprenorphine Home Induction in Primary Care," NYC Health+Hospitals Buprenorphine ECHO, New York, NY. |
| 05/2019 | Invited Panelist, "Extended-Release Naltrexone," Physician Assistant Association National Conference, PA Student Forum, Denver, CO |
| 06/2019 | Invited Research Seminar, "X:BOT and XR-NTX Medical Management," Dartmouth/NIDA CTN Northeast Node, Hannover, NH |
| 10/2019 | Invited Press Conference, International Associate of Correspondents, New York, NY. |
| 10/2019 | Invited Plenary, "JCOIN and XR-Buprenorphine," Dartmouth/NIDA CTN Northeast Node Annual Meeting Dartmouth College, Hannover, NH. |
| 11/2019 | Invited Lecture, "X:BOT and XR-Naltrexone," Montefiore Project ECHO, New York, NY |
| 05/2020 | Invited National Webinar, "Opioid and Alcohol Pharmacotherapies: the biomedical approach," National Judicial College, Reno, NV |

| 10/2020 | Invited National Webinar, "Medications for OUD in Criminal Justice Systems," Provider Clinical Support System (PCSS), American Psychiatric Association. |
| 01/2022 | Touro College, School of Osteopathic Medicine, "Opioid Use Disorders: treatment and clinical research." |
| 02/2022 | George Washington U. Center for Criminal Justice and Health, "Updates on CJS-OUD treatment and research" |

## Mentoring and Advising
### Predoctoral Students supervised and/or mentored
| 07/2008-06/2009 | Judd Fastenberg, NYU Dept. of Population Health, SARET (Substance Abuse Research and Education Training) Program Pre-med |
| 06/2007-08/2008 | Benjamin Niver, NYU Dept. of Population Health, SARET MS1 |
| 06/2009-08/2008 | Nicole Rosendale, NYU Dept. of Population Health, SARET MS1 |
| 06/2010-08/208 | Valerie Singleton, NYU Dept. of Population Health, SARET SW Masters Candidate |
| 06/2011-08/2008 | Dylan Brock*, NYU Dept. of Population Health, SARET MS1 |
| 06/2013-08/2008 | Emily Buirkle, NYU Dept. of Population Health, SARET MS1 |
| 06/2013-06/2014 | Michelle Perna, NYU Dept. of Population Health, SARET Dental Student |
| 06/2016-07/2017 | Melissa Velasquez*, NYU Dept. of Population Health, SARET MS1-2 |
| 06/2017-06/2019 | Ryan Badolato*, NYU Dept. of Population Health, SARET MS1 and MS4 Research Elective |
| 07/2017-06/2019 | Alexandria Vittitow*, NYU Dept. of Population Health, Research Volunteer and Pre-Med |
| 07/2018-08/2019 | Mike Barry, NYU Dept. of Population Health, Research Volunteer and Pre-Med |
| 06/2019-08/2019 | Sally Martier, NYU Dept. of Population Health, SARET SW Masters Candidate |

### Postdoctoral Students supervised and/or mentored
| 07/2006-06/2007 | Marshall Fordyce MD*, NYU Dept. Medicine, PGY3 |
| 07/2006-06/2007 | Maria Raven MD*, NYU DGIM and EM, Fellow, Advisor |
| 07/2010-06/2012 | Babak Tofighi MD*, Lenox Hill Hospital, PGY2-3, Advisor |
| 07/2012-06/2014 | Babak Tofighi MD*, Addiction Medicine Fellow, Mentor |
| 07/2013-06/2014 | Elenore Patterson MD*, Addiction Medicine Fellow, Mentor |
| 07/2014-06/2016 | Andrea Kermack MD*, Addiction Medicine Fellow, Mentor |
| 07/2016-06/2018 | Daniel Schatz MD*, Addiction Medicine Fellow/ Masters Comparative Effectiveness, Mentor |
| 07/2018-06/2019 | Juliet Caldwell MD, Addiction Medicine Fellow, Mentor |
| 07/2019-06/2021 | Kumar Vasudevan MD, Addiction Medicine Fellow/ Masters Comparative Effectiveness, Mentor |
| 07/2020-06/2021 | James Zhou MD, Addiction Medicine Fellow |
| 07/2020-06/2021 | Diana Lee MD, Addiction Medicine Fellow |
| 07/2022-06/2024 | Eric Kutscher MD, NYU Addiction Medicine Fellow/ MSCI Research Mentor |

### Faculty mentored
| 07/2015- | Ryan McCormack MD, Assistant Professor, Emergency Medicine, NIAAA K23 Co-Mentor |
| 07/2016- | Babak Tofighi MD MS*, Assistant Professor, Population Health, NIDA K23 Primary Mentor |
| 09/2018- | Joey Palamar PhD, Associate Professor, Faculty Development Committee, Chair |
| 04/2019-06/2020 | Justin Feldman PhD, Instructor, Population Health, K-01 Application, Co-Mentor |
| 10/2019- | Noa Krawczyk PhD, Assistant Professor, Faculty Development Committe, Member |

## Institutional, Local/National Service and Related Activity
### Institutional Service
| 10/2005-07/2018 | Hospital, Attending Physician, Inpatient Emergency Detoxification Unit, Bellevue Hospital Center |
| 10/2005- | Hospital, Attending Physician, Ambulatory Care, Bellevue Hospital Center |
| 7/2011-06/2013 | Hospital, Attending Physician, Addiction Medicine, Internal Medicine Associates, NYUMC |
| 3/2020-4/2020 | COVID Army, Attending Physician, 14 East, Tisch Hospital, NYULH |

## Professional Service
### Professional Service for Professional Organizations
| 11/2002-06/2005 | Executive Committee member, Weill Medical College of Cornell University, Rogers Health Policy Colloquium |
| 10/2004-06/2007 | Member, New York City Department of Corrections, Working Group on Benefits Continuity |
| 10/2005-06/2007 | Member, Public Health Association of New York City, Public Safety Committee |
| 10/2006-06/2010 | Hospital Wellness Committee member, Bellevue Hospital Center |

## Peer Review Groups, Grant Application Review Groups, and Study Sections
| 04/2009-03/2012 | Annual Review Committee member, NYU Center of Excellence Seed Grant Awards |
| 04/2011 | Reviewer, NIDA NO1DA 11-1147, Physician Outreach and Education on Prescription Drug Abuse |
| 09/2011 | Reviewer, OSR/NIGM Minority Biomedical Research Support |

| | |
|---|---|
| 03/2012 | Reviewer, NIDA ZDA1 NXR-B (13), Phased Services Research Studies of Drug Use Prevention, Addiction, Treatment and HIV |
| 02/2012 | Reviewer, State of Pennsylvania, Department of Health, ad hoc review Pennsylvania Interim Performance Review, Addiction Health Service Research |
| 06/2013 | Reviewer, NIH/NIAAA AA-3, Clinical, Treatment and Health Services Research Review |
| 07/2013 | Reviewer, NIH/NIAAA 2014/01 ZAA1 DD (03) 1, NIAAA Member Conflict Applications - Epidemiology and Clinical studies |
| 11/2013 | Reviewer, NIH/NIDA 2014/05 ZDA1 NXR-B (11), DA-14-012 Co-morbid HIV, Chronic Pain, and Substance Abuse Among Older Adults (R21) |
| 01/2014 | Reviewer, State of Pennsylvania, Department of Health, PA Final Performance Review - 13-14 Cycle B |
| 02/2014 | Reviewer, NIH/NIAAA 2014/10 ZAA1 DD (03) 1, Clinical, Treatment and Health Services Research, Members Conflict Special Emphasis Panel. |
| 03/2014 | Reviewer, NIH 2015/01 ZRG1 RPIA-W (02) S, Risk, Prevention and Interventions (RPIA) for Addictions. |
| 04/2014 | Reviewer, NIH SRG 2015/01 Risk, Prevention and Interventions (RPIA) for Addictions Study Section. |
| 05/2015 | Reviewer, NIH SRG 2015/10, Risk, Prevention and Intervention (RPIA) for Addictions Study Section. |
| 02/2016 | Reviewer, NIH/NIAAA ZAA1 DD (02), Clinical, Treatment and Health Services Research, Members Conflict Special Emphasis Panel. |
| 04/2016 | Reviewer, NIH/NIDA Risk, Prevention and Health Behavior IRG, Special Emphasis Panel. |
| 07/2016 | Reviewer, 2016/10 ZDA1 HXO-H (14) R, Services Planning Research in the Appalachian Region to Address Adverse Health Consequences Associated with Increased Opioid Injection Drug Use (R03) |
| 09/2016 | Reviewer, 2016/10 ZRG1 RPHB-V (02) M, Interventions and Mechanisms for Addictions |
| 03/2017 | Invited Member and Reviewer, Medication Assisted Treatment Promising Practices Guidelines Round Table, National Institute of Corrections, Department of Justice. |
| 09/2017 | Invited Reviewer, SAMHSA Treatment Improvement Protocol, Medications for Opioid Use Disorders. |
| 10/2017 | NIDA Special Emphasis Panel ZDA1 HXO-H (17), Hepatitis C Virus (HCV) Advanced Molecular Detection in Support of Systems for Prevention, Treatment and Control of HIV, HCV and Related Comorbidities in Rural Communities Affected by Opioid Injection Drug Epidemics |
| 10/2017 | Reviewer, NIH ZGM1 RCB-C(C1), P20 Centers of Biomedical Research Excellence |
| 10/2019 | Reviewer, NIH/NIDA BDCN-W(90) Special Emphasis Study Section |

## Advisory Boards and Consultant Positions

| | |
|---|---|
| 10/2010-06/2015 | Community Treatment Representative, NIDA Clinical Trials Network, Greater NY Node |
| 10/2012- | Medical Expert, NYS Office of Medical Conduct |
| 06/2012- | Member, New York State Office of Alcoholism and Substance Abuse Services, Commissioner's Medical Advisory Committee |
| 06/2015-06/2016 | Co-Chair of NIDA Clinical Trials Network Opioid Task Force and Steering Committee Panel |
| 05/2016 | Chair, SAMHSA/CSAT Clinical Advances in Non-Agonist Therapies Meeting and Report, Rockville, MD |
| 01/2017-06/2018 | Expert Witness, State Attorney Generals, Opioid Litigation |
| 08/2019- | Steering Committee Member, Justice and Community Opioid Innovation Network |
| 08/2019- | Co-Chair, Justice and Community Opioid Innovation Network, Medications for Opioid Use Disorder Working Group |
| 03/2020- | Science Advisor, Oar Health LLC |

## Organizing Roles in Scientific Meetings

| | |
|---|---|
| 04/2012- | Member, Program Committee, Medical-Scientific Annual Meeting, American Society of Addiction Medicine |
| 03/2013-04/2017 | Board of Directors and Research Co-Chair, Academic Consortium for Criminal Justice Health (ACCJH) |

## Editorial and Journal Positions

| | |
|---|---|
| 07/2005- | Ad hoc reviewer, Substance Abuse |
| 07/2005- | Ad hoc reviewer, Health Education Research |
| 10/2006- | Ad hoc reviewer, Addiction |
| 11/2006 | Ad hoc reviewer, AIDS Reader |
| 12/2006- | Ad hoc reviewer, Journal of Urban Health |
| 11/2007- | Ad hoc reviewer, Journal of General Internal Medicine |
| 07/2007- | Ad hoc reviewer, Annals of Internal Medicine |
| 06/2010- | Ad hoc reviewer, Drug and Alcohol Dependence |
| 07/2011- | Member, Editorial Board, Addiction Science & Clinical Practice |
| 08/2011- | Member, Editorial board, Journal of Substance Abuse Treatment |
| 06/2012- | Ad hoc reviewer, Journal of Addiction Medicine |
| 04/2013- | Member, Editorial Board, Substance Use and Misuse |
| 11/2014- | Ad hoc reviewer, Journal of Contemporary Clinical Trials |

06/2015-        Ad hoc reviewer, American Journal of Addiction
10/2017        Ad hoc reviewer, The Lancet HIV
09/2017        Ad hoc reviewer, American Journal of Drug and Alcohol Abuse
08/2019        Ad hoc reviewer, New England Journal of Medicine
03/2019-        Ad hoc reviewer, The Lancet

**Community Service, Volunteer Activities, and Teaching of Patients**
2008-2012        Board of Directors, Alcoholism Council of New York, New York, NY
2011-2012        Secretary of the Board, Alcoholism Council of New York, New York, NY

**Military Service**
None

<u>**Bibliography**</u>
**Publications**
**Peer-reviewed publications**

1. **Lee JD**, Vlahov D, Freudenberg N. Factors Associated with Primary Care Utilization and Health Insurance Among Women Released from Jail. *J Health Care Poor Underserved* 17(1);2006:200-217.PMID:16520527

2. Mann D, **Lee J**, Liao Y, Natarajan S.  Independent effect and population impact of obesity on fatal coronary heart disease in adults. *Prev Med* 42(1);2006:66-72.PMID:16297443

3. **Lee JD**, Triola M, Gillespie C, Gourevitch MN, Truncali A, Hanley K, Zabar S, Kalet A. Working with patients with alcohol problems: a controlled trial of the impact of a rich media web module on medical student performance. *J Gen Intern Med* 23(7);2008:1006-1009.PMID:18612733

4. Magura S, **Lee JD**, Hershberger J, Joseph H, Marsch L, Shropshire C, Rosenblum A. Buprenorphine Maintenance in Jail and Post-Release: A Randomized Clinical Trial. *Drug Alcohol Depend* 99(1-3);2009:222-230.PMID:18930603

5. **Lee JD**, Grossman E, Dirocco D, Gourevitch MN. Home Buprenorphine Induction in Urban Primary Care. *J Gen Intern Med* 24(2);2009:226-32.PMID:19089508

6. Raven MC, Carrier ER, **Lee JD**, Billings JC, Marr M, Gourevitch MN. Substance Use Treatment Barriers For Patients with Frequent Hospital Admissions. *J Subst Abus Treat* 38(1);2009:22-30.PMID:19540700

7. **Lee JD**, Grossman E, DiRocco D, Truncali A, Hanley K, Stevens D, Rotrosen J, Gourevitch MN. Extended-Release Naltrexone for Treatment of Alcohol Dependence in Primary Care. *J Subst Abus Treat* 39(1);2010:14-21.PMID:20363090

8. Truncali A, **Lee JD**, Ark T, Gillespie C, Triola M, Hanley K, Gourevitch MN, Kalet AL. Teaching Physicians to Address Unhealthy Alcohol Use: A Randomized Controlled Trial Assessing the Effect of a Web-based Module on Medical Student Performance. *J Subst Abus Treat* 40(2);2011:203-13.PMID:21094015

9. **Lee JD**, Delbanco B, Wu E, Gourevitch MN. Substance Use Prevalence and Screening Instrument Comparisons in Urban Primary Care. *Subst Abus* 32(3);2011:128-134.PMID:21660872

10. Rich JD, McKenzie M, Dickman S, Bratberg J, **Lee JD**, Schwartz RP. An Adverse Reaction to Buprenorphine/Naloxone Induction in Prison: A Case Report. *Addict Disord Their Treat* 10(4);2011:199-200.PMID:22121339

11. **Lee JD**, Rich J. Opioid Pharmacotherapy in Criminal Justice Settings: Now Is the Time. *Subst Abus* 33(1);2012:1-4.PMID:22263707

12. Kothari D, Gourevitch MN, **Lee JD**, Grossman E, Truncali A, Ark T, Kalet AL. Undergraduate Medical Education in Substance Abuse: a Review of the Quality of the Literature. *Acad Med* 86(1);2011:98-105.PMID:21099395

13. **Lee JD**, Grossman E, Truncali AT, DiRocco D, Truncali A, Rotrosen J, Rosenblum A, Magura S, Gourevitch MN. Buprenorphine/Naloxone Maintenance following Release from Jail. *Subst Abus* 33(1);2012:40-47.PMID:22263712

14. Coviello DM, Cornish JW, Lynch KG, Boney TY, Clark CA, **Lee JD**, Friedmann PD, Nunes EV, Kinlock TW, Gordon MS, Schwartz RP, O'Brien CP. A Multisite Pilot Study of Depot Naltrexone Treatment for Opioid-Dependent Offenders. *Subst Abus* 33(1);2012:48-59.PMID:22263713

15. Harris A, Selling D, Luther C, Hershberger J, Brittain J, Dickenson S, Glick A, **Lee JD**. Rates of Community methadone Treatment Reporting at Jail Re-entry Following a Methadone Increased Dose Quality Improvement Effort. *Subs Abus* 33(1);2012:70-75.PMID:22263715

16. Truncali A, Kalet AL, Gillespie C, More F, Naegle M, **Lee JD**, Huben L, Kerr D, Gourevitch MN. Engaging Health Professional Students in Substance Abuse Research: Development and Early Evaluation of the SARET Program. *J Addict Med* 6(3);2012:196-204.PMID:22864401

17. Tofighi B, **Lee JD**. Internet Highs - seizures after consumption of synthetic cannabinoids purchased online. *J Addict Med* 6(3);2012:240-1.PMID:22824736

18. **Lee JD**, Grossman E, Huben L, Manseau M, McNeely J, Rotrosen J, Stevens D, Gourevitch MN. Extended-Release Naltrexone plus Medical Management Alcohol treatment in Primary Care: findings at 15 months. *J Subst Abus Treat* 43(4);2012:458-62.PMID:22985676

19. Nielsen S, Hillhouse M, Weiss R, Mooney L, Potter JS, **Lee JD**, Gourevitch MN, Ling W.  The relationship between primary prescription opioid and buprenorphine-naloxone induction outcomes in a prescription opioid dependent sample.  *Am J Addict* 2013.PMID:24112096.

20. Tofighi B, Grossman E, Williams AR, Biary R, Rotrosen J, **Lee JD**. Outcomes among Buprenorphine-naloxone primary care patients after hurricane Sandy. *Addict Sci Clin Pract* 9(1);2014:3.PMID:24467734.

21. McNeely J, Strauss SM, Wright S, Rotrosen J, Khan R, **Lee JD**, MD, Gourevitch MN. Test-retest reliability of a self-administered Alcohol, Smoking and Substance Involvement Screening Test (ASSIST) in primary care patients, *J Subst Abus Treat* 47(1);2014:93-101.PMID:24629887.

22. Williams AR, Tofighi B, Rotrosen J, **Lee JD**, Grossman E. Psychiatric Comorbidity, Red Flag Behaviors, and Associated Outcomes among Office-Based Buprenorphine Patients Following Hurricane Sandy, *J Urban Health* 91(2);2014;366-75.PMID:24619775.

23. **Lee JD**, VocciF, FiellinD. Unobserved "Home" Induction onto Buprenorphine. *J Addiction Med* 8(5);2014:299-308.PMID:25254667.

24. **Lee JD**, McNeelyJ, Grossman E, Vocci F, Fiellin D. Clinical Case: Unobserved "Home" Induction onto Buprenorphine. *J Addiction Med* 8(5);2014:309-14.PMID:25254668.

25. **Lee JD**, Friedmann PD, Boney TY, Hoskinson RA, McDonald R, Gordon M, Fishman M, Chen DT, Bonnie RJ, Kinlock TW, Nunes EV, Cornish JW, O'Brien CP. Extended-Release Naltrexone to Prevent Relapse Among Opioid Dependent, Criminal Justice System Involved Adults: Rationale and Design of a Randomized Controlled Effectiveness Trial. *J Cont Clin Trials* 41;2015:110-117.PMID:25602580

26. Tofighi B, Grossman E, Goldfeld K, Williams A, Rotrosen J, **Lee JD**.  Psychiatric Comorbidity and Substance Use Outcomes in an Office-Based Buprenorphine Program Six Months Following Hurricane Sandy. *Subs Use and Misuse* 50(12);2015:1571-8.PMID:26623697.

27. Tofighi B, Grossman E, McNeely J, Buirkle E, Gourevitch MN, **Lee JD**. Mobile phone use patterns and preferences in office-based buprenorphine patients. *J Add Med* 9(3);2015:217-21.PMID:25918966.

28. **Lee JD**, McDonald R, Grossman E, McNeely J, Rotrosen J, Gourevitch MN.  Opioid treatment at release from jail using extended-release naltrexone: a pilot proof-of-concept randomized effectiveness trial. *Addiction* 110;2015:1008–1014.PMID:25703440.

29. Tofighi B, Grossman E, Bereket S, **Lee JD**. Text message content preferences to improve buprenorphine maintenance treatment in primary care. *J Add Dis* 35(2);2016:92-100.PMID:26670868.

30. **Lee JD**, Friedmann PD, Kinlock TW, Nunes EV, Boney TY, Hoskinson R, Wilson D, McDonald R, Rotrosen J, Gourevitch MN, Gordon M, Fishman M, Chen DT, Bonnie RJ, Cornish JW, Murphy SM, O'Brien CP. Extended-Release Naltrexone to Prevent Opioid Relapse in Criminal Justice Offenders. *New England J Med* 374(13);2016:1232-42.PMID:27028913.

31. Tofighi B, Grossman E, Sherman S, Nunes EV, **Lee JD**. Mobile phone messaging during unobserved "home" induction to buprenorphine. *J Add Med* 10(5);2016;309-13.PMID:26933874.

32. Tofighi B, Perna M, Desai A, Grov C, **Lee JD**. Craigslist as a source of heroin: a report of two cases. *J Sub Use* 21(5);2016:543-546.

33. McDonald RD, Tofighi B, Laska E, Goldfeld K, Bonilla W, Flannery M,Santana-Correa N, Johnson CW, Leibowitz N, Rotrosen J, Gourevitch MN, **Lee JD**.Extended-release naltrexone opioid treatment at jail reentry (XOR). *Contemp Clin Trials* 49;2016:57-64.PMID:27178765.

34. ChandlerRK, FingerMS, FarabeeD, SchwartzRP, CondonT, DunlapLJ, ZarkinGA, McCollisterK, McDonaldRD, LaskaE, BennettD, KellySM, HillhouseM, MitchellSG, O'GradyKE, **LeeJD**. The SOMATICS collaborative: Introduction to a National Institute on Drug Abuse cooperative study of pharmacotherapy for opioid treatment in criminal justice settings. *Contemp Clin Trials* 48;2016:166-72.PMID:27180088.

35. **LeeJD**, NunesEV, NovoP, RotrosenJ, et al.  NIDA Clinical Trials Network CTN-0051, Extended-Release Naltrexone vs. Buprenorphine for Opioid Treatment (X:BOT): Study Design and Rationale. *Contemp Clin Trials* 50;2016:253-64.PMID:27521809.

36. NunesEV, **LeeJD**, SistiD, SegalA, NovoP, RotrosenJ. Ethical and Clinical Safety Considerations in the Design of an Effectiveness Trial: A Comparison of Buprenorphine versus Naltrexone Treatment for Opioid Dependence.  *Contemp Clinical Trials* 51;2016:34-43.PMID:27687743.

37. TofighiB, CampbellA, RotrosenJ, **LeeJD**, PavlicovaM, HuM, NunesEV. Recent internet use and associations with clinical outcomes among patients entering addiction treatment involved in a web-delivered psychosocial intervention study. *J Urban Health* 93(5);2016:871-883.PMID:27653383.

38. KermackA, FlanneryM, McNeelyJ, TofighiB, **LeeJD**. Buprenorphine Prescribing Trends among Public Sector Providers in New York City. *J Sub Abuse Treat* 74;2017:1-6.PMID:28132694.

39. **LeeJD**, TofighiB, McDonaldR, CampbellA, HuMC, NunesEV. Acceptability and Effectiveness of a Web-Based Psychosocial Intervention among Criminal Justice Involved Adults. *Health & Justice* 5(1);2017:3.PMID:28285466.

40. BhatrajuEP, GrossmanE, TofighiB, McNeelyJ, DiRoccoD, FlanneryM, GarmentA, GoldfeldK, GourevitchMN, **LeeJD**. Public Sector Low Threshold Office-Based Buprenorphine Treatment: Outcomes at Year 7. *Addiction Science and Clinical Practice* 12(1);2017 Feb:7.PMID:28245872.

41. MurphySM, PolskyD, **LeeJD**, FriedmannP, KinlockT, NunesEV, BonnyT, GordonM, ChenD, O'BrienC.  Cost-Effectiveness of Extended Release Naltrexone to Prevent Relapse Among Criminal-Justice-Involved Persons with a History of Opioid Use Disorder. *Addiction* 112;2017:1440–1450.PMID:28239984.

42. FriedmannPD, WilsonD, NunesEV, HoskinsonJrRA, **LeeJD**, GordonM, MurphySM, BonnieRJ, ChenD, BoneyTY, O'BrienCP. Do Patient Characteristics Moderate the Effect of Extended-Release Naltrexone (XR-NTX) for Opioid Use Disorder? *J Sub Abuse Treat* S0740-5472(16);2017:30504-9.PMID:28236511.

43. SoaresW, WilsonD, RathlevN, **LeeJD**, GordonM, NunesEV, O'BrienCP, FriedmannP. Healthcare Utilization in Adults with Opioid Dependence receiving Extended Release Naltrexone compared to Treatment as Usual. *J Subst Abuse Treat* S0740-5472(16);2017:30374-9.PMID:28576389.

44. NunesEV, GordonM, FriedmannPD, FishmanM, **LeeJD**, ChenDT, HuMC, BoneyTY, WilsonD, O'BrienCP. Relapse to opioid dependence after inpatient treatment: Protective effect of injection naltrexone. *J Sub Abuse Treat* S0740-5472(16);2017:30513-X.PMID:28473233.

45. AllenAA, ChenDT, BonnieRJ, KoTM, SurattCE, **LeeJD**, FriedmannPD, GordonM, McDonaldR, MurphySM, BoneyTY, NunesEV, O'BrienCP.  Assessing Informed Consent in an Opioid Relapse Prevention Study with Adults under Current or Recent Criminal Justice Supervision. *J Sub Abuse Treat* 81;2017:66-72.PMID:28847457.

46. TofighiB, GrazioliF, BereketS, GrossmanE, AphinyanaphongsY, **LeeJD**. Text message reminders for improving patient appointment adherence in an office-based buprenorphine program: A feasibility study. *Am J Addict* 26(6);2017:581-586.PMID:28799677.

47. AccursoA, **LeeJD**, McNeelyJ. High Prevalence of Urine Tampering in an Office-Based Opioid Treatment Practice Detected by Evaluating the Norbuprenorphine to Buprenorphine Ratio.  *J Subt Abuse Treat* 83;2017:62-67.PMID:29129197.

48. Tofighi B, Nicholson JM, McNeely J, Muench F, **Lee JD**. Mobile phone messaging for illicit drug and alcohol dependence: a systematic review of the literature. *Drug and Alcohol Review* 36(4);2017:477-491.PMID:28474374.

49. **Lee JD**, Nunes EV Jr, Novo P, Bachrach K, Bailey GL, Bhatt S, Farkas S, Fishman M, Gauthier P, Hodgkins CC, King J, Lindblad R, Liu D, Matthews AG, May J, Peavy KM, Ross S, Salazar D, Schkolnik P, Shmueli-Blumberg D, Stablein D, Subramaniam G, Rotrosen J. Comparative effectiveness of extended-release naltrexone versus buprenorphine-naloxone for opioid relapse prevention (X:BOT): a multicentre, open-label, randomised controlled trial. *The Lancet*. 2018;391(10118):309-318.PMID: 29150198.

50. **Lee JD**, Schatz D, Hochman J. Cannabis and Heart Disease: Forward Into the Great Unknown? *J Am Coll Cardiol*. 2018;71(22):2552-2554.PMID:29535063.

51. Wightman RS, Nelson LS, **Lee JD**, Fox LM, Smith SW. Severe opioid withdrawal precipitated by Vivitrol®. *Am J Emerg Med* 36(6);2018:1128.e1-1128.e2.PMID: 29605483.

52. Tofighi B, Leonard N, Greco P, Hadavand A, Acosta MC, **Lee JD**. Technology Use Patterns Among Patients Enrolled in Inpatient Detoxification Treatment. *J Addict Med*. 2018.PMID:30589653.

53. Soares WE 3rd, Wilson D, Gordon MS, **Lee JD**, Nunes EV, O'Brien CP, Shroff M, Friedmann PD. Incidence of future arrests in adults involved in the criminal justice system with opioid use disorder receiving extended release naltrexone compared to treatment as usual. *Drug Alcohol Depend*. 2019:194:482-486.PMID:30522048

54. McNeely J, Troxel AB, Kunins HV, Shelley D, **Lee JD**, Walley A, Weinstein ZM, Billings J, Davis NJ, Marcello RK, Schackman BR, Barron C, Bergmann L. Study protocol for a pragmatic trial of the Consult for Addiction Treatment and Care in Hospitals (CATCH) model for engaging patients in opioid use disorder treatment. *Addict Sci Clin Pract*. 2019;14(1):5.PMID: 30777122.

55. Kunøe N, **Lee JD**. Opioid addiction: long-acting formulations for a long-term disorder. *The Lancet*. 2019;393(10173):723-724.PMID: 30792006.

56. **Lee JD**, McNeely J. Commentary on Jones & McCance-Katze (2019): Buprenorphine and the glass half full-why can't we prescribe more of it, and will nurse practitioners and physician assistants fulfill a chronic unmet need? *Addiction*. 2019;114(3):483-484.PMID: 30666748.

57. **Lee JD**, Kunoe N. Extended-release opioid antagonists and HIV treatment. *Lancet HIV*. 2019:e206-e207.PMID: 30880164.

58. Malone M, McDonald R, Vittitow A, Chen J, Obi R, Schatz D, Tofighi B, Garment A, Goldfeld K, Gold H, Laska E, Rotrosen J, **Lee JD**. Extended-release vs. oral naltrexone for alcohol dependence treatment in primary care (XON). *Contemp Clin Trials*. 2019;S1551-7144(18)30562-7.PMID:30986535.

59. Murphy S, McCollister KE, Jeng P, Leff J, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. PDG72 Determinants of an Efficient Model of Extended-Release Naltrexone Initiation for the Treatment of Opioid Use Disorder. *Value in Health*, 2019-05-01, Volume 22, Pages S175-S175.

60. Tofighi B, Williams AR, Chemi C, Suhail-Sindhu S, Dickson V, **Lee JD**. Patient Barriers and Facilitators to Medications for Opioid Use Disorder in Primary Care. *Subst Use Misuse*. 2019 Aug 20:1-11. PMID: 31429351.

61. Tofighi B, Hein P, Carvalho AMS, **Lee JD**, Leonard NR. Technology preferences to enhance HIV and HCV care among patients with substance use disorders. *J Addict Dis*. 2019 Aug 5:1-3. PMID: 31380732.

62. Velasquez M, Flannery M, Badolato R, Vittitow A, McDonald RD, Tofighi B, Garment AR, Giftos J, **Lee JD**. Perceptions of extended-release naltrexone, methadone, and buprenorphine treatments following release from jail. *Addict Sci Clin Pract*. 2019 Oct 1;14(1):37. PMID:31570100.

63. Tofighi B, Sindhu SS, Chemi C, Lewis CF, Dickson VV, **Lee JD**. Perspectives on the HIV continuum of care among adult opioid users in New York City: a qualitative study. *Harm Reduct J*. 2019 Oct 12;16(1):58. PMID: 31606048.

64. Tofighi B, Isaacs N, Byrnes-Enoch H, Lakew R, **Lee JD**, Berry C, Schatz D. Expanding treatment for opioid use disorder in publicly funded primary care clinics: Exploratory evaluation of the NYC health + hospitals buprenorphine ECHO program. *J Subst Abuse Treat*. 2019 Nov;106:1-3. PMID:31540604.

65. Tofighi B, **Lee JD**, Sherman S, Schatz D, El-Shahawy O. Smoking patterns and preferences for technology assisted smoking cessation interventions among adults with opioid and alcohol use disorders. *J Substance Use*, 24:6, 660-665, DOI: 10.1080/14659891.2019.1642407.

66.  Murphy SM, McCollister KE, Leff JA, Yang X, Jeng PJ, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. Cost-Effectiveness of Buprenorphine-Naloxone Versus Extended-Release Naltrexone to Prevent Opioid Relapse. *Ann Intern Med*. 2019 Jan 15;170(2):90-98. doi: 10.7326/M18-0227. Epub 2018 Dec 18. PMID: 30557443; PMCID: PMC6581635.

67.  Ryan DA, Jeng PJ, McCollister KE, Leff JA, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR, Murphy SM, Health-Related Quality of Life and Opioid Use Disorder Pharmacotherapy: Results from a Clinical Trial. *Drug Alcohol Depend*. 2020; 215:108221, doi:10.1016/j.drugalcdep.2020.108221.

68.  Fishman M, Wenzel K, Scodes J, Pavlicova M, **Lee JD**, Rotrosen J, Nunes EV. Young adults have worse outcomes than older adults: Secondary analysis of a medication trial for opioid use disorder. *J Adolesc Health*. 2020; S1054-139X(20)30458-4. doi:10.1016/j.jadohealth.2020.07.038.

69.  Randesi M, Rotrosen J, Nunes EV, **Lee JD**, Novo P, Levran O, Ott J, Pavlicova M, Scodes J, Kreek MJ. Variants of opioid genes and response to treatment of opioid use disorder with buprenorphine-naloxone versus extended-release naltrexone in Caucasians. *Am J Drug Alcohol Abuse*. 2020;1-8. doi:10.1080/00952990.2020.1797064.

70.  El-Shahawy O, Schatz D, Sherman S, Shelley D, **Lee JD**, Tofighi B. E-cigarette use and beliefs among adult smokers with substance use disorders. *Addict Behav Rep*. 2020 Dec 17;13:100329. doi: 10.1016/j.abrep.2020.100329. PMID: 33385062; PMCID: PMC7772361.

71.  Shulman M, Choo TH, Scodes J, Pavlicova M, Wai J, Haenlein P, Tofighi B, Campbell ANC, **Lee JD**, Rotrosen J, Nunes EV. Association between methadone or buprenorphine use during medically supervised opioid withdrawal and extended-release injectable naltrexone induction failure. *J Subst Abuse Treat*. 2021 May;124:108292. doi: 10.1016/j.jsat.2021.108292. Epub 2021 Jan 16. PMID: 33771287.

72.  Monico LB, Gryczynski J, **Lee JD**, Dusek K, McDonald R, Malone M, Sharma A, Cheng A, DeVeaugh-Geiss A, Chilcoat H. Exploring nonprescribed use of buprenorphine in the criminal justice system through qualitative interviews among individuals recently released from incarceration. *J Subst Abuse Treat*. 2021 Apr;123:108267. doi: 10.1016/j.jsat.2020.108267. Epub 2020 Dec 28. PMID: 33612198.

73.  Nunes EV Jr, Scodes JM, Pavlicova M, **Lee JD**, Novo P, Campbell ANC, Rotrosen J. Sublingual Buprenorphine-Naloxone Compared With Injection Naltrexone for Opioid Use Disorder: Potential Utility of Patient Characteristics in Guiding Choice of Treatment. *Am J Psychiatry*. 2021 Jul;178(7):660-671. doi: 10.1176/appi.ajp.2020.20060816. Epub 2021 Jun 25. PMID: 34170188.

74.  **Lee JD**, Malone M, McDonald R, Cheng A, Vasudevan K, Tofighi B, Garment A, Porter B, Goldfeld KS, Matteo M, Mangat J, Katyal M, Giftos J, MacDonald R. Comparison of Treatment Retention of Adults With Opioid Addiction Managed With Extended-Release Buprenorphine vs Daily Sublingual Buprenorphine-Naloxone at Time of Release From Jail. *JAMA Netw Open*. 2021 Sep 1;4(9):e2123032. doi: 10.1001/jamanetworkopen.2021.23032. PMID: 34495340.

75.  Murphy SM, Jeng PJ, McCollister KE, Leff JA, Jalali A, Shulman M, **Lee JD**, Nunes EV, Novo P, Rotrosen J, Schackman BR. Cost-effectiveness implications of increasing the efficiency of the extended-release naltrexone induction process for the treatment of opioid use disorder: a secondary analysis. *Addiction*. 2021 Dec;116(12):3444-3453. doi: 10.1111/add.15531. Epub 2021 May 21. PMID: 33950535.

76.  Cheng A, Badolato R, Segoshi A, McDonald R, Malone M, Vasudevan K, Badiei B, Sugarman A, Macdonald R, Mangat J, Giftos J, **Lee JD**, Tofighi B. Perceptions and experiences toward extended-release buprenorphine among persons leaving jail with opioid use disorders before and during COVID-19: an in-depth qualitative study. *Addict Sci Clin Pract*. 2022 Jan 29;17(1):4. doi: 10.1186/s13722-022-00288-4. PMID: 35093164.

77.  Greiner MG, Shulman M, Scodes J, Choo TH, Pavlicova M, Opara O, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Patient Characteristics Associated with Opioid Abstinence after Participation in a Trial of Buprenorphine versus Injectable Naltrexone. *Subst Use Misuse*. 2022;57(11):1732-1742. doi: 10.1080/10826084.2022.2112230. Epub 2022 Aug 17. PMID: 35975917.

78.  **Lee JD**, Nunes EV, Novo P, May J, Matthews A, Van Veldhuisen P, Lindblad R, Liu D, Rotrosen J. Commentary on Ajazi et al (2021) Re-analysis of the X:BOT Trial. *J Addict Med*. 2022 Jul-Aug 01;16(4):382-385. PMID: 35960212.

79.  Berk J, Del Pozo B, Rich JD, **Lee JD**. Injecting Opioid Use Disorder Treatment in Jails and Prisons: The Potential of Extended-release Buprenorphine in the Carceral Setting. J Addict Med. 2022 Jul-Aug 01;16(4):396-398. doi: 10.1097/ADM.0000000000000942. Epub 2021 Dec 23. PMID: 34954747.

80. Bunting AM, Krawczyk N, Choo TH, Pavlicova M, McNeely J, Tofighi B, Rotrosen J, Nunes E, **Lee JD**. Polysubstance use before and during treatment with medication for opioid use disorder: Prevalence and association with treatment outcomes. *J Subst Abuse Treat*. 2022 Dec;143:108830. doi: 10.1016/j.jsat.2022.108830. Epub 2022 Jun 22. PMID: 35773113.

81. Tsui JI, Campbell ANC, Pavlicova M, Choo TH, **Lee JD**, Cook RR, Shulman M, Nunes EV, Rotrosen J. Methamphetamine/amphetamine use over time among persons with opioid use disorders treated with buprenorphine/naloxone versus extended-release naltrexone. *Drug Alcohol Depend*. 2022 Jul 1;236:109469. doi: 10.1016/j.drugalcdep.2022.109469. Epub 2022 Apr 21. PMID: 35605529.

82. Greiner MG, Shulman M, Choo TH, Scodes J, Pavlicova M, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Corrigendum to "Naturalistic follow-up after a trial of medications for opioid use disorder: Medication status, opioid use, and relapse" [Journal of Substance Abuse Treatment 131 (2021) 108447]. J Subst Abuse Treat. 2022 May;136:108566. doi: 10.1016/j.jsat.2021.108566. Epub 2021 Aug 6. Erratum for: *J Subst Abuse Treat*. 2021 Dec;131:108447. PMID: 34366203.

83. Greiner MG, Shulman M, Choo TH, Scodes J, Pavlicova M, Campbell ANC, Novo P, Fishman M, **Lee JD**, Rotrosen J, Nunes EV. Naturalistic follow-up after a trial of medications for opioid use disorder: Medication status, opioid use, and relapse. J Subst Abuse Treat. 2021 Dec;131:108447. doi: 10.1016/j.jsat.2021.108447. Epub 2021 Apr 30. Erratum in: *J Subst Abuse Treat*. 2021 Aug:108566. PMID: 34098301.

84. Lim S, Cherian T, Katyal M, Goldfeld KS, McDonald R, Wiewel E, Khan M, Krawczyk N, Braunstein S, Murphy SM, Jalali A, Jeng PJ, MacDonald R, **Lee JD**. Association between jail-based methadone or buprenorphine treatment for opioid use disorder and overdose mortality after release from New York City jails 2011-17. *Addiction*. 2022 Oct. doi: 10.1111/add.16071. Epub ahead of print. PMID: 36305669.

85. Sugarman A, Vittitow A, Cheng A, Malone M, McDonald R, Pace N, Williams O, Tofighi B, McNeely J, Schatz D, Roberts T, Hey SP, Garrity K, Lindquist K, **Lee JD**. Opioid Use Disorder Treatments: An Evidence Map. *Drug Alcohol Depend*. 2022 Dec;241:109657. doi: 10.1016/j.drugalcdep.2022.109657. Epub 2022 Oct 14. PMID: 36332588.

86. Saunders EC, Satcher MF, Monico LB, McDonald RD, Springer SA, Farabee D, Gryczynski J, Nyaku A, Reeves D, Kunkel LE, Schultheis AM, Schwartz RP, **Lee JD**, Marsch LA, Waddell EN. The impact of COVID-19 on the treatment of opioid use disorder in carceral facilities: a cross-sectional study. *Health Justice*. 2022 Dec 19;10(1):35. doi: 10.1186/s40352-022-00199-1. PMID: 36529829.

87. **Lee JD**, Nunes EV, Van Veldhuisen P, Lindblad R, Rotrosen J. Misclassification of overdose events in the X:BOT study - Authors' reply. Lancet. 2023 Aug 12;402(10401):527-528. doi: 10.1016/S0140-6736(23)00049-1. Epub 2023 Jul 19. PMID: 37480935.

88. Tofighi B, Marini C, **Lee JD**, Garland EL. Patient Perceptions of Integrating Meditation-based Interventions in Office-based Opioid Treatment with Buprenorphine: A Mixed-methods Survey. J Addict Med. 2023 Sep-Oct 01;17(5):517-520. doi: 10.1097/ADM.0000000000001160. Epub 2023 Mar 28. PMID: 37788602; PMCID: PMC10533745.

89. Tofighi B, Badiei B, Badolato R, Lewis CF, Nunes E, Thomas A, **Lee JD**. Integrating Text Messaging in a Low Threshold Telebuprenorphine Program for New York City Residents with Opioid Use Disorder during COVID-19: A Pilot Randomized Controlled Trial. J Addict Med. 2023 Sep-Oct 01;17(5):e281-e286. doi: 10.1097/ADM.0000000000001161. Epub 2023 Mar 31. PMID: 37788603; PMCID: PMC10544683.

90. Shulman M, Choo TH, Scodes J, Pavlicova M, Novo P, Campbell ANC, Greiner M, **Lee JD**, Rotrosen J, Nunes EV. Secondary Analysis of Agreement Between Negative Timeline Follow Back Report and Negative Urine Toxicology in a Large Trial of Individuals with Opioid Use Disorder. J Addict Med. 2023 Sep-Oct 01;17(5):618-620. doi: 10.1097/ADM.0000000000001173. Epub 2023 May 17. PMID: 37788622; PMCID: PMC10593984.

91. Lim S, Cherian T, Katyal M, Goldfeld KS, McDonald R, Wiewel E, Khan M, Krawczyk N, Braunstein S, Murphy SM, Jalali A, Jeng PJ, Rosner Z, MacDonald R, **Lee JD**. Jail-based medication for opioid use disorder and patterns of reincarceration and acute care use after release: A sequence analysis. J Subst Use Addict Treat. 2023 Dec 8:209254. doi: 10.1016/j.josat.2023.209254. Epub ahead of print. PMID: 38072387.

**Book Chapters, Books**

1. Mellow J, Hoge S, **Lee JD**, Natarajan M, Yu S, Belkin G, Greifinger B, Keegan S, "Mapping Health Readiness for Inmate Reentry in New York City."  New York: Reentry Institute, John Jay College of Criminal Justice, 2007.

2. **Lee JD**, Fordyce M, Rich J, "Screening for public purpose: promoting an evidence-based approach to screening of inmates to improve the public health," In: Greifinger R, ed.  Public Health is Public Safety, Improving Public health through Correctional Health Care.  New York: Springer Publishing, 2007.

3. **Lee JD**, Grossman E, Gourevitch MN.  Addiction 2.0, Parts 1 & 2.  Clinical Correlations Weblog, NYU Internal Medicine Blog.  Aug 27 & Sept 4, 2008: www.clinicalcorrelations.org.

4. Lipkin M, Truncali A, **Lee JD**, "Alcoholism in Primary Care," In: Brizer, Castaneda R, eds. Clinical Addiction Psychiatry. Cambridge, UK: Cambridge University Press, 2010

5. **Lee JD**, McNeely J, Gourevitch MN, "Medical Complications of Drug Use," In: Lowinson JH, Ruiz P, Millman R, Langrod J, eds. Substance Abuse: A Comprehensive Textbook, 5th Edition.  Baltimore, MD: Williams & Wiklins, 2011.

6. Brock D, Tofighi B, **Lee JD**, Fastenberg J, "Alcohol Pharmacotherapies," In: Saitz R, ed. Addressing Unhealthy Alcohol Use: A Primary Care Guide.  New York: Springer, 2013.

7. McNeely J, **Lee JD**, Grossman E, "Other Drug Use," In: Saitz R, Ed.  Addressing Unhealthy Alcohol Use: A Primary Care Guide. New York: Springer, 2013.

8. Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, Tenth Edition.  New York: McGraw-Hill Medical, 2019.

9. Nagami E, Rich J, **Lee JD**, "Screening for public purpose: promoting an evidence-based approach to screening of inmates to improve the public health," In: Greifinger R, ed.  Public Health is Public Safety, Improving Public health through Correctional Health Care, 2nd Edition.  New York: Springer Publishing, 2021.

10.  Lee D, Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, 11th Edition.  New York: McGraw-Hill Medical, 2022.

11.  Wakeman SE, **Lee JD**, Alvanzo, AAH, Eds. Pocket Addiction Medicine (a Pocket Notebook). Wolters Kluwer, 2023.

12. Lee D, Schatz D, **Lee JD**, "Prevention, Treatment, and Harm Reduction Approaches to Opioid Overdoses," In: Goldfrank's Toxicologic Emergencies, 11th Edition.  New York: McGraw-Hill Medical, 2023.

**Meeting reports, consensus reports, practice guidelines and any other publication**
1. McNeely J, Gourevitch MN, Heller D, Paone D, **Lee JD**. Improving the health of people who use drugs. *City Health Information*. 2009;28(3):21-28.

2. **Lee JD**, Extended-Release Naltrexone.  Drug Court Practitioner Fact Sheet, Sept 2013, 8(2).  National Drug Court Institute: http://ndci.org/sites/default/files/nadcp/NDCI%26SAMHSA-Naltrexone-FS%20%281%29%20%281%29.pdf.

3. Substance Abuse and Mental Health Service Administration. Clinical Advances in Non-agonist Therapies: Report of Proceedings (Chair: **Lee JD**), Rockville, MD, May 11, 2016: www.samhsa.gov/sites/default/files/programs_campaigns/medication_assisted/advances-non-agonist-therapies.pdf

**Media appearances**
Our studies and work, in particular publications in NEJM (2016) and The Lancet (2017-8) has been cover extensively in the NYT, WSJ, Washington Post, CNN, Boston Globe, NPR, PBS NewsHour, Pro Publica, STATNews, ADAWeekly, BU's Alcohol Drug Use and Health Newsletter, and many regional news outlets.  Dr. Lee is a frequent print, radio, and television interview on topics related to the opioid epidemic, OUD treatments, and CJS reforms. See likes and retweets at twitter/@DrJoshuaDLee

**Other media including research and analytic tools**
Lee JD, Truncali A, Kalet A, Triola M, "Reducing High Risk Drinking: an Online Learning Module."  New York: Advanced Educational Services, NYUSOM, 2008: http://www.edinfo.med.nyu.edu/alcoholscreening/

**Abstracts**
**Oral and poster presentations**
Marienfeld C, **Lee JD**, Hurley B, Mini-Symposium "Addiction Psychiatry Annual REVIEW: 2023 Highest Impact Publications," American Academy of Addiction Psychiatry, Rancho Bernardo, CA (Dec 2023).

Wakeman S, **Lee JD**, Focused Session, "Annual Review of Principles of Addiction Medicine," American Society of Addiction Annual Medical-Scientific Meeting, Washington DC/National Harbor, MD (2023), Hollywood, FL (2022), Virtual (2021, 2020) Orlando, FL (April 2019), San Diego, CA (April 2018), New Orleans, LA (April 2017), Baltimore, MD (April 2016), Austin, TX (April 2015).

**Lee JD** (Chair), Tanum L, Nunes EV, Rotrosen J, "Extended-release naltrexone: comparative effectiveness trials and real-world implications," Symposium, International Society of Addiction Medicine (Nov 2019) Busan, KOR; ASAM (April 2018) San Diego CA, AAAP (Dec 2017) San Diego CA.

**Lee JD**, "X:BOT Trial and Extended-release Naltrexone Comparative Effectiveness," Invited Symposium Speaker, "NIDA Update on Opioid Use Disorders," American Psychiatric Association (May 2018), NY, NY.

Binswanger I, **Lee JD**, Strick L, Invited Plenary, "Realizing the Potential of Integrating Opioid Use Disorder Treatment into Correctional Systems," International Community Corrections Association (Oct 30, 3017), Seattle WA.

Lee JD (Invited Speaker and Panelist), "Predictors of Long-term Outcomes of Opioid Dependence: Implications for Treatment Planning (CTN)," American Academy of Addiction Psychiatry Annual Meeting, Bonita Springs, FL, Dec 10, 2016; Clinical Trials Network Steering Committee, Rockville, MD, March 24, 2017.

Lee **JD, et al.** Podium Presentation, "Low Threshold Office-Based Buprenorphine: Outcomes at Year 7," College of Problems of Drug Dependence, Palm Spring, CA, June 14, 2016.

Lee JD (chair). Substance Abuse and Mental Health Service Administration. Clinical Advances in Non-agonist Therapies, Rockville, MD, May 11, 2016: www.samhsa.gov/sites/default/files/programs_campaigns/medication_assisted/advances-non-agonist-therapies.pdf

**Lee JD, et al.** Symposium, "Beyond Cold Turkey: Medication Assisted Treatment in Criminal Justice," American Public Health Association, Chicago, IL, Nov 4, 2015.

**Lee JD, et al.** Podium Presentation, "Extended-Release Naltrexone Opioid Relapse Prevention in CJS-Involved Adults," College of Problems of Drug Dependence, Phoenix, AZ, June 14, 2015.

**Lee JD (co-chair),** ASAM Symposium, Principles in Addiction Medicine Review, ASAM Med-Sci National Meeting, Austin, TX, April 2015.

**Lee JD (chair),** symposium, "CJS and MAT", Academic and Health Policy Conference on Correctional Health, Boston, MA, March 2015

**Lee JD (co-chair)**, Reyes CD, Gustafson D, Marsch L, McNeely J, Rose G, "There's an App for That! Using Technology in Addiction Prevention and Treatment," Symposium, American Society of Addiction Medicine, Orlando, FL, April 11, 2014.

**Lee JD (chair)**, Chandler R, McDonald R, Farabee D, Schwartz R, "Opioid Treatment and CJS Settings: Jail-Based and CJ-DATS Interventions," Seminar, Academic and Health Policy Conference on Correctional Health, Houston, TX, Mar. 21, 2014.

**Lee JD (chair)**, Ling W, Crevecoeur-MacPhail D, Nunes E, Rotrosen J, "Extended-Release Naltrexone (XR-NTX): alcohol, opioid and cocaine treatment and adaptability to community treatment, criminal justice, and primary care populations," Workshop presentation, American Academy of Addiction Psychiatry, Scottsdale, AZ, Dec. 6, 2013.

**Lee JD (chair)**, Tofighi B (co-chair), Woody G, Gastfriend D, Bisaga A, Springer S, "Medication Assisted Treatment: Adaptability, Durability, and Optimization," Symposium, International Society of Addiction Medicine, Kuala Lumpur, Nov 23, 2013.

**Lee JD (chair)**, Siekel S, Labelle C, "Medication Assisted Therapy," Pre-Course, American Association for the Treatment of Opioid Dependence, Philadelphia, PA, Nov. 11, 2013.

**Lee JD**, McDonald R, Rotrosen J, Gourevitch MN, "Extended-Release Naltrexone Opioid Treatment at Release from Jail," Podium presentations, Academic Consortium for Criminal Justice Health, Chicago, IL, March 20, 2013; American Society of Addiction Medicine, Chicago, IL, April 20, 2013; College for Problems of Drug Dependence, San Diego, CA, June 20, 2013; Association for Medical Education and Research in Substance Abuse, Washington DC, Nov 9, 2013.

Nunes NV (chair), **Lee JD** (co-chair). Symposium: "Extending the data on XR-NTX in opioid dependence: Infectious disease, health professionals, justice systems and cost." College of Problems of Drug Dependence, Palm Springs, CA, June 14, 2012.

Bisaga A, Sullivan MA, **Lee JD**, Fishman MJ, Nunes E, "Role of Naltrexone in the Treatment of Opioid Dependence," American Association of Addiction Psychiatry (Boca Raton, FL), Dec 4, 2010; American Society of Addiction Medicine (Washington, DC), Apr. 2011; American Society of Addiction Medicine (Atlanta, GA), Apr. 2012.

**Lee JD**, D. Selling, R. McDonald, J.Rotrosen, M.N.Gourevitch, "Opioid Treatment at Release from Jail Using Extended-Release Naltrexone," U.Mass Correctional Health Conference (Boston, MA), Mar 9, 2011; International Society of Addiction Medicine (Oslo, Norway), Sept. 5, 2011; Cape Cod Symposium on Addictive Disorders (Hyannis, MA), Sept 7, 2011.

**Lee JD**, "Medical Update: Alcoholic Pancreatitis, Treatment and Prevention," American Association of Addiction Psychiatry (Boca Raton, FL), Dec 4, 2010.

**Lee JD** (chair), Batki S, Publicker M, Grossman E, Hanley K, Truncali A, Gourevitch MN, "Workshop: Extended-release naltrexone (XR-NTX) in general medical and psychiatric settings," Association of Medical Education and Research in Substance Abuse (Washington DC), Nov. 2009; American Association of Addiction Psychiatry (Los Angeles, CA), Dec. 2009; American Society of Addiction Medicine (San Francisco, CA), Apr. 2010.

**Lee JD** (chair), "Symposium:  Pharmacotherapies and Medical Management: Outcomes, Costs, and New Developments," Addiction Health Service Research Conference 2009 (San Francisco, CA), Oct. 2009.

**Lee JD**, "Medical Management in Alcohol Treatment," in "Symposium: Treating our Client's Health: Medical Monitoring and Management of the Addicted Patient," American Association of Addiction Psychiatry (Boca Raton, FL), Dec. 2008.

**Lee JD**, Grossman E, DiRocco D, Rotrosen J, Stevens D, Gourevitch MN, "Extended-release Naltrexone (Vivitrol) for Treatment of Alcohol Dependence in Urban Primary Care," Poster Presentation, American Society of Addiction Medicine 39th Annual Meeting (Toronto, ON), April 2008; Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008; College of Problems of Drug Dependence (San Juan, PR), June 2008; Research Studies on Alcoholism (Washington DC), July 2008; Addiction Health Services Research Conference (Boston, MA), Oct 2008; Podium Presentation, Association of Medical Education and Research in Substance Abuse (Washington DC), Nov 2008; Podium Presentation, American Society of Addiction Medicine 40th Annual Meeting (New Orleans, LA), May 2009; Society of General Internal Medicine Annual Meeting (Miami, FL), May 2009; College of Problems of Drug Dependence (Reno, NV), June 2009.

**Lee JD**, Magura S, Hershberger J, Rosenblum A, Joseph H, Santana N, Marsch L, Shropshire C, Glick A, Liautaud A, "Effectiveness of buprenorphine maintenance in jail: pilot results and comparisons to community-recruited buprenorphine patients," Poster Presentation, College of Problems of Drug Dependence Annual Meeting (Quebec City, ON), June 2007; Podium Presentation, Best Abstract Award, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007; Poster Presentation, Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008.

**Lee JD**, Grossman E, DiRocco D, Gourevitch MN, "Home buprenorphine induction in urban primary care," Podium Presentation, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007; Poster Presentation, American Society of Addiction Medicine 39th Annual Meeting (Toronto, ON); Society of General Internal Medicine Annual Meeting (Pittsburg, PA), April 2008

Rich J, Baxter J, **Lee JD**, et al, "Medication Assisted Treatment for Opiate Addiction in Correctional Settings," Workshop, Academic and Health Policy Correctional Health Conference, University of Massachusetts Medical School (Quincy, MA), March 2007; American Society of Addiction Medicine, National Meeting (Miami, FL), April 2007; Podium Presentation, National Roundtable Meeting on Medication Assisted Therapy and Harm Reduction in Correctional Settings, American Correctional Health Service Association (Reno, NV), June 5, 2007; Workshop, Academic and Health Policy Correctional Health Conference, University of Massachusetts Medical School (Quincy, MA), March 2008

**Lee JD**, Gillespie C, Gourevitch MN, Hanley K, Jay M, Paik S, Richter R, Triola M, Zabar S, Kalet A, "Impact of a web-based alcohol screening and brief intervention module," Abstract Semifinalist, Podium Presentation, American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2006; Outstanding Abstract, Interactive Resources in Medical Education, Podium Presentation, Society of General Internal Medicine Annual Meeting (Toronto, ON), April 2007; American Medical Education and Research in Substance Abuse National Meeting (Washington DC), Nov. 2007

**Lee JD**, Delbanco B, Gourevitch M, "Substance Abuse Screening Strategies and Prevalence in an Urban Safety Net Primary Care Population," Finalist, Milton W. Hamolsky Junior Faculty Award, Podium Presentation, Society of General Internal Medicine Annual Meeting (Toronto, ON), April 2007.

**Lee J**, Allegrante J, Ompad D, Vlahov D, "Attitudes toward Heroin and Cocaine Routes of Administration," National Research Service Award Trainees Research Conference,  Podium Presentation (Boston, MA), June 2005; Poster Presentation (Sand Diego, CA), June 2004.

**Lee JD**, Vlahov D, Freudenberg N, "Factors Associated with Primary Care Utilization and Health Insurance Among Women Released from Jail," Poster Presentation, Society of General Internal Medicine National (New Orleans, LA) and Mid-Atlantic Regional (New York, NY) Meeting, May 2005.

**Lee JD**, Allegrante J, Ompad D, Vlahov D, "Attitudes toward Hepatitis C Prevention and Jail-Based Interventions Among NYC Substance Users: Results from Qualitative Interviews," Poster Presentation, Society of General Internal Medicine Mid-Atlantic Regional Meeting (New York, NY), March 2005.

**Lee JD**, Mann D, Natarajan S, "Diet and Elevated C-Reactive Protein in U.S. Adults," Poster Presentation, Society of General Internal Medicine (Chicago, IL), May 2004.

Mann D, **Lee JD**, Y. Liao, Natarajan S, "Population Impact of Obesity on Fatal Coronary Heart Disease in U.S. Adults," Poster Presentation, Society of General Internal Medicine (Chicago, IL), May 2004.

Mann D, **Lee JD**, Natarajan S, "Independent Effect and population Impact of Obesity on Fatal Coronary Heart Disease in Adults," Poster Presentation, American Heart Association, Cardiovascular Disease Epidemiology and Prevention (San Francisco, CA), May 2004.

**Lee JD (chair)**, Finlay A (co-chair), "Creating the Resident Advocate: a Curriculum for Change: NYU Division of Primary Care Health Policy Curriculum," Workshop Presentation, Society of General Medicine (Vancouver, BC), April 2003.

**Patents**
None

# Exhibit B

*Curriculum Vitae*

*Michael J. Coyer, Ph.D., F-ABFT*
*2150 Becks Crossing Road*
*Madison Twp., PA, 18444*
*Ph. 570-209-7913*
*Cell 570-351-6153*
*Email:drcoyer@msn.com*

1964                        Born 22 March, 1964, Dunmore, PA

## *Education:*

1982-1986                   B.S. in Chemistry, Minor in Philosophy,
                            *Special Jesuit Liberal Arts Honor Student*
                            *Who's Who Among College Students*
                            *Phi Lamda Upsilon Chemical National Honor Society*
                            University of Scranton, Scranton, PA

1986-1988                   Graduate Studies/Teaching Assistant, Chemistry
                            *Sigma Xi Chemical National Honor Society*
                            University of Oklahoma, Norman, OK
                            *Director:* Jerry J. Zuckerman, Ph.D.

1988-1991                   J.R.L. Morgan Fellow, Department of Chemistry
                            Teaching Assistant (Organic/Analytical Chemistry)
                            Rutgers - The State University of New Jersey,
                            New Brunswick, NJ

1991                        Ph.D. - Inorganic/Physical Chemistry,
                            Rutgers - The State University of New Jersey,
                            New Brunswick, NJ
                            *Director:* Rolfe Herber, Ph.D.

## *Experience:*

2012-Present                New York State CLEP Laboratory Director
                            NY Certificate CQ ID#: COYEM1

2012-Present                DRUGSCAN, Inc., An ACM Global Laboratory, *Horsham, PA*
                            Retained as an expert in Forensic Toxicology/ Pharmacology for
                            the City of Philadelphia. Responsibilities include reviewing all
                            toxicology reports and court supporting testimony whenever
                            necessary.

| | |
|---|---|
| 2012-Present | Labcorp, *Raritan, NJ* -- Retained as an Associate Director of Toxicology for the Occupational Testing Service (OTS). Responsibilities include reviewing all standard operating procedures, method validations and proficiency testing. |
| 2011-Present | Laboratory Research Director, *Princeton Analytical (ID #35-04831), Dunmore, PA.* Responsibilities include supervision of all testing and quality control measures involved in the environmental analysis and reporting of various types of water samples. |
| 2005-Present | Laboratory Research Director, *Northern Tier Research (CLIA ID# 39D1050690), Dunmore, PA.* Responsibilities include daily operations and supervision of all aspects, technical research, and development. Oversee general clinical and forensic laboratory analysis and reporting. |
| 2003-2005 | Technical Director/ Operations Manager, *Clinical Laboratories, Inc. A Labcorp Company, Throop, PA.* Responsibilities include daily operations and supervision of all aspects, technical and managerial, of the full clinical testing laboratory and forensic toxicology laboratory facility. |
| 1999–2003 | Toxicology Supervisor, *Clinical Laboratories, Inc., A Labcorp Company, Throop, PA.* Responsibilities included overseeing forensic/toxicological/ environmental toxicology laboratory procedures, training, and quality assurance. |
| 1996-Present | Laboratory Director, *PPL Susquehanna Nuclear Power Plant,* Berwick, PA. Responsibilities included overseeing forensic drug testing laboratory at nuclear power plant site. Implement Nuclear Regulatory Commission (NRC) guidelines specified in 10 CFR 26 Federal Regulations. |
| 2002-Present | Member – Society of Forensic Toxicology (SOFT). |
| 2015-Present | Member – American Association of Clinical Chemistry (AACC). |
| 2002-Present | Certified by *The American Board of Forensic Toxicology*, for *Fellow* status - Certification # 1068, October, 2002. Currently re-certified through 2027. |
| 1996-2000 | Science Department, *Marywood College,* Scranton, PA. Adjunct Faculty   *Courses taught in:* -Forensic Science/Philosophy -Environmental Monitoring -Senior Advisor for seminar projects. |
| 2000-2005 | *College of American Pathologist* laboratory site inspector. |

| 1993-1999 | Director, *Sierra Analytical Laboratories, Dunmore, PA*. Responsibilities included overseeing forensic/toxicological/ environmental laboratory procedures, training, and quality assurance as well as daily financial and managerial operations. |
| 1992-1993 | Director, *TOXI-CON Laboratory, Scranton, PA*. Responsibilities included overseeing forensic/toxicological laboratory procedures, training, and quality assurance. |

Exhibit C



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

Chicago, IL
312.236.5186 

St. Louis, MO
636.530.7722 

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## PROFESSIONAL PROFILE

In my capacity as a Forensic Document Examiner ("FDE"), specializing in handwriting and signature analysis, I provide comprehensive, confidential reports and high-quality demonstrative exhibits tailored for a diverse client base.  This includes legal professionals, state and federal law enforcement agencies, medium-to-large sized businesses, insurance companies, Fortune 500 corporations, and a host of private clientele.  My primary objective in every case is to provide my clients with the expert insights required to make informed decisions concerning the nature or authenticity of written or digital documents, thereby enabling them to approach legal proceedings with confidence whenever required.

## HIGHLIGHTS/MAJOR CASES

PAUL D. CEGLIA vs. MARK ELLIOT ZUCKERBERG AND FACEBOOK INC.
- *Retained by counsel representing Mark Zuckerberg and Facebook in a breach of contract action brought in Federal Court in Buffalo, New York; alleging a  multi-billion-dollar ownership interest in Facebook.*

THE ISLAMIC BANK OF ASIA LTD., vs. AHMAD HAMAD ALGOSAIBI & BROTHERS CO. (SINGAPORE)
- *Retained by counsel representing the Islamic Bank of Asia Ltd. in a matter involving multiple fraud claims in connection with a series of multi-million-dollar banking transactions originating from Singapore and Saudi Arabia.*

CHEVRON vs. DONZINGER, ET. AL., (SDNY); AGUINDA v. CHEVRON (LAGO AGRIO, ECUADOR); CHEVRON v. REPUBLIC OF ECUADOR  (THE HAGUE, NETHERLANDS)
- *Retained by counsel representing Chevron Corporation in several different international legal proceedings stemming from a multi-billion-dollar environmental lawsuit originating from Lago Agrio, Ecuador.*

ALGOSAIBI (AHAB) vs. MAAN AL SANEA (SAAD GROUP)
(AL KHOBAR, SAUDI ARABIA)
- *Retained by counsel representing Saudi businessman, Maan Al Sanea, in a matter involving multi-billion-dollar fraud claims in multiple jurisdictions with connections to over 100 international banking institutions originating from Saudi Arabia.*

UNITED STATES v. MICHAEL T. FLYNN
- *Retained by counsel representing retired Lieutenant General and former National Security Advisor of the United States, Michael T. Flynn, in a criminal matter stemming from the Special Counsel investigation conducted by special prosecutor, Robert S. Mueller, III.*

LÓPEZ REGUEIRO v. AMERICAN AIRLINES INC., 1:19-CV-23965, (S.D. FLA.)
- *Retained by counsel representing American Airlines Inc., in a matter involving substantial economic claims under the Helms-Burton Act related to the contested ownership rights of the Havana International Airport and numerous hotels located in Varadero, Cuba.*



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## HIGHLIGHTS/MAJOR CASES continued

### FLETCHER ET AL. vs. DOIG ET AL. (CHICAGO, ILLINOIS)
• *Retained by counsel representing famed European artist, Peter Doig, in a civil action brought in Federal Court in Chicago, Illinois; pertaining to the authentication of a purported original "Peter Doig" painting; with an estimated value in excess of 10 million dollars.*

### REPUBLIC OF GUINEA - SIMANDOU MINING RIGHTS
• *Retained by counsel representing the interests of a large international mining firm in a matter stemming from allegations that the multi-billion-dollar mining rights to Simandou (a large untapped deposit of high grade iron ore located in the Republic of Guinea) were secured through bribery, corruption, and fraud.*

### ESTATE OF BADRI "ARKADY" PATARKATSISHVILI (TBILISI, REPUBLIC OF GEORGIA)
• *Assisted on a matter in which our firm was retained by counsel representing the multi-billion-dollar business estate of former Georgian presidential candidate, Badri "Arkady" Patarkatsishvili, originating from Tbilisi, Georgia.*

### SANUM INVESTMENTS LTD vs. GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC
• *Retained by counsel representing Macau-based Sanum Investments, and Netherlands-based Lao Holdings, NV in bilateral investment treaty arbitration claims against the Government of Laos.*

### KASEM NARONGDEJ vs. GOLDEN MUSIC LIMITED (ET AL.) (HONG KONG, PEOPLE'S REPUBLIC OF CHINA AND BANGKOK, THAILAND)
• *Retained by counsel representing Dr. Kasem Narongdej in a matter involving the fraudulent misappropriation of corporate shares that resulted in a multi-billion-dollar family dispute with implications in multiple international jurisdictions.*

### PEOPLE v. CORY BYRD (IND. #2011-749) & PEOPLE v. DAVID STEVENSON (IND. #2013-067)
• *Retained by the Orange County District Attorney's Office in Goshen, New York to examine evidence, and provide expert witness testimony, in two separate highly publicized homicide trials involving the murder of a 4-year-old child, and the murder of a 35-year-old mother of four. Both jury trials resulted in guilty verdicts.*

### EXONERATION OF SHAURN THOMAS (PHILADELPHIA, PENNSYLVANIA)
• *Retained by the Pennsylvania Innocence Project and Dechert LLP in the successful exoneration of Shaurn Thomas. Mr. Thomas spent 24 years in a Pennsylvania prison for a murder that he did not commit.*

### PEOPLE vs. ANTHONY D. MARSHALL AND FRANCIS X. MORRISSEY, JR. (BROOKE RUSSELL ASTOR ESTATE)
• *Assisted on a matter in which our firm was retained by the New York County District Attorney's Office in a highly publicized criminal case involving the Estate of philanthropist, Brooke Russell Astor.*



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## HIGHLIGHTS/MAJOR CASES continued

PEOPLE v. PAMELA BUCHBINDER (IND. NO. 3160/17)
• *Retained by the New York County District Attorney's Office in a highly publicized criminal case relating to the attempted murder of Buchbinder's former partner, Dr. Michael Weiss. On September 7, 2022, Buchbinder entered into a plea agreement and was later sentenced to 11 years in New York State Prison.*

JORGE YARUR BASCUÑAN, TARASCONA CORP. v. DANIEL YARUR ELSACA, CRISTIÁN JARA TAITO, OSCAR BRETÓN DIEGUEZ, GM & E ASSET MGMT. S.A., FINTAIR FIN. CORP., 338 F. SUPP. 3D 301 (2018)
• *Retained by counsel representing Mr. Daniel Yarur Elsa, former superintendent of the Chilean equivalent of the Securities and Exchange Commission, in active litigation in the Southern District of New York involving RICO and quantum merit claims, as well as litigation in Chile and the British Virgin Islands.*

FUENTES TELLEZ v. VERGARA MADRIGAL
• *Retained by counsel representing the late Mexican businessman, Jorge Carlos Vergara Madrigal, in litigation concerning the ownership and control of one of the largest business conglomerates in Mexico.*

ESTATE OF LUCIA REGINA MOREIRA SALLES (RIO DE JANEIRO, BRAZIL)
• *Retained by counsel representing the executor of the Estate interests of philanthropist, Lucia Regina Moreira Salles in a contested Will matter originating in Rio de Janeiro, Brazil.*

THE CHURCH OF CHRIST, SCIENTIST - THE MARY BAKER EDDY LIBRARY (BOSTON, MASSACHUSETTS)
• *Retained by The Church of Christ, Scientist in Boston, Massachusetts to conduct a series of forensic document examinations and handwriting examinations on a volume of highly contentious historical records dating back to the early 1900's pertaining to the Church's founder, Mary Baker Eddy.*

SANTA MONICA EQUITY INC. v. CHRISTELLE FILA NZOLOLO (HONG KONG, PEOPLE'S REPUBLIC OF CHINA)
• *Retained by counsel representing the business interests of Santa Monica, Inc., a Marshall Islands company beneficially owned by the late Mr. George Catsiapis, in a matter involving the alleged misappropriation of substantial business funds by Christelle Fila Nzololo. On January 6, 2022, I presented evidence before the High Court of the Hong Kong Special Administrative Region in a contempt proceeding related to this matter.*

ESTATE TRUSTEES OF BARRY SHERMAN AND HONEY SHERMAN (ONTARIO, CANADA)
• *Retained by counsel representing the Estate Trustees of the multi-billion-dollar Estates of Canadian businessman and philanthropist, Dr. Barry Sherman and his wife, Honey Sherman, in legal proceedings against one of Canada's largest news outlets.*



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## HIGHLIGHTS/MAJOR CASES continued

### ESTATE OF DR. GHAITH RASHAD PHARAON (SAUDI ARABIA)
• *Retained by counsel representing the contested Estate interests of Saudi billionaire businessman, Dr. Ghaith Rashad Pharaon.*

### COMMONWEALTH v. MYRLE EVELYN MILLER (CP-60-CR-0000229-2021)
• *Retained by the Pennsylvania Office of Attorney General to examine evidence, and provide expert witness testimony, in a highly publicized homicide trial involving the murder of 77-year-old John W. Nichols by his former spouse, Myrle [Nichols] Miller. The jury returned a unanimous guilty verdict on all charges.*

## TRAINING EXPERIENCE/EMPLOYMENT

### LESNEVICH & DETWILER - FORENSIC DOCUMENT LABORATORY
Forensic Document Examiner:  December 2008 - Present  |  Partner 2011

Following the mandatory senior internship sponsored by Penn State University, I continued with the formal training program in the field of Forensic Document Examination.  Under the direct supervision and instruction of Gus R. Lesnevich, the training program was comprised of a full-time period of 24 months (2 years) of in-person training.  This comprehensive training program covered all facets of the Forensic Document Examination field.

I received my initial training in accordance with the standard guidelines set forth by the Scientific Working Group for Forensic Document Examination (SWGDOC), *Standard for Minimum Training Requirements for Forensic Document Examiners* (formerly, ASTM International Standard Designation-2388-11 [05]).  My training covered various specific areas of instruction related to forensic document examination, which include:

• *Evidence Handling Procedures*
• *Handwriting/Printing Examination*
• *Photography and Digital Imaging*
• *Alterations, Obliterations, and Erasures*
• *Specialized Lighting Techniques*
• *Expert Witness and Legal Proceedings*
• *Electronic Signature Analysis (e-Sig)*
• *Demonstrative Court Chart Production*
• *Expert Testimony (Courtroom and Deposition)*

• *Examination Procedures*
• *Print Processes Identification*
• *Photocopiers/Facsimiles Analysis*
• *Mechanical Impression Analysis*
• *Paper and Font Analysis*
• *Spectral Ink Analysis (i.e., VSC®)*
• *Indentation Analysis (i.e., EDD/ESDA®)*
• *Forensic Research and Review*
• *Report Preparation*

Thought the course of my training, I was also assigned the responsibility of conducting case-specific research and literature reviews for each of the individual cases submitted to our laboratory for analysis.  This entailed thorough examination and study of the leading authoritative texts and peer-reviewed journals published in the field of Forensic Document Examination.



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TECHNICAL TRAINING

TECHNICAL TRAINING BY FOSTER + FREEMAN® USA INC.
(Sterling, Virginia - September 2, 2009)
• Non-Destructive Spectral Ink Analysis-Video Spectral Comparator (VSC®)
        - Models: VSC®6000/HS, VSC®2000/HR, and VSC®400
• Non-Destructive IndentationAnalysis - Electrostatic Detection Apparatus (ESDA®)
        - Models: ESDA®2 and ESDA®Lite

TECHNICAL TRAINING IN PHOTOGRAPHY AND DIGITAL IMAGING SOFTWARE
(Martinsburg, Pennsylvania)
• Instruction in Adobe Products by professional photographer Gerald T. Leidy
• Following  graduation from the Brooks Institute of Photography in Santa Barbara,
  California,  Mr. Leidy enlisted with the United States Navy - Atlantic Fleet Combat
  Camera Group stationed in Norfolk, Virginia.  In 1974, after serving four years with
  the United States Navy, Mr. Leidy established, and currently maintains, a professional
  photography studio located in Martinsburg, Pennsylvania.

APPLETON PAPERS SECURITY PAPER SCHOOL
(Roaring Spring, Pennsylvania - December 1, 2011)
• Overview of the various paper making and dandy roll processes
• Detailed review of the different watermarking methods and their specific
  applications to securities technology and anti-counterfeiting efforts

FUNDAMENTALS OF FORENSIC QUESTIONED DOCUMENTS
Continuing & Professional Education Certificate Program through West Virginia
University (November 2012)
• Instructed by Anthony Iten of West Virginia University

ADVANCED VIDEO SPECTRAL COMPARATOR (VSC®) WORKSHOP
(Indianapolis, Indiana - August 29, 2013)
• Instructed by Foster + Freeman® Application Engineers Michael Zontini & Owen Lang

ROCHESTER INSTITUTE OF TECHNOLOGY - PRINTING PROCESS IDENTIFICATION
AND IMAGE ANALYSIS FOR FORENSIC DOCUMENT EXAMINERS SEMINAR
(Rochester, New York - November 12-15, 2013)
• Some of the topics of instruction included the following:
        - Traditional and Digital Printing Process Identification and Discrimination
        - Image Analysis and Digital Image Processing
        - Security Inks and Security Papers



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TECHNICAL TRAINING continued

ADVANCED VIDEO SPECTRAL COMPARATOR (VSC®) WORKSHOP
(Honolulu, Hawaii - August 15, 2014)
• Instructed by Foster + Freeman® Application Engineers Michael Zontini & F.L. Jim Lee

VIDEO SPECTRAL COMPARATOR (VSC®) & ELECTROSTATIC DETECTION
APPARATUS (ESDA®) TECHNOLOGY: EXPLAINING TO THE LAYPERSON
(San Diego, California - September 1, 2017)
• Instructed by Foster + Freeman Application Engineer Michael Zontini

PIKASO WRITE-ON 3.0 DOCUMENT COMPARISON SOFTWARE WORKSHOP
(Park City, Utah - August 18, 2018)
• Instructed by Pierre Goudreault and Brian Lindblom

CENTER FOR STATISTICS AND APPLICATIONS IN FORENSIC SCIENCE (CSAFE)
FORENSIC TRAINING COURSES
(Handwriting Analysis - March 11, 2021)
(Statistical Thinking for Forensic Practitioners, Session 1 - March 26, 2021)
(Statistical Thinking for Forensic Practitioners, Session 2 - April 9, 2021)
(Statistical Thinking for Forensic Practitioners, Session 3 - April 23, 2021)
• These courses were designed to introduce fundamental concepts of probability and
  statistics related to forensic issues and explore how they can be applied to assess the
  probative value of forensic evidence.
• Instructed by Hal Stern of the University of California, Irvine and Alicia Carriquiry of
  Iowa State University

FORENSIC DOCUMENT EXAMINATION PAPER MANUFACTURING AND PRINT
PROCESS TWO -DAY TRAINING SEMINAR
(DAY 1: American Eagle Paper Mills - Tyrone, Pennsylvania - May 12, 2022)
• Overview and hands-on access to the various paper making and dandy roll processes
  (including sheeting of paper for cut size and folio, quality assurance procedures, paper
  staining and chemical considerations, paper recycling techniques, and paper finishing).
• Detailed review of the different watermarking and security fiber methods and their
  specific applications to securities technology and anti-counterfeiting measures.
(DAY 2: NPC, Inc., - Claysburg, Pennsylvania - May 13, 2022)
• Overview and hands-on access to the various commercial printing processes — analog
  and digital (i.e., offset, high speed inkjet, and laser).
• Comprehensive review and live demonstration of the entire offset plate setting
  process.



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/ khody-r-detwiler

 7550 Woodbury Pike Roaring Spring, PA 16673

 Roaring Spring, PA 814.793.2377

 Pittsburgh, PA 412.430.3887

 Philadelphia, PA 215.800.0120

 Chicago, IL 312.236.5186

 St. Louis, MO 636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and signature analysis

forensic consulting

electronic signature analysis and verification

forensic document examination and authentication

non-destructive ink, paper, and electrostatic indentation analysis

## EDUCATION

BACHELOR OF SCIENCE DEGREE - CRIMINAL JUSTICE (BS)
THE PENNSYLVANIA STATE UNIVERSITY
UNIVERSITY PARK, PENNSYLVANIA
2005 - 2009
• Deans List Honors
• From August through December of 2008, I completed a mandatory semester long internship with Gus R. Lesnevich for partial fulfillment of my bachelor's degree in the Criminal Justice program at Penn State University.

## CONTINUING EDUCATION

DOCUMENT SECURITY ALLIANCE MEETING (DSA)
(Washington, DC, United States Secret Service Headquarters - October 20, 2011)
• Symposium on document security before and after September 11TH 2001

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
64TH ANNUAL SCIENTIFIC MEETING
(Atlanta, Georgia - February 20-25, 2012)
• Workshop/Panel Discussion: Flawed Forensics: Recognizing and Challenging Misleading Forensic Evidence and Disingenuous Expert Testimony

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
65TH ANNUAL SCIENTIFIC MEETING
(Washington, DC - February 18-23, 2013)
• Workshop: Signature Examination of Healthy and Impaired Writers
        - (Instructed by Michael Caligiuri & Linton Mohammed)
• Workshop: Hyper-spectral Imaging - United States Library of Congress
        - (Instructed by Fanella G. France & Joseph C. Stevens)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
67TH ANNUAL SCIENTIFIC MEETING
(Orlando, Florida - February 16-21, 2015)
• Workshop: Classification of Typewritten Documents
        - (Instructed by Karen J. Nobles & Peter V. Tytell)
• Workshop: Automating Image Production for Forensic Document Examiners
        - (Instructed by Mark Goff)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
71ST ANNUAL SCIENTIFIC MEETING
(Baltimore, Maryland - February 18-23, 2019)
• Workshop: Deciphering Complex Electrostatic Detection Device (EDD) Impressions
    -(Instructed by Mark Goff)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
73RD ANNUAL SCIENTIFIC MEETING
(Virtual Meeting - February 15-19, 2021)
• Workshop: A Complete Introduction to Digitally Captured Signatures ("DCS") and
a Tutorial for Namirial's Firma Certa Forensic Analysis Tool
    - (Instructed by Nikolaos Kalantzis)
• Workshop: Technology and Design of Security Documents for Counterfeiting and
Alteration Resistance
    - (Instructed by Joel A. Zlotnick)

AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
74TH ANNUAL SCIENTIFIC MEETING
(Seattle, Washington - February 21-25, 2022)
• Workshop: The Application of Evaluative Reporting for Forensic Handwriting
Examinations
    - (Instructed by Tobin Tanaka & Miriam Angel)
• Workshop: Forensic Examination and Evaluation of the Fine and Subtle Elements of
Signatures and Handwriting
    - (Instructed by Linton Mohammed & Karen J. Nobles)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
69TH ANNUAL MEETING
(Philadelphia, Pennsylvania - August 20-25, 2011)
• Workshop: Printing Process Identification for Forensic Document Examiners
    - (Instructed by Scott Walters & Jeffrey Payne)
• Workshop: Signature Examination Workshop - Complex Issues and Common
Problems
    - (Instructed by Dennis Ryan & Dave Oleksow)
• Workshop: Using Adobe Photoshop in a Forensic Document Workflow
    - (Instructed by George Reis)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE) 70TH ANNUAL MEETING
(Charleston, South Carolina - August 18-23, 2012)
• Workshop: The Individuality of Inkjet Printing
        - (Instructed by Rolf Fauser)
• Workshop: Managing Human Factors in the Forensic Sciences
        - (Instructed by Scott Shappell)
• Workshop: Kinematic Features of Signature Writing in Persons with Alzheimer's Disease
        - (Instructed by Linton Mohammed & Michael Caligiuri)
• Workshop: Electrostatic Detection Devices (EDD) - Theoretical and Operational Considerations
        - (Instructed by Dan C. Purdy, Grant Sperry, & Robert Muehlberger)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE) 71ST ANNUAL MEETING
(Indianapolis, Indiana - August 24-29, 2013)
• Workshop: Conclusion Scales and Logical Inference
        - (Instructed by R. Brent Ostrum)
• Workshop: Forensic Examination of Digital Signatures
        - (Instructed by William J. Flynn & Kathleen Annunziata Nicolaides)
• Workshop: Challenging Signatures
        - (Instructed by A. Frank Hicks)

JOINT ANNUAL MEETING OF THE AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE - 72ND) AND THE AUSTRALASIAN SOCIETY OF FORENSIC DOCUMENT EXAMINERS, INC. (ASFDE, INC — 33RD)
(Honolulu, Hawaii - August 11-15, 2014)
• Workshop: Skillful Freehand Signature Simulation
        - (Instructed by Lloyd Cunningham & Linton Mohammed)
• Workshop: Adobe, Digital Media and Evidence
        - (Instructed by John Penn, II of Adobe)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ 
khody-r-detwiler

7550 Woodbury Pike 
Roaring Spring, PA 16673

Roaring Spring, PA 
814.793.2377

Pittsburgh, PA 
412.430.3887

Philadelphia, PA 
215.800.0120

Chicago, IL 
312.236.5186

St. Louis, MO 
636.530.7722

www.lesnevich.com 

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
73RD ANNUAL MEETING
(Toronto, Canada - August 9-13, 2015)
• Workshop: Characteristics of Fountain Pen Writing and Aqueous Ink Analysis
   - (Instructed by Lloyd Cunningham, Valery Aginsky, Linton Mohammed,
     & William J. Flynn)
• Workshop: Principles of Forensic Examination of Arabic Signatures
   - (Instructed by Mohammed Aloyoni & Dr. Abdulaziz Alkahtani)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
75TH ANNUAL MEETING
(San Diego, California - August 28 through September 1, 2017)
• Workshop: Forensic Science Research: Your Mission to Propose, Innovate
  and Collaborate
   - (Instructed by Heather Waltke, Gerald LaPorte, Lisa Hanson, & Melissa Taylor)
• Workshop: Preparing a Digital Signature File for Forensic Analysis
   - (Instructed by Kathleen Annunziata Nicolaides & William Flynn)
• Workshop: Chinese Handwriting and Signatures Workshop: Hanzi through the Eyes
  of the Forensic Document Examiner
   - (Instructed by Chiew Yung Yang & Chin Chin Lim)
• Workshop: Write or Wrong? Bias, Decision-Making and the use of Contextual
  Information in Forensic Document Examination
   - (Instructed by Niki Osborne, Lloyd Cunningham, & Jane Lewis )

JOINT ANNUAL MEETING OF THE AMERICAN SOCIETY OF QUESTIONED
DOCUMENT EXAMINERS (ASQDE - 76TH ANNUAL MEETING) AND THE
SOUTHWEST ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS (SWAFDE)
(Park City, Utah - August 19-23, 2018)
• Workshop: Mark Hofmann – Master Forger and Murderer (The Mormon Murders &
  White Salamander Letter)
   - (Instructed by George Throckmorton, William J. Flynn, & Lloyd Cunningham)
• Workshop: Latin American Writing
   - (Instructed by Manuel Gonzales, Eric Cedeno, & Leydis Gonzalez)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722 

www.lesnevich.com 

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
78TH ANNUAL MEETING
(Virtual Meeting - August 10 - 13, 2020)
• Workshop: Overview of Digital Examination Techniques and Remote Case Review
        - (Instructed by Mark Goff)
• Workshop: Opinion Measurement Workshop
        - (Instructed by Veronica Dahir, Charles Edwards, Samiah Ibrahim,
          & Jonathan Jackson-Morris)

AUSTRALASIAN SOCIETY OF FORENSIC DOCUMENT EXAMINERS, INC.
(ASFDE, INC.) 40TH ANNUAL MEETING
(Virtual Meeting - May 24 - 28, 2021 )
• Workshop: Digital Examination Techniques
        - (Instructed by  Mark Goff)
• Workshop: Digitally Captured Signatures
        - (Instructed by Jan Zimmer & Nikolaos Kalantzis)
• Workshop: Writing Reports Workshop
        - (Instructed by Kristy Martire, Stephanie Summersby, Carolyn Bird,
          Gary Edmonds, & Loene Howes)
• Workshop/Discussion: Document Dating (Non-Destructive Techniques,
  Handwriting and Signatures, and Destructive Techniques
        - (Instructed by Samiah Ibrahim)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
79TH ANNUAL MEETING
(Virtual Meeting - August 10 - 12, 2021 )
• Workshop: Demonstrative Evidence in the Courtroom, An Evaluation and Discussion
  of Probative and Prejudicial Characteristics of Demonstrative Visual Aids
        - (Instructed by Mara Merlino, Tobin Tanaka, & Samiah Ibrahim)
• Workshop: Pressure Training Calibration Workshop for Digitally Captured Signatures
        - (Instructed by Nikolaos Kalantzis)
• Workshop: Examination Basics for Adobe PDF files
        - (Instructed by Brent Ostrum)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT


khody@lesnevich.com


linkedin.com/in/
khody-r-detwiler


7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

AUSTRALASIAN SOCIETY OF FORENSIC DOCUMENT EXAMINERS, INC.
(ASFDE, INC.) 41ST ANNUAL MEETING
(Virtual Meeting - May 10-13, 2022)
• Workshop: Technology and Design of Security Documents
        - (Instructed by Joel A. Zlotnick)
• Workshop: Signatures: Disguised or Simulated?
        - (Instructed by Carolyne Bird & Nicole Crown)

JOINT ANNUAL MEETING OF THE AMERICAN SOCIETY OF QUESTIONED
DOCUMENT EXAMINERS (ASQDE - 80TH ANNUAL MEETING) AND THE
SOUTHWEST ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS (SWAFDE)
(San Antonio, Texas - August 8-10, 2022)
• Workshop: Some Basics on FDE Examination of PDF Documents
        - (Instructed by Joe Parker & Charlotte Ware)
• Workshop: Special Topics in QD for the 21ST Century
        - (Instructed by Lloyd Cunningham & Linton Mohammed)
• Workshop: The Robert Durst Case: Revisiting Myths of Handprinting Examinations
        - (Instructed by Lloyd Cunningham & Linton Mohammed)
• Workshop: What Lies Beneath: Peeling Back the Layers on Forensic Document
  Evidence
        - (Instructed by Roberto King, Richard Wilson & Beth McMurchie)
• Workshop: Forensic Document Examination in the Courtroom: Expectations of,
  and for, the FDE
        - (Instructed by myself & Karen J. Nobles)

AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)
81ST ANNUAL MEETING [JOHN JAY COLLEGE OF CRIMINAL JUSTICE]
(New York, New York - August 7-9, 2023 )
• Workshop: Taking Advantage of Digitally Captured Signature (DCS) technology &
  applying it to pen & paper casework
        - (Instructed by Nikolaos Kalantzis)
• Workshop: Digitally Captured Signature (DCS) visualizations: ...from numbers to
  images...to numbers again!
        - (Instructed by Nikolaos Kalantzis)
• Workshop: The Seven Habits for Highly Effective Standards Development
        - (Instructed by Teresa Ambrosius)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(State College, Pennsylvania - May 19-23, 2014)
• Attended various presentations sponsored by the Questioned Documents Section,
some of the topics of discussion included the following:
- Thermal Ribbon Analysis and the Thermal Ribbon Analysis Platform (TRAP)
- The Use of Photoshop Macros to Simplify the Creation of Working Charts
- Spectral Analysis of Documents Subjected to Latent Print Examinations
utilizing the Video Spectral Comparator (VSC)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) QUESTIONED
DOCUMENTS SECTION FALL WORKSHOP: "VALUABLE SIGNATURES AND
MEMORABILIA" NATIONAL BASEBALL HALL OF FAME
(Cooperstown, New York - November 12, 2015)
• Instructed by the following individuals:
- Michael Posner - Manager of Major League Baseball's Authentication Program
- Special Agent, Brian Brusokas - Art Crime Team (FBI)
- Special Agent, John Iannuzzi - Interstate Robbery Apprehension Team (FBI)
- Gregg Mokrzycki - Forensic Document Examiner (FBI)
- Peter J. Belcastro, Jr. - Forensic Document Examiner (FBI)
- Erik Strohl - VP of Exhibitions and Collections - National Baseball Hall of Fame
- Jim Gates - Library Director - National Baseball Hall of Fame
- Sue MacKay - Director of Collections - National Baseball Hall of Fame

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Cambridge, Maryland - May 18-22, 2015)
• Workshop: Forensic Examination of Biometrically Captured e-Signatures
- (Instructed by William Flynn & Kathleen Annunziata Nicolaides)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) ANNUAL
MEETING
(Richmond, Virginia - May 17-20, 2016)
• Workshop: The Application of QD Examinations of the Analysis of Fine Art
and Other Antiques
- (Instructed by Gregg Mokrzycki)
• Workshop: Identification Science
- (Instructed by Stephen McKasson)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/ 
khody-r-detwiler

7550 Woodbury Pike 
Roaring Spring, PA 16673

Roaring Spring, PA 
814.793.2377

Pittsburgh, PA 
412.430.3887

Philadelphia, PA 
215.800.0120

Chicago, IL 
312.236.5186

St. Louis, MO 
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Pittsburgh, Pennsylvania - May 23-26, 2017)
• Workshop: The Examination of Questioned Documents with Complicated
  Specimens Requiring Multiple Examination Types
        - (Instructed by Nadeem-Ul-Hassan Khan)
• Workshop: Covert Communications and Concealment Techniques
        - (Instructed by Gregg Mokrzycki)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS) QUESTIONED
DOCUMENTS SECTION FALL WORKSHOP: "QUESTIONED DOCUMENTS EXPERT
TESTIMONY WORKSHOP" - VIRGINIA DEPARTMENT OF FORENSIC SCIENCES
(Manassas, Virginia - December 5, 2017)
• In addition to myself, this workshop was instructed by the following individuals:
        - (Joseph Stevens, Michael Wallace, Kenneth E. Melson, Ted Burkes,
          Kathleen Storer, & Kelly Pearson)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Hunt Valley, Maryland - May 15-18, 2018)
• Workshop: VSC® & ESDA® Technology: Explaining to the Layperson
        - (Instructed by Allyce McWhorter & Rebecca Walls of Foster + Freeman®)
• Workshop: Handwriting Examination of Signatures
        - (Instructed by Ronald N. Morris)
• Workshop: Charred and Water Soaked Documents
        - (Instructed by Gregg Mokrzycki & Peter J. Belcastro, Jr.)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Morgantown, West Virginia - May 7-10, 2019)
• Workshop: Examining Writing on Unusual Surfaces
        - (Instructed by Gregg Mokrzycki & Peter J. Belcastro, Jr.)
• Workshop: Examination of Torn/Cut Edges
        - (Instructed by Lorie Cousin & Peter J. Belcastro, Jr.)
• Workshop: How Chemical Examinations of Inks and Paper Can Corroborate
  and Supplement Forensic Document Examinations
        - (Instructed by Gerald M. LaPorte)



T h e   C u r r i c u l u m   V i t a e   o f

# KHODY R. DETWILER

F o r e n s i c   D o c u m e n t   E x a m i n e r

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com 

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Pocono Manor, Pennsylvania - September 21-24, 2021)
• Workshop: Digitally Captured Signatures; Introduction, Visualization, and Analysis
    - (Instructed by Nikolaos Kalantzis)
• Workshop: Technology and Design of Security Documents for Counterfeiting and
Alteration Resistance
    - (Instructed by Joel A. Zlotnick)
• Workshop: PDF Forensics
    - (Instructed by Leonard Rosenthol of Adobe)

MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
ANNUAL MEETING
(Pittsburgh, Pennsylvania - May 6-10, 2024)
• Workshop: Exploration in Variation and its Impact on Forensic Handwriting
  Examination
    - (Instructed by Nancy Cox & Jeffrey Payne)
• Workshop: Security Printing Processes Workshop
    - (Instructed by Nancy Cox, Jeffrey Payne, & Scott Walters)

3RD INTERNATIONAL WORKSHOP ON AUTOMATED FORENSIC HANDWRITING
ANALYSIS (AFHA)
(Honolulu, Hawaii - August 9-10, 2014)
• This workshop explored a variety of automated systems which may be used
  to assist in the examination of both "online" and "offline" signatures and writings.
  Some of the specific topics of discussion included the following:
    - *Overview of handwriting pattern recognition systems*
      • Kinematic approaches to signature analysis
      • Mathematical approaches to signature complexity and stability
    - *Endorsed by the following organizations:*
      • German Research Centre for Artificial Intelligence (DFKI)
      • Netherlands Forensic Institute - Ministry of Security and Justice (NFI)
      • American Society of Questioned Document Examiners (ASQDE)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

NIST MEASUREMENT SCIENCE & STANDARDS IN FORENSIC HANDWRITING ANALYSIS CONFERENCE
(Gaithersburg, Maryland - June 4-5, 2013)
• National Institute of Standards and Technology Campus (NIST)
• In collaboration with the following organizations:
    - American Academy of Forensic Sciences - QD Section (AAFS)
    - American Board of Forensic Document Examiners (ABFDE)
    - American Society of Questioned Document Examiners (ASQDE)
    - Federal Bureau of Investigation Laboratory (FBI)
    - National Institute of Justice (NIJ)
    - Scientific Working Group for Forensic Document Examination (SWGDOC)

Northeastern Association of Forensic Scientists (NEAFS) 40th Annual Meeting
(Hershey, Pennsylvania - November 3-6, 2014)
    • Workshop: Ethics in the Practice of Forensic Science
      - (Instructed by Robin Bowen of West Virginia University)

NORTHEASTERN ASSOCIATION OF FORENSIC SCIENTISTS (NEAFS) 46TH ANNUAL MEETING
(Virtual - October 14-17, 2020)

THE INAUGURAL FORENSIC DOCUMENT EXAMINERS _LIVE INTERNATIONAL KNOWLEDGE EXCHANGE ON DOCUMENTS_ "FDE _LINKED_" CONFERENCE
(Virtual - March 31 through April 1, 2023)
    - (Organized by Carolyn Bird, Nikolaos Kalantzis & Samiah Ibrahim)

FOSTER + FREEMAN® - FORENSIC WEBINAR SERIES
• Questioned Document Examination (QDE) Symposium: Multi-Faceted Examinations
• Video Spectral Comparator (VSC): Detecting Counterfeits and Frauds
• Document Examination: Authentication and Grading of Stamps, Cards and Collectibles
• Detect More Evidence: Top Tips to get the most out of your Forensic Light Source
• Digitally Captured Signatures (DCS) in Everyday (pen + paper) Casework
• Identity and Drivers Licenses - Addressing the Cost and Impact of Counterfeiting
• From What We Need to What We Have - An Examiner's View



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## CONTINUING EDUCATION (cont.)

MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS (MAFS)
44TH ANNUAL MEETING
(Mackinac Island, Michigan - September 20-25, 2015)
• Workshop: Forensic Examination of Electronic Signatures
        - (Instructed by William J. Flynn & Kathleen Annunziata Nicolaides)
• Workshop: Getting the Most Out of Your Visual Spectral Comparator
        - (Instructed by David Tobin & Michael Zontini of Foster + Freeman USA)
• Workshop: The Examination of Documents Requiring a Multi-Faceted Approach
        - (Instructed by Brian Lindblom)
• Workshop: Evaluating Signatures: What Matters?
        - (Instructed by A. Frank Hicks)
• Workshop: The Application of Questioned Document Examinations to the Analysis
    of Valuable Signatures & Other Antiques
        - (Instructed by Gregg Mokrzycki & Peter J. BelcastroJr.)

THE SOUTHWESTERN ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS
(SWAFDE) ANNUAL MEETING
(Denver, Colorado - October 11-13, 2019)
• Workshop: A Behind the Scenes (and under the covers) Tour of PDF's from Adobe's
    PDF Architect
        - (Instructed by Leonard Rosenthol of Adobe)
• Workshop: Dispelling the Myths about the Forensic Examination of Hand-printing
        - (Instructed by Lloyd Cunningham & Linton Mohammed)
• Workshop: How Chemical Examinations of Inks and Paper Can Corroborate and
    Supplement Forensic Document Examinations
        - (Instructed by Gerald M. LaPorte)

## TRAININGS / PRESENTATIONS / SEMINARS TAUGHT

PRESENTATION - A Picture is Worth a Thousand Words: Effective Testimony
Demonstratives
(Honolulu, Hawaii - 2014 ASQDE Annual Meeting)

PRESENTATION - Overview of the field of Forensic Document Examination
(Altoona, Pennsylvania - May 30, 2017 - AMBUCS)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

 Roaring Spring, PA
814.793.2377

 Pittsburgh, PA
412.430.3887

 Philadelphia, PA
215.800.0120

 Chicago, IL
312.236.5186

 St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TRAININGS / PRESENTATIONS / SEMINARS TAUGHT (cont.)

PRESENTATION - Double-Sided Photocopies: The Next Best Thing
(San Diego, California - 2017 ASQDE Annual Meeting)

SEMINAR - Workshop: Questioned Documents Expert Testimony Workshop
(Manassas, Virginia - December 5, 2017 - MAAFS QD Fall Workshop)

PRESENTATION - Contested Estates: A Bloody Mess
(Hunt Valley, Maryland - 2018 MAAFS Annual Meeting)

PRESENTATION - Contested Estates: A Bloody Mess
(Baltimore, Maryland - 2019 AAFS Annual Meeting)

PRESENTATION - Introduction to Forensic Document Examination
(Virtual - July 16, 2020 - CLE for Kellogg Hansen Todd Figel & Frederick PLLC)

TRAINING - 2020 PENNSYLVANIA OFFICE OF ATTORNEY GENERAL MEDICAID
FRAUD WEBEX TRAINING - INTRODUCTION TO FORENSIC DOCUMENT
EXAMINATION (August 19, 2020)
• Sponsored by the Pennsylvania Office of Attorney General (POAG)
• Provided special agents and prosecutors across the commonwealth with a
comprehensive understanding of the diverse capabilities within the field of
forensic document examination tailored to meet their specific case requirements
and demands.

PRESENTATION - Obtaining Request Handwriting Exemplars in a Socially Distant
World
(Virtual - 2020 ASQDE Annual Meeting & 2020 NEAFS Annual Meeting)

PRESENTATION - Examining the Evidence - Forensic Handwriting Analysis at
The Mary Baker Eddy Library (Boston, Massachusetts)
(Podcast - October 1, 2021 - Seekers and Scholars - The Mary Baker Eddy Library)

SEMINAR - Workshop: Forensic Document Examination in the Courtroom:
Expectations of, and for, the FDE
(San Antonio, Texas - August 9, 2022 - ASQDE/SWAFDE Joint Meeting)

PRESENTATION - Forensic Document Examination… *All You Need to Know and More*
(Pittsburgh, Pennsylvania - December 13, 2022 - CLE for Babst, Calland, Clements and
Zomnir, P.C.)



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377 

Pittsburgh, PA
412.430.3887 

Philadelphia, PA
215.800.0120 

Chicago, IL
312.236.5186 

St. Louis, MO
636.530.7722 

www.lesnevich.com 

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TRAININGS / PRESENTATIONS / SEMINARS TAUGHT (cont.)

TRAINING - Unveiling the Art and Science of Forensic Document Examination: An Introduction (Prosecutor Perspective)
(Lancaster, Pennsylvania - March 5, 2024 - 2024 Pennsylvania Office of Attorney General (POAG) - Attorney Conference)

TRAINING - Unveiling the Art and Science of Forensic Document Examination: An Introduction (Agent Perspective)
(Pocono Manor, Pennsylvania - March 20, 2024 - 2024 Pennsylvania Office of Attorney General (POAG) - All Agents Conference)

PRESENTATION - ESDA® Sequencing for Forensic Document Examination: A Case Study
(Pittsburgh, Pennsylvania - May 9, 2024 - 2024 MAAFS Annual Meeting)

## PUBLICATION

I am a contributing author to the published textbook, _Forensic Document Examination in the 21st Century_, edited by Jan Seaman Kelly and Miriam Angel, and published by CRC Press Taylor and Francis Group [2021] (ISBN: 978-0-367-25155-0). My specific contribution was chapter 14, entitled "Forensic Analysis of Handwritten Electronic Signatures." The official book description is as follows:

> "_Forensic Document Examination in the 21st Century covers the latest technology and techniques providing a complete resource on contemporary issues and methods in forensic document examination. Forensic document examiners provide their findings as expert testimony in court. Due to rapid changes in technology, including digital documents, printing and photocopying capabilities, and more, there is a great need for this up-to-date reference._
>
> _The examination of documents can include comparison of handwriting or hand-printing; detection of alterations or photocopier and computer manipulation; restoration or decipherment of erased and obliterated writing; visualization of latent impressions; the identification of printing processes; and differentiation of inks. Computer-generated documents are prevalent, and electronically-captured signatures are becoming more widespread, meaning the knowledge of advances in technology and adoption of new validated techniques and methods of document examination are crucial to the reliability of forensic opinions._
>
> _Forensic Document Examination in the 21st Century includes the latest research on the subject and with contributions from leading experts on their various areas of expertise. The book will be a welcome addition to the literature and support the foundational basis for methods and procedures for use it expert testimony in court, serving as a resource for forensic document examiners, trainees, and those in the criminal and legal communities who use the services of expert document examiners and witnesses._"



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT


khody@lesnevich.com


linkedin.com/in/
khody-r-detwiler


7550 Woodbury Pike
Roaring Spring, PA 16673


Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722


www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## PROFESSIONAL AFFILIATIONS

**AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)**
Regular Member | **Questioned Documents Section**

**AAFS - ACADEMY STANDARDS BOARD (ASB)**
Forensic Document Examination Consensus Body

- Served as Vice Chair from 2015-2020

- Served on the working group for the *ANSI/ASB Standard 44: Standard for Examination of Documents for Indentations*

- Presently fulfilling the role of the chair of the working group for the *ANSI/ASB Standard 155: Standard for Minimum Training Requirements for Forensic Document Examiners*

**AMERICAN SOCIETY OF QUESTIONED DOCUMENT EXAMINERS (ASQDE)**
Regular Member  |  **Currently Serving as Director of the Executive Committee**

- In addition to meeting the standard ASQDE membership criteria, achieving 'Regular' Membership status requires an examiner to undergo a rigorous testing process.  This evaluation procedure involves successfully passing a series of written and practical examinations.  Following this, the examiner must also successfully complete an oral board assessment conducted by a three-member panel chosen from the Evaluation and Examination Committee of the ASQDE.

- In addition to my role as Director of the Executive Committee, I am also currently a member of both the ASQDE Evaluation and Examination Committee and the ASQDE Resource Center Committee.

**MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)**
Regular Member | **Physical Evidence Section [Questioned Documents]**

- Served as Questioned Document Section Chair from 2020-2021

**MIDWESTERN ASSOCIATION OF FORENSIC SCIENTISTS, INC. (MAFS)**
Regular Member | **Questioned Documents Section**

**NORTHEASTERN ASSOCIATION OF FORENSIC SCIENTISTS (NEAFS)**
Associate Member

**INTERNATIONAL ASSOCIATION FOR IDENTIFICATION (IAI)**
Regular Member

**THE CHARTERED SOCIETY OF FORENSIC SCIENCES (CSFS) - United Kingdom**
Affiliate Member

**THE CANADIAN SOCIETY OF FORENSIC SCIENCES (CSFS) - Ottawa, Canada**
Regular Member

**ASTM INTERNATIONAL - COMMITTEE E30 - FORENSIC SCIENCE (ASTM)**
Voting Member



The Curriculum Vitae of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT


khody@lesnevich.com


linkedin.com/in/
khody-r-detwiler


7550 Woodbury Pike
Roaring Spring, PA 16673


Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY EXPERIENCE

I've earned recognition as an expert in the field of Forensic Document Examination and have provided expert testimony on numerous occasions in both state and federal courts across the United States, as well as in various international jurisdictions.  A comprehensive testimony list is available upon request.

## INTERNATIONAL EXPERIENCE

Since beginning my career in the field of Forensic Document Examination, I have conducted a wide variety of forensic examinations on countless individual documents and signatures involved in various litigations throughout the United States and abroad. My international casework has required extensive travel throughout Asia, North America, Central America, South America, Europe, and the Middle East.  Furthermore, I have been retained on numerous international matters that have not required international travel.



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com

linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST FROM 2012 TO PRESENT

(1)      JANUARY 20, 2012

People vs. Cory Byrd
(Ind. #2011-749)
County Court (County of Orange) - Goshen, New York
Retained by the Orange County District Attorney's Office
Jury Trial - Honorable Jeffery G. Berry
Our File No. 2011-056

(2)      APRIL 9, 2013

MERS vs. Ruth A. Carvalho, et al
Court of Common Pleas - Philadelphia, Pennsylvania
Retained by Philadelphia VIP (Pro Bono)
Bench Trial - Honorable Eugene Edward J. Maier
Our File No. 2012-020

(3)      MAY 15, 2013

In Re: Declaration of Trust Dated October 19, 1977of Chester C. Lockwood
and Helene J. Lockwood, Settlors. (No. 1509-1375)
In Re: Irrevocable Deed of Trust of Edna P. Lockwood, Settlor,
Dated December 15, 1983. (No. 1509-1376)
Court of Common Pleas of Chester County - West Chester Pennsylvania
Retained by Astor Weiss Kaplan & Mandel, LLP
Bench Trial - Honorable Katherine B. L. Platt
Our File No. 2012-070

(4)      JANUARY 9, 2014

Commonwealth of Pennsylvania vs. Michelle M. Cohen
Court of Common Pleas of Chester County - West Chester Pennsylvania
Retained by the Pennsylvania Office of Attorney General (POAG)
Jury Trial - Honorable Jacqueline Carroll Cody
Our File No. 2012-008



# The Testimony List of

# KHODY R. DETWILER

### Forensic Document Examiner

## CONTACT

khody@lesnevich.com ✉

linkedin.com/in/
khody-r-detwiler 🔗

7550 Woodbury Pike
Roaring Spring, PA 16673 🏠

Roaring Spring, PA
814.793.2377 📍

Pittsburgh, PA
412.430.3887 📍

Philadelphia, PA
215.800.0120 📍

Chicago, IL
312.236.5186 📍

St. Louis, MO
636.530.7722 📍

www.lesnevich.com 💻

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(5)        APRIL 11, 2014

People vs. David Stevenson
(Ind. #2013-067)
County Court (County of Orange) - Goshen, New York
Retained by the Orange County District Attorney's Office
Jury Trial - Honorable Jeffery G. Berry
Our File No. 2014-005

(6)        APRIL 25, 2014

Estate of Mary Jennelle Travis a/k/a Mary Jennelle Butler Travis, Deceased
Court of Common Pleas of Lancaster County, Pennsylvania
(No. 36-2012-2130)
-Orphans Court Division
Retained by Nikolaus & Hohenadel, LLP
Bench Trial - Honorable Jay J. Hoberg
Our File No. 2013-033

(7)        JUNE 30, 2014

Langenkamp vs. New York University
New York Southern District Court (No. 1:2010cv08883)
Retained by New York University
Presiding Judge: Honorable Alvin K. Hellerstein
**Deposition**
Our File No. 2012-049

(8)        AUGUST 28, 2014

Commonwealth of Pennsylvania vs. Frank Charles Scott
(CP-17-CR-0000717-2013)
Court of Common Pleas, County of Clearfield, Pennsylvania
Retained by Sobel & Collins
Jury Trial - Honorable Paul E. Cherry
Our File No. 2014-022



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com ✉

linkedin.com/in/
khody-r-detwiler 🔗

7550 Woodbury Pike
Roaring Spring, PA 16673 🏠

Roaring Spring, PA
814.793.2377 📍

Pittsburgh, PA
412.430.3887 📍

Philadelphia, PA
215.800.0120 📍

Chicago, IL
312.236.5186 📍

St. Louis, MO
636.530.7722 📍

www.lesnevich.com 💻

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(9)   MAY 4, 2015

In Re: Walter J. Konjolka, Deceased
(No.: 936 of 2014)
Court of Common Pleas of Allegheny County, Pennsylvania
-Orphans' Court Division
Retained by Sikov & Love, P.A.
Bench Trial - Honorable Lawrence J. O'Toole
Our File No. 2014-107

(10)   MAY 22, 2015

Statewide Investigating Grand Jury
(POAG Western Regional Office located in Pittsburgh, Pennsylvania)
Retained by the Pennsylvania Office of Attorney General (PAOG)
Honorable Norman A. Krumenacker, III
**Grand Jury Testimony**
Our File No. 2015-005

(11)   JUNE 25, 2015 - (INTERNATIONAL)

2014-1479 Ashot Yegiazaryan vs. Vitaly Ivanovich Smagin
High Court of Justice (Queen's Bench Division)
-Commercial & Admirability Court (London, England)
Retained by Gibson Dunn & Crutcher LLP (UK Office)
Bench Trial - The Honorable Justice Nigel Teare
Our File No. 2015-013

(12)   SEPTEMBER 1, 2015

M&M Insurance Group, INC., vs. Ronald Ferraro
Court of Common Pleas of Lawrence County, Pennsylvania
Retained by Verterano & Manolis
Bench Trial - Honorable Eugene Fike II
Our File No. 2015-030

The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(13)   JANUARY 28, 2016

United States of America vs. Raza, et al.
United States District Court
-Eastern District of Virginia (Alexandria, Virginia)
Retained by Winston & Strawn LLP
Jury Trial - Honorable Claude M. Hilton
Our File No. 2015-075

(14)   MARCH 17, 2016

In re: Nomination Petition of Erin R. McClelland for the
Office of Representative in Congress (Petition Hearing)
Commonwealth Court of Pennsylvania (Pittsburgh, Pennsylvania)
Retained by the Law Offices of Charles A. Pascal, Jr.
Petition Hearing - Honorable Patricia A. Mccullough
Our File No. 2016-015

(15)   APRIL 28, 2016

Dantzler vs. Young
(Case No.: 150202116)
Court of Common Pleas (City Hall) - Philadelphia, Pennsylvania
Retained Philadelphia Legal Assistance (Pro Bono)
Bench Trial - Honorable Shelley Robins-New
Our File No. 2015-084

(16)   JUNE 7, 2016

Estate of Robert P. Bieber, Deceased, Dennis R. Newhard and
Sandra Newhard, Executors vs. Leslie M. DiMenichi
(Case No. C48-CV-2013-3399)
Court of Common Pleas - Northampton County, Pennsylvania
Retained by Fitzpatrick Lentz & Bubba, P.C.
Bench Trial - Honorable Emiddio Giordano
Our File No. 2015-045



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com ✉

linkedin.com/in/
khody-r-detwiler 🔗

7550 Woodbury Pike
Roaring Spring, PA 16673 🏠

Roaring Spring, PA
814.793.2377 📍

Pittsburgh, PA
412.430.3887 📍

Philadelphia, PA
215.800.0120 📍

Chicago, IL
312.236.5186 📍

St. Louis, MO
636.530.7722 📍

www.lesnevich.com 💻

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(17)   <u>AUGUST 25, 2016</u>

In Re: Estate of John Edward Brumbaugh, Deceased
(Docket No.: 26-2016)
Court of Common Pleas - Bedford County, Pennsylvania
Retained by Haberstroh Sullivan Keating & George, LLP
Bench Trial - Honorable Travis W. Livengood
Our File No. 2016-026

(18)   <u>OCTOBER 7, 2016</u>

In Re: Estate of John Edward Brumbaugh, Deceased
(Docket No.: 26-2016)
Court of Common Pleas - Bedford County, Pennsylvania
Retained by Haberstroh Sullivan Keating & George, LLP
Hearing - Honorable Travis W. Livengood
Our File No. 2016-026

(19)   <u>OCTOBER 21, 2016</u>

John C. Maley, et al. vs. Shell Western Exploration and Production, LP, et al.
(Docket No.: 352-CV-2012)
Court of Common Pleas - Tioga County, Pennsylvania
Retained by Norton Rose Fulbright US LLP
Jury Trial - Honorable George W. Wheeler
Our File No. 2015-040

(20)   <u>MARCH 17 & 20, 2017</u>

High Value Trading, LLC and Alskom Realty, LLC vs.
Jack Shaoul and Universe Antiques, Inc.
New York State Supreme Court - New York County, New York
Retained by Budd Larner, P.C.
Jury Trial - Honorable Margaret A. Chan
Our File No. 2013-032



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

✉ khody@lesnevich.com

in linkedin.com/in/
khody-r-detwiler

🏠 7550 Woodbury Pike
Roaring Spring, PA 16673

📍 Roaring Spring, PA
814.793.2377

📍 Pittsburgh, PA
412.430.3887

📍 Philadelphia, PA
215.800.0120

📍 Chicago, IL
312.236.5186

📍 St. Louis, MO
636.530.7722

🖥 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(21)    MAY 22, 2017

In the Matter of the Will of E. Warren Bradway, Deceased
Superior Court of New Jersey, Chancery Division-Probate Part
Camden County, Docket No. CP 0116-2016
Retained by Cozen O'Connor
Bench Trial - Honorable Nan S. Famular
Our File No. 2016-070

(22)    JULY 18, 2017

Quazzo vs. ADA Chester Corporation et al
(#37-1-12 Wrcv/Civil/Jury Trial)
Vermont Superior Court - Woodstock, Vermont
Retained by Langrock Sperry & Wool, LLP
Jury Trial - Honorable Robert P. Gerety Jr.
Our File No. 2012-004

(23)    NOVEMBER 21, 2017

Patel vs. Parmar (Monto Co. Case No. 2016-13282)
Court of Common Pleas - Montgomery County, Pennsylvania
Retained by Sidkoff, Pincus & Green, P.C.
Bench Trial - Honorable Richard P. Haaz
Our File No. 2017-028

(24)    JULY 5, 2018

Commonwealth of Pennsylvania vs. Mitchell
Court of Common Pleas - Tioga County, Pennsylvania
Retained by Attorneys Will Korey and Samuel C. Stretton
Hearing - Honorable George W. Wheeler
-Motion to set aside verdict; New Trial
-Motion to Modify Sentence
Our File No. 2018-033



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com

linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(25)     JULY 30, 2018

Rodney L. Dively Estate vs Bobbi Delozier
(Case No. 2017-00660)
Court of Common Pleas - Bedford County, Pennsylvania
Retained by Forr, Stokan, Huff, Kormanski and Naugle
Hearing - Honorable Travis W. Livengood
Our File No. 2018-079

(26)     OCTOBER 8, 2018

Commonwealth of Pennsylvania vs. Robinson
Court of Common Pleas - Dauphin County, Pennsylvania
Retained by Attorney Roy L. Galloway
PCRA Hearing - Honorable Scott Arthur Evans
Our File No. 2018-071

(27)     DECEMBER 10, 2018

IN RE: Estate of Naomi R. Cherup, Deceased
(Docket No. 02-15-04102)
Court of Common Pleas of Allegheny County, Pennsylvania
-Orphans' Court Division
Retained by Jones Gregg Creehan & Gerace, LLP
Hearing - Timothy E. Finnerty, Hearing Officer
Our File No. 2016-051

(28)     DECEMBER 19, 2018

IN RE: Estate of Sean M. Schellenger
Philadelphia County, Register of Wills
(Docket No. 4157-2018)
Retained by Crocker & Crocker, P.C.
Hearing - John F. Raimondi, Deputy Register of Wills
Our File No. 2018-096



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com

linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(29)    JANUARY 30, 2019

Commonwealth of Pennsylvania vs. Kashif Ellis
Court of Common Pleas - Blair County, Pennsylvania
Retained by the Blair County District Attorney's Office
Jury Trial - Honorable Elizabeth A. Doyle
Our File No. 2018-073

(30)    MAY 28, 2019

IN RE: Estate of Edward R. Zimmerman, Deceased
(Docket No. O.C. 82 of 2018)
Court of Common Pleas of Warren County, Pennsylvania
-Orphans Court Division
Retained by Stapleford & Byham, LLC
Bench Trial - Honorable Gregory J. Hammond
Our File No. 2018-136

(31)    JUNE 10, 2019

Jonathan P. Ruff, et al. v. Danial Kiser
(C-12-CV-18-000918)
Circuit Court for Hartford County, Maryland
Retained by Neuberger, Quinn, Gielen, Rubin & Gibber P.A.
**Deposition**
Our File No. 2019-026

(32)    JUNE 24, 2019

BSPLLC Substitute Trustee v. Rene Mitchell
(CAEF15-20853)
Circuit Court for Prince George's County, Maryland
Retained by Duane Morris LLP
Bench Trial - Honorable Crystal D. Mittelstaedt
Our File No. 2018-083

**T h e   T e s t i m o n y   L i s t   o f**

# KHODY R. DETWILER

F o r e n s i c   D o c u m e n t   E x a m i n e r

## CONTACT

khody@lesnevich.com ✉

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 🏠

Roaring Spring, PA
814.793.2377 📍

Pittsburgh, PA
412.430.3887 📍

Philadelphia, PA
215.800.0120 📍

Chicago, IL
312.236.5186 📍

St. Louis, MO
636.530.7722 📍

www.lesnevich.com 🖥

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(33)   <u>AUGUST 8, 2019</u>

Office of Disciplinary Counsel The Disciplinary Board of the Supreme
Court of Pennsylvania vs. Anthony S. Rachuba, IV, Esquire
Office of Disciplinary Counsel, District II Office - Trooper, Pennsylvania
Retained by the Disciplinary Board of the Supreme Court of
Pennsylvania Office of Disciplinary Counsel
Disciplinary Hearing - Three Panel Hearing Committee
Our File No. 2019-019

(34)   <u>OCTOBER 8, 2019</u>

Jacquelyn Soffer v. Jeffrey Soffer - JAMS Arbitration (Ref. No.: 1425028944)
Retained by Kellogg Hansen Todd Figel & Frederick PLLC
Before the Honorable Garrett E. Brown, Jr., David H. Coar, and Thomas I. Vanaskie
New York, New York
**Testimony Submitted in Written Form**
Our File No. 2019-078

(35)   <u>OCTOBER 28, 2019</u>

Office of Disciplinary Counsel The Disciplinary Board of the Supreme
Court of Pennsylvania vs. Ephraim Tahir R. Mella, Esquire
Office of Disciplinary Counsel, District I Office - Philadelphia, Pennsylvania
Retained by Lamb McErlane, PC
Disciplinary Hearing before Special Master, Carl D. Buchholz, III, Esquire
Our File No. 2019-090

(36)   <u>MARCH 16, 2020</u>

Joseph Dugan and Water Transfer Solutions, LLC vs. Donald M. Gallo
Court of Common Pleas of Allegheny County, Pennsylvania
-Civil Division
Retained by Colkitt Law Firm, P.C.
Bench Trial - Honorable Christine A. Ward
Our File No. 2019-112



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com ✉

 linkedin.com/in/ khody-r-detwiler in

 7550 Woodbury Pike Roaring Spring, PA 16673 🏠

Roaring Spring, PA 814.793.2377 📍

Pittsburgh, PA 412.430.3887 📍

Philadelphia, PA 215.800.0120 📍

Chicago, IL 312.236.5186 📍

St. Louis, MO 636.530.7722 📍

www.lesnevich.com 🖥

## SKILLS

Civil & Criminal Litigation

Expert Witness Testimony

Courtroom Demonstratives

Civil & Criminal Investigations

## SERVICES

handwriting and signature analysis

forensic consulting

electronic signature analysis and verification

forensic document examination and authentication

non-destructive ink, paper, and electrostatic indentation analysis

## TESTIMONY LIST continued

(37) <u>AUGUST 28, 2020</u>

Jai Shekhawat v. Anil Kumar, Udai Kumar, Jeffrey Sratton, John Aiello and Quinnox, Inc., a Delaware corporation (C.A. No. 2019-0079-AGB) Delaware Court of Chancery - Honorable Andre G. Bouchard Retained by Abrams & Bayliss LLP **Deposition** Our File No. 2020-033

(38) <u>OCTOBER 12, 2020</u>

Susan Elaine Montler vs. Robert Wilfred Montler (Case No.: 2017-GN-1183) Court of Common Pleas - Blair County, Pennsylvania Retained by Gentile, Horoho & Avalli, P.C. Bench Trial - Honorable Hiram A. Carpenter, III Our File No. 2019-074

(39) <u>DECEMBER 14 & 15, 2020</u>

Beverley B. Schottenstein, et al. v. J.P. Morgan Securities, LLC; Evan A. Schottenstein and Avi E. Schottenstein, et al. (FINRA Arb. No. 19-02053 - Boca Raton, Florida) FINRA Arbitration - Arbitration Panel: Donna Greenspan Solomon (Chairperson), David Rich, and James M. Scutti Retained by Maynard, Cooper & Gale, PC Our File No. 2020-054

(40) <u>FEBRUARY 12, 2021</u>

RR Trans Systems, Inc., an Illinois corporation, ROS & ROZ Logistics, Inc., an Illinois corporation, and Vladislav Tsvetkov, Derivatively as a shareholders of RR Trans Systems, Inc., and ROS & ROZ Logistics, Inc., and Individually vs. Rosen Zdravkov, an individual, and Viktoryia Kurkezh, an individual (Case No. 17-CH-14267) Circuit Court of Cook County, Illinois - Chancery Division - Honorable Neil Cohen Retained by the Law Office of David L. LaPorte, P.C. **Deposition** Our File No. 2020-099



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(41)   UNDERLINED FEBRUARY 17, 2021

In Re: Estate of John P. Zitcovich a/k/a John P. Zitcovich, Sr., Deceased
(Docket No. 02-19-01099)
Court of Common Pleas of Allegheny County, Pennsylvania
-Orphans' Court Division
Retained by Jones Gregg Creehan & Gerace, LLP
Bench Trial - Honorable Lawrence J. O'Toole
Our File No. 2020-090

(42)   MARCH 1, 2021

In Re: Estate of Bernard R. Unterkoefler (Docket No. 2019-43-OC)
Court of Common Pleas of Susquehanna County, Pennsylvania
-Orphans' Court Division
Retained by Beardsley Law, PLLC
Bench Trial - Honorable Jason J. Legg
Our File No. 2020-075

(43)   MARCH 19, 2021

Kirk Saleme, Richard Latker v. Sean M. Burke
Court of Common Pleas of Blair County, Pennsylvania 24th Judicial District
(No. 2021 GN 659)
Retained by Grabill & Seelye, P.L.L.C.
Bench Trial - Honorable Paul E. Cherry (County of Clearfield, Pennsylvania)
Our File No. 2021-024

(44)   JULY 26, 2021

Marjam Supply CO., INC., vs. American Contractors of New Jersey, LLC, Joseph
Pallonetti, Port IMP. South II Urban Renewal, LLC, XYZ Corporation 1-10 and/or John
Does 1-10 (Mortgage and Lien Holders)
Superior Court of New Jersey Law Division: Hudson County (No.: HUD-L-1359-19)
Retained by Pribish-Reiss LLP
Bench Trial - Honorable Christine M. Vanek
Our File No. 2020-083



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

 www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(45)   AUGUST 16, 2021

Commonwealth of Pennsylvania v. Myrle Evelyn Miller
(MJ-17302-CR-0000106-2021)
Court of Common Pleas of Union County, Pennsylvania
Retained by the Pennsylvania Office of Attorney General (POAG)
Preliminary Hearing - Honorable Jeffrey L. Mensch
Our File No. 2021-022

(46)   AUGUST 24, 2021

Bolger v. Meridian Nursing & Rehab, et al.
Superior Court of New Jersey - Monmouth County
(Docket No.: MON-L-2975-17) - Honorable Kathleen A. Sheddy
Retained by the Law Firm of Brian P. Murphy, P.C.
**Deposition**
Our File No. 2019-069

(47)   SEPTEMBER 20, 2021

Brad D. Bayles, an individual, for Himself, and on behalf of Jefferson of Monticello,
Inc., a Pennsylvania corporation vs. Robert G. Hamrock, an individual and Jefferson
of Monticello, Inc., a Pennsylvania corporation (Case No.: GD-18-2757)
Court of Common Pleas of Allegheny County, Pennsylvania
-Civil Division
Retained by The Montgomery Law Firm LLC
Jury Trial - Honorable Alan D. Hertzberg
Our File No. 2020-005

(48)   OCTOBER 20, 2021

Commonwealth of Pennsylvania vs. Peter Robert Harvey
(MJ-40201-CR-0000098-2021)
Commonwealth of Pennsylvania, County of Indiana
Retained by the Indiana County District Attorney's Office
Preliminary Hearing - Honorable Guy B. Haberl
Our File No. 2021-043



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(49)    OCTOBER 26, 2021

Carl E. Merrell; Lyle Ranson; Jeanette Ranson; Craig S. Miller; Wanda Edwards Miller;
and Robert Nastase; Plaintiffs, v. James M. Smith; Jennifer Smith; and Carolina
Beverage Group LLC F/K/A Carolina Beer & Beverage, LLC, Defendants.
Superior Court of North Carolina - Mecklenburg County
(Docket No.: 19-CVS-21650 [Master File] Related Cases: 19 CVS 22027
and 19 CVS 23665) - Honorable Michael L. Robinson
Retained by Parker Poe Adams & Bernstein LLP
**Deposition**
Our File No. 2020-107

(50)    JANUARY 6, 2022 - (INTERNATIONAL)

Santa Monica Equity Inc. v. Christelle Fila Nzololo
In the High Court of the Hong Kong Special Administrative Region
-Court of First Instance Miscellaneous Proceedings No. 214 of 2021 (Hong Kong)
Retained by Kobre & Kim  (Central Hong Kong Office)
Bench Trial - The Honorable Anthony Chan J
Our File No. 2020-008

(51)    FEBRUARY 16, 2022

Beulah Allen v. Ali Ghasemzadeh, M.D., et al. (Case No.: 118-CI-00292)
Mason County Circuit Court - Mason County, Kentucky
Retained by Calderhead Lockemeyer & Peschke Law Office
Jury Trial - Honorable Stockton B. Wood
Our File No. 2020-084

(52)    MARCH 16, 2022

State of Delaware v. James Cooke (I.D. No. 0506005981)
Delaware Superior Court, New Castle County
Retained by the Office of the Federal Public Defender - Middle District of Pennsylvania
Evidentiary Hearing - Honorable T. Henley Graves
Our File No. 2018-103



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler

7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(53)   JUNE 30, 2022

IN RE: The Estate of Robert A. Dobson, a/k/a Robert Allen Dobson, Deceased
(Docket No. 1422-0162)
Court of Common Pleas of Centre County, Pennsylvania
-Orphans' Court Division
Retained by Babst, Calland, Clements & Zomnir, P.C.
Bench Trial - Honorable Brian K. Marshall
Our File No. 2022-033

(54)   AUGUST 31, 2022

Commonwealth of Pennsylvania vs. Brian Bradley Giles
(Docket No.: R2899956)
Court of Common Pleas of Cambria County, Pennsylvania
Retained by the Cambria County Office of the District Attorney
Preliminary Hearing - Honorable Michael Muslin
Our File No. 2022-075

(55)   OCTOBER 5, 2022

IMO Estate of Delores Maloney, Deceased
Superior Court of New Jersey, Chancery Division-Probate Part
Burlington County, Docket No. 2019-2212
Retained by McNeely McGuigan & Esmi LLC
Bench Trial - Honorable Paula T. Dow
Our File No. 2022-036

(56)   DECEMBER 21, 2022

SALEM CONSUMER SQUARE OH LLC, v. BELFOR USA GROUP, INC.
United States Bankruptcy Court for the Western District of Pennsylvania
(Bankruptcy No. 21-20020-CMB) - Honorable Carlota  M. Böhm
Retained by Bernstein-Burkley, P.C.
**Deposition**
Our File No. 2022-022



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(57)   JANUARY 25, 2023

David Paul Washinsky, as Executor of the Estate of Paul Washinsky, Plaintiff,
vs. Thomas Nicholas Washinsky, Defendant, (No.: 11-22-159)
Court of Common Pleas of Cambria County, Pennsylvania
Orphans' Court Division
Retained by Evey Black Attorneys LLC
Bench Trial - Honorable Patrick T. Kiniry
Our File No. 2022-044

(58)   MARCH 21 & 24, 2023

IN RE: Nomination Petition of Gary Masino As Candidate for City
Council In the 10th Council District (Petition Hearing)
Commonwealth Court of Pennsylvania - City Hall (Philadelphia, Pennsylvania)
Retained by the Law Offices of J. Matthew Wolfe
Petition Hearing - Honorable Joshua Roberts
Our File No. 2023-025

(59)   APRIL 6, 2023

IN RE: Estate of Edward Bernard Rasor, Deceased
In the Circuit Court of the Seventh Judicial Circuit
in and for Broward County, Florida (No. PRC 170004900)
Retained by Saavedra-Goodwin Attorneys and Counselors at Law
Bench Trial (Probate Division) - Honorable Nicholas Lopane
Our File No. 2023-018

(60)   APRIL 14, 2023

Ralph Elsell, Plaintiff, vs. Encore Wire Corporation, Defendant
Cause No. 471-04957-2021 (471st Judicial District)
Collin County, Texas - Honorable Andrea Bouressa
Retained by Littler Mendelson, P.C.
**Deposition**
Our File No. 2022-105



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

 khody@lesnevich.com

 linkedin.com/in/
khody-r-detwiler

 7550 Woodbury Pike
Roaring Spring, PA 16673

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(61)   APRIL 20, 2023

Commonwealth of Pennsylvania v. Myrle Evelyn Miller
(CP-60-CR-0000229-2021)
Court of Common Pleas of Union County, Pennsylvania
Retained by the Pennsylvania Office of Attorney General (POAG)
Jury Trial - Honorable Edward D. Reibman
(Specially assigned Lehigh County Senior Judge)
Our File No. 2021-022

(62)   MAY 3, 2023

IN RE: The Estate of Dorothy Grigg, Deceased (No. 11-22-686)
Court of Common Pleas of Cambria County, Pennsylvania
Orphans' Court Division
Retained by Smorto, Persio, Webb & McGill
Bench Trial - Honorable Patrick T. Kiniry
Our File No. 2022-073

(63)   AUGUST 22, 2023

In the Matter of the Estate of Rebecca A. Lewis, Deceased (File No. 2022-38876)
State of New York Surrogate Court: County of Cattaraugus
Retained by Cole, Sorrentino, Hurley, Hewner & Gambino, P.C.
Bench Trial - Honorable Ronald D. Ploetz
Our File No. 2022-087

(64)   AUGUST 29, 2023

Kimberlee Duran-Woomer and Aaron Duran, Plaintiffs, vs.
Elaine Frances Zajicek, Defendant (No. GD-22-000611)
Court of Common Pleas of Allegheny County, Pennsylvania - Civil Division
Retained by John Linkosky & Associates
Bench Trial - Honorable Michael E. McCarthy
Our File No. 2022-078



The Testimony List of

# KHODY R. DETWILER

Forensic Document Examiner

## CONTACT

khody@lesnevich.com 

linkedin.com/in/
khody-r-detwiler 

7550 Woodbury Pike
Roaring Spring, PA 16673 

Roaring Spring, PA
814.793.2377

Pittsburgh, PA
412.430.3887

Philadelphia, PA
215.800.0120

Chicago, IL
312.236.5186

St. Louis, MO
636.530.7722

www.lesnevich.com

## SKILLS

Civil & Criminal Litigation
Expert Witness Testimony
Courtroom Demonstratives
Civil & Criminal Investigations

## SERVICES

handwriting and
signature analysis

forensic consulting

electronic signature
analysis and verification

forensic document
examination and authentication

non-destructive ink, paper, and
electrostatic indentation analysis

## TESTIMONY LIST continued

(65)   OCTOBER 23, 2023

JB&B Capital, LLC, Plaintiff, v. Medrite LLC and Laura Kasper, Defendants
(Case No. 3:21-cv-00117)
United States District Court
-Eastern District of Tennessee (Greenville, Tennessee)
Retained by Woolf, McClane, Bright, Allen & Carpenter, PLLC
Bench Trial - Honorable Clifton L. Corker
Our File No. 2022-019

(66)   DECEMBER 6, 2023

Commonwealth of Pennsylvania v. Dushawn Onell Ellis
(CP-06-CR-2598-2022)
Court of Common Pleas of Berks County, Pennsylvania
Retained by the Pennsylvania Office of Attorney General (POAG)
Jury Trial - Honorable Thomas G. Parisi
Our File No. 2022-079

(67)   MAY 14, 2024

Felicia Bey v. Karen Renee Leake, individually, and as Executrix of the
Estate of Joseph Holder Bey, deceased.
(C.A. No. 2023-0233-SEM)
Delaware Court of Chancery, New Castle County
Retained by Ferry Jospeh, P.A.
Bench Trial - Honorable Selena E. Molina
Our File No. 2022-093