# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 23-00061-MN |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| *Defendant*. ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of May 2024, having considered the United States' Motion to Exclude Proposed Defense Experts (D.I. ___), and any response thereto, **IT IS HEREBY ORDERED** that the Motion is GRANTED. Pursuant to Federal Rule of Criminal Procedure 16 and Rule 703 of the Federal Rules of Evidence, the testimony of the defendant's proposed experts, Joshua Lee, Michael Coyer, Khody Detwiler, and Elie Aoun is **EXCLUDED** from trial due to the defendant's untimely and deficient disclosures and because the testimony is otherwise inadmissible.

_____                    _____

Date                                                                    Hon. Maryellen Noreika
                                                                              United States District Judge