# Exhibit 1
# (Filed Under Seal)



SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: GRAND JURY PROCEEDINGS  :  Misc. Action No. 22-181
: **FILED UNDER SEAL**

## ORDER COMPELLING TESTIMONY PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 6001-6003

On Motion of the United States Attorney for the District of Delaware, requesting that the Court issue an Order pursuant to the provisions of Title 18, United States Code, Section 6001, et seq., compelling testimony or other information; and it appearing to the satisfaction of the Court that:

1. Hallie Biden has been called to testify or provide information before a grand Jury empaneled in this District, in an investigation into possible violations of Title 26, United States Code, Sections 7201, 7203, and 7206, Title 22, United States Code, Section 611, et seq., and Title 18, United States Code, Sections 922 and 924, and in any further proceedings resulting therefrom or ancillary thereto.

2. Hallie Biden has refused to testify or provide other information on the basis of her privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony or other information from said witness may be necessary to the public interest.

4. The aforesaid Motion has been made with the approval of Acting Deputy Assistant Attorney General Stuart M. Goldberg, Tax Division, U.S. Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175.

NOW THEREFORE, IT IS ORDERED pursuant to Title 18, United States Code, Section 6002:

1. That the witness, Hallie Biden, give testimony or provide other information

APR 1 8 2022

which she refuses to give or provide on the basis of her privilege against self-incrimination as to all matters about which she may be interrogated before said grand jury relating to possible violations of Title 26, United States Code, Sections 7201, 7203, and 7206, Title 22, United States Code, Section 611, et seq., and Title 18, United States Code, Sections 922 and 924.

2. That no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against said witness in any criminal case, in any court, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

BY THE COURT:

*Maryellen Noreika*
HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2022

CERTIFIED:
AS A TRUE COPY:
ATTEST:
JOHN A. CERINO, CLERK
BY
Deputy Clerk  4/18/22