IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-61-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Motion in Limine to Exclude Reference to the Pending Tax Charges and Proceedings in California (MIL #1) (D.I. 135), and the Government's Response thereto, it is HEREBY ORDERED that the Defendant's Motion is DENIED because the government has indicated in its response that it intends to refer to the tax investigation as a "criminal investigation." If the defendant does testify, the Government shall be permitted to question him and make argument regarding his failure to report or pay taxes, as such conduct is probative of truthfulness. Fed. R. Evid. 611(b); 608(b); *United States v. Sullivan*, 803 F.2d 87 (3d Cir. 1986).

_____
The Honorable Maryellen Noreika
United States District Judge