# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Motion in Limine to Exclude Reference to the Child Support Proceedings in Arkansas and to Exclude Reference to Mr. Biden's Discharge from the Navy (D.I. 136), and the Government's Response thereto, it is HEREBY ORDERED that the Motion is GRANTED unless the defendant opens the door.[1]

_____
The Honorable Maryellen Noreika
United States District Judge

---

[1] The Court reserves a decision on whether the evidence should be excluded if the defendant testifies.