IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN,  ) | |
| ) | |
| Defendant.  ) | |

**RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ANY STATEMENTS HE MADE AT THE JULY 26, 2023 HEARING IN THIS MATTER**

The United States, by and through undersigned counsel, respectfully submits this Response to defendant's motion in limine (Doc. No. 137). The government previously advised the defendant that the government does not intend to introduce the defendant's statements from the July 26, 2023, hearing outside the limits of Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410. Because the relief he requests, the exclusion of such statements "in this matter," is broader than Federal Rule of Evidence 410, the government asks the Court to grant his motion in part and enter the attached order to this pleading which conforms with the Rules.

Respectfully submitted,

DAVID C. WEISS
Special Counsel
United States Department of Justice

By: /s/ Derek Hines

Derek E. Hines
Senior Assistant Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
771-217-6091

Dated: May 22, 2024

1