# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Motion in Limine to Exclude Any Statements Made at the July 26 Hearing in This Matter (D.I. 137), and the Government's Response thereto, it is HEREBY ORDERED that the Motion is GRANTED IN PART as follows: the government will not introduce the defendant's statements from the July 26, 2023 hearing outside the limits of Fed. R. Crim. P. 11(f) and Federal Rule of Evidence 410.

_____
The Honorable Maryellen Noreika
United States District Judge