**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's Motion in Limine to Exclude Any Reference to His Alleged "Extravagant Lifestyle," (D.I. 138), and the Government's Response thereto, it is HEREBY ORDERED that the motion is DENIED AS MOOT in light of the government's filing.

_____
The Honorable Maryellen Noreika
United States District Judge