IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 23-61 (MN) |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

At Wilmington, this 23rd day of May 2024;

To ensure that the pretrial conference and trial in this matter are conducted in an orderly fashion conducive to a fair adjudication, IT IS HEREBY ORDERED that:

1. No individual, including members of the media, shall take any photographs, make any recordings, or make any broadcast by any means within the Courthouse. The Clerk's Office is authorized to provide a live feed transmission of the voir dire and trial proceedings to any overflow spaces.

2. Attendees in the Courtroom may not converse or make gestures or sounds that are disruptive to the proceedings or that distracts jurors or witnesses. Attendees in the Courtroom should remain seated until the Court recesses.

3. No one observing the proceedings in the Courtroom, any overflow spaces or the media space may wear or carry any clothing, buttons, or other items that carry any message or symbol addressing the issues relate to this case that may be or become visible to the jury. Representatives of the United States Marshals Service will be the final arbiters over whether particular clothing, buttons, or other items are inappropriate. Any law enforcement officers who are named witnesses for the Government may wear their law enforcement uniform on the days of

their testimony. Otherwise, law enforcement officers who are observing trial proceedings must wear civilian clothing if they are seated in the Courtroom.

4. No food or beverage is permitted in the Courtroom, except that counsel, jurors, court staff, and witnesses on the witness stand may have water.

5. No electronic devices of any kind will be permitted inside the Courtroom, except parties, their attorneys, and court staff may possess electronic devices in the Courtroom.

6. Parties, attorneys of record and their ancillary legal support staff, court staff, and court security staff may have cell phones, tablets, laptop computers, and other digital or electronic devices in the Courtroom only for use for trial purposes, and provided that any audio, video, or image recording functions on those devices are not utilized.

7. Interviews or broadcasts of any kind are not permitted to be conducted within the Courthouse. These must occur outside the Courthouse.

8. One or more representatives of the United States Marshals Service will be present in the Courthouse, Courtroom, and overflow areas to ensure compliance with the Court's orders.

9. The Court will not permit any depictions or identification of individual jurors or potential jurors at any time during the course of the proceedings in any manner including, but not limited to, photographs, videos, or identifying artistic renderings by sketch artists or any other individuals.

10. Any attempts to contact or interact with jurors or potential jurors, a family member of a juror or potential juror, or an individual living in the same household as a juror or potential juror in any way is strictly prohibited during voir dire and trial in this matter. Conversations, interviews, and written communications with prospective jurors before the completion of voir dire

and with selected jurors, including alternates, before the Court discharges the jury at the conclusion of the proceedings, are prohibited.

11. Potential jurors who have been excused from service following completion of voir dire may consent to be interviewed by the media or other persons. These excused potential jurors are not obligated to discuss this case with anyone at voir dire or the trial's conclusion, and once an excused potential juror indicates his or her desire not to discuss the trial, there should be no further attempts to contact the potential juror.

12. When the jury has been discharged after its final verdict, any juror may consent to be interviewed by the media or other persons. Jurors are not obligated to discuss this case with anyone at the trial's conclusion, and once a juror indicates his or her desire not to discuss the trial, there should be no further attempts to contact the juror.

13. The United States Marshal, his Deputies, and Court Security Officers shall be responsible for maintaining order and decorum in the Courthouse. All orders given by the United States Marshal, his Deputies, and Court Security Officers shall be deemed orders of this Court and must be complied with promptly. Failure by any person to do so may subject such person to sanctions by the Court, including, but not limited to, exclusion from the Courtroom, media room or the Courthouse.

14. For safety reasons, no individual may block, and no activity may take place, at any point of ingress or egress to the Courthouse itself.

15. This Order may be modified or amended at any time by the Court without notice.

16. Any violation of any portion of this Order may result in exclusion from the Courtroom, the Courthouse, and the media room, revocation of media coverage privileges or other sanction as deemed appropriate by the Court.

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge

4