

# U.S. Department of Justice

*Office of Special Counsel David C. Weiss*

April 24, 2024

**Via Email**
Abbe David Lowell
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

Bartholomew J. Dalton
Dalton & Associates, P.A.
1106 W. 10th Street
Wilmington, DE 19806

Re: *United States v. Robert Hunter Biden* – (1) Notice of Self-Authenticating Electronic Evidence, (2) Expert Disclosures, (3) Request for Position on Certain Stipulations, (4) Inspection of Physical Evidence and Certificate of Authenticity, and (5) Status of Reciprocal Discovery

Dear Counsel:



1



    As we stated during our call with Mr. Lowell on April 16, 2024, and in our discovery letter dated October 12, 2023, we are willing to make physical items available to you for your inspection. Form 4473 received by the ATF on September 23, 2021, is available for inspection at the Delaware Field Office of the ATF in Wilmington, DE. The attached FBI 302 dated April 16, 2024, provides more information about this form and includes a copy of the form received by ATF as an attachment to the 302. However, at trial we intend to introduce as evidence the copy of Form 4473 included as an attachment with an email dated October 26, 2018, sent from the business email account of StarQuest Shooters & Survival Supply to an ATF agent with the subject line "4473 – Hunter Biden." A certificate of authenticity is included as an attachment to this letter, along with the certified documents (StarQuest_000001-StarQuest_0000013), which include the Form 4473 attached to the accompanying email dated October 26, 2018, a sales receipt, a copy of the defendant's U.S. Passport, and the background check details printout. We have also included a PDF version of the email from Outlook. **Please notify us by May 3, 2024, if you intend to challenge the authenticity of any of the certified files from StarQuest, which we intend to admit at trial, and the basis for your challenge.** Additionally, there are physical items available for your inspection at the FBI's Baltimore Field Office in Woodlawn, MD, including the physical items that are documented in the attached FBI 302 dated April 3, 2024, which the government may introduce at trial. In addition to the items listed in that 302, the defendant's book and audiobook, *Beautiful Things,* are available for inspection if you don't already have access to them. If you'd like to inspect these physical items, please provide us with a list of potential dates you are available.

                                                       Respectfully submitted,

                                                       DAVID C. WEISS
                                                       Special Counsel
                                                       United States Department of Justice

                                    By: *[signature]*

                                                       Derek E. Hines
                                                       Senior Assistant Special Counsel
                                                       Leo J. Wise
                                                       Principal Senior Assistant Special Counsel

Enclosures (access via share file link provided by email)