IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Special Counsel's Motion *in Limine* to Admit Certified Form 4473 and to Exclude Evidence of Annotated Form 4472 (Special Counsel MIL #9) is DENIED.

_____  
Date

_____  
Hon. Maryellen Noreika  
United States District Judge