# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN ) |
| ROBERT HUNTER BIDEN, | ) ) |
| Defendant. | ) ) ) |

**MR. BIDEN'S REPLY IN SUPPORT OF HIS MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO THE CHILD SUPPORT PROCEEDINGS IN ARKANSAS AND MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO MR. BIDEN'S DISCHARGE FROM THE NAVY**

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

*Counsel for Robert Hunter Biden*

Mr. Biden, by and through undersigned counsel, respectfully submits this Reply in support of his Motion *in limine* to exclude reference to the child support proceedings in Arkansas and reference to his discharge from the Navy. (DE 136.) Both Mr. Biden and the Special Counsel agree (DE 169 at 1), and Mr. Biden writes only to reiterate that the Court may reserve a decision on the issue of Mr. Biden's drug use in 2014 until, and if, such questioning or testimony becomes relevant. Accordingly, Mr. Biden respectfully requests that this Court grant his motion *in limine* to exclude reference to the child support proceedings in Arkansas and reference to his discharge from the Navy.

Dated: May 24, 2024

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Counsel for Robert Hunter Biden*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2024, I filed the foregoing Reply in support of Mr. Biden's Motion *in Limine* with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Abbe David Lowell*
Abbe David Lowell

*Counsel for Robert Hunter Biden*