# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-CR-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED VERDICT FORM

The government hereby moves the Court to consider the following Proposed Verdict Form.

                                    Respectfully submitted,

                                    DAVID C. WEISS
                                    Special Counsel

By:   /s/_____
       Derek H. Hines
       Senior Assistant Special Counsel
       Leo J. Wise
       Principal Senior Assistant Special Counsel
       U.S. Department of Justice

Dated: May 28, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-CR-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**JURY VERDICT FORM**

1. As to Count One, charging the defendant with making a false statement in connection with the acquisition of a firearm, we the jury find the defendant:

    _____ Guilty       _____ Not Guilty

2. As to Count Two, charging the defendant with making a false statement with respect to information required to be kept in records, we the jury find the defendant:

    _____ Guilty       _____ Not Guilty

3. As to Count Three, charging the defendant with possession of a firearm by a person who is an unlawful user of or addicted to a controlled substance, we the jury find the defendant:

    _____ Guilty       _____ Not Guilty

The foregoing constitutes the unanimous verdict of the jury.

_____       _____
PRESIDING JUROR                                                DATE