

**WINSTON & STRAWN LLP**

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

**ABBE DAVID LOWELL**
Partner
202-282-5000

May 26, 2024

**VIA E-MAIL**

Leo J. Wise, Esq.
Derek E. Hines, Esq.
Special Assistant United States Attorneys
Office of the Special Counsel
1313 North Market Street
Wilmington, DE 19801

      Re:    ***United States v. Robert Hunter Biden*, No. 23-cr-00061-MN (D. Del.)**

Dear Counsel:

      We write to follow up on our May 17, 2024 and May 21, 2024 expert disclosure notices.  As stated in our previous letters, this disclosure is not intended to, and expressly does not, concede the relevance or admissibility of the government's proffered expert testimony.

      Sincerely,

Abbe David Lowell

cc:    Christopher D. Man, Esq.
       Bartholomew Dalton, Esq.
       David Kolansky, Esq.

**I. Opinions, Bases, and Reasons**

      Pursuant to defendant's obligations under Federal Rule of Criminal Procedure 16(b), the following is a complete statement of all opinions Mr. Biden intends to elicit from Dr. Elie G. Aoun, M.D., M.R.O., in his case in chief and the bases and reasons for them. Dr. Aoun may also offer testimony in response to government experts.

      Dr. Aoun is an assistant professor of clinical psychiatry at Columbia University and practicing general, addiction, and forensic psychiatrist. Based on his training, experience, treatment of thousands patients with drug and alcohol abuse issues over 10 years and review of evidence in discovery (including Mr. Biden's the text message communications provided by the government in discovery, Mr. Biden's memoir, interview memos of potential government witnesses also provided in discovery), Dr. Aoun is expected to testify regarding (a) the various manifestations and characterological traits associated with drug and alcohol use of people in general and Mr. Biden's in specific, as well as the language used to describe it; (b) an individual's state of denial about their own substance use disorder is one of the most common characteristics of substance use disorders; (c) the various clinical traits, including those seen in high-functioning professionals with active drug or alcohol use contributing to that person in general (and what it appears to be the same for Mr. Biden's) view that they are not addicted; (d) the effects and impacts of rehabilitation, therapy, and other types of treatment programs on affected individuals and their efforts at achieving a state of recovery; (e) how the cyclical patterns of alcohol and drug use followed by periods of recovery and rehabilitation also contributes to a user's view of themselves as not being addicted; (f) the effects and impacts of significant personal and family traumas on persons with drug and alcohol use disorders; (g) the difference between the clinical or legal understanding of the terms "controlled substance," "addict," and "substance abuse" differs from the general public's understanding of those same terms; (h) how a person's interactions with their loved ones changes after they develop a drug use disorder; and (i) the impact of addiction on traits of character pathology.

      Dr. Aoun is expected to offer the following opinions:

- Individuals, like Mr. Biden, who have experienced significant personal trauma are at an increased risk of developing drug and alcohol use disorders.

- A state of denial is commonly observed in individuals with substance abuse disorder, such as Mr. Biden. Individuals, like Mr. Biden, who are high-functioning professionals often struggle to come to terms with their own addiction.

- Individuals, like Mr. Biden, who have spent time in rehabilitation programs may view themselves as no longer being "addicts" under the term's general understanding. The terms "addict" and "user" do not have a universal clinical or scientific definition in medicine.

- The lay understanding of the term "controlled substance" is prescription medications with addictive potential, while the academic and clinical definition relates to the Controlled Substance Act and refers to chemical compounds (including prescription medications and illicit drugs) with addictive properties.

- The cycles of sobriety, recovery, and rehabilitation also impact a substance abuser's view that they are not "addicts" at any given time.

- Certain of Mr. Biden's communications are consistent with traits of character pathology, which can be spurred or heightened by periods of intense stress, trauma, and drug or alcohol use.
- Family members of persons with substance use disorders typically continue to question a person's sobriety, even when they actually are not using drugs, creating an atmosphere of distrust, and further compromising the person's recovery.

## II. Qualifications and Cases

Dr. Aoun's qualifications and publications for the previous ten years are contained in his curriculum vitae, previously produced on May 21, 2024. To the best of Dr. Aoun's recollection, his testimony as an expert at trial or by deposition is identified in his forensic testimony case log, also previously produced on May 23, 2024. We reattach both documents here for ease of reference.

**Date:** May 26, 2024                **Approved By:** _____
                                                          Dr. Elie Aoun

Elie G. Aoun, M.D.

# CURRICULUM VITAE
# ELIE G. AOUN, M.D.



**DATE OF PREPARATION:**    March 16, 2024

**PERSONAL DATA**

**Name:**    Elie G. Aoun, M.D.

**Contact Information:**

New York City, NY, 10004

[www.ElieGAounMD.com](www.ElieGAounMD.com)

Phone:

Fax:

**Current Professional Positions:**    General, Addictions and Forensic Psychiatrist

Elie G. Aoun Psychiatry PLLC

Chief of Psychiatry - Psychiatrist III

Secure Treatment and Rehabilitation Center (STARC)

Bridgeview Campus and Oakview Campus

Assistant Professor of Psychiatry

Columbia University College of Physicians and Surgeons

Division of Law, Ethics and Psychiatry

ECP Trustee-At-Large

American Psychiatric Association Board of Trustees

1

**Table of Contents:**

| | Page |
|---|---|
| Academic Appointments | **3** |
| Hospital Appointments | **3** |
| Education | **4** |
| Academic Training | **4** |
| Licensure and Board Certification | **4** |
| Honors and Awards | **5** |
| Academic Service | **6** |
|     American Psychiatric Association | **6** |
|     American Academy of Addiction Psychiatry | **7** |
|     American Academy of Psychiatry and the Law | **7** |
|     American College of Psychiatrists | **8** |
|     American Medical Association | **8** |
| Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium: | **8** |
|     Accreditation Council for Graduate Medical Education (ACGME) | **8** |
|     Group for the Advancement of Psychiatry | **8** |
|     Northern California Psychiatric Society | **8** |
|     Rhode Island Psychiatric Society | **8** |
|     Center Alcohol and Addiction Studies, Brown University | **8** |
|     Brown University Psychiatry Residency | **8** |
|     Butler Hospital | **8** |
| Professional Organizations and Societies | **9** |
|     National Organizations and Societies | **9** |
|     Regional Organizations and Societies | **9** |
|     International Organizations and Societies | **10** |
|     Peer Reviewer Journals | **10** |
| Grant Support | **10** |
|     Past Grant Support | **10** |
| Educational contributions | **11** |
| Publications | **12** |
|     Books | **12** |
|     Original Peer Reviewed Research Publications | **13** |
|     Reviews, Chapters and Editorials | **16** |
|     Abstracts and Poster Presentations | **18** |
|     Press, Interviews and Other Media | **20** |
| Presentations | **25** |
|     National presentations | **25** |
|     Regional Presentations | **28** |

Elie G. Aoun, M.D.

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| July 2020 – Present | Columbia University College of Physicians and Surgeons, Division of Law, Ethics and Psychiatry - Assistant Professor of Clinical Psychiatry |
| Sept 2019 – Mar 2020 | New York University, Department of Psychiatry - Assistant Professor of Clinical Psychiatry |
| Jan 2017 - Sept 2019 | New York University - Clinical Instructor |
| Jul 2018 - Jun 2019 | Columbia University - Post-Doctoral Research Fellow |

**HOSPITAL APPOINTMENTS**

| | |
|---|---|
| Feb 2024 - Present | Secure Treatment and Rehabilitation Center (STARC) – Chief of Psychiatry – Psychiatrist III |
| Apr 2021- Feb 2024 | Secure Treatment and Rehabilitation Center (STARC) - Attending Psychiatrist II |
| Oct 2019 – Feb 2024 | Sex Offender Management and Treatment Liaison Strict and Intensive Supervision (SIST) |
| Oct 2019 – Apr 2021 | Central New York Psychiatric Center (NY) - Attending Psychiatrist |
| Jan 2017 – Oct 2020 | Bellevue Hospital (NY) - Attending Psychiatrist |
| Jul 2017 - Jun 2018 | Mid-Hudson Forensic Psychiatric Center (NY) - House Staff Physician |
| Jul 2017 - Jun 2018 | New York Presbyterian Hospital and Columbia University Medical Center Medical (NY) - House Staff Physician |
| Jul 2016 - Jun 2017 | San Francisco Veterans Administration Medical Center (CA) - House Staff Physician |
| Jul 2016 - Jun 2017 | Kaiser Permanente Medical Center in San Francisco (CA) - House Staff Physician |
| Jul 2015 - Jun 2016 | Eleanor Slater Hospital (RI) - Moonlighting Physician |
| Jul 2014 - Jun 2016 | Eleanor Slater Hospital (RI) - House Staff Physician |
| Jul 2014 - Jun 2016 | Rhode Island Hospital (RI) - Moonlighting Physician |
| Jul 2012 - Jun 2016 | Rhode Island Hospital (RI) - House Staff Physician |
| Jul 2014 - Jun 2016 | Women and Infants Hospital (RI) - Moonlighting Physician |

Elie G. Aoun, M.D.

Jul 2012 - Jun 2016    Women and Infants Hospital (RI) - House Staff Physician

Jul 2014 - Jun 2016    The Miriam Hospital (RI) - Moonlighting Physician

Jul 2012 - Jun 2016    The Miriam Hospital (RI) - House Staff Physician

Jul 2012 - Jun 2016    Butler Hospital (RI) - House Staff Physician

Jul 2012 - Jun 2016    Bradley Hospital (RI) - House Staff Physician

## EDUCATION

Jul 2006 - Jun 2010    Medical Doctor - American University of Beirut, Beirut, Lebanon

Jul 2003 - Jun 2006    Bachelor of Sciences (Biology) - American University of Beirut, Beirut, Lebanon

## ACADEMIC TRAINING

Jul 2018 - Jun 2019    Fellowship in Forensic Psychiatry Research, Columbia University, NY, NY

Jul 2017 - Jun 2018    Fellowship in Forensic Psychiatry, Columbia University and Cornell University combined program, NY, NY

Jul 2016 - Jun 2017    Fellowship in Addiction Psychiatry, University of California in San Francisco, San Francisco, CA

Jul 2012 - Jun 2016    Residency in Adult Psychiatry, Department of Psychiatry and Human Behavior, The Warren Alpert Medical School of Brown University, Providence, RI
2013-2016: Research Track,
2015-2016: Leadership in Education and Administration Program (LEAP) Track

Jul 2010 - Jun 2012    Postgraduate research assistant, University of Pittsburgh Medical Center - Western Psychiatric Institute and Clinic, Pittsburgh, PA

## LICENSURE AND BOARD CERTIFICATION

Sept 2019 - Present    American Board of Psychiatry and Neurology, Specialty: Forensic Psychiatry, Certificate number: 2397

Jan 2019 - Present    American Board of Preventive Medicine, Specialty: Addiction Medicine, Certificate number: 61-4147

Oct 2018 - Present    American Board of Psychiatry and Neurology, Specialty: Addiction Psychiatry, Certificate number: 2534

Elie G. Aoun, M.D.

| Oct 2017 - Present | American Board of Psychiatry and Neurology, Specialty: Psychiatry, Certificate number: 72324 |
| Apr 2017 - Apr 2022 | Medical Review Officer, Certification number: 17-12184 |
| Jan 2017 - May 2024 | New York State Unrestricted Medical License, License number: 287660 |
| Jun 2016 - Jun 2022 | California Unrestricted Medical License, License number: A-143025 |
| Apr 2015 - Jun 2016 | Rhode Island Unrestricted Medical License, License number: MD-14970 |
| May 2012 - Jun 2015 | Rhode Island Limited Medical License, License number: LP-02517 |
| Feb 2011 - Present | Educational Committee for Foreign Medical Students certification, License number: 0-808-672-0 |

## HONORS AND AWARDS

| Dec 2023 – Nov 2025 | Appointed Scientific Program Chair and Member of the Board of Directors, American Academy of Addiction Psychiatry Board of Directors |
| Oct 2023 – Oct 2026 | Appointed Councilor for Underrepresented and Minority Affairs, Executive Council for the American Academy of Psychiatry and the Law |
| Feb 2023 | Inducted Fellow of the American College of Psychiatrists |
| May 2021 – May 2024 | ECP Trustee-At-Large of American Psychiatric Association Board of Trustees, APA |
| Jan 2021 | Inducted Fellow of the American Psychiatric Association (FAPA), APA |
| Mar 2019 | APA Federal Advocacy Conference Scholarship, APA |
| Dec 2016 - Nov 2018 | AAAP trainee representative to the Board of Directors, AAAP |
| Jun 2016 - May 2018 | APA - SAMSHA Substance Abuse and Minority Fellowship awardee, APA |
| Mar 2016 | Stepping Up /APEX (American Psychiatric Excellence) National Summit Travel Award, APA |
| Mar 2016 | AADPRT International Medical Graduate award, AADPRT |
| Jun 2015 - May 2016 | ACORF mentor, APA Assembly Committee On Residents and Fellows, APA |
| Jun 2014 - May 2016 | Group for the Advancement of Psychiatry Fellowship awardee, GAP |

Elie G. Aoun, M.D.

| | |
|---|---|
| Dec 2014 | AAAP Regional Travel Award, AAAP |
| Jun 2014 - May 2016 | American Psychiatric Leadership Fellowship Awardee, APA |
| Jul 2014 - Jun 2015 | R25 Grant Awardee for the Brown University Psychiatry Training - Research Track, National Institute of Mental Health (R25MH101076), Brown University |
| Jun 2013 - May 2015 | Area I RFM representative to the assembly, APA |
| May 2010 | Best Oral Presentation and Best Original Work, Lebanese National Research Day, Alpha Omega Alpha - Lebanon Chapter |

## ACADEMIC SERVICE

### American Psychiatric Association:

| | |
|---|---|
| May 2021 – May 2024 | ECP Trustee-At-Large of the American Psychiatric Association Board of Trustees |
| May 2021 – May 2022 | Systemic Racism Accountability Task Force |
| May 2021 – May 2022 | Presidential Task Force on Social Determinants of Mental Health |
| Jun 2020 – May 2023 | Scientific and Program Committee |
| Jun 2020 – May 2021 | Scientific Poster Committee, **(Vice Chair)** |
| Jun 2020 – May 2021 | Scientific Course Committee |
| Jun 2020 – May 2021 | Scientific Subcommittee for Early Career Psychiatrists and Resident and Fellow Members |
| Jun 2018 – May 2020 | Council on Addiction Psychiatry, **(Vice Chair)** |
| May 2017 - May 2019 | Council on Psychiatry and the Law workgroup on Civil Commitment for Substance Use Disorders, **(Co-Chair)** |
| Jun 2016 - May 2018 | Council on Addiction Psychiatry, Early Career Psychiatrist council member |
| Jun 2014 - May 2016 | Council on Addiction Psychiatry, Resident and Fellow Member council member |
| Jun 2015 - May 2016 | APA Resident and Fellow Members Caucus, Communications Officer |
| Jun 2015 - May 2016 | Assembly Mentorship workgroup |

Elie G. Aoun, M.D.

Jun 2015 - May 2016    Assembly Communications workgroup

Jun 2013 - May 2015    APA Assembly, Resident and Fellow Members Representative for Area I

Jun 2013 - May 2015    Assembly Committee of Resident and Fellow Members, Area I Representative

Jun 2014 - May 2015    Awards Committee

Jun 2014 - May 2015    Reference Committee Two - Advocating for the Profession

Jun 2013 - May 2014    Nominating Committee

Sept 2013              Advocacy Day, Rhode Island Representative

### American Academy of Addiction Psychiatry:

Dec 2023 – Nov 2025   Member of the Board of Directors

Jan 2014 - Present    Scientific and Program Committee **(Chair, 2023-2025; Co-Chair, 2018-2023; Associate Chair, 2016-2018)**

Jan 2015 - Present    Addictions and the Law Committee **(Co-Chair)**

Jan 2016 - Dec 2018   AAAP Board of Directors, Trainee Representative to the Board of Directors

Jan 2016 - Present    Workshop Selection Committee **(Co-Chair, 2017-Present)**

Jan 2014 - Present    Public Policy Committee

Jan 2014 - Dec 2019   Membership Committee

### American Academy of Psychiatry and the Law:

Oct 2023 – Oct 2026   AAPL Executive Council, Councilor for Underrepresented and Minority Affairs

Oct 2020 - Present    Sex Offender Committee

Oct 2018 - Present    Program Committee

Oct 2017 – Oct 2023   Government Affairs Committee

Oct 2017 - Present    Judicial Action Committee

Oct 2016 - Present    Addiction Psychiatry Committee

7

Elie G. Aoun, M.D.

Oct 2017 – Jan 2020    Diversity Committee

Oct 2016 - Oct 2019    Law Enforcement Liaison Committee

**American College of Psychiatrists:**

Mar 2024 - Feb 2027    Committee on Ethics

**American Medical Association:**

Mar 2018 - Jun 2020    Pain Care Task Force

**Accreditation Council for Graduate Medical Education (ACGME):**

Jan 2018 – Jul 2020    Psychiatry Residency Milestone 2.0 Workgroup member

**Columbia/Cornell, Albert Einstein, New York University, Rutgers University Forensic Psychiatry Fellowship Programs Consortium:**

April 2023 - Present    Social Justice Curriculum Module **(Co-Chair)**

**Group for the Advancement of Psychiatry:**

Jun 2014 - May 2016    Committee on Addictions

**Northern California Psychiatric Society:**

Jul 2016 - Jun 2017    Committee on Addictions

**Rhode Island Psychiatric Society:**

Jun 2013 - May 2015    Rhode Island Psychiatric Society Council, Resident and Fellow Members Representative

**Center Alcohol and Addiction Studies, Brown University:**

Jul 2014 - Jun 2016    Research Study Physician and Mentor

**Brown University Psychiatry Residency:**

Jul 2012 - Jun 2016    Medical Students Education Committee **(Chair, 2015-2016)**

Elie G. Aoun, M.D.

| | |
|---|---|
| Jul 2012 - Jun 2016 | Residency Curriculum Committee |
| Jul 2015 - Jun 2016 | Neuropsychiatry Clerkship Steering Committee |
| Jul 2012 - Jun 2016 | Policy and Graduate Medical Education Committee |
| Jul 2012 - Jun 2014 | Residency Selection Committee |
| Jul 2012 - Jun 2016 | Residency Social Committee |

**Butler Hospital:**

| | |
|---|---|
| Jul 2013 - Jun 2014 | Pharmacy and Therapeutics Committee Resident Representative |
| Jul 2013 - Jun 2015 | Institutional Review Board |

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES
### National Organizations and Societies

| | |
|---|---|
| Nov 2021 - Present | American College of Psychiatrists (Inducted Fellow of the ACP February 2023) |
| Nov 2012 - Present | American Psychiatric Association (Inducted Fellow of the APA January 2021) |
| Mar 2013 - Present | American Academy of Addiction Psychiatry |
| Mar 2015 - Present | American Academy of Psychiatry and the Law |
| May 2020 - Present | Association for the Treatment of Sexual Abusers |
| Dec 2012 - Present | American Gay and Lesbian Psychiatrists |
| Nov 2017 - Present | American Medical Association |
| Feb 2015 - Jan 2016 | American Society of Addiction Medicine |
| Jun 2014 - May 2016 | Group for the Advancement of Psychiatry |

### Regional Organizations and Societies

| | |
|---|---|
| Jul 2017 - Present | New York State Psychiatric Society |

Elie G. Aoun, M.D.

| | |
|---|---|
| Jul 2017 - Present | New York County Psychiatric Society |
| Jun 2016 - Jul 2017 | Northern California Psychiatric Society |
| Nov 2012 - Jun 2016 | Rhode Island Psychiatric Society |

### International Organizations and Societies

| | |
|---|---|
| Jul 2010 - Jun 2017 | American University of Beirut, Alumni Association |
| Jul 2007 - Jun 2016 | Lebanese Medical Society |

### Peer Reviewer

| | |
|---|---|
| June 2023 | Guidelines For Managing Substance Withdrawal in Jails. U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Assistance, Ad Hoc reviewer. Accessible at: https://www.cossapresources.org/Content/Documents/JailResources/Guidelines_for_Managing_Substance_Withdrawal_in_Jails_6-6-23_508.pdf |
| May 2022 | Journal of Addiction Medicine, Ad Hoc reviewer |
| February 2021 | American Journal of Psychiatry, Ad Hoc reviewer |
| Nov 2020 | Journal of Gay and Lesbian Mental Health, Ad Hoc reviewer |
| Jan 2016 - Dec 2018 | American Journal on Addictions, Ad Hoc reviewer |
| Mar 2014 - Jan 2018 | Alcohol and Alcoholism, Ad Hoc reviewer |
| Nov 2017 | PeerJ, Ad Hoc reviewer |
| May 2017 | Addictive Behaviors Reports, Ad Hoc reviewer |

## GRANT SUPPORT
### Past Grant Support

| | |
|---|---|
| 2016 - 2019 | Mifepristone As A Pharmacological Intervention For Stress-Induced Alcohol Drinking NIH/NIAAA (1K01AA023867-01); Five years of funding awarded Role: Research Study Physician [FDA IND 121984 Holder: Haas-Koffler] (PI: Haass-Koffler) Total direct support: $957,895 |

Elie G. Aoun, M.D.

2016 - 2018    <u>The Intersection of Mental Illness, Minority Status, and Policing</u>
                <u>SAMHSA (SM060562-05); Two years of funding awarded</u>
                <u>Role: APA - SAMHSA fellow</u>
                <u>Total direct support: $25,560</u>

2014 - 2016    <u>Pilot Study On The Safety And Efficacy of Mifepristone For The Prevention Of Relapses</u>
                <u>Of Alcohol Drinking</u>
                <u>Research Excellence Award CAAS, Brown University; Two years of funding awarded</u>
                <u>Role: Research Study Physician [FDA IND 121984 Holder: Haas-Koffler] (PI: Haass-</u>
                <u>Koffler)</u>
                <u>Total direct support: $15,000</u>

2014 - 2015    <u>Mental Health Research Grant</u>
                NIH/ MH (R25MH101076); Two years of funding awarded
                Role: Psychiatry Resident (PI: Eisen and Phillips)

## EDUCATIONAL CONTRIBUTIONS

2023        The Psychiatric Expert in High Conflict Divorce Matters – Cardozo University Law School (lecturing, 2 hours)

2021 – 2022 Violence and Criminal Behavior in Persons with SUD – New York University addiction psychiatry fellowship program (lecturing, 1.5 hours)

2021        Violence and Criminal Behavior in Persons with SUD - Columbia University addiction psychiatry fellowship program (lecturing, 1.5 hours)

2020        Violence and Criminal Behavior in Persons with SUD - Yale University forensic psychiatry fellowship program (lecturing, 1.5 hours)

2018 – Present        Addiction, Violence and Criminal Behavior - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 2 hours every year)

2018 - Present        Reading Seminar: Seminal Topics in Forensic Psychiatry. Seminar series - Columbia University and Cornell University combined forensic psychiatry fellowship program (lecturing, 1 hour twice every month)

2018        Quality Improvement and Root Cause Analysis in Psychiatric Practice. Seminar - Joint Orientation Session for all Columbia University Department of psychiatry residents and fellows (lecturing, 2 hours)

2018        Introduction to Forensic Psychiatry. Seminar presentation - Harlem Hospital psychiatry residency program (lecturing, 2 hours)

Elie G. Aoun, M.D.

| | |
|---|---|
| 2017 | The Role of Mineralocorticoid and glucocorticoid receptors in Alcohol Use Disorder. Seminar presentation - University of California in San Francisco psychiatry residency program (lecturing, 2 hours) |
| 2017 | The Gut in the Brain: The Role of Appetite Regulating Hormones in Alcohol Use Disorder. Seminar presentation - University of California in San Francisco psychiatry residency program (lecturing, 2 hours) |
| 2016 - 2017 | Tobacco Use and Smoking Cessation. Seminar presentation for second year medical students - University of California in San Francisco School of Medicine (small group facilitation, 2 hours every other month) |
| 2016 | Introduction to SBIRT, or How Non-Addiction Specialists Can Think of Addictions. Seminar presentation - University of California in San Francisco OB-GYN residency program (lecturing, 2 hours) |
| 2015-2016 | Addiction Psychiatry. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every month) |
| 2015 | The Use of Games in Teaching Psychopharmacology. Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours) |
| 2014-2015 | Emergency Psychiatry. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month) |
| 2013-2015 | Career Development-How to Get Involved? Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours every year) |
| 2013-2015 | Introduction to Psychopharmacology. Seminar presentation - Brown University psychiatry residency program (lecturing, 2 hours every year) |
| 2013-2015 | Psychiatric Emergencies Case Conference. Seminar presentation for third and fourth year medical students- Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month) |
| 2013-2014 | Introduction to Depressive Disorders. Seminar presentation for second year medical students - Warren Alpert Medical School of Brown University (lecturing, 2 hours every other month) |

## PUBLICATIONS
### Books

**2024**
1. **Aoun EG,** Pinals DA, Westreich L (2023). Substance Use Disorders in the Legal System. American Psychiatric Association Publishing *(in press)*

Elie G. Aoun, M.D.

**2023**

2. Colon-Rivera H, **Aoun EG**, Vaezazizi L (2023). Psiquiatría de las adicciones (Spanish). Elsevier Espana Press

**2022**

3. Colon-Rivera H, **Aoun EG**, Vaezazizi L (2022). Addiction Psychiatric Medicine. Elsevier Press

4. American Psychiatric Association Board of Trustees (2022). Diagnostic and Statistical Manual 5th Edition, Text Revision, Steering Committee Chair: Paul S. Appelbaum. American Psychiatric Association Publishing

**2021**

5. **Aoun EG,** Barbera ME, Cates-Wessel K, Fuehrlein B, Gingerich JD, Lyngar JD, Nadeau TL, Pinals DA, Reiber PL, Sevarino KA, Steel CR, Westreich L. (2021). Cultivating Law and Medicine Partnerships to Support Justice-Involved Individuals with Substance Use Disorders. American Academy of Addiction Psychiatry, Substance Abuse and Mental Health Services Administration, National Center for State Courts, State Justice Institute

## Original Peer Reviewed Research Publications

**2023**

1. Haass-Koffler C, Mangill M, Cannella N, Brown JC, **Aoun EG**, Cioe PA, Sinha R, Swift R, Ciccocioppo R, Leggio L. (2023) Mifepristone as a pharmacological intervention for stress-induced alcohol craving: A human laboratory study. Addiction Biology. 28(7); e13288

**2021**

2. Kinzie JM, DeJong SM, Edgar L, Houston LJ, Janssen F, Macaluso M, **Aoun EG,** Bowen L, Keepers G, Bentman AL, Cowley DS. (2021) Psychiatry Milestones 2.0: Using the Supplemental Guide to Create a Shared Model of the Development of Professional Identity and Expertise. Acad Psychiatry. doi: 10.1007/s40596-021-01455-6. Epub ahead of print.

**2020**

3. *****Aoun EG**, Porta G, Melhem NM, Brent DA. (2020) Prospective Evaluation of the DSM-5 Persistent Complex Bereavement Disorder Criteria in Adults: Dimensional and Diagnostic Approaches. Psychological Medicine. (16); 1-10.

4. AMA Pain Care Task Force. (2020) Addressing Obstacles to Evidence-Informed Pain Care. AMA Journal of Ethics. 22(8); E709-717.

5. Macaluso M, Kinzie M, Cowley D, Houston LJ, DeJong S, Janssen F, Bentman A, Edgar L, Campbell B, Bowen L, Aronowitz J, **Aoun EG**, Santiago P, Keepers G. (2020) The Psychiatry Milestones 2.0: How did we get from 1.0 to 2.0 and what can users expect? Academic Psychiatry. 8; 1-6.

**2019**

6. **\*Aoun EG**, Appelbaum PS. (2019) Ten Years after the ADA Amendment Act (2008): The Relationship Between ADA Employment Discrimination and Substance Use Disorders. Psychiatric Services. 70 (7); 596-603.

**2018**

7. **\*Aoun EG**, Bazzi L. (2018) Addiction and the Law. American Journal on Addictions. 27; 56-57.

8. Virani S, **Aoun EG**, Genova N, Brainch N, Albuquerque Gomes C, Hurley B, Bazzi R. (2018) Decoding New York State's Prescription Monitoring Program. Psychiatric Services. 69 (9); 956-958.

**2017**

9. **\*Aoun EG**, Jimenez VA, Vendruscolo LF, Walter NAR, Barbier E, Ferrulli A, Haass-Koffler CL, Darakjian P, Lee MR, Addolorato G, Heilig M, Hitzemann R, Koob GF, Grant KA, Leggio L. (2017) Relationship Between the Aldosterone - Mineralocorticoid Receptor Pathway and Alcohol Drinking: Preliminary Translational Findings Across Rats, Monkeys and Humans. Molecular Psychiatry. 23 (6); 1466-1473.

Press Releases:
- NIDA IRP website - Featured Paper of the Month (November 2017): "November 2017 paper of the month. A relationship between the aldosterone-mineralocorticoid receptor pathway and alcohol drinking: preliminary translational findings across rats, monkeys and humans," https://irp.drugabuse.gov/featured-paper-november-2017/
- NIAAA website: https://www.niaaa.nih.gov/news-events/news-releases/nih-findings-link-aldosterone-alcohol-use-disorder
- NIH website: "NIH findings link aldosterone with alcohol use disorder," https://www.nih.gov/news-events/news-releases/nih-findings-link-aldosterone-alcohol-use-disorder

Article featured in (selected websites):
- NIAAA Spectrum, Volume 9(3), p. 2: "NIH Findings Link Aldosterone with AUD," https://www.spectrum.niaaa.nih.gov/archives/V9I3Sept2017/features/features-02.html
- MedicalResearch.com: "Aldosterone-Mineralocorticoid Pathway Linked To Craving For Alcohol," https://medicalresearch.com/addiction/aldosterone-mineralocorticoid-receptor-pathway-linked-to-craving-for-alcohol/35957/
- CT Post: "Hormone in the Body May Contribute to Alcohol Abuse," http://www.ctpost.com/local/article/Hormone-in-the-body-may-contribute-to-alcohol-11293861.php
- Technology Networks: "Increasing Aldosterone Levels Drives Alcohol Seeking Behavior," https://www.technologynetworks.com/tn/news/nih-links-aldosterone-to-alcohol-use-disorder-290439
- Medscape Medical News. "Aldosterone Hormone Linked to Alcohol Use, Cravings," https://www.medscape.com/viewarticle/883369?src=rss

Elie G. Aoun, M.D.

- Technology.org: "NIH findings link aldosterone with alcohol use disorder," https://www.technology.org/2017/07/18/nih-findings-link-aldosterone-with-alcohol-use-disorder/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%253A+TechnologyOrg+%2528Technology+Org+-+All+News%2529
- Medical Press: "Findings link aldosterone with alcohol use disorder," https://medicalxpress.com/news/2017-07-link-aldosterone-alcohol-disorder.html
- Endocrinology Advisor: "The Handoff: Your Week in Endocrinology News - 7/21/17," https://www.endocrinologyadvisor.com/home/topics/the-handoff/the-handoff-your-week-in-endocrinology-news-7-21-17/

**2015**

10. Haass-Koffler CL, **Aoun EG**, Swift RM, De La Monte SM, Kenna GA, Leggio L. (2015) Leptin Levels are Reduced by Intravenous Ghrelin Administration and Correlated with Cue-Induced Alcohol Craving. Translational Psychiatry. 29(5); e646.

 Press Releases:
- NIDA IRP website: "Appetite Hormones Play a Role in Alcohol Dependence and Craving," NIDA, https://www.drugabuse.gov/news-events/latest-science/appetite-hormones-play-role-in-alcohol-dependence-craving

11. **\*Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2015) Relationship Between the Thyroid Axis and Alcohol Craving. Alcohol and Alcoholism. 50(1); 24-29.

**2014**

12. **\*Aoun EG**, Christopher PP, Ingraham JW. (2014) Emerging Drugs of Abuse: Clinical and Legal Considerations. Rhode Island Medical Journal. 97(6); 41-45.

**2012**

13. Saba S, Mehdi H, Shah H, Islam Z, **Aoun E**, Termanini S, Mahjoub R, Aleong R, McTiernan C, London B. (2012) Cardiac Levels of NOS1AP RNA from Right Ventricular Tissue Recovered During Lead Extraction. Heart Rhythm Journal. 9(3); 399-404.

14. Hashash JG, Zakhary L, **Aoun EG**, Refaat M. (2012) Heterotropic Mesenteric Ossification. Colorectal Disease Journal. 14(1); e29-30.

15. Hashash JG, Refaat M, **Aoun EG**, Baidoo L. (2012) Cytomegalovirus Colitis. Cleveland Clinic Journal of Internal Medicine. 79(1); 12-13.

**2010**

16. Musallam KM, Abi Saad GS, Majdalani MM, Muwakkit SA, Bou-Khalil PK, **Aoun EG**, Sawaya RA, Khalil I, Taher A. (2010) Use of Recombinant Activated Factor VII

Elie G. Aoun, M.D.

for Intractable Bleeding in Patients Without Hemophilia: A Developing Country
Tertiary Care Center's Experience. Clin Appl Thromb Hemost. 16(6):658-662.

17. **Aoun EG**, Musallam KM, Abou-Ghazal M, Taher AT. (2010) Malignancy and
hypercoagulability: a two-way association revisited. J Thromb Thrombolysis. 30(3);
340-341.

18. Musallam KM, **Aoun E**, Mahfouz R, Khalife M, Taher A. (2010) JAK2V617F and
Prothrombin G20210A Gene Mutations in a Patient With Budd-Chiari Syndrome and
Essential Thrombocythemia. Clin Appl Thromb Hemost. 16(4); 472-474.

**2009**

19. **Aoun EG**, Musallam KM, Uthman I, Beydoun A, El-Hajj T, Taher AT. (2009)
Childhood Stroke in a Child with Familial Mediterranean Fever Carrying Several
Prothrombotic Risk Factors. Lupus. 18(9); 845-847.

**Reviews, Chapters and Editorials**

**2024**

1. Jain, A, **Aoun EG**. (2024) Substance Use Disorder and the Law, in Weisser T, Zhong, R (eds.):
Psychiatry and the Law: Basic Principles, Second Edition. Springer, New York, NY (*in press*)

2. Krueger RB, Kaplan MS, Briken P, Gijs L, **Aoun EG**. (2024) Paraphilic Disorders, in Tasman
A, Riba,, Schulze, Ng, Alfonso, Alarcon, Tosevski, Kanba, Ndetei (eds.): Tasman's Psychiatry,
Fifth Edition. Springer, New York, NY (*in press*)

3. Yarbrough E, **Aoun EG**, Drescher J. (2024) LGBTQ Individuals, in Tasman A, Riba,, Schulze,
Ng, Alfonso, Alarcon, Tosevski, Kanba, Ndetei (eds.): Tasman's Psychiatry, Fifth Edition.
Springer, New York, NY (*in press*)

**2023**

4. American Psychiatric Association Presidential Task Force on the Social Determinants of
Mental Health (2023) Report of the Presidential Task Force on the Social Determinants of
Mental Health. American Psychiatric Association Publishing

5. Ostermeyer BK, Hatters Friedman S, Friedman J, Beaman J, Kruse K, Sanders J, Manning T,
**Aoun EG**, Wall B, Hughes B, Belcher R, Dike C. (2023) Insights From the 2022 AAPL
Annual Meeting. Psychiatric Times. (40) 1; 18-19

**2021**

6. Fisher CE, **Aoun EG**, DeVido J, Morton I, Thomas A, Kidd J, Bahji A, Williams J, Bonnie R.
(2021) Resource Document on Safe Consumption Facilities. APA Resource Document.
Accessible at: https://www.psychiatry.org/File%20Library/Psychiatrists/Directories/Library-
and-Archive/resource_documents/Resource-Document-2021-Safe-Consumption-Facilities.pdf

Elie G. Aoun, M.D.

**2020**

7.  **\*Aoun EG**, Kim J. (2020) Forensic Addiction Psychiatry, in Brady KT, Leven FR, Galanter M, Kleber HD (eds.): The American Psychiatric Press Textbook of Substance Abuse, Sixth Edition. APA Publishing, Washington, DC.

8.  Sullivan MA, Marzani G, Lewis C, Williams AR, Levin FR, Labins Z, Patkar A, **Aoun EG**. (2020) Addiction Treatment and Harm Reduction, in Sowers W, Ranz JM (eds.): Seeking Value: Balancing Cost and Quality in Psychiatric Care. APA Publishing, Washington, DC.

9.  **\*Aoun EG.** (2020) Media Persuasion in the Islamic State (Book Review). Journal of the American Academy of Psychiatry and the Law. 48(3); 415-416.

10. VanDercar AH, Jain A, Freitas C, **Aoun EG**. (2020) Fifty Years Post-Powell: Addiction and Culpability. American Academy of Psychiatry and the Law Newsletter. 45(1); 22-28.

11. **Aoun EG**, Bazzi L. (2020) Alcohol Use Disorder, in Duong T, Tamas R, Ureste P (eds.) Psychiatry Morning Report: Beyond the Pearls, 1st Edition. Elsevier, Philadelphia, PA.

**2019**

12. Wall BW, **Aoun EG**. (2019) Diversity and Inclusion Within AAPL. Journal of the American Academy of Psychiatry and the Law. 47 (3); 274-277.

13. **\*Aoun EG**. (2019) Best Practices for Psychiatrists Treating Justice-Involved Populations with Co-Occurring Disorders. SAMHSA and Policy Research Associates Inc. co-publication.

**2018**

14. **\*Aoun EG**, Chao F. (2018) Substance Use Disorders in the LGBT Community, in Schneider JS, Silenzio VMB and Erickson-Schroth L (eds.): The GLMA Handbook on LGBT Health. ABC-Clio, Santa Barbara, CA.

15. **\*Aoun EG**, Schmidt K. (2018) Psychoneuroendocrinology and Addictions, in Danovitch I and Mooney L (eds.): The Assessment and Treatment of Addiction: Best Practices and New Frontiers. Elsevier, Philadelphia, PA.

16. **\*Aoun EG**, McCance-Katz E. (2018) Psychiatric Comorbidity, in Renner JA, Levounis P and LaRose AT (eds.) Office-Based Buprenorphine Treatment of Opioid Use Disorder. APA Publishing, Washington, DC.

17. Bazzi L, **Aoun EG**. (2018) Psychiatrists Can Play Vital Role in Stemming Opioid Crisis. Psychiatric News. Published online. Accessible at: https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.4b33

**2017**

Elie G. Aoun, M.D.

18. Levounis P, **Aoun EG**. (2017) Motivational Interviewing in Administration and Management, in Levounis P, Arnaout B and Marienfeld C (eds.): Motivational Interviewing in Clinical Practice. APA Publishing, Washington, DC.

19. **\*Aoun EG**, Gray K. (2017) Reflections on the State of Practicing Addiction Psychiatry. American Academy of Addiction Psychiatry Newsletter. 33(1); 10-12.

20. **\*Aoun EG**, Fusick A, Wagoner R. (2017) What's in a name? Deciphering the meaning of the word "addiction." American Academy of Psychiatry and the Law Newsletter. 2017 Apr; 42(2); 22-31.

21. **\*Aoun EG**, Bazzi L. (2017) Addiction and the Law. American Academy of Addiction Psychiatry Newsletter. 33(3); 16, 23.

**2016**

22. **\*Aoun EG,** Renner J, Drexler K, Hoge SK. (2016) Treatment of Substance Use Disorders in the Criminal Justice System. APA Position Statement. Accessible at: https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2016-Substance-Use-Disorders-in-the-Criminal-Justice-System.pdf

**2015**

23. **\*Aoun EG,** Swift RM. (2015) Pharmacotherapy of Alcohol and Drug Dependence. Current Behavioral Neuroscience Reports. 2(1); 30-39.

24. **\*Aoun EG.** (2015) Addiction Training for the General Psychiatrist. American Academy of Addiction Psychiatry Newsletter. 31(3); 6.

**2014**

25. **\*Aoun EG**, Minhas HM, Hunt J. (2014) Synthetic Cannabinoids Use in the Adolescent Population. The Brown University Child and Adolescent Behavior Letter. 30(1);1-4.

26. **\*Aoun EG**, Connery HS. (2014) Enhancing Access to Comprehensive Health Care for Opioid Use Disorders. American Academy of Addiction Psychiatry Newsletter. 30(2); 14.

**Abstracts and Poster Presentations**

**2016**

1. Bazzi L, **Aoun EG,** Genova NJ, Torres F. (2016) Decoding New York State's Prescription Monitoring Program. American Academy of Psychiatry and the Law Annual Meeting.

**2015**

Elie G. Aoun, M.D.

2. Haass-Koffler CL, **Aoun EG**, Kenna GA, De La Monte SM, Swift RM, Leggio L. (2015) Exogenous Intravenous Ghrelin Administration Decreases Endogenous Serum Leptin Level and Increases Alcohol Craving. American Academy of Addiction Psychiatry Annual Meeting.

   Article featured in (selected websites):
   • Medscape Medical News: "Appetite-Regulating Hormones May Block Alcohol Cravings," https://www.medscape.com/viewarticle/855984

3. Haass-Koffler CL, **Aoun EG**, Kenna GA, De La Monte SM, Swift RM, Leggio L. (2015) Exogenous Intravenous Ghrelin Administration Decreases Endogenous Serum Leptin Level and Increases Alcohol Craving. Research Society on Alcoholism Annual Meeting.

**2014**

4. \***Aoun EG**, Porta G, Melhem N, Brent D. (2014) Complicated Grief in Adults Bereaved by Sudden Death: Course Trajectories and Access to services, American Psychiatric Association Annual Meeting.

5. \***Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Significance of Thyroid Hormones as Biomarkers for Prognosis and Baclofen Treatment Response in Alcohol Dependent Patients, American Psychiatric Association Annual Meeting.

6. \***Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Significance of Thyroid Hormones as Biomarkers for Prognosis and Baclofen Treatment Response in Alcohol Dependent Patients, Mind Brain Research Day - Brown University.

7. Swift RM, **Aoun EG.** (2014) Acamprosate Effect Sizes Across Studies Are Negatively Correlated with the Amount of Assessments, Research Society on Alcoholism Annual Meeting.

8. \***Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Role of Aldosterone and Cortisol in Alcohol Use Disorders in a Baclofen Treatment Study, American Society of Clinical Psychopharmacology Annual Meeting.

9. \***Aoun EG**, Haass-Koffler C, Swift RM, Addolorato G, Kenna GA, Leggio L. (2014) The Role of Aldosterone and Cortisol in Alcohol Use Disorders in a Baclofen Treatment Study, American Academy of Addiction Psychiatry Annual Meeting.
   Recipient: 9th highest score of 200 submissions

**2013**

Elie G. Aoun, M.D.

10. **\*Aoun EG**, Porta G, Melhem N, Brent D. (2013) Complicated Grief Trajectories in Spouses Bereaved by Sudden Death, Mind Brain Research Day - Brown University.

**Press, Interviews and Other Media**

**2023**

1. Staying High and Feeling Low. *Medium.* *https://medium.com/advanced-reporting-the-city/staying-high-and-feeling-low-7a0006b4b307*

2. New Clinical Guidance on the Management of Stimulant Use Disorder. *Medscape Medical News.* https://www.medscape.com/viewarticle/998742

3. College students can get free naloxone and fentanyl test strips from their schools to prevent drug overdoses. *Fox News.* https://www.foxnews.com/lifestyle/college-students-get-free-naloxone-fentanyl-test-strips-schools-prevent-drug-overdoses

4. Look who's experimenting with marijuana today more than any other age group. *Fox News..* https://www.foxnews.com/health/look-whos-experimenting-marijuana-today-more-age-group

5. FDA Approves Naloxone Nasal Spray for Over-the-Counter Sale. *Psychiatric News.* *https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2023.05.5.01*

6. A pill to curb binge-drinking? Researchers share promising results. *Fox News.* https://www.foxnews.com/health/pill-may-curb-binge-drinking-researchers-found

**2022**

7. The Strength and Value of Organized Psychiatry. *Psychiatric Times.* https://www.psychiatrictimes.com/view/the-strength-and-value-of-organized-psychiatry

8. World Mental Health Day: 'It's OK to ask for support or help'. *Fox News.* https://www.foxnews.com/health/world-mental-health-day-ok-ask-support-help

9. Can a Novel Med School Curriculum Curb the US Opioid Epidemic? *Medscape Medical News.* https://www.medscape.com/viewarticle/974439

10. Amy Schumer reveals struggling with a disorder called trichotillomania: What is it? *Fox News.* https://www.foxnews.com/health/amy-schumer-struggling-disorder-trichotillomania

11. How should psychiatrists talk to patients with psychosis about cannabis use? *PsyCom.net.* https://pro.psycom.net/news-research/psychiatry-trivia/how-should-psychiatrists-talk-to-patients-with-psychosis-about-cannabis-use

12. Fallen soldier and devoted father lost in Afghanistan left legacy of true friendship. *Fox News.* https://www.foxnews.com/lifestyle/fallen-soldier-devoted-father-lost-afghanistan-legacy-true-friendship

Elie G. Aoun, M.D.

13. Addiction Treatment: Types, Medications, and Help for Families. *PsyCom.net.*
https://www.psycom.net/addiction-substance-abuse/addiction-treatment

14. Insomnia in the time of COVID: Here's how you can sleep through the night. *New York Post.*
*https://nypost.com/2022/01/17/insomnia-in-the-time-of-covid-heres-how-you-can-sleep-through-the-night/*

15. Family of former Miss USA Cheslie Kryst raises awareness of high-functioning depression after tragic death. *Fox News.* https://www.foxnews.com/health/family-former-miss-usa-cheslie-kryst-raises-awareness-high-functioning-depression-after-tragic-death

16. As millions suffer from 'COVID-somnia,' here's how you can sleep through the night. *Fox 5 New York.* https://www.fox5ny.com/news/as-millions-suffer-from-covid-somnia-heres-how-you-can-sleep-through-the-night

17. Are You Addicted To Marijuana? Take This Quiz. *PsyCom.net.*
https://www.psycom.net/marijuana-addiction-quiz/

18. Gambling Addiction Test (Self-Assessment). *PsyCom.net.* https://www.psycom.net/gambling-addiction-test/#gamblingaddictionfaqs

**2021**

19. Marijuana Use Tied to Higher Odds for Thoughts of Suicide. *U.S. News.*
https://www.usnews.com/news/health-news/articles/2021-06-22/marijuana-use-tied-to-higher-odds-for-thoughts-of-suicide

20. Finding Our Voice Podcast. *American Psychiatric Association Publishing.*
https://psychiatryonline.org/finding-our-voice

21. Naltrexone and Bupropion Promising Combo for Meth Addiction. *Medscape Medical News.*
https://www.medscape.com/viewarticle/944075

22. CDC: Record high drug overdose deaths in US at over 96,000 in 12-month period. *Fox News.*
https://www.foxnews.com/health/record-high-drug-overdose-deaths-us

23. Drinks in the sunset years: Why the Queen has to start skipping her favorite martini. *Fox News.*
https://www.foxnews.com/health/drinking-alcohol-old-age-queen-martini

**2020**

24. Recovering Addicts More at Risk of Risk of Relapse Amid Coronavirus, Experts Warn. *The Guardian.* https://www.theguardian.com/world/2020/mar/28/americans-addiction-rrelapse-coronavirus

25. How Harry Styles Is Getting Me Through 2020. *SLATE.*
*https://slate.com/technology/2020/10/psychology-of-the-pandemic-crush.html*

Elie G. Aoun, M.D.

26. More Are Turning to Pot When Depressed – But Does It Help or Harm? *U.S. News.* https://www.usnews.com/news/health-news/articles/2020-09-10/more-are-turning-to-pot-when-depressed-ndash-but-does-it-help-or-harm

27. Coronavirus Pandemic May Lead to 75,000 "Deaths of Despair" From Suicide, Drug and Alcohol Abuse, Study Says. *CBS News.* https://www.cbsnews.com/news/coronavirus-deaths-suicides-drugs-alcohol-pandemic-75000/

28. Drug Overdoses Surge Due to Pandemic, Early Reports Show. *Psychiatric News.* https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2020.8a13

29. More Are Turning to Pot When Depressed – But Does It Help or Harm? *HealthDay.* https://consumer.healthday.com/mental-health-information-25/depression-news-176/more-are-turning-to-pot-when-depressed-ndash-but-does-it-help-or-harm-761080.html

30. COVID-19 Pandemic May Lead to 75,000 'Deaths of Despair.' *U.S. News.* https://www.usnews.com/news/health-news/articles/2020-05-08/covid-19-pandemic-may-lead-to-75-000-deaths-of-despair

31. Researchers Are Warning of New Health Crisis of 'Deaths of Despair' Stemming From the Pandemic. *The Week.* https://theweek.com/speedreads/913429/researchers-are-warning-new-health-crisis-deaths-despair-stemming-from-pandemic

32. Coronavirus Pandemic May Lead to 75,000 "Deaths of Despair" from Suicide, Drug and Alcohol Abuse, Study Says. *NewsBreak.* https://www.newsbreak.com/news/0P0KgoqT/coronavirus-pandemic-may-lead-to-75000-deaths-of-despair-from-suicide-drug-and-alcohol-abuse-study-says

33. Report: COVID-19 Likely to Produce 75,000 'Deaths From Despair' (Suicides, Substance Abuse). *AnalysingAmerica.* https://m.analyzingamerica.org/report-covid-19-likely-produce-75000-deaths-despair-suicides-substance-abuse/

34. Pandemic May Lead to 75,000 Deaths From Suicide, Drug and Alcohol Abuse, Study Says. *WVLT TV.* https://www.wvlt.tv/content/news/Pandemic-may-lead-to-75000-deaths-from-suicide-drug-and-alcohol-abuse-study-says--570321021.html

35. Coronavirus Shutdowns Could Lead To 75,000 'Deaths Of Despair,' Study Says. *Inquistr.* https://www.inquisitr.com/6041991/coronavirus-shutdowns-deaths-despair/

36. The Coronavirus Lockdown: What About Deaths of Despair. *ThyBlackMan.* http://thyblackman.com/2020/05/14/the-coronavirus-lockdown-what-about-deaths-of-despair/

37. COVID19 Pandemic May Lead to 75000 Deaths of Despair. *Community Healthcare Systems ComHS.org.* https://www.comhs.org/about-us/newsroom/health-library/2020/05/08/covid19-pandemic-may-lead-to-75000-deaths-of-despair

Elie G. Aoun, M.D.

38. COVID-19 Pandemic Could Result in 75,000 'Deaths of Despair'. *Danilfineman.com*. https://danilfineman.com/covid-19-pandemic-may-lead-to-75000-deaths-of-despair/

39. The Heartbreaking Struggle to Stay Sober Under Lockdown. *Medium – Elemental*. https://elemental.medium.com/the-heartbreaking-struggle-to-stay-sober-under-lockdown-e3aa4989deb3

40. Telemedicine Is Not Enough. *Gizmodo*. https://gizmodo.com/telemedicine-is-not-enough-1842880020

41. Drinking During Self-Quarantine: How Much Is Too Much? *Them*. https://www.them.us/story/am-i-drinking-too-much-alcohol-quarantine-coronavirus?

42. COVID-19: An Opportunity, Challenge for Addiction Treatment. *Medscape Medical News*. https://www.medscape.com/viewarticle/929600?

43. Marijuana Use Continues to Grow in Older Adults. *Medscape Medical News*. https://www.medscape.com/viewarticle/925762

44. Larry Elder: Coronavirus lockdown casualties – 'despair' may cause more damage than COVID-19. *Fox News*. https://www.foxnews.com/opinion/coronavirus-lockdown-casualties-deaths-despair-larry-elder

45. Fewer Opioid Deaths May Be Due to suicide than Previously Estimated. *Psychiatric News*. 55(5). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2020.2a30

46. Sobering News for the Sober Curious? *PsyCom.net*. https://www.psycom.net/sober-curious

47. Review Highlights Need to Examine Mood in Treating Alcohol Problems. *Alcoholism and Drug Abuse Weekly*. 32(4). https://onlinelibrary.wiley.com/doi/abs/10.1002/adaw.32603

48. Suicide Attempts Involving Gabapentin, Baclofen Rising. *Psychiatric News*. 55(2). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2020.1b10

**2019**
49. South Dakota's Campaign 'On Meth' Misses Opportunity. *Psychiatric News*. 54(24). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.12b32

50. Patients and Psychiatrists Alike Face Hurdles in Buprenorphine Prescribing. *Psychiatric News*. 54(21). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.11a1

51. APA Pushes to Reform Outdated Regulation Jeopardizing Care for SUD Patients. *Psychiatric News*. 54(15). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.8a25

52. Psychiatry Side Gigs Build Career Skills, Boost Income. *Psychiatric News*. 54(14). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.7a16

Elie G. Aoun, M.D.

53. FDA Cautions Against Abruptly Stopping Patients' Opioids. *Psychiatric News.* 54(10). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.5b24

54. Physicians Say Health Plans, Prior Authorizations Distract Doctors, Cheat Patients. *Psychiatric News.* 54(6). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.3b16

55. Access to Pharmacy-Provided Naloxone Remains a Challenge. *Psychiatric News.* 54(2) https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2019.1a10

**2018**
56. Justice Dept. Threatens Action Against Planned Safe Injection Sites. *Psychiatric News.* 53(19). https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2018.10a12

57. Addressing the Opioid Epidemic: Psychiatrists Are Poised to Lead. *MD Edge.* https://www.mdedge.com/psychiatry/article/165461/addiction-medicine/video-addressing-opioid-epidemic-psychiatrists-are

58. Psychiatrists Can Play Vital Role in Stemming Opioid Crisis. *Psychiatric News.* 53(8). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.4b33

59. Risk of Alcohol Use Disorder Rises When Spouse is Diagnosed. *Psychiatric News.* 53(7). https://psychnews.psychiatryonline.org/doi/full/10.1176/appi.pn.2018.3b6

**2017**
60. The cultural perceptions of prescription and illicit drug addiction." *Addiction Now.* https://www.drugaddictionnow.com/2017/01/26/cultural-perceptions-prescription-illicit-drug-addiction/

61. Second Injectable Buprenorphine Product Shows Promise. *Medscape Medical News.* https://www.medscape.com/viewarticle/890463

62. Alcohol Abuse: Craving Scores, Early-Age Drinking Predict Relapse Risk. *Medscape Medical News.* https://www.medscape.com/viewarticle/890120

**2015**
63. Appetite-Regulating Hormones May Block Alcohol Cravings. *Medscape Medical News.* https://www.medscape.com/viewarticle/855984

**PRESENTATIONS**
   **National presentations**

Elie G. Aoun, M.D.

| | |
|---|---|
| 2023 | Challenges for International Medical Graduates (IMGs) in Psychiatry in 2023: Top Issues and Solutions. American Psychiatric Association (Workshop Speaker). |
| 2022 | LGBTQIA Issues in the Criminal Justice & Corrections Systems. American Academy of Psychiatry and the Law (Workshop Chair). |
| 2022 | Supporting ECPs and RFMs in Their Careers and Beyond. American Psychiatric Association (Workshop Speaker). |
| 2022 | Supporting IMGs Throughout Their Careers. American Psychiatric Association (Workshop Speaker). |
| 2021 | Town Hall on Increasing LGBTQ+ Equity in AAPL. American Academy of Psychiatry and the Law (Session Moderator). |
| 2021 | Challenges in Prescribing Controlled Substances During the COVID-19 Pandemic. Psych Congress – Elevate (Workshop Chair). |
| 2021 | The Role of Psychopharmacology in Arousal Management for Individuals Committed of Sexual Offenses. Association for the Treatment of Sex Abusers Annual Meeting (Workshop Chair). |
| 2021 | How Cultural Competence Can Reduce Bias and Improve Psychiatric Care for Marginalized Groups. Association for Gay and Lesbian Psychiatrist (Workshop moderator). |
| 2021 | Interdisciplinary Perspectives on Psychopharmacological Education. American Psychiatric Association Annual Meeting (Workshop Chair). |
| 2021 | Through the Looking Glass: Lessons Learned on the Campaign Trail and Exploring the Future of APA Elections. American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2021 | Our Vision for the APA. American Gay and Lesbian Psychiatrists Association (Workshop speaker). |
| 2021 | Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income. American Psychiatric Association Annual Meeting (Workshop speaker). |
| 2020 | Sex, Drugs and Rock and Roll in LGBTQ+ Communities. American Gay and Lesbian Psychiatrists Association (Workshop Chair). |
| 2020 | Angels of History by Rabih Alameddine Book Discussion. American Gay and Lesbian Psychiatrists Association (Workshop Chair). |

Elie G. Aoun, M.D.

2020        Violence and Criminal Behavior in Persons with SUD. American Psychiatric Association
            Annual Meeting (Workshop Chair).

2020        The "Other" Kind of Breakdown: Identifying and Overcoming Barriers and Delivering
            Effective Psychiatric Care. American Psychiatric Association Annual Meeting (Workshop
            speaker).

2020        Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income.
            American Psychiatric Association Annual Meeting (Workshop speaker).

2020        The Impostor Syndrome: International Medical Graduates Navigating Immigration
            Challenges and Beyond. American Psychiatric Association Annual Meeting (Workshop
            speaker).

2020        True Intimacy: An Expert Discussion About Recovery and Healthy Sexuality. Chrysalis
            Way (Workshop speaker).

2019        Hormones, Highs & Treatment Horizons: Neuroendocrine Targets in Substance Use
            Disorders. American Academy of Addiction Psychiatry Annual Meeting (Workshop
            speaker).

2019        Treating Pain During the Opioid Epidemic: A Paradox Facing Addiction Psychiatrists.
            American Academy of Addiction Psychiatry Annual Meeting (Workshop speaker).

2019        Recognizing and Addressing Stigma in Addiction Psychiatric Practice. American Academy
            of Addiction Psychiatry Annual Meeting (Workshop speaker).

2019        Drug Crises: Impact on Professional Autonomy and Standards of Care. American Academy
            of Psychiatry and the Law Annual Meeting (Workshop speaker).

2019        50 Years Post-Powell: Addiction and Culpability. American Academy of Psychiatry and the
            Law Annual Meeting (Workshop speaker).

2019        Can Addicts Stop Using? A Review of the Roles of Morality and Neuroscience in Shaping
            the Free Will—Determinism Duality in Substance Use Disorders. Institute for Psychiatric
            Services Annual Meeting (Chair - Invited Presentation).

2019        Leveraging Intergenerational Differences and Strengths: Leadership Development,
            Education, and Patient Care. Institute for Psychiatric Services Annual Meeting (Invited
            Workshop speaker).

2019        The Impostor Syndrome: International Medical Graduates Navigating Immigration
            Challenges and Beyond. Institute for Psychiatric Services Annual Meeting (Workshop
            speaker).

Elie G. Aoun, M.D.

2019       Psychiatrists and Law Enforcement Agencies: When Do We Really Have to Tell on our Patients? American Psychiatric Association Annual Meeting (Workshop speaker).

2019       Physician Health Programs (PHPs): Battling Burnout, Combating Stigma, and Empowering Physicians to Be Great Again. American Psychiatric Association Annual Meeting (Workshop speaker).

2019       Behavioral Addictions: The Latest Meme or a Real Thing? American Psychiatric Association Annual Meeting (Workshop speaker).

2019       The Impostor Syndrome: International Medical Graduates Navigating Immigration Challenges and Beyond. American Psychiatric Association Annual Meeting (Workshop speaker).

2019       Psychiatry Side Gigs: How and Why Psychiatrists Are Supplementing Their Income. American Psychiatric Association Annual Meeting (Workshop speaker).

2018       Addictions, Violence and Criminal Recidivism: Unweaving a Tangled Web. American Academy of Addiction Psychiatry Annual Meeting (Workshop Chair).

2018       Psychologically-Integrated Approaches to Pain Management- The Opioid Safety Project Webinar Series. AMA/Telligen QIN-QIO Collaboration (Session Chair).

2018       Recent Cases, and Why They Matter. American Academy of Psychiatry and the Law Annual Meeting (Workshop speaker).

2018       Psychiatrists at the Helm of the Opioid Epidemic. Presidential Forum. American Psychiatric Association Annual Meeting (Chair - Invited Presidential Symposium).

2018       Legal and Ethical Issues of Pregnancy Management in Schizophrenics: The Dilemma of Affording Autonomy Versus Beneficence. American Psychiatric Association Annual Meeting (Workshop speaker).

2017       MAT and Behavioral Strategies to Treat Adolescents with SUD. American Psychiatric Association Annual Meeting (Workshop Co-Chair).

2017       Substance Use Disorders and the Criminal Justice System. Institute for Psychiatric Services Annual Meeting (Chair - Invited Presentation).

2017       Forensic issues in addiction psychiatry: testing, treating, clearing, diverting and committing. American Academy of Addiction Psychiatry Annual Meeting (Workshop Chair).

2016       Psycho-Neuro-Endocrinology of Addictions: A Clinical Prospective. American Academy of Addiction Psychiatry Annual Meeting (Symposium Chair).

2016       Standing up to Violence in Police Encounters: The Players, the Victims, the Trauma and the Solutions. American Psychiatric Association Annual Meeting (Workshop Chair).

Elie G. Aoun, M.D.

2016        The Practice of Addiction Medicine with Lesbian, Gay, Bisexual and Transgender Patients. American Society of Addiction Medicine Annual Meeting (Workshop speaker).

2016        The Clinical Evaluation and Management of Substance Use Disorders in Transgender Patient Populations. American Psychiatric Association Annual Meeting (Workshop Co-Chair).

**Regional Presentations**

2023        Utilizing Various Tools in High Conflict Custody Cases, Including Substance Abuse, Mental Illness, Hostile Parents, and Strained Communications – New York State Bar Association – Family Law Section Summer Meeting (Invited Speaker).

2023        Addiction and Substance Abuse in Custody Cases: Assessing, Monitoring, and Determining Best Pathways for the Health and Safety of Children – New York State Bar Association – Family Law Section Summer Meeting (Invited Speaker).

2023        Drug and Alcohol in Divorces – New York City Bar; Family Court and Family Law Committee (Invited Speaker).

2020 - 2023    People Convicted of Sexual Offenses. Facts, Assessment, Treatment and Management – Center for Urban Community Services (Invited Speaker).

2022        Violence and Criminal Behavior in Persons with SUD – Medical College of Georgia Psychiatry Rounds (Invited Grand Rounds Speaker).

2022        Violence and Criminal Behavior in Persons with SUD – University of Texas Rio Grande Psychiatry Rounds (Invited Grand Rounds Speaker).

2020        Violence and Criminal Behavior in Persons with SUD - Yale University Forensic Psychiatry Rounds (Invited Speaker).

2020        Violence and Criminal Behavior in Persons with SUD – UCLA Kedren Community Mental Health Center Grand Rounds (Invited Speaker).

2020        Violence and Criminal Behavior in Persons with SUD – Rutgers University Psychiatric Grand Rounds (Invited Speaker).

2020        The Psychopharmacology and MAT: Medications, Diagnosis and Therapy – 2020 Oregon State Virtual Conference. National Association of Drug Court Professionals (Keynote Speaker).

2020        Violence and Criminal Behavior in Persons with SUD. Clinical Rounds – Special Edition. National Institute on Drug Abuse (Invited Grand Rounds Speaker).

Elie G. Aoun, M.D.

| | |
|---|---|
| 2020 | SAMHSA's GAINS Center Community of Practice: Using the Sequential Intercept Model (SIM) to Guide Medication Assisted Treatment Implementation – Funding and Healthcare Reimbursement Issues Related to MAT Implementation in Jail-Based Settings. (Invited Discussant). |
| 2020 | MAT: Medications, Diagnosis and Therapy – 2020 Statewide Conference in Charleston, SC. National Association of Drug Court Professionals (Keynote Speaker). |
| 2020 | Substance Use and the Justice System – Sweet Institute. (Invited Speaker). |
| 2019 | Addiction, Violence and Criminal Behavior. Mount Sinai - Beth Israel Department of Psychiatry (Invited Grand Rounds Speaker). |
| 2019 | The Eight Guiding Principles for Behavioral Health and Criminal Justice - Site: Montgomery; Jefferson County. SAMHSA/GAINS Center and Policy Research Associates Collaboration (Session Moderator). |
| 2019 | Using Medication Assisted Treatment in Treatment Courts - Developing an MAT Protocol Training for Drug Court Judges - Lansing, Michigan. National Association of Drug Court Professionals (Keynote Speaker). |
| 2019 | Addiction, Violence and Criminal Behavior in Persons with SUD – Sweet Institute (Invited Speaker). |
| 2018 | National Association of Drug Court Professionals Training on Medication Assisted Treatment of Substance Use Disorders. Seminar presentation - Springfield, Missouri - National Association of Drug Court Professionals (Keynote Speaker). |
| 2017 | Hormonal Considerations in Alcohol Use Disorder: Novel Treatment Approaches for Alcohol Use Disorder. San Francisco Veterans Administration Medical Center - Addiction and Recovery Services Faculty Development Seminar Series (Seminar Speaker). |
| 2017 | The ASAM Treatment of Opioid Use Disorder Course (Including Buprenorphine Waiver Qualifying Requirements) University of California in San Francisco Medical School Faculty (Course Faculty). |
| 2015 | A Discussion on the Recreational and Medical Uses of Marijuana. Department of Psychiatry and Human Behavior at the Warren Alpert Medical School of Brown University (Sponsored by an American Academy of Addiction Psychiatry Regional Travel Grant) (Seminar Speaker). |
| 2015 | Opioid Use Disorder: Revisiting the Classical Neurobiological Model. McLean Hospital, Borden Cottage (Invited In-Service Rounds Speaker). |
| 2013 | Comorbid OCD and Mood Disorders. Integrated Clinical Case Conference. Department of Psychiatry and Human Behavior – Brown University (Seminar Speaker). |

## ELIE G. AOUN, MD

### GENERAL, ADDICTION AND FORENSIC PSYCHIATRY

ELIEGAOUNMD.COM
<br>
███████████

NEW YORK, NY, 10004

PHONE: ███████████
<br>
FAX: ███████████

EMAIL: ███████████

---

## Forensic Testimony Case Log

**State of New York v. Samara Coleman**
Dangerous Mental Disorder
2017

Supreme Court of the State of New York
County of Albany
Trial **(testified as the State's expert)**

**State of New York v. Julio Hernandez**
Dangerous Mental Disorder
2018

Supreme Court of the State of New York
County of Onondaga
Trial **(testified as the State's expert)**

**State of New York v. Fausto Guevara**
Restorability of Adjudicative Competency
(As stipulated in Jackson v. Indiana)
2018

Supreme Court of the State of New York
County of Kings
Trial **(testified as the State's expert)**

**State of New York v. Nickolas St. Clair**
Mental Health Court Diversion
2020

Supreme Court of the State of New York
County of Kings
Trial **(testified as the defendant's expert)**

**Peterson v. Levine**
Divorce
2022

Supreme Court of the State of New York
County of Westchester
Judge: The Hon. Thomas Quinones, JSC
Trial **(testified as the court's expert)**

**Barone v. Barone**
Divorce
2022

Supreme Court of the State of New York
County of New York
Judge: The Hon. Ariel Chesler, JSC
Trial **(testified as the court's expert)**

**Steven Lind, as Administrator of the Estate**
**of David Lind v. USA**
Malpractice
2022

United States District Court
Northern District of New York
Deposition **(testified as the Plaintiff's expert)**

| | |
|---|---|
| **In the Matter of the Application of Danielle Tope, Psy.D. Executive Director of Secure Treatment and Rehabilitation Center, Petitioner, For an Order Authorizing Involuntary treatment**<br>Treatment Over Objection – Sex Offender Treatment Program<br>2023 | Supreme Court of the State of New York<br>County of Oneida<br>Judge: The Hon. Charles C. Merrell, JSC<br>Hearing **(testified as the State's expert)** |
| **Boyajian v. Boyajian**<br>Divorce<br>2023 | Supreme Court of the State of New York<br>County of New York<br>Judge: The Hon. Michael L. Katz, JSC<br>Trial **(testified as the court's expert)** |
| **United States v. Mohamed Och**<br>Criminal - Controlled Substances Act<br>2023 | US District Court for the District of Massachusetts<br>County of New York<br>Judge: The Hon. Margaret R. Guzman, JSC<br>Trial **(testified as the defendant's expert)** |
| **Bar v. Katz**<br>Divorce<br>2024 | Supreme Court of the State of New York<br>County of New York<br>Judge: The Hon. Ariel Chesler, JSC<br>Trial **(testified as the court's expert)** |
| **Pacheco v. Holy Cross Hospital et al.**<br>Malpractice<br>2024 | Eighth Judicial District Court, State of New Mexico, County of Taos<br>Deposition **(testified as the Plaintiff's expert)** |
| **Mitchell v. Soho Medical Doctors, PLLC, et al.**<br>Malpractice<br>2024 | Superior Court of New Jersey<br>Morris County<br>Deposition **(testified as the defendant's expert)** |