# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 23-CR-61-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, David Kolansky, of the firm Winston & Strawn LLP hereby enters his appearance as additional counsel for Defendant Robert Hunter Biden in this action.

Dated: May 24, 2024

**WINSTON & STRAWN LLP**

/s/ David Kolansky
David Kolansky
200 Park Avenue
New York, NY 10166-4193
Tel.: (212) 294-2636
Fax: (212) 294-4700
dkolansky@winston.com

*Attorney for Defendant Robert Hunter Biden*