**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER**

Upon consideration of the motion by the Press Coalition to intervene for the purpose of seeking in-person access to jury selection, it is hereby ORDERED that:

1. The Press Coalition's motion is GRANTED;

2. Members of the press shall be permitted access to the courtroom during jury selection in this matter on the same terms as they will be permitted access to the courtroom during the remainder of trial – i.e., two members from each news outlet will be permitted to sit in the courtroom, and to the extent the courtroom does not fill to capacity, additional members of news organizations will be allowed entry until the courtroom is full; and

3. Live video and audio of jury selection shall be streamed to the overflow room.

**SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Maryellen Noreika
United States District Judge