# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 23-61-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| *Defendant.* | ) |

## [PROPOSED] ORDER

Upon consideration of the motion by the Press Coalition for contemporaneous access to trial exhibits, it is hereby ORDERED that:

1. The Press Coalition's motion is GRANTED; and

2. The government is directed to make trial exhibits available via USAfx the same day they are presented to the jury in order for members of the Press Coalition to record, copy, download, retransmit, and otherwise further publish the trial exhibits.

**SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Maryellen Noreika
United States District Judge