# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:23-cr-61-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Government's Motion to Admit Certified Form 4473 and to Exclude Evidence of Annotated Form 4473, the defendant's two responsive filings and the government's reply, it is HEREBY ORDERED that the government's Motion is GRANTED as follows:

1. The Court makes a preliminary determination, pursuant to Fed. R. Evid. 104(b), that the records certified by StarQuest Shooters & Survival Supply, attached to the government's motion as Exhibit 1 and including Certified Form 4473, are admissible under Rule 803(6) (records exception to hearsay) and 902(11) (self-authentication of domestic records of a regularly conducted activity) and 902(13) (self-authentication of records from electronic system).

2. The Court finds that the Annotated Form 4473 is irrelevant and inadmissible under Federal Rule of Evidence 401 and excludes it at trial. Moreover, even if it were admissible, the Court finds that it is excluded under Federal Rule of Evidence 403 because any probative value it arguably has is substantially outweighed by a danger of unfair prejudice, confusion of issues, and misleading the jury.

3. Questioning, testimony, evidence or argument, including but not limited to, the exhibits designated by the defendant as tabs "6-6C" regarding any witnesses' political bias are

excluded from introduction or admission at trial because such questioning, testimony, evidence or argument is not relevant, is unduly prejudicial and invites nullification.

_____
The Honorable Maryellen Noreika
United States District Judge