IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-61 (MN) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 2nd day of June 2024,

After reviewing the parties' Joint Submission on the Court's Proposed Preliminary Jury Instructions (D.I. 203), IT IS HEREBY ORDERED that the Court will not make the additional changes requested by Defendant. As to the elements of the offenses, the preliminary instructions include a general description of the charges. The Court's final jury instructions will include all of the requisite elements for each offense. As to the instruction on reasonable doubt, Defendant does not assert that the Court's proposed instruction – which is the accepted Third Circuit Model Jury Instruction – is incorrect or provide a compelling order to use a different instruction.

_____
The Honorable Maryellen Noreika
United States District Judge