# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 23-CR-61-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Isabella Oishi, of the firm Winston & Strawn LLP hereby enters her appearance as additional counsel for Defendant Robert Hunter Biden in this action.

Dated: June 3, 2024

**WINSTON & STRAWN LLP**

/s/ Isabella Oishi
Isabella Oishi
1901 L Street, N.W.
Washington, D.C. 20036
Tel.: (201) 282-5916
Fax: (202) 282-5000
ioishi@winston.com

*Attorney for Defendant Robert Hunter Biden*