**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER**

Upon consideration of the motion by the Press Coalition for an exemption to the Court's Standing Order on Electronic Devices during the trial in *U.S. v. Robert Hunter Biden*, Criminal Action No. 23-cr-61-MN, it is hereby ORDERED that:

1. The Press Coalition's motion is GRANTED; and

2. Members of the press shall be permitted to use laptops and mobile electronic devices inside the courthouse, including the courtroom and overflow room, during the *U.S. v. Biden* trial to take notes and to transmit text to their newsrooms.

**SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable Maryellen Noreika
United States District Judge