## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 23-cr-61-MN |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL DOCUMENTS PREVIOUSLY FILED UNDER SEAL

The United States of America, by and through its attorneys, David. C. Weiss, Special Counsel, and Derek E. Hines, Senior Assistant Special Counsel, and Leo J. Wise, , Principal Senior Assistant Special Counsel, requests that this Court enter the attached proposed order directing the Clerk of Court to unseal the documents previously filed under seal as Exhibits 1 and 2 to the Government's Sealed Motion Requesting Sealed Order Compelling Testimony Pursuant to Title 18, United States Code, Sections 6001-6003 (ECF 167). The Court ordered these documents filed under seal on May 22, 2024 (ECF 173), but the witness has now testified at trial and therefore reasons justifying the Government's request to seal no longer exist.

Respectfully submitted,
DAVID C. WEISS
SPECIAL COUNSEL

By:  _____
Derek E. Hines
Senior Assistant Special Counsel

Leo J. Wise
Principal Senior Assistant Special Counsel

U.S. Department of Justice