# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-61-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

AND NOW, this _____ day of 2024, having considered the Government's Motion to Unseal Documents Previously Filed Under Seal (D.I. ___) **IT IS HEREBY ORDERED** that the Government's motion is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk is directed to **UNSEAL** the documents attached as Exhibits 1 and 2 to the Government's Sealed Motion Requesting Sealed Order Compelling Testimony Pursuant to Title 18, United States Code, Sections 6001-6003 (ECF 167), as the reasons for sealing those documents no longer exist.

_____  
Date

_____  
Hon. Maryellen Noreika  
United States District Judge