## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 23-61-MN |
| ROBERT HUNTER BIDEN, | ) ) ) |
| Defendant. | ) |

## JOINT EXHIBIT & WITNESS LIST

| PRESIDING JUDGE<br>Judge Maryellen Noreika | PLAINTIFF'S COUNSEL<br>Derek Hines, Esq. & Leo Wise, Esq. | REPORTER<br>Dale Hawkins |
|---|---|---|
| DATES OF TRIAL<br>6/4/24 to 6/11/24 | DEFENDANT'S COUNSEL<br>Abbe Lowell, Esq., David Kolansky, Esq. & Isabella Oishi, Esq. | COURTROOM DEPUTY<br>Mark Buckson |

| JTX No. | GTX No. | DX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | GTX 1 | | 6/5 | Yes | Yes | Colt .38 SPCL Revolver RA551363 | Gordon Cleveland |
| | GTX 1A | | 6/5 | Yes | Yes | Photos of Colt .38 | Gordon Cleveland |
| | GTX 2 | | 6/5 | Yes | Yes | .38 SPCL Hornady Cartridges | Gordon Cleveland |
| | GTX 2A | | 6/5 | Yes | Yes | Photos of .38 SPCL Hornady Cartridges | Gordon Cleveland |
| | GTX 3 | | 6/5 | Yes | Yes | Speedloader | Gordon Cleveland |
| | GTX 3A | | 6/5 | Yes | Yes | Photos of Speedloader | Gordon Cleveland |
| | GTX 4 | | 6/6 | Yes | Yes | Brown Leather Pouch | Hallie Biden |
| | GTX 4A | | 6/6 | Yes | Yes | Photos of Brown Leather Pouch | Hallie Biden |
| | GTX 4C | | 6/7 | Yes | Yes | Photos by FBI Chemist Jason Brewer of a brown leather pouch | Dr. Jason Brewer |
| | GTX 5 | | 6/6 | Yes | Yes | Colt Gun Case | Gordon Cleveland |
| | GTX 5A | | 6/6 | Yes | Yes | Photos of Colt Gun Case | Gordon Cleveland |
| | GTX 6 | | 6/4 | Yes | Yes | StarQuest Email of Certified Form 4473 | Erika Jensen |
| | GTX 8 | | 6/4 | Yes | Yes | StarQuest Business Certification | Erika Jensen |
| | GTX 9 | | 6/4 | Yes | Yes | SA James Reisch Email Receiving Certified Form 4473 | Erika Jensen |
| | GTX 10 | | 6/4 | Yes | Yes | Certified Form 4473 attached to ATF Email | Erika Jensen |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | GTX 10A | | 6/4 | Yes | Yes | **Redacted** - Certified Form 4473 attached to ATF Email | Erika Jensen |
| | GTX 12A | | 6/4 | Yes | Yes | **Redacted** Background | Erika Jensen |
| | GTX 13A | | 6/4 | Yes | Yes | **Redacted** StarQuest Purchase Receipt | Erika Jensen |
| | GTX 14 | | 6/4 | Yes | Yes | StarQuest FFL Certificate | Erika Jensen |
| | GTX 15 | | 6/4 | Yes | Yes | iCloud Data Provided by Apple, Inc, on hard drive, S/N 40235171202399 | Erika Jensen |
| | GTX 16 | | 6/4 | Yes | Yes | Apple Laptop, Model A1708 SN FVFXC2MMHV29 (1B1) | Erika Jensen |
| | GTX 18 | | 6/4 | Yes | Yes | 1006 Summary Chart of Messages | Erika Jensen |
| | GTX 18A | | 6/4 | Yes | Yes | 4/27/2018 Photo | Erika Jensen |
| | GTX 18B | | 6/4 | Yes | Yes | 4/18/2018 Photo | Erika Jensen |
| | GTX 18C | | 6/4 | Yes | Yes | 12/22/2018 Video | Erika Jensen |
| | GTX 18D | | 6/4 | Yes | Yes | 12/29/2018 Video | Erika Jensen |
| | GTX 18E | | 6/4 | Yes | Yes | 1/14/2019 Photo | Erika Jensen |
| | GTX 18F | | 6/4 | Yes | Yes | 1/31/2019 Photo | Erika Jensen |
| | GTX 18G | | 6/6 | Yes | Yes | 10/31/2018 Text Message Exchange | Hallie Biden |
| | GTX 19 | | 6/4 | Yes | Yes | Beautiful Things Book Excerpts | Erika Jensen |
| | GTX 20A | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Prologue | Erika Jensen |
| | GTX 20B | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Page 139 | Erika Jensen |
| | GTX 20C | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 141-145 | Erika Jensen |
| | GTX 20D | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 146-147 | Erika Jensen |
| | GTX 20E | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 152-153 | Erika Jensen |
| | GTX 20F | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 155-156 | Erika Jensen |
| | GTX 20G | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 158-165 | Erika Jensen |
| | GTX 20H | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 165-169 | Erika Jensen |
| | GTX 20I | | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 170-175 | Erika Jensen |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  | GTX 20J |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 187-193 | Erika Jensen |
|  | GTX 20K |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Page 194-199 | Erika Jensen |
|  | GTX 20L |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 201-202 | Erika Jensen |
|  | GTX 20M |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Page 203 | Erika Jensen |
|  | GTX 20N |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 207-210 | Erika Jensen |
|  | GTX 20O |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 219 | Erika Jensen |
|  | GTX 20P |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 220 | Erika Jensen |
|  | GTX 20Q |  | 6/4 | Yes | Yes | Beautiful Things Audiobook Excerpt Pages 222 | Erika Jensen |
|  | GTX 22A |  | 6/4 | Yes | Yes | **Redacted** AT&T Subscriber Information for # (202) 552-9396 | Erika Jensen |
|  | GTX 23A |  | 6/4 | Yes | Yes | **Redacted** AT&T Subscriber Information for # (302) 377-3313 | Erika Jensen |
|  | GTX 24A |  | 6/4 | Yes | Yes | **Redacted** AT&T Subscriber Information for # (202) 285-2473 | Erika Jensen |
|  | GTX 25 |  | 6/4 | Yes | Yes | Invoices from The View | Erika Jensen |
|  | GTX 26A |  | 6/4 | Yes | Yes | **Redacted** Alaska Airlines Flight Record VHLRSI | Erika Jensen |
|  | GTX 27A |  | 6/4 | Yes | Yes | Cash Withdrawal Summary Chart | Erika Jensen |
|  | GTX 27B |  | 6/4 | Yes | Yes | Cash Withdrawal Calendar | Erika Jensen |
|  | GTX 28A |  | 6/5 | Yes | Yes | **Redacted** Wells Fargo Account x5858 September 2018 Statement | Erika Jensen |
|  | GTX 29A |  | 6/5 | Yes | Yes | **Redacted** Wells Fargo Account x5858 October 2018 Statement | Erika Jensen |
|  | GTX 29E |  | 6/4 | Yes | Yes | **Redacted** Withdraw Slip from Account x5858 on 10/12/2018 | Erika Jensen |
|  | GTX 30A |  | 6/4 | Yes | Yes | **Redacted** Wells Fargo Account x5858 November 2018 Statement | Erika Jensen |
|  | GTX 31A |  | 6/10 | Yes | Yes | Redacted Wells Fargo Account x0660 September 2018 Statement | Sidebar |
|  | GTX 36A |  | 6/4 | Yes | Yes | **Redacted** Wells Fargo Account x5142 November 2018 Statement | Erika Jensen |
|  | GTX 37A |  | 6/4 | Yes | Yes | **Redacted** Wells Fargo Account x5858 April 2019 Statement | Erika Jensen |
|  | GTX 38 |  | 6/5 | Yes | Yes | Photos from Zoe Kestan's iPhone | Zoe Kestan |
|  | GTX 39A |  | 6/6 | Yes | Yes | Janssens Surveillance Video- Redacted Arrival | Hallie Biden |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | GTX 39B | | 6/6 | Yes | Yes | Janssens Surveillance Video- Redacted Inside | Hallie Biden |
| | GTX 39C | | 6/6 | Yes | Yes | Janssens Surveillance Video-Redacted Pick Up | Millard Greer |
| | GTX 39D | | 6/6 | Yes | Yes | Janssens Surveillance Video- Redacted Return | Hallie Biden |
| | GTX 40 | | 6/4 | Yes | Yes | The Mac Shop Invoice Emailed to rhbdc@icloud.com | Erika Jensen |
| | GTX 41 | | 6/5 | Yes | Yes | Aerial View of StarQuest Shooters | Gordon Cleveland |
| | GTX 43 | | 6/4 | Yes | Yes | Stipulation | Erika Jensen |
| | GTX 44A | | 6/5 | Yes | Yes | **Redacted** Wells Fargo Account x1553 August 2018 Statement | Erika Jensen |
| | GTX 108 | | 6/7 | Yes | Yes | Lab Report by FBI Chemist Jason Brewer | Dr. Jason Brewer |
| | GTX 125A | | 6/10 | Yes | Yes | 20240609 Summary Chart | Erika Jensen |
| | | DTX 11 | 6/5 | Yes | Yes | Google Maps screenshot aerial view of StarQuest Shooters & Supply | Gordon Cleveland |
| | | DTX 21 | 6/5 | Yes | Yes | Photo of StarQuest Shooters & Supply | Gordon Cleveland |
| | | DTX 22 | 6/6 | Yes | Yes | Photo of Janssen's Market' | Hallie Biden |
| | | DTX 23 | 6/5 | Yes | Yes | Interior photo of StarQuest Shooters & Supply | Gordon Cleveland |
| | | DTX 24 | 6/5 | Yes | Yes | Photo of NEBO tool | Gordon Cleveland |
| | | DTX 25 | 6/5 | Yes | Yes | Photo of BB gun | Gordon Cleveland |
| | X | | 6/4 & 6/5 | | | Testimony of Erika Jensen | |
| | X | | 6/5 | | | Testimony of Kathleen Buhle | |
| | X | | 6/5 | | | Testimony of Zoe Kestan | |
| | X | | 6/5 & 6/6 | | | Testimony of Gordon Cleveland | |
| | X | | 6/6 | | | Testimony of Hallie Biden | |
| | X | | 6/6 | | | Testimony of Joshua Marley | |
| | X | | 6/6 | | | Testimony of Millard Greer | |
| | X | | 6/6 | | | Testimony of Edward Thomas Banner | |
| | X | | 6/7 | | | Expert testimony of Dr. Jason Brewer | |
| | X | | 6/7 | | | Expert testimony of Joshua Romig | |
| | | X | 6/7 | | | Testimony of Jason Turner | |
| | | X | 6/7 | | | Testimony of Ron Palimere | |
| | | X | 6/7 | | | Testimony of Naomi Biden | |
| | X | | | | 6/10 | Rebuttal testimony of Erika Jensen | |