# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 23-61 (MN) |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

AND NOW, this 12th day of June, 2024, 15 jurors were sequestered during the lunch hour over the course of a 7-day jury trial beginning on June 3, 2024 and concluding on June 11, 2024 in the above-captioned case;

THEREFORE, IT IS HEREBY ORDERED that the Clerk's Office for the District of Delaware be and hereby is directed to furnish lunch for those jurors from June 4th to June 11th in the above-captioned case.

Dated: June 12, 2024

*Maryellen Noreika*
UNITED STATES DISTRICT JUDGE