# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Rule 29 Motion for Acquittal Under the Second Amendment As Applied and the Fifth Amendment, the defendant's motion (ECF 220) is DENIED.

_____ _____

Date

Hon. Maryellen Noreika
United States District Judge