# EXHIBIT 2

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1703

_____

UNITED STATES OF AMERICA

v.

ROBERT HUNTER BIDEN,
                                             Appellant

_____

(D. Del. No. 1-23-cr-00061-001)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ,
KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
MONTGOMERY-REEVES, CHUNG, and SMITH[*], *Circuit Judges*

     The petition for rehearing filed by Appellant Robert Hunter Biden in the above-

entitled case having been submitted to the judges who participated in the decision of this

Court and to all the other available circuit judges of the circuit in regular active service,

_____

[*] Judge Smith's vote is limited to panel rehearing only.

and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ *Cindy K. Chung*
Circuit Judge

Date: May 31, 2024
Tmm/cc: Derek E. Hines, Esq.
        Leo Wise, Esq.
        Bartholomew J. Dalton, Esq.
        Abbe D. Lowell, Esq.
        Christopher D. Man, Esq.