# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that for the reasons stated in the Government's Opposition to Defendant's Rule 33 For a New Trial on All Counts For Lack of Jurisdiction, the defendant's motion (ECF 237) is DENIED.

_____     _____
Date                                                                      Hon. Maryellen Noreika
                                                                                     United States District Judge