

**NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA**

1901 L Street, NW
Washington, DC 20036
T +1 (202) 282-5000
F +1 (202) 282-5100

**ABBE DAVID LOWELL**
Partner
(202) 282-5000

July 17, 2024

**VIA ECF**

The Honorable Maryellen Noreika
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *United States v. Biden*, No. 1:23-cr-00061-MN

Dear Judge Noreika:

  We write in response to Ms. Wheeler's letter (D.E. 247) requesting to unseal two documents related to the above-captioned matter, and to provide Mr. Biden's position on that request pursuant to your Honor's Order, dated July 17, 2024 (D.E. 248). Mr. Biden has no objection to the release of either item requested by the journalist—the motion for miscellaneous relief at DE 167 and/or the expert disclosure of Michael Waski at DE 120-2.

            Respectfully submitted,

            Abbe David Lowell

            *Counsel for Robert Hunter Biden*

cc: All Counsel of Record