

# U.S. Department of Justice
*Office of Special Counsel David C. Weiss*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*                                    *(302) 573-6277*
*Wilmington, Delaware 19899-2046*         *FAX (302) 573-6220*

July 17, 2024

**By ECF**
The Honorable Maryellen Noreika
United States District Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:  <u>*United States v. Robert Hunter Biden*</u>**, Criminal Action No. 23-cr-61-MN**

Dear Judge Noreika:

Pursuant to the Court's Oral Order, ECF 248, the government writes to advise that it does not object to the unsealing of the motion at ECF 167, which was filed under seal consistent with the practice in this District. As to the latter request, the letter incorrectly states that the expert disclosure of Michael Waski is a judicial record. However, his disclosure was never filed with the Court because the defendant agreed that the information derived from his laptop was authentic. Therefore, the expert disclosure was not included as an exhibit for ECF 120 because the certification itself sufficiently supported the motion. Moreover, since there was no dispute about the authenticity of the information derived from the defendant's laptop, the government did not call Mr. Waski as an expert witness at trial. Accordingly, the expert disclosure is not a judicial record and is not a record before this Court that the Court could unseal.

Respectfully submitted,

DAVID C. WEISS
Special Counsel
United States Department of Justice

By: /s/ Derek Hines
_____
Derek E. Hines
Senior Assistant Special Counsel
Leo J. Wise
Principal Senior Assistant Special Counsel