| | |
|---|---|
| **From:** | Margaret Bray |
| **To:** | Lowell, Abbe |
| **Cc:** | bdalton ; Kolansky, David A. |
| **Subject:** | Re: DE Sentencing Date |
| **Date:** | Sunday, September 15, 2024 2:12:23 PM |



Thank you, Mr. Lowell. That would be very helpful. I believe we're also still waiting for the financial paperwork as well.

Margi Bray
Sent from my iPhone

> On Sep 15, 2024, at 11:49 AM, Lowell, Abbe  wrote:
>
> **CAUTION - EXTERNAL:**
>
> Ms. Bray,
>
> Last week, I wrote the Special Counsel to ask their view of extending the sentencing date for a few weeks to the end of November or early December. I provided them the reasons, ranging from the things we are doing to submit in Delaware and now California, the unavailability because of government work and the campaign of people for whom we want to get letters, numerous work/deadlines in other cases (some of which are Mr. Biden's), holidays, and a pre-trial conference I have in California on November 12. I have not heard back from them yet. I wanted to let you know because it might also then allow for a bit more time in various things on which you are working. I plan to follow up with the SCO this week and file something with the Court.
>
> **Abbe David Lowell**
> Partner
> **Co-Chair, Government Investigations, Enforcement, and Compliance**
>
> Winston & Strawn LLP
> 1901 L Street, N.W.
> Washington, DC 20036
> D:
> F:
>
> 200 Park Avenue
> New York, NY 10166-4193
> D:
> F:

VCard | Email | winston.com

<image001.jpg>

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**