**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF ROBERT HUNTER BIDEN IN SUPPORT**
**OF DEFENDANT'S NOTICE OF PARDON**

I, Robert Hunter Biden, declare as follows:

1. On December 1, 2024, the President of the United States of America, Joseph R. Biden Jr., granted me a full and unconditional pardon for, inter alia, the offenses specified in the Indictment in this case, No. 1:23-cr-00061.

2. On December 1, 2024, I received and formally accepted the President's grant of a pardon.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2024 in Washington, D.C.

_____
Robert Hunter Biden