# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

The Court, having received Defendant's Notice of Pardon and his declaration of receipt and acceptance, hereby enters the following order:

IT IS HEREBY ORDERED that the Indictment in this matter is dismissed with prejudice and all future proceedings in this matter are adjourned.

**IT IS SO ORDERED.**

_____         _____
Date                                                     Hon. Maryellen Noreika
                                                                United States District Judge