**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:23-cr-61-MN |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of the Defendant's motion to dismiss the indictment, titled "Mr. Biden's Notice of Pardon," (D.I. 272), and the Government's Opposition thereto, it is HEREBY ORDERED that the motion to dismiss the indictment is DENIED for the reasons set forth in the Government's Opposition.

_____
The Honorable Maryellen Noreika
United States District Judge