# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN <br> ) |
| ROBERT HUNTER BIDEN, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## MR. BIDEN'S RESPONSE TO THE COURT'S DECEMBER 2, 2024 ORDER

In accordance with the Court's December 2, 2024 Order (D.E. 273), Mr. Biden attaches a copy of the pardon that he received, which also is publicly available on the U.S. Department of Justice's website. *See* https://www.justice.gov/d9/2024-12/biden_warrant.pdf.

Dated: December 2, 2024

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, D.C. 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Counsel for Robert Hunter Biden*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                              /s/ *Abbe David Lowell*
                                              Abbe David Lowell

                                              *Counsel for Robert Hunter Biden*