# EXHIBIT A

| | |
|---|---|
| **From:** | ▓▓▓▓▓ (PARDON) ▓▓▓▓▓@usdoj.gov> |
| **Sent:** | Monday, December 2, 2024 3:56 PM |
| **To:** | Lowell, Abbe |
| **Subject:** | FW: Correction: Robert Hunter Biden pardon grant |
| **Attachments:** | Biden Warrant.pdf |
| | |
| **Importance:** | High |

Dear Mr. Lowell,

Please find below the communication that was just sent to the U.S. Attorney's Office for the District of Delaware noting the error in our initial correspondence. My apologies for the error caused by the use of our traditional form language. Our hope is that the correction brings clarity to the situation and halts any further confusion.

Best,

▓▓▓▓▓
Senior Deputy Pardon Attorney

---

**From:** ▓▓▓▓▓ (PARDON)
**Sent:** Monday, December 2, 2024 3:49 PM
**To:** Weiss, David (USADE) ▓▓▓▓▓ ; Hanson, Shannon (USADE) ▓▓▓▓▓
**Subject:** Correction: Robert Hunter Biden pardon grant

Good afternoon Mr. Weiss,

Earlier today, we sent out an email noting that Robert Hunter Biden was granted a full and unconditional pardon after completion of sentence. Please be advised that the notation of "after completion of sentence" was included in error. The proper notification can be found below, and the warrant noting no condition of sentence completion is again attached. Our apologies for any confusion. Please do not hesitate to contact me directly with any additional questions or concerns.

Best regards,

▓▓▓▓▓s
Senior Deputy Pardon Attorney
U.S. Department of Justice
145 N Street, NE, Room 5E.204
Washington, DC 20530
▓▓▓▓▓

---

December 2, 2024

**MEMORANDUM**

1

**TO:**       David C. Weiss
              United States Attorney

**FROM:**     Pardon Attorney
              Office of the Pardon Attorney

**SUBJECT:**  Robert Hunter Biden
              Docket Nos. 1:23-cr-00061-MN (Delaware) & 2:23-CR-00599-MCS-1 (Central California)
              Recipient of Presidential Pardon

On December 1, 2024, the President granted Robert Hunter Biden a full and unconditional pardon. Please make an appropriate notation in your records and with the court. Please also note that this action was not processed via application through our Office.

**Offense:**    For those offenses against the United States which he has committed or may have committed or taken part in during the period from January 1, 2014 through December 1, 2024, including but not limited to all offenses charged or prosecuted (including any that have resulted in convictions) by Special Counsel David C. Weiss in Docket No. 1:23-cr-00061-MN in the United States District Court for the District of Delaware and Docket No. 2:23-CR-00599-MCS-1 in the United States District Court for the Central District of California.

**Date:**       N/A

**Sentence:**   N/A

**District:**   Delaware & Central California

2