IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 23-CR-61-MN |
| HUNTER BIDEN, | ) ) ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Shannon T. Hanson, Acting United States Attorney for the District of Delaware, for the United States of America in the above-captioned case.

Respectfully submitted,

BY: */s/ Shannon T. Hanson*
Shannon T. Hanson
Acting United States Attorney

Dated:   March 7, 2025