

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street*
*P. O. Box 2046*                                    *(302) 573-6277*
*Wilmington, Delaware 19899-2046*        *FAX (302) 573-6220*

March 7, 2025

**VIA ECF**

The Honorable Maryellen Noreika
U.S. District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

      **Re: Order to Respond to Request to Unseal Search Warrant Applications and Affidavits,** *United States v. Hunter Biden*, **1:23-CR-61-MN (D.I. 279)**

Dear Judge Noreika:

     On February 28, the Court issued an Order asking the United States to provide its position by March 7 on the request to unseal search warrant applications and affidavits in the above-captioned case. Given that the Special Counsel has resigned from the Department of Justice, the undersigned did not become aware of the Court's Order until yesterday. As a result, the Department is only now evaluating the Court's request and needs additional time to formulate its position. Accordingly, the United States respectfully requests an additional 14 days to file its response.

                                                   *Shannon T. Hanson*

                                            Shannon T. Hanson
                                            Acting United States Attorney
                                            District of Delaware